**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
: 
In re                                                                           :   **Chapter 11**
                                                                                       :
**ALPHA ENTERTAINMENT LLC,**                         :   Case No. 20-10940 (LSS)
                                                                                       :
Debtor.[1]                                                                  :
                                                                                       :
---------------------------------------------------------x

## NOTICE OF TELEPHONIC HEARING TO CONSIDER FIRST DAY PLEADINGS

**PLEASE TAKE NOTICE** that on April 13, 2020 Alpha Entertainment LLC, as debtor and debtor in possession (the "*Debtor*") in the above-captioned chapter 11 case (the "*Chapter 11 Case*"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "*Bankruptcy Code*") with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "*Court*").  The Debtor continues to operate its business as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will present the following pleadings (collectively, the "*First Day Pleadings*") at a telephonic hearing on **April 15, 2020 at 2:00 p.m. (ET)** (the "*Hearing*") before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2 Wilmington, Delaware 19801:

1. Application for Authorization to Employ and Retain Donlin Recano & Company, Inc. as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 2; 4/13/20]

2. Debtor's Motion for Entry of Interim and Final Orders Authorizing (I) the Debtor to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 3; 4/13/20]

---

[1] The last four digits of the Debtor's federal tax identification number, is 7778.  The Debtor's mailing address is 1266 East Main St., Stamford, CT 06902.

3. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System; (II) Authorizing Use of Prepetition Bank Accounts and Certain Payment Methods; (III) Suspending the Requirements of 11 U.S.C. § 345(b) on an Interim Basis; and (IV) Granting Related Relief [Docket No. 4; 4/13/20]

4. Debtor's Motion for Entry of Interim and Final Orders Authorizing (I) the Debtor to Honor and Refund Certain Customer Obligations; and (II) Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 5; 4/13/20]

5. Debtor's Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtor to Pay and Honor Certain (A) Prepetition Wages, Benefits, and Other Compensation Obligations, (B) Prepetition Employee Business Expenses, and (C) Workers' Compensation Obligations; (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations; and (III) Granting Related Relief [Docket No. 6; 4/13/20]

6. Motion for Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 362, 363, 364 and 507, (A) Authorizing Post-Petition Financing, (B) Authorizing use of Cash Collateral, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 7; 4/13/20]

**PLEASE TAKE FURTHER NOTICE** that copies of all of the First Day Pleadings will be mailed to you subsequent to the Hearing, and are currently available on the website of the Debtor's proposed claims and noticing agent, Donlin Recano & Company, Inc., dedicated to the Chapter 11 Case, www.donlinrecano.com/alpha, or on the Court's website, www.deb.uscourts.gov.  If you would like to receive copies of any of the First Day Pleadings prior to the Hearing, please contact Troy Bollman, paralegal, at tbollman@ycst.com.

**PLEASE TAKE FURTHER NOTICE that in accordance with the Court's Amended General Order dated March 31, 2020, the Hearing will be *telephonic only*.  All parties wishing to participate in the Hearing telephonically must make arrangements with CourtCall by telephone at (844) 925-0626, or on the internet at www.courtcall.com.**

[*Signature Page Follows*]

|  |  |
|---|---|
| Dated: April 13, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>Michael R. Nestor (No. 3526) (mnestor@ycst.com)<br>Matthew B. Lunn (No. 4119) (mlunn@ycst.com)<br>Kenneth J. Enos (No. 4544) (kenos@ycst.com)<br>Travis G. Buchanan (No. 5595) (tbuchanan@ycst.com)<br>Shane M. Reil (No. 6195) (sreil@ycst.com)<br>Matthew P. Milana (No. 6681) (mmilana@ycst.com)<br>1000 N. King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |