## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re                                                   :
:    **Chapter 11**
**ALPHA ENTERTAINMENT LLC,**                            :
:    **Case No. 20-10940 (LSS)**
Debtor.[1]                                              :
:
---------------------------------------------------------x

## NOTICE OF FILING OF *AMENDED* LIST OF CREDITORS WHO HAVE THE 25 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

**PLEASE TAKE NOTICE THAT** on April 13, 2020, the above-captioned debtor and debtor-in-possession (the "***Debtor***") filed its *List of Creditors Who Have the 25 Largest Unsecured Claims and Are Not Insiders* (the "***Original Top 25 List***").

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as Exhibit 1 is an amended Top 25 List (the "***Amended Top 25 List***"). For ease of reference, attached hereto as Exhibit 2 is a copy of the Amended Top 25 List marked against the Original Top 25 List.

| | |
|---|---|
| Dated: April 14, 2020<br>Wilmington, DE | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>Michael R. Nestor (No. 3526) (mnestor@ycst.com)<br>Matthew B. Lunn (No. 4119) (mlunn@ycst.com)<br>Kenneth J. Enos (No. 4544) (kenos@ycst.com)<br>Travis G. Buchanan (No. 5595) (tbuchanan@ycst.com)<br>Shane M. Reil (No. 6195) (sreil@ycst.com)<br>Matthew P. Milana (No. 6681) (mmilana@ycst.com)<br>1000 N. King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |

---

[1] The last four digits of the Debtor's federal tax identification number are 7778. The Debtor's mailing address is 1266 East Main St., Stamford, CT 06902.

# **EXHIBIT 1**

Amended Top 25 List

☑ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 25 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 25 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 25 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ST LOUIS CONVENTION AND VISITORS COMMISSION<br>701 CONVENTION PLZ<br>STE 300<br>ST LOUIS MO 63101 | | Contract | ☑ C<br>☐ U<br>☐ D | | | $1,600,000.00 |
| 2 | BEXEL NEP INTEGRATED SOLUTIONS<br>2 BETA DRIVE<br>PITTSBURGH PA 15238 | | Contract | ☐ C<br>☐ U<br>☐ D | | | $1,208,832.00 |
| 3 | ROBERT STOOPS<br>1266 E MAIN ST<br>STAMFORD 06902 06902 | | Employee contract | ☐ C<br>☐ U<br>☐ D | | | $1,083,333.33 |
| 4 | XOS<br>PO BOX 742251<br>ATLANTA GA 30374-2251 | | Contract | ☐ C<br>☐ U<br>☐ D | | | $887,752.00 |
| 5 | ELEVATE SPORTS PARTNERS<br>4949 MARIE P. DEBARTOLO WAY<br>SANTA CLARA CA 95054 | | Services | ☐ C<br>☐ U<br>☐ D | | | $856,175.33 |
| 6 | 47 BRAND<br>PO BOX 419648<br>BOSTON MA 02241 | | Goods | ☐ C<br>☐ U<br>☐ D | | | $846,000.00 |
| 7 | MARC TRESTMAN<br>1266 E MAIN ST<br>STAMFORD 06902 06902 | | Employee contract | ☐ C<br>☐ U<br>☐ D | | | $777,777.78 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | TICKETMASTER BLUEDIGITAL 14643 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 | | Services | ☐ C ☐ U ☐ D | | | $655,148.46 |
| 9 | JONATHAN HAYES 1266 E MAIN ST STAMFORD 06902 06902 | | Employee contract | ☐ C ☐ U ☐ D | | | $633,333.33 |
| 10 | WINSTON MOSS 1266 E MAIN ST STAMFORD 06902 06902 | | Employee contract | ☐ C ☐ U ☐ D | | | $583,333.33 |
| 11 | KEVIN GILBRIDE 1266 E MAIN ST STAMFORD 06902 06902 | | Employee contract | ☐ C ☐ U ☐ D | | | $583,333.33 |
| 12 | JUNE JONES 1266 E MAIN ST STAMFORD 06902 06902 | | Employee contract | ☐ C ☐ U ☐ D | | | $583,333.33 |
| 13 | JAMES ZORN 1266 E MAIN ST STAMFORD 06902 06902 | | Employee contract | ☐ C ☐ U ☐ D | | | $583,333.33 |
| 14 | CP COMMUNICATIONS 9965 18TH STREET N ST.PETERSBURG FL 33716 | | Services | ☐ C ☐ U ☐ D | | | $378,303.90 |
| 15 | NEW MEADOWLANDS STADIUM COMPANY, LLC ONE METLIFE STADIUM DRIVE EAST RUTHERFORD NJ 07073 | | Venue Costs | ☐ C ☐ U ☐ D | | | $368,000.00 |
| 16 | SOMETHING INKED 1018 ELM HILL PIKE NASHVILLE TN 37210 | | Goods | ☐ C ☐ U ☐ D | | | $355,000.00 |
| 17 | INFRONT IX.COM 1261 BROADWAY SUITE 200 NEW YORK NY 10001 | | Services | ☐ C ☐ U ☐ D | | | $354,750.00 |
| 18 | DC STADIUM LLC 100 POTOMAC AVE SW WASHINGTON DC 20024 | | Venue Costs | ☐ C ☐ U ☐ D | | | $316,112.71 |
| 19 | HOUSTON ATHLETICS 3874 HOLMAN STREET. SUITE C HOUSTON TX 77004 | | Venue Costs | ☐ C ☐ U ☐ D | | | $294,461.90 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | JONES LANG LASALLE AMERICAS, INC. JLL 200 EAST RANDOLPH DRIVE 43RD FLOOR CHICAGO IL 60601 | | Services | ☐ C ☐ U ☐ D | | | $290,203.00 |
| 21 | TAMPA SPORTS AUTHORITY 4201 N. DALE MABRY HWY TAMPA FL 33607 | | Venue Costs | ☑ C ☐ U ☐ D | | | $260,000.00 |
| 22 | YINZCAM 5541 Walnut Street PITTSBURGH PA 15232 | | Services | ☐ C ☐ U ☐ D | | | $250,000.00 |
| 23 | EVOLUTION MEDIA CAPITAL, LLC 11620 WILSHIRE BLVD SUITE 460 LOS ANGELES CA 90025 | | Contract | ☐ C ☐ U ☐ D | | | $250,000.00 |
| 24 | BIGGAME 13835 WELCH ROAD DALLAS TX 75244 | | Goods | ☐ C ☐ U ☐ D | | | $217,311.00 |
| 25 | CHAMPION DATA LEVEL 3 6 RIVERSIDE QUAY SOUTHBANK 3006 AUSTRALIA | | Services | ☐ C ☐ U ☐ D | | | $215,000.00 |

| **Fill in this information to identify the case and this filing:** |
|---|
| **Debtor name:** Alpha Entertainment LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 20-10940 (LSS) |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* ____
☒ *Amended Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the* 25 *Largest Unsecured Claims and Are Not Insiders*
☐ Other document that requires a declaration ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/14/2020
MM/DD/YYYY

✗ /s/ John Brecker
Signature of individual signing on behalf of debtor

John Brecker
Printed name

Independent Manager
Position or relationship to debtor

# **EXHIBIT 2**

Blackline

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Alpha Entertainment LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 20-10940 |

☑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 25 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 25 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 25 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ST LOUIS CONVENTION AND VISITORS COMMISSION 701 CONVENTION PLZ STE 300 ST LOUIS MO 63101 ~~ST. LOUIS SPORTS COMMISSION 308 N. 21ST STREET SUITE 500 ST LOUIS MO 63103~~ | | Contract | ☑ C ☐ U ☐ D | | | $1,600,000.00 |
| 2 | BEXEL NEP INTEGRATED SOLUTIONS 2 BETA DRIVE PITTSBURGH PA 15238 | | Contract | ☐ C ☐ U ☐ D | | | $1,208,832.00 |
| 3 | ROBERT STOOPS 1266 E MAIN ST STAMFORD 06902 06902 | | Employee contract | ☐ C ☐ U ☐ D | | | $1,083,333.33 |
| 4 | XOS PO BOX 742251 ATLANTA GA 30374-2251 | | Contract | ☐ C ☐ U ☐ D | | | $887,752.00 |
| 5 | ELEVATE SPORTS PARTNERS 4949 MARIE P. DEBARTOLO WAY SANTA CLARA CA 95054 | | Services | ☐ C ☐ U ☐ D | | | $856,175.33 |
| 6 | 47 BRAND PO BOX 419648 BOSTON MA 02241 | | Goods | ☐ C ☐ U ☐ D | | | $846,000.00 |
| 7 | MARC TRESTMAN 1266 E MAIN ST STAMFORD 06902 06902 | | Employee contract | ☐ C ☐ U ☐ D | | | $777,777.78 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | TICKETMASTER BLUEDIGITAL<br>14643 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | | Services | ☐ C<br>☐ U<br>☐ D | | | $655,148.46 |
| 9 | JONATHAN HAYES<br>1266 E MAIN ST<br>STAMFORD 06902 06902 | | Employee contract | ☐ C<br>☐ U<br>☐ D | | | $633,333.33 |
| 10 | WINSTON MOSS<br>1266 E MAIN ST<br>STAMFORD 06902 06902 | | Employee contract | ☐ C<br>☐ U<br>☐ D | | | $583,333.33 |
| 11 | KEVIN GILBRIDE<br>1266 E MAIN ST<br>STAMFORD 06902 06902 | | Employee contract | ☐ C<br>☐ U<br>☐ D | | | $583,333.33 |
| 12 | JUNE JONES<br>1266 E MAIN ST<br>STAMFORD 06902 06902 | | Employee contract | ☐ C<br>☐ U<br>☐ D | | | $583,333.33 |
| 13 | JAMES ZORN<br>1266 E MAIN ST<br>STAMFORD 06902 06902 | | Employee contract | ☐ C<br>☐ U<br>☐ D | | | $583,333.33 |
| 14 | CP COMMUNICATIONS<br>9965 18TH STREET N<br>ST.PETERSBURG FL 33716 | | Services | ☐ C<br>☐ U<br>☐ D | | | $378,303.90 |
| 15 | NEW MEADOWLANDS STADIUM COMPANY, LLC<br>ONE METLIFE STADIUM DRIVE<br>EAST RUTHERFORD NJ 07073 | | Venue Costs | ☐ C<br>☐ U<br>☐ D | | | $368,000.00 |
| 16 | SOMETHING INKED<br>1018 ELM HILL PIKE<br>NASHVILLE TN 37210 | | Goods | ☐ C<br>☐ U<br>☐ D | | | $355,000.00 |
| 17 | INFRONT IX.COM<br>1261 BROADWAY<br>SUITE 200<br>NEW YORK NY 10001 | | Services | ☐ C<br>☐ U<br>☐ D | | | $354,750.00 |
| 18 | DC STADIUM LLC<br>100 POTOMAC AVE SW<br>WASHINGTON DC 20024 | | Venue Costs | ☐ C<br>☐ U<br>☐ D | | | $316,112.71 |
| 19 | HOUSTON ATHLETICS<br>3874 HOLMAN STREET. SUITE C<br>HOUSTON TX 77004 | | Venue Costs | ☐ C<br>☐ U<br>☐ D | | | $294,461.90 |

Debtor **Alpha Entertainment LLC**      Case number *(if known)* **20-10940**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | JONES LANG LASALLE AMERICAS, INC. JLL 200 EAST RANDOLPH DRIVE 43RD FLOOR CHICAGO IL 60601 | | Services | ☐ C ☐ U ☐ D | | | $290,203.00 |
| 21 | TAMPA SPORTS AUTHORITY 4201 N. DALE MABRY HWY TAMPA FL 33607 | | Venue Costs | ☑ C ☐ U ☐ D | | | $260,000.00 |
| 22 | YINZCAM 5541 Walnut Street PITTSBURGH PA 15232 | | Services | ☐ C ☐ U ☐ D | | | $250,000.00 |
| 23 | EVOLUTION MEDIA CAPITAL, LLC 11620 WILSHIRE BLVD SUITE 460 LOS ANGELES CA 90025 | | Contract | ☐ C ☐ U ☐ D | | | $250,000.00 |
| 24 | BIGGAME 13835 WELCH ROAD DALLAS TX 75244 | | Goods | ☐ C ☐ U ☐ D | | | $217,311.00 |
| 25 | CHAMPION DATA LEVEL 3 6 RIVERSIDE QUAY SOUTHBANK 3006 AUSTRALIA | | Services | ☐ C ☐ U ☐ D | | | $215,000.00 |