# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re                                   :    Chapter 11
:
ALPHA ENTERTAINMENT LLC,                :    Case No. 20-10940 (LSS)
:
Debtor.[1]                              :
:    Ref. Docket Nos. 7 & 42
:
---------------------------------------------------------x

## NOTICE OF TELEPHONIC HEARING

**PLEASE TAKE NOTICE** that, at the direction of the Court, a telephonic hearing will be held on **April 20, 2020, at 11:30 a.m. (ET)** (the "*Telephonic Hearing*") regarding the interim relief requested in the *Motion for Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 362, 363, 364 and 507, (A) Authorizing Post-Petition Financing, (B) Authorizing Use of Cash Collateral, (C) Scheduling a Final Hearing, and (D) Granting Related Relief* [Docket No. 7], specifically as it relates to the revised proposed order submitted under that certain *Certification of Counsel Regarding Proposed Interim Order Authorizing Use of Cash Collateral, Scheduling a Final Hearing, and Granting Related Relief* [Docket No. 42].

**PLEASE TAKE FURTHER NOTICE** that all parties wishing to participate in the Telephonic Hearing must contact CourtCall at (866) 582-6878 to schedule their appearance.

Dated: April 20, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Matthew B. Lunn*
Michael R. Nestor (No. 3526) (mnestor@ycst.com)
Matthew B. Lunn (No. 4119) (mlunn@ycst.com)
Kenneth J. Enos (No. 4544) (kenos@ycst.com)
Travis G. Buchanan (No. 5595) (tbuchanan@ycst.com)
Shane M. Reil (No. 6195) (sreil@ycst.com)
Matthew P. Milana (No. 6681) (mmilana@ycst.com)
1000 N. King Street
Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Proposed Counsel to the Debtor and Debtor in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number are 7778. The Debtor's mailing address is 1266 East Main St., Stamford, CT 06902.