UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Alpha Entertainment LLC, | : | Case No. 20-10940 (LSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor. | : | CREDITORS-FIRST AMENDED |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Jonathan Hayes,** P.O. Box 293, Loveland, OH 45140

2. **'47 Brand LLC.,** Attn: Joe Keane, 15 Southwest Park, Westwood, MA 02090, Phone: 617-852-7353.

3. **NEP Supershooters LP d/b/a Bexel ESS,** Attn: Dean Naccarato, 2 Beta Drive, Pittsburgh, PA 15238, Phone: 412-820-6032.

4. **XOS Technologies Inc.,** Attn: Kristin Desrochers, 181 Ballardvale Street, Suite 101B, Wilmington, MA 01887, Phone: 978-267-6025.

5. **CP Communications,** Attn: Jerry Gepner, 9965 18th Street N. St. Petersburgh, FL 33716, Phone: 1-800-762-4254.

6. **Ticket Master,** Attn: Richard Patti, 9348 Civic Center Drive, Beverly Hills, CA 90210, Phone: 310-867-7198.

7. **DC Stadium LLC,** Attn: Chris Deubert, 100 Potomac Ave SW, Washington, DC 20024, Phone: 201-410-4125.

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**Region 3 and Region 9**

 /s/ *Richard Schepacarter* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: April 23, 2020

Attorney assigned to this Case: Richard L. Schepacarter, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497.
Debtors' Counsel: Matthew B. Lunn, Esq., Phone: (302) 571-6600; Fax: (302) 571-6601.