IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re                                              :    Chapter 11
:
ALPHA ENTERTAINMENT LLC,            :    Case No. 20-10940 (LSS)
:
Debtor.¹                                          :
:    Ref. Docket Nos. 7 and 51
------------------------------------------------------------x

**NOTICE OF FILING OF *PROPOSED* FINAL DIP ORDER**

**PLEASE TAKE NOTICE** that, on April 13, 2020, the above-captioned debtor and debtor in possession (the "**Debtor**") filed that certain *Motion for Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 362, 363, 364 and 507, (A) Authorizing Post-Petition Financing, (B) Authorizing Use of Cash Collateral, (C) Scheduling a Final Hearing, and (D) Granting Related Relief* [Docket No. 7] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that, on April 21, 2020, the Court entered an order [Docket No. 51] (the "**Interim Order**") approving the Debtor's use of cash collateral, as provided in the Interim Order, and scheduled a hearing (the "**Hearing**") to consider the Motion and the relief requested therein on a final basis for May 13, 2020 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order approving the Motion on a final basis (the "**Proposed Final Order**") is attached hereto as Exhibit A. For the convenience of the Court and other interested parties, a copy of the Proposed Final Order marked against the form of interim DIP financing order that was filed with the Motion is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that the Debtor intends to seek entry of the Proposed Final Order at the Hearing. The Debtor reserves all rights to revise the Proposed Final Order at or prior to the Hearing.

[*Signature Page Follows*]

---

¹ The last four digits of the Debtor's federal tax identification number are 7778. The Debtor's mailing address is 1266 East Main St., Stamford, CT 06902.

|  |  |
|---|---|
| Dated: April 29, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Matthew B. Lunn*<br>Michael R. Nestor (No. 3526) (mnestor@ycst.com)<br>Matthew B. Lunn (No. 4119) (mlunn@ycst.com)<br>Kenneth J. Enos (No. 4544) (kenos@ycst.com)<br>Travis G. Buchanan (No. 5595) (tbuchanan@ycst.com)<br>Shane M. Reil (No. 6195) (sreil@ycst.com)<br>Matthew P. Milana (No. 6681) (mmilana@ycst.com)<br>1000 N. King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |