**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------------x
: 
In re : Chapter 11
 : 
ALPHA ENTERTAINMENT LLC, : Case No. 20-10940 (LSS)
 : 
Debtor.[1] : 
 : 
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
 ) ss:
COUNTY OF KINGS )

I, Sung Kim, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 27th day of April, 2020, DRC, acting under my supervision, caused a true and accurate copy of the *Order Scheduling Omnibus Hearing Dates* (Docket No. 69), to be served via electronic mail upon the parties as set forth on Exhibit 1; and via US First Class mail delivery upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 30th day of April, 2020, Brooklyn, NY.

By _____
Sung Kim

Sworn before me this
30th day of April, 2020

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The last four digits of the Debtor's federal tax identification number, is 7778. The Debtor's mailing address is 1266 East Main St., Stamford, CT 06902.

**EXHIBIT 1**

# Alpha Entertainment LLC
## Electronic Mail
## Exhibit Page

Page # : 1 of 1  04/27/2020 08:15:22 PM

| | | | |
|---|---|---|---|
| 000014P001-1439S-007<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1439S-007<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A FRAMPTON<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>FASNOTIFY@STATE.DE.US | 000004P001-1439S-007<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000061P001-1439S-007<br>EARP COHN PC<br>RICHARD M SCHLAIFER,ESQ<br>20 BRACE RD STE 400<br>CHERRY HILL NJ 08034<br>RSCHLAIFER@EARPCOHN.COM |
| 000060P001-1439S-007<br>ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>MICHAEL I GOTTFRIED, ESQ<br>10345 W OLYMPIC BLVD<br>LOS ANGELES CA 90064<br>MGOTTFRIED@ELKINSKALT.COM | 000025P001-1439S-007<br>K&L GATES, LLP<br>JOHN A. BICKS<br>599 LEXINGTON AVE<br>NEW YORK NY 10022<br>JOHN.BICKS@KLGATES.COM | 000026P001-1439S-007<br>K&L GATES, LLP<br>JAMES A. WRIGHT III<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>JAMES.WRIGHT@KLGATES.COM | 000027P001-1439S-007<br>K&L GATES, LLP<br>AARON S. ROTHMAN<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>AARON.ROTHMAN@KLGATES.COM |
| 000062P001-1439S-007<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM | 000058P001-1439S-007<br>MCCARTER & ENGLISH LLP<br>MATTHEW J RIFINO, ESQ<br>RENAISSANCE CENTRE<br>405 N KING ST.,8TH FLOOR<br>WILMINGTON DE 19801<br>MRIFINO@MCCARTER.COM | 000059P001-1439S-007<br>MCCARTER & ENGLISH LLP<br>SHEILA E CALELLO,ESQ<br>100 MULBERRY ST<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>SCALELLO@MCCARTER.COM | 000063P001-1439S-007<br>RUBIN LLC<br>PAUL A RUBIN;HANH HUYNH<br>345 SEVENTH AVE.,,21ST FLOOR<br>NEW YORK NY 10001<br>PRUBIN@RUBINLAWLLC.COM |
| 000063P001-1439S-007<br>RUBIN LLC<br>PAUL A RUBIN;HANH HUYNH<br>345 SEVENTH AVE.,,21ST FLOOR<br>NEW YORK NY 10001<br>HHUYNH@RUBINLAWLLC.COM | 000015P001-1439S-007<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022<br>NY@SEC.GOV | 000016P001-1439S-007<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV | 000017P001-1439S-007<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV |
| 000005P001-1439S-007<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000057P001-1439S-007<br>WHITEFORD TAYLOR & PRESTON LLC<br>SCOTT M HARE, ESQ<br>200 FIRST AVE., FLOOR 3<br>PITTSBURGH PA 15222<br>SHARE@WTPLAW.COM | | |

Records Printed : **18**

**EXHIBIT 2**

# Alpha Entertainment LLC
## Exhibit Pages

Page # : 1 of 3                                                                                                   04/27/2020 08:15:00 PM

| | | | |
|---|---|---|---|
| 000035P001-1439S-007<br>47 BRAND<br>PO BOX 419648<br>BOSTON MA 02241 | 000064P001-1439S-007<br>47 BRAND LLC<br>JOE KEANE<br>15 SOUTHWEST PARK<br>WESTWOOD MA 02090 | 000013P001-1439S-007<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000030P002-1439S-007<br>BEXEL NEP INTEGRATED SOLUTIONS<br>DEAN NACCARATO<br>2 BETA DR<br>PITTSBURGH PA 15238 |
| 000050P001-1439S-007<br>BIGGAME<br>13835 WELCH RD<br>DALLAS TX 75244 | 000052P002-1439S-007<br>CHAMPION DATA<br>LEVEL 3  6 RIVERSIDE QUAY<br>SOUTHBANK  3006<br>AUSTRALIA | 000043P002-1439S-007<br>CP COMMUNICATIONS<br>JERRY GEPNER<br>9965 18TH ST N<br>ST.PETERSBURG FL 33716 | 000053P002-1439S-007<br>DC STADIUM LLC<br>CHRIS DEUBERT<br>100 POTOMAC AVE SW<br>WASHINGTON DC 20024 |
| 000014P001-1439S-007<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 | 000008P001-1439S-007<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A FRAMPTON<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000004P001-1439S-007<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 | 000006P001-1439S-007<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 |
| 000007P001-1439S-007<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000061P001-1439S-007<br>EARP COHN PC<br>RICHARD M SCHLAIFER,ESQ<br>20 BRACE RD STE 400<br>CHERRY HILL NJ 08034 | 000032P001-1439S-007<br>ELEVATE SPORTS PARTNERS<br>4949 MARIE P DEBARTOLO WAY<br>SANTA CLARA CA 95054 | 000060P001-1439S-007<br>ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>MICHAEL I GOTTFRIED, ESQ<br>10345 W OLYMPIC BLVD<br>LOS ANGELES CA 90064 |
| 000029P001-1439S-007<br>EVOLUTION MEDIA CAPITAL LLC<br>11620 WILSHIRE BLVD<br>STE 460<br>LOS ANGELES CA 90025 | 000009P001-1439S-007<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A 340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000044P001-1439S-007<br>HOUSTON ATHLETICS<br>3874 HOLMAN ST STE C<br>HOUSTON TX 77004 | 000047P002-1439S-007<br>INFRONT  IX COM<br>1261 BROADWAY<br>STE 200<br>NEW YORK NY 10001 |
| 000001P001-1439S-007<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1439S-007<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000038P002-1439S-007<br>JAMES ZORN<br>ADDRESS INTENTIONALLY OMITTED | 000037P002-1439S-007<br>JONATHAN HAYES<br>ADDRESS INTENTIONALLY OMITTED |
| 000067P001-1439S-007<br>JONATHAN HAYES<br>P O BOX 293<br>LOVELAND OH 45140 | 000048P001-1439S-007<br>JONES LANG LASALLE AMERICAS INC JLL<br>200 EAST RANDOLPH DR<br>43RD FLOOR<br>CHICAGO IL 60601 | 000039P002-1439S-007<br>JUNE JONES<br>ADDRESS INTENTIONALLY OMITTED | 000025P001-1439S-007<br>K&L GATES, LLP<br>JOHN A. BICKS<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 |

# Alpha Entertainment LLC
## Exhibit Pages

Page # : 2 of 3                                                                                                     04/27/2020 08:15:00 PM

| | | | |
|---|---|---|---|
| 000026P001-1439S-007<br>K&L GATES, LLP<br>JAMES A. WRIGHT III<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | 000027P001-1439S-007<br>K&L GATES, LLP<br>AARON S. ROTHMAN<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | 000040P001-1439S-007<br>KEVIN GILBRIDE<br>ADDRESS INTENTIONALLY OMITTED | 000062P001-1439S-007<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064 |
| 000036P002-1439S-007<br>MARC TRESTMAN<br>ADDRESS INTENTIONALLY OMITTED | 000058P001-1439S-007<br>MCCARTER & ENGLISH LLP<br>MATTHEW J RIFINO, ESQ<br>RENAISSANCE CENTRE<br>405 N KING ST.,8TH FLOOR<br>WILMINGTON DE 19801 | 000059P001-1439S-007<br>MCCARTER & ENGLISH LLP<br>SHEILA E CALELLO,ESQ<br>100 MULBERRY ST<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | 000010P001-1439S-007<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 |
| 000056P001-1439S-007<br>NC SPORTS LLC<br>JONATHAN R HURST<br>ONE CHAGRIN HIGHLANDS<br>2000 AUBURN DRIVE STE 315<br>BEACHWOOD OH 44122 | 000045P001-1439S-007<br>NEW MEADOWLANDS STADIUM CO LLC<br>ONE METLIFE STADIUM DR<br>EAST RUTHERFORD NJ 07073 | 000003P001-1439S-007<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | 000031P002-1439S-007<br>ROBERT STOOPS<br>ADDRESS INTENTIONALLY OMITTED |
| 000063P001-1439S-007<br>RUBIN LLC<br>PAUL A RUBIN;HANH HUYNH<br>345 SEVENTH AVE.,,21ST FLOOR<br>NEW YORK NY 10001 | 000015P001-1439S-007<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000016P001-1439S-007<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549 | 000017P001-1439S-007<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103 |
| 000012P001-1439S-007<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000046P001-1439S-007<br>SOMETHING INKED<br>1018 ELM HILL PIKE<br>NASHVILLE TN 37210 | 000054P002-1439S-007<br>ST LOUIS CONVENTION AND VISITORS COMM.<br>701 CONVENTION PLZ<br>SUITE 300<br>ST LOUIS MO 63101 | 000049P001-1439S-007<br>TAMPA SPORTS AUTHORITY<br>4201 N DALE MABRY HWY<br>TAMPA FL 33607 |
| 000066P001-1439S-007<br>TICKET MASTER<br>RICHARD PATTI<br>9348 CIVIC CENTER DRIVE<br>BEVERLY HILLS CA 90210 | 000033P001-1439S-007<br>TICKETMASTER BLUEDIGITAL<br>14643 COLLECTIONS CTR DR<br>CHICAGO IL 60693 | 000005P001-1439S-007<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801 | 000011P001-1439S-007<br>US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 |
| 000057P001-1439S-007<br>WHITEFORD TAYLOR & PRESTON LLC<br>SCOTT M HARE, ESQ<br>200 FIRST AVE., FLOOR 3<br>PITTSBURGH PA 15222 | 000041P002-1439S-007<br>WINSTON MOSS<br>ADDRESS INTENTIONALLY OMITTED | 000034P001-1439S-007<br>XOS<br>PO BOX 742251<br>ATLANTA GA 30374-2251 | 000065P001-1439S-007<br>XOS TECHNOLOGIES INC<br>KRISTIN DESROCHERS<br>181 BALLARDVALE ST.,STE 101B<br>WILMINGTON MA 01887 |

# Alpha Entertainment LLC
## Exhibit Pages

Page # : 3 of 3                                                                                    04/27/2020 08:15:00 PM

000042P003-1439S-007
YINZCAM
5541 WALNUT ST
PITTSBURGH PA 15232

Records Printed :   **57**