**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: <br><br> ALPHA ENTERTAINMENT LLC, <br><br> Debtor. | ) Chapter 11 <br> ) <br> ) Case No. 20-10940 (LSS) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that JPMorgan Chase ("JPMC") hereby appears by its counsel, Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch").  JPMC hereby requests that the undersigned attorneys be added to the official mailing matrix and service list in these cases.  JPMC requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon JPMC through service upon Benesch, at the address, emails, and/or facsimile number set forth below:

| | |
|---|---|
| BENESCH, FRIEDLANDER, COPLAN <br> & ARONOFF LLP <br> Kevin M. Capuzzi <br> John C. Gentile <br> 222 Delaware Avenue, Suite 801 <br> Wilmington, DE 19801 <br> Telephone: (302) 442-7010 <br> Facsimile: (302) 442-7012 <br> kcapuzzi@beneschlaw.com <br> jgentile@beneschlaw.com | BENESCH, FRIEDLANDER, COPLAN <br> & ARONOFF LLP <br> William E. Schonberg <br> 200 Public Square, Suite 2300 <br> Cleveland, OH 44114 <br> Telephone: (216) 363-4500 <br> Facsimile: (216) 363-4588 <br> wschonberg@beneschlaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the

Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive JPMC's: (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which JPMC is or may be entitled to under agreements, in law, or equity all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: May 11, 2020
       Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP

 /s/ Kevin M. Capuzzi
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

*Counsel for JPMorgan Chase*