IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                                           :
In re                                    :  Chapter 11
                                         :
ALPHA ENTERTAINMENT LLC,                 :  Case No. 20-10940 (LSS)
                                         :
      Debtor.¹                           :
                                         :  Ref. Docket No. 22
                                         :
-----------------------------------------------------------x
```

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 22

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Debtor's Eleventh Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Petition Date* [Docket No. 22] (the "***Motion***") filed with the United States Bankruptcy Court for the District of Delaware (the "***Court***") on April 13, 2020.

The undersigned further certifies that, as of the date hereof, he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on April 27, 2020.²

As no responses to the Motion have been received, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

---

¹ The last four digits of the Debtor's federal tax identification number are 7778. The Debtor's mailing address is 1266 East Main St., Stamford, CT 06902.

² The Objection Deadline was extended to May 8, 2020 at 1:00 p.m. (ET) solely for the Official Committee of Unsecured Creditors (the "***Committee***"). The Committee advised that it has no objection to the Motion.

26491781.1

2

| | |
|---|---|
| Dated: May 11, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>Michael R. Nestor (No. 3526) (mnestor@ycst.com)<br>Matthew B. Lunn (No. 4119) (mlunn@ycst.com)<br>Kenneth J. Enos (No. 4544) (kenos@ycst.com)<br>Shane M. Reil (No. 6195) (sreil@ycst.com)<br>Matthew P. Milana (No. 6681) (mmilana@ycst.com)<br>1000 N. King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |

26491781.1

2

## EXHIBIT A

**Revised Proposed Order**

26491781.1

## EXHIBIT B

**Redline**