IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re                                      :    Chapter 11
:
ALPHA ENTERTAINMENT LLC,                   :    Case No. 20-10940 (LSS)
:
Debtor.[1]                                 :
:
---------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 13, 2020 AT 10:00 A.M. (ET)

> **THIS HEARING WILL BE HELD TELEPHONICALLY AND BY VIDEO. ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878 NO LATER THAN MAY 13, 2020 AT 8:30 A.M. TO SIGN UP. ADDITIONALLY, ANYONE WISHING TO APPEAR BY ZOOM IS INVITED TO USE THE LINK BELOW. ALL PARTIES THAT WILL BE ARGUING OR TESTIFYING MUST APPEAR BY ZOOM AND COURTCALL. PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**
>
> **Join ZoomGov Meeting**
> https://debuscourts.zoomgov.com/j/1611002113
>
> **Meeting ID: 161 100 2113**
> **Password: 222124**
>
> **Join by SIP**
> 1611002113@sip.zoomgov.com

**ADJOURNED MATTERS**

1. Debtor's Motion for Entry of Interim and Final Orders Authorizing (I) the Debtor to Honor and Refund Certain Customer Obligations; and (II) Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 5; 4/13/20]

    Related Pleadings:

    a) Notice of Hearing [D.I. 38; 4/16/20]

---

[1] The last four digits of the Debtor's federal tax identification number, is 7778. The Debtor's mailing address is 1266 East Main St., Stamford, CT 06902.

26404239.1

Objection Deadline: May 6, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 11, 2020 at 10:00 a.m. (ET)]

Objections/Informal Responses:

    b)    Informal Response from the Committee

Status: By agreement of the parties, this matter is adjourned to a date and time to be determined subject to the availability of the Court. The Debtor will confer with the Committee regarding objection and reply deadlines.

2. Motion for Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 362, 363, 364 and 507, (A) Authorizing Post-Petition Financing, (B) Authorizing Use of Cash Collateral, (C) Scheduling a Final Hearing, and (D) Granting Related Relief [D.I. 7; 4/13/20]

Related Pleadings:

    a)    Interim Order [D.I. 51; 4/21/20]

    b)    Notice of Entry of Interim Order and Final Hearing Thereon [D.I. 54; 4/21/20]

    c)    Notice of Filing of Proposed Final DIP Order [D.I. 78; 4/29/20]

Objection Deadline: May 6, 2020 at 4:00 p.m. (ET) [Extended for 1266 Main Street Stamford, LLC to May 8, 2020 at 12:00 p.m. (ET), and for the Committee to May 11, 2020 at 10:00 a.m. (ET)]

Objections/Informal Responses:

    d)    Informal Response from the Committee

    e)    Informal Response from 1266 Main Street Stamford, LLC

    f)    Informal Response from JP Morgan Chase

Status: By agreement of the parties, this matter is adjourned to a date and time to be determined subject to the availability of the Court. The Debtor will confer with the Committee regarding objection and reply deadlines.

3. Debtor's Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtor's Assets; (II) Scheduling an Auction for and Hearing to Approve the Sale; (III) Approving Notice of Respective Date, Time and Place for Auction and for Hearing on Approval of Sale; (IV) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (V) Approving Form and Manner of Notice Thereof; and (VI) Granting Related Relief; and (B) an Order Authorizing and Approving (I) the Sale Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests; and (II) the

Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (III) Related Relief [D.I. 55; 4/21/20]

Related Pleadings:     None.

Objection Deadline:    May 6, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 11, 2020 at 10:00 a.m. (ET)]

Objections/Informal Responses:

- a) Informal Response from the Office of the United States Trustee
- b) Informal Response from the Committee

Status: By agreement of the parties, this matter is adjourned to a date and time to be determined subject to the availability of the Court. The Debtor will confer with the Committee regarding objection and reply deadlines.

### UNCONTESTED MATTERS WITH CNO/COC

4. Debtor's Motion for Entry of Interim and Final Orders Authorizing (I) the Debtor to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 3; 4/13/20]

    Related Pleadings:

    - a) Interim Order [D.I. 36; 4/15/20]
    - b) Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 39; 4/16/20]
    - c) Certificate of No Objection [D.I. 105; 5/11/20]

    Objection Deadline:    May 6, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

    Objections/Informal Responses:    None.

    Status: A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

5. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System; (II) Authorizing Use of Prepetition Bank Accounts and Certain Payment Methods; (III) Suspending the Requirements of 11 U.S.C. § 345(b) on an Interim Basis; and (IV) Granting Related Relief [D.I. 4; 4/13/20]

    Related Pleadings:

    - a) Interim Order [D.I. 34; 4/15/20]

      b)      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 39; 4/16/20]

      c)      Certificate of No Objection [D.I. 106; 5/11/20]

Objection Deadline:      May 6, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

Objections/Informal Responses:      None.

Status:      A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

6. Debtor's Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtor to Pay and Honor Certain (A) Prepetition Wages, Benefits, and Other Compensation Obligations, (B) Prepetition Employee Business Expenses, and (C) Workers' Compensation Obligations; (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations; and (III) Granting Related Relief [D.I. 6; 4/13/20]

Related Pleadings:

      a)      Interim Order [D.I. 35; 4/15/20]

      b)      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 39; 4/16/20]

      c)      Certificate of No Objection [D.I. 107; 5/11/20]

Objection Deadline:      May 6, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

Objections/Informal Responses:      None.

Status:      A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

7. Debtor's First Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Petition Date [D.I. 12; 4/13/20]

Related Pleadings:

      a)      Omnibus Notice of Hearing [D.I. 40; 4/16/20]

      b)      Certificate of No Objection [D.I. 95; 5/11/20]

Objection Deadline:      April 27, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

26404239.1

      Objections/Informal Responses:    None.

      Status:    A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

8. **Debtor's Second Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Petition Date** [D.I. 13; 4/13/20]

   Related Pleadings:

       a)    Omnibus Notice of Hearing [D.I. 40; 4/16/20]

       b)    Certificate of No Objection [D.I. 96; 5/11/20]

   Objection Deadline:    April 27, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

   Objections/Informal Responses:    None.

   Status:    A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

9. **Debtor's Third Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Petition Date** [D.I. 14; 4/13/20]

   Related Pleadings:

       a)    Omnibus Notice of Hearing [D.I. 40; 4/16/20]

       b)    Certificate of No Objection [D.I. 97; 5/11/20]

   Objection Deadline:    April 27, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

   Objections/Informal Responses:    None.

   Status:    A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

10. **Debtor's Fourth Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Petition Date** [D.I. 15; 4/13/20]

    Related Pleadings:

        a)    Omnibus Notice of Hearing [D.I. 40; 4/16/20]

        b)    Certificate of No Objection [D.I. 98; 5/11/20]

26404239.1

        Objection Deadline:        April 27, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

        Objections/Informal Responses:        None.

        Status:        A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

11. Debtor's Fifth Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Petition Date [D.I. 16; 4/13/20]

        Related Pleadings:

        a)        Omnibus Notice of Hearing [D.I. 40; 4/16/20]

        b)        Certificate of No Objection [D.I. 99; 5/11/20]

        Objection Deadline:        April 27, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

        Objections/Informal Responses:        None.

        Status:        A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

12. Debtor's Sixth Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Petition Date [D.I. 17; 4/13/20]

        Related Pleadings:

        a)        Omnibus Notice of Hearing [D.I. 40; 4/16/20]

        b)        Certificate of No Objection [D.I. 100; 5/11/20]

        Objection Deadline:        April 27, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

        Objections/Informal Responses:        None.

        Status:        A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

13. Debtor's Seventh Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Petition Date [D.I. 18; 4/13/20]

        Related Pleadings:

        a)        Omnibus Notice of Hearing [D.I. 40; 4/16/20]

26404239.1

   b)  Certificate of No Objection [D.I. 101; 5/11/20]

Objection Deadline:  April 27, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

Objections/Informal Responses: None.

Status: A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

14. Debtor's Eighth Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Petition Date [D.I. 19; 4/13/20]

 Related Pleadings:

   a)  Omnibus Notice of Hearing [D.I. 40; 4/16/20]

   b)  Certificate of No Objection [D.I. 102; 5/11/20]

Objection Deadline:  April 27, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

Objections/Informal Responses: None.

Status: A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

15. Debtor's Eleventh Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Petition Date [D.I. 22; 4/13/20]

 Related Pleadings:

   a)  Omnibus Notice of Hearing [D.I. 40; 4/16/20]

   b)  Certificate of No Objection [D.I. 103; 5/11/20]

Objection Deadline:  April 27, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

Objections/Informal Responses: None.

Status: A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

16. Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtor, Effective as of the Petition Date [D.I. 60; 4/22/20]

 Related Pleadings:

a) [Certification of Counsel](#) [D.I. 91; 5/11/20]

    Objection Deadline: May 6, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

    Objections/Informal Responses:

b) Informal Response from the Office of the United States Trustee

    Status: A revised proposed form of order has been submitted under certification of counsel. A hearing is only necessary to the extent the Court has questions or concerns.

17. [Application for Entry of an Order Approving the Employment and Retention of Donlin, Recano & Company, Inc. as Administrative Advisor for the Debtor, Effective as of the Petition Date](#) [D.I. 61; 4/22/20]

    Related Pleadings:

a) [Certification of Counsel](#) [D.I. 92; 5/11/20]

    Objection Deadline: May 6, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

    Objections/Informal Responses:

b) Informal Response from the Office of the United States Trustee

    Status: A revised proposed form of order has been submitted under certification of counsel. A hearing is only necessary to the extent the Court has questions or concerns.

18. [Debtor's Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals](#) [D.I. 62; 4/22/20]

    Related Pleadings:

a) [Certificate of No Objection](#) [D.I. 104; 5/11/20]

    Objection Deadline: May 6, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

    Objections/Informal Responses: None.

    Status: A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.
---


**MATTERS GOING FORWARD**

19. Debtor's Ninth Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Petition Date [D.I. 20; 4/13/20]

    Related Pleadings:

    a) Omnibus Notice of Hearing [D.I. 40; 4/16/20]

    b) Notice of Partial Withdrawal [D.I. 93; 5/11/20]

    Objection Deadline: April 27, 2020 at 4:00 p.m. (ET) [Extended for Mark and Matthew Kwok, Ming Event Services to May 6, 2020 at 4:00 p.m. (ET), and for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

    Objections/Informal Responses:

    c) Response and Objection of YinzCam, Inc. [D.I. 70; 4/27/20]

    d) Informal Response from the Committee

    e) Informal Response from Mark and Matthew Kwok, Ming Event Services

    Status: With respect to the response of YinzCam, Inc., this matter is adjourned to a date and time to be determined subject to the availability of the Court. The Debtor is working with the Committee with respect to the remaining balance of the relief requested in the motion, and to the extent the issues are not able to be resolved prior to the hearing, this matter will be adjourned to a date and time to be determined subject to the availability of the Court.

20. Debtor's Tenth Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Petition Date [D.I. 21; 4/13/20]

    Related Pleadings:

    a) Omnibus Notice of Hearing [D.I. 40; 4/16/20]

    Objection Deadline: April 27, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

    Objections/Informal Responses:

    b) Informal Response from the Committee

    Status: The Debtor is working with the Committee to address its informal response. To the extent the issues are not able to be resolved prior to the hearing, this matter will be adjourned to a date and time to be determined subject to the availability of the Court.

21. Debtor's Twelfth Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Unexpired Leases and Executory Contracts Effective as of the Petition Date [D.I. 23; 4/13/20]

    Related Pleadings:

    a) Omnibus Notice of Hearing [D.I. 40; 4/16/20]

    Objection Deadline: April 27, 2020 at 4:00 p.m. (ET) [Extended for Rangers Baseball LLC to May 6, 2020 at 4:00 p.m. (ET), for the Committee to May 8, 2020 at 1:00 p.m. (ET), and for New Meadowlands Stadium Company, LLC to May 11, 2020 at 11:00 a.m. (ET)]

    Objections/Informal Responses:

    b) Informal Response from Rangers Baseball LLC

    c) Informal Response from New Meadowlands Stadium Company, LLC

    d) Informal Response from the Committee

    Status: The Debtor is working with the Committee to address its informal response. To the extent the issues are not able to be resolved prior to the hearing, this matter will be adjourned to a date and time to be determined subject to the availability of the Court.

22. Debtor's Motion for an Order Establishing Procedures for Sales of Certain Miscellaneous Assets Outside the Ordinary Course of Business Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363 of the Bankruptcy Code [D.I. 63; 4/22/20]

    Related Pleadings: None.

    Objection Deadline: May 6, 2020 at 4:00 p.m. (ET) [Extended for the Committee to May 8, 2020 at 1:00 p.m. (ET)]

    Objections/Informal Responses:

    a) Informal Response from Hancock REIT 1850M LLC

    b) Informal Response from the Committee

| | |
|---|---|
| Status: | The response listed as item (a) has been resolved. With respect to the response by the Committee listed as item (b), the Debtor is working with the committee to resolved its informal response and intends to submit a revised form of order at or prior to the hearing. This matter is going forward. |

| | |
|---|---|
| Dated: May 11, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>Michael R. Nestor (No. 3526) (mnestor@ycst.com)<br>Matthew B. Lunn (No. 4119) (mlunn@ycst.com)<br>Kenneth J. Enos (No. 4544) (kenos@ycst.com)<br>Travis G. Buchanan (No. 5595) (tbuchanan@ycst.com)<br>Shane M. Reil (No. 6195) (sreil@ycst.com)<br>Matthew P. Milana (No. 6681) (mmilana@ycst.com)<br>1000 N. King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |

26404239.1