# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
                                          :

In re                                    :   **Chapter 11**

                                          :

**ALPHA ENTERTAINMENT LLC,**         :   **Case No. 20-10940 (LSS)**

                                          :

           Debtor.[1]                   :

                                          :   Objection Deadline: June 8, 2020 at 4:00 p.m. (ET)

                                          :

-------------------------------------------------------x

## SUMMARY OF FIRST MONTHLY APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM APRIL 13, 2020 THROUGH AND INCLUDING APRIL 30, 2020

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Effective Date of Retention: | April 13, 2020 |
| Period for which compensation and reimbursement is sought: | April 13, 2020 through April 30, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $217,802.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,399.74 |

This is an: __X__ monthly ___ final application

This monthly application includes 0.00 hours with a value of $0.00 incurred in connection with the preparation of Fee Applications.

---

[1] The last four digits of the Debtor's federal tax identification number are 7778. The Debtor's mailing address is 1266 East Main St., Stamford, CT 06902.

26514716.1

Prior applications:        N/A

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | | | | | |

**INTERIM COMPENSATION BY INDIVIDUAL**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Michael R. Nestor | Partner since 2003.  Joined firm as an associate in 1998.  Member of PA and NJ Bars since 2001.  Member of DE Bar since 1996. | 970.00 | 4.90 | 4,753.00 |
| Matthew B. Lunn | Partner since 2010.  Joined firm as an associate in 2001.  Member of DE Bar since 2001.  Member of NY Bar since 2009. | 795.00 | 77.10 | 61,294.50 |
| Adam Poff | Partner since 2009.  Joined firm as an associate in 2000.  Member of DE Bar since 2000. | 725.00 | 0.40 | 290.00 |
| Kenneth J. Enos | Partner since 2015.  Joined firm as an associate in 2004.  Member of DE Bar since 2004. | 700.00 | 38.10 | 26,670.00 |
| Michael S. Neiburg | Partner since 2019.  Joined firm as an associate in 2008.  Member of DE Bar since 2009. | 675.00 | 8.50 | 5,737.50 |
| Timothy J. Snyder | Partner since 1991.  Joined firm as an associate in 1985.  Member of PA Bar since 1981.  Member of DE Bar since 1985. | 575.00 | 1.90 | 1,092.50 |
| Lauren E. M. Russell | Counsel since 2020.  Joined firm as an associate in 2010.  Member of DE Bar since 2010. | 550.00 | 7.30 | 4,015.00 |
| Travis G. Buchanan | Joined firm as an associate in 2011.  Member of DE Bar since 2011. | 595.00 | 9.50 | 5,652.50 |
| Shane M. Reil | Joined firm as an associate in 2015.  Member of DE Bar since 2015. | 525.00 | 108.60 | 57,015.00 |

| | | | | |
|---|---|---|---|---|
| Robert M. Vrana | Joined firm as an associate in 2011.  Member of DE Bar since 2011. | 485.00 | 1.40 | 679.00 |
| Ryan D. Hart | Joined firm as an associate in 2017.  Member of DE Bar since 2017. | 415.00 | 18.30 | 7,594.50 |
| Matthew Milana | Joined frim as an associate in 2019.  Member of DE Bar since 2019. | 325.00 | 71.80 | 28,720.00 |
| Troy Bollman | Paralegal | 295.00 | 48.20 | 14,219.00 |
| Monica Fratticci | Paralegal | 175.00 | 0.40 | 70.00 |
| **Grand Total:** | | | **396.40** | **217,802.50** |
| **Blended Rate:** | | **549.45** | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration (B001) | 38.70 | 16,366.50 |
| Court Hearings (B002) | 50.70 | 26,477.50 |
| Cash Collateral/DIP Financing (B003) | 25.10 | 16,729.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 18.40 | 9,222.50 |
| Lease/Executory Contract Issues (B005) | 61.90 | 30,294.00 |
| Use, Sale or Lease of Property (363 issues) (B006) | 64.00 | 37,748.00 |
| Claims Analysis, Objections and Resolutions (B007) | 15.00 | 8,838.00 |
| Meetings (B008) | 23.40 | 16,062.00 |
| Stay Relief Matters (B009) | 10.30 | 5,795.00 |
| Reclamation Claims and Adversaries (B010) | 2.10 | 1,015.00 |
| Other Adversary Proceedings (B011) | 11.40 | 7,827.00 |
| Creditor Inquiries (B013) | 5.50 | 3,785.00 |
| General Corporate Matters (B014) | 10.30 | 6,300.50 |
| Employee Matters (B015) | 29.60 | 16,373.50 |
| Asset Analysis (B016) | 1.40 | 679.00 |
| Retention of Professionals/Fee Issues (B017) | 28.60 | 14,290.00 |
| **TOTAL** | **396.40** | **217,802.50** |

## INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses ($) |
|---|---|
| Computerized Legal Research | 74.69 |
| Court Costs | 278.30 |
| Deposition/Transcript | 85.20 |
| Docket Retrieval/Search | 31.60 |
| Facsimile | 1.00 |
| Filing Fee | 181.00 |
| Reproduction Charges | 0.20 |
| Teleconference/Video Conference | 747.75 |
| **TOTAL** | **1,399.74** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re                              :    **Chapter 11**
:
**ALPHA ENTERTAINMENT LLC,**    :    **Case No. 20-10940 (LSS)**
:
Debtor.[1]               :
:    Objection Deadline: June 8, 2020 at 4:00 p.m. (ET)
:
---------------------------------------------------------x

### FIRST MONTHLY APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM APRIL 13, 2020 THROUGH AND INCLUDING APRIL 30, 2020

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtor, Effective as of the Petition Date* [Docket No. 112] (the "Retention Order") and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 114] (the "Interim Compensation Order"), the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") hereby applies (the "Application") to the United States Bankruptcy Court for the District of Delaware (the "Court") for reasonable compensation for professional legal services rendered as counsel to Alpha Entertainment LLC (the "Debtor"), in the amount of $217,802.50, together with reimbursement for actual and necessary expenses incurred in the amount of $1,399.74, for the interim period April 13, 2020 through and including April 30, 2020

---

[1]  The last four digits of the Debtor's federal tax identification number are 7778.  The Debtor's mailing address is 1266 East Main St., Stamford, CT 06902.

(the "<u>Interim Fee Period</u>").   In support of this Application, Young Conaway respectfully represents as follows:

<b><u>BACKGROUND</u></b>

1.      On April 13, 2020 (the "<u>Petition Date</u>"), the Debtor filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.

2.      Pursuant to the Retention Order, Young Conaway was retained to represent the Debtor as bankruptcy counsel in connection with this chapter 11 case, effective as of the Petition Date.  The Retention Order authorizes Young Conaway to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3.      All services for which compensation is requested herein by Young Conaway were performed for or on behalf of the Debtor.

<b><u>SUMMARY OF SERVICES RENDERED</u></b>

4.      Attached hereto as <u>Exhibit A</u> is a detailed statement of fees incurred during the Interim Fee Period, showing the amount of $217,802.50 due for fees.

5.      The services rendered by Young Conaway during the Interim Fee Period are grouped into the categories set forth in <u>Exhibit A</u>.  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

<b><u>DISBURSEMENTS</u></b>

6.      <u>Exhibit B</u> attached hereto is a detailed statement of expenses paid by Young Conaway during the Interim Fee Period, showing the amount of $1,399.74 for reimbursement of expenses.   This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other

26514716.1

2

charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by Young Conaway to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments included hereto as Exhibit B.

7.    Costs incurred for overtime and computer assisted research are not included in Young Conaway's normal hourly billing rates and, therefore, are itemized and included in Young Conaway's disbursements.  Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Young Conaway represents that its rate for duplication is $.10 per page for black and white copies and $.80 per page for color copies, its rate for outgoing telecopier transmissions is $.25 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research.

## VALUATION OF SERVICES

8.    Attorneys and paraprofessionals of Young Conaway have expended a total of 396.40 hours in connection with this matter during the Interim Fee Period.

9.    The amount of time spent by each of these persons providing services to the Debtor for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are Young Conaway's normal hourly rates of compensation for work of this character.

The reasonable value of the services rendered by Young Conaway for the Interim Fee Period as counsel for the Debtor in this case is $217,802.50.

10.     Young Conaway believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B attached hereto are in compliance with the requirements of Local Rule 2016-2.

11.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of this chapter 11 case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

12.     This Application covers the interim fee period from April 13, 2020 through and including April 30, 2020.  Young Conaway has continued, and will continue, to perform additional necessary services for the Debtor subsequent to the Interim Fee Period, for which Young Conaway will file subsequent monthly fee applications.

*[Remainder of Page Intentionally Left Blank]*

## **CONCLUSION**

WHEREFORE, Young Conaway requests that allowance be made to it in the sum of $217,802.50 as compensation for necessary professional services rendered to the Debtor for the Interim Fee Period, and the sum of $1,399.74 for reimbursement of actual necessary costs and expenses incurred during that period, and requests such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated:    May 19, 2020<br>            Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*/s/ Matthew B. Lunn*

Michael R. Nestor (No. 3526) (mnestor@ycst.com)
Matthew B. Lunn (No. 4119) (mlunn@ycst.com)
Kenneth J. Enos (No. 4544) (kenos@ycst.com)
Shane M. Reil (No. 6195) (sreil@ycst.com)
Matthew P. Milana (No. 6681) (mmilana@ycst.com)
1000 N. King Street
Rodney Square
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Counsel to the Debtor and Debtor in Possession*

26514716.1

## **VERIFICATION**

I, Matthew B. Lunn, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury:

1.      I am a Partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP, and have been admitted to the bar of the Supreme Court of Delaware since 2001.

2.      I have personally performed many of the legal services rendered by Young Conaway Stargatt & Taylor, LLP, as counsel for the Debtor, and am generally familiar with all other work performed on behalf of the Debtor by the lawyers and paraprofessionals in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.


Dated:  May 19, 2020                          */s/ Matthew B. Lunn*_____
                                                            MATTHEW B. LUNN

26514716.1