**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Alpha Entertainment, LLC, | ) | Case No. 20-10940 (LSS) |
| | ) | |
| Debtor. | ) | |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that on the 19th day of May, 2020, a copy of **Vincent K. McMahon's Objections and Responses to Creditors' Committee's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)** was served as indicated upon the following counsel.

**BY EMAIL**

Howard J. Steinberg, Esq.
Greenberg Traurig, LLP
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
Email: steinbergh@gtlaw.com

David Bruce Kurzweil, Esq.
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Terminus 200, Suite 2500
Atlanta, GA 30305
Email: kurzweild@gtlaw.com

Shari L. Heyen, Esq.
Greenberg Traurig, LLP
1000 Louisiana, Suite 1700
Houston, TX 77002
Email: heyens@gtlaw.com

Dated: May 20, 2020

K&L GATES
John A. Bicks
Jerry S. McDevitt
James A. Wright III
599 Lexington Avenue
New York, NY 10022-6030
Telephone:  (2112) 536-3900
Email: john.bicks@klgates.com
    jerry.mcdevitt@klgates.com
    james.wright@klgates.com

CONNOLLY GALLAGHER LLP

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler  (No. 2795)
Kelly M. Conlan   (No. 4786)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302) 757-7300
Email: jwisler@connollygallagher.com
    kconlan@connollygallagher.com

*Counsel for Vincent K. McMahon*

#05533920