# **EXHIBIT 1**

**Rejected Real Property Lease**

| Landlord / Counterparty | Leased Premises | Description |
|---|---|---|
| 255 S. King Street Tennant LLC (WeWork) | 255 S. King Street Seattle, WA 98101 | Office Lease, and any amendments thereto |

26414275.3