**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------------x
: 
In re : Chapter 11
 :
**ALPHA ENTERTAINMENT LLC,** : Case No. 20-10940 (LSS)
 :
Debtor.[1] :
 :
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Sung Kim, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 18th day of May, 2020, DRC, acting under my supervision, caused a true and accurate copy of the *Debtor's Motion for an Order Authorizing the Debtor to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date* (Docket No. 142), to be served via electronic mail upon the parties as set forth on Exhibit 1; and via US First Class Mail delivery upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 20th day of May, 2020, Brooklyn, NY.

By _____
    Sung Kim

Sworn before me this
20th day of May, 2020

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The last four digits of the Debtor's federal tax identification number, is 7778. The Debtor's mailing address is 1266 East Main St., Stamford, CT 06902.

**EXHIBIT 1**

# Alpha Entertainment LLC
## Electronic Mail
## Exhibit Pages

Page # : 1 of 2                                                                                                           05/18/2020 06:58:55 PM

| | | | |
|---|---|---|---|
| 000078P001-1439S-016<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI;JOHN C GENTILE<br>222 DELAWARE AVE.,STE 801<br>WILMINGTON DE 19801<br>KCAPUZZI@BENESCHLAW.COM | 000078P001-1439S-016<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI;JOHN C GENTILE<br>222 DELAWARE AVE.,STE 801<br>WILMINGTON DE 19801<br>JGENTILE@BENESCHLAW.COM | 000079P001-1439S-016<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>WILLIAM E SCHONBERG<br>200 PUBLIC SQUARE STE 2300<br>CLEVELAND OH 44114<br>WSCHONBERG@BENESCHLAW.COM | 000081P001-1439S-016<br>BUCHANAN INGERSOLL & ROONEY PC<br>MARY CALOWAY,ESQ<br>919 NORTH MARKET ST.,STE 990<br>WILMINGTON DE 19801<br>MARY.CALOWAY@BIPC.COM |
| 000082P001-1439S-016<br>BUCHANAN INGERSOLL & ROONEY PC<br>TYLER DISCHINGER,ESQ<br>UNION TRUST BLDG<br>501 GRANT ST.,STE 200<br>PITTSBURGH PA 15219<br>TYLER.DISCHINGER@BIPC.COM | 000069P001-1439S-016<br>BURR & FORMAN LLP<br>J CORY FALGOWSKI, ESQ<br>1201 N MARKET ST.,STE 1407<br>WILMINGTON DE 19801<br>JFALGOWSKI@BURR.COM | 000070P001-1439S-016<br>BURR & FORMAN LLP<br>EMILY C TAUBE<br>222 SECOND AVE. SOUTH,STE 2000<br>NASHVILLE TN 37201<br>ETAUBE@BURR.COM | 000014P001-1439S-016<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US |
| 000008P001-1439S-016<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A FRAMPTON<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>FASNOTIFY@STATE.DE.US | 000004P001-1439S-016<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000061P001-1439S-016<br>EARP COHN PC<br>RICHARD M SCHLAIFER,ESQ<br>20 BRACE RD STE 400<br>CHERRY HILL NJ 08034<br>RSCHLAIFER@EARPCOHN.COM | 000060P001-1439S-016<br>ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>MICHAEL I GOTTFRIED, ESQ<br>10345 W OLYMPIC BLVD<br>LOS ANGELES CA 90064<br>MGOTTFRIED@ELKINSKALT.COM |
| 000077P001-1439S-016<br>ENDEAVOR<br>ISABELLE MERCIER-DALPHOND<br>200 FIFTH AVE<br>NEW YORK NY 10010<br>IMERCIER@ENDEAVORCO.COM | 000072P001-1439S-016<br>GREENBERG TRAURIG LLP<br>SHARI L HEYEN<br>1000 LOUISIANA STE 1700<br>HOUSTON TX 77002<br>HEYENS@GTLAW.COM | 000073P001-1439S-016<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801<br>MELOROD@GTLAW.COM | 000074P001-1439S-016<br>GREENBERG TRAURIG LLP<br>DAVID B KURZWEIL<br>3333 PIEDMONT RD.,NE STE 2500<br>ATLANTA GA 30305<br>KURZWEILD@GTLAW.COM |
| 000075P001-1439S-016<br>JENNER & BLOCK LLP<br>ROBERT D GORDON;MARC B HANKIN;CARL N WEDOFF<br>919 THIRD AVE<br>NEW YORK NY 10022<br>RGORDON@JENNER.COM | 000075P001-1439S-016<br>JENNER & BLOCK LLP<br>ROBERT D GORDON;MARC B HANKIN;CARL N WEDOFF<br>919 THIRD AVE<br>NEW YORK NY 10022<br>MHANKIN@JENNER.COM | 000075P001-1439S-016<br>JENNER & BLOCK LLP<br>ROBERT D GORDON;MARC B HANKIN;CARL N WEDOFF<br>919 THIRD AVE<br>NEW YORK NY 10022<br>CWEDOFF@JENNER.COM | 000076P001-1439S-016<br>JENNER & BLOCK LLP<br>TODD C TORAL<br>633 WEST 5TH ST., STE 3600<br>LOS ANGELES CA 90071-2054<br>TTORAL@JENNER.COM |
| 000025P001-1439S-016<br>K&L GATES, LLP<br>JOHN A. BICKS<br>599 LEXINGTON AVE<br>NEW YORK NY 10022<br>JOHN.BICKS@KLGATES.COM | 000026P001-1439S-016<br>K&L GATES, LLP<br>JAMES A. WRIGHT III<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>JAMES.WRIGHT@KLGATES.COM | 000027P001-1439S-016<br>K&L GATES, LLP<br>AARON S. ROTHMAN<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>AARON.ROTHMAN@KLGATES.COM | 000062P001-1439S-016<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM |

Case 20-10940-LSS   Doc 154   Filed 05/21/20   Page 4 of 7

# Alpha Entertainment LLC
## Electronic Mail
### Exhibit Pages

Page # : 2 of 2

05/18/2020 06:58:55 PM

| | | | |
|---|---|---|---|
| 000058P001-1439S-016<br>MCCARTER & ENGLISH LLP<br>MATTHEW J RIFINO, ESQ<br>RENAISSANCE CENTRE<br>405 N KING ST.,8TH FLOOR<br>WILMINGTON DE 19801<br>MRIFINO@MCCARTER.COM | 000059P001-1439S-016<br>MCCARTER & ENGLISH LLP<br>SHEILA E CALELLO,ESQ<br>100 MULBERRY ST<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>SCALELLO@MCCARTER.COM | 000056P001-1439S-016<br>NC SPORTS LLC<br>JONATHAN R HURST<br>ONE CHAGRIN HIGHLANDS<br>2000 AUBURN DRIVE STE 315<br>BEACHWOOD OH 44122<br>JONATHAN@NCSPORTS.US | 000056P001-1439S-016<br>NC SPORTS LLC<br>JONATHAN R HURST<br>ONE CHAGRIN HIGHLANDS<br>2000 AUBURN DRIVE STE 315<br>BEACHWOOD OH 44122<br>NEIL@NCSPORTS.US |
| 000083P001-1439S-016<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>JASON B BINFORD, ASST ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548- MC 008<br>AUSTIN TX 78711-2548<br>JASON.BINFORD@OAG.TEXAS.GOV | 000063P001-1439S-016<br>RUBIN LLC<br>PAUL A RUBIN;HANH HUYNH<br>345 SEVENTH AVE.,,21ST FLOOR<br>NEW YORK NY 10001<br>PRUBIN@RUBINLAWLLC.COM | 000063P001-1439S-016<br>RUBIN LLC<br>PAUL A RUBIN;HANH HUYNH<br>345 SEVENTH AVE.,,21ST FLOOR<br>NEW YORK NY 10001<br>HHUYNH@RUBINLAWLLC.COM | 000016P001-1439S-016<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV |
| 000017P001-1439S-016<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000071P001-1439S-016<br>STARK & STARK PC<br>JOSEPH H LEMKIN,ESQ<br>P O BOX 5315<br>PRINCETON NJ 08543<br>JLEMKIN@STARK-STARK.COM | 000005P001-1439S-016<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000057P001-1439S-016<br>WHITEFORD TAYLOR & PRESTON LLC<br>SCOTT M HARE, ESQ<br>200 FIRST AVE., FLOOR 3<br>PITTSBURGH PA 15222<br>SHARE@WTPLAW.COM |

Records Printed :   36

**EXHIBIT 2**

# Alpha Entertainment LLC
## Exhibit Pages

Page # : 1 of 2                                                                                                   05/18/2020  06:58:26 PM

| | | | |
|---|---|---|---|
| 000064P001-1439S-016<br>47 BRAND LLC<br>JOE KEANE<br>15 SOUTHWEST PARK<br>WESTWOOD MA 02090 | 000013P001-1439S-016<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000068P001-1439S-016<br>BANKRUPTCY ADMINISTRATION<br>CHRISTINE R ETHERIDGE<br>WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>A RICOH USA PROGRAM<br>P O BOX 13708<br>MACON GA 31208-3708 | 000078P001-1439S-016<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI;JOHN C GENTILE<br>222 DELAWARE AVE.,STE 801<br>WILMINGTON DE 19801 |
| 000079P001-1439S-016<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>WILLIAM E SCHONBERG<br>200 PUBLIC SQUARE STE 2300<br>CLEVELAND OH 44114 | 000030P002-1439S-016<br>BEXEL NEP INTEGRATED SOLUTIONS<br>DEAN NACCARATO<br>2 BETA DR<br>PITTSBURGH PA 15238 | 000081P001-1439S-016<br>BUCHANAN INGERSOLL & ROONEY PC<br>MARY CALOWAY,ESQ<br>919 NORTH MARKET ST.,STE 990<br>WILMINGTON DE 19801 | 000082P001-1439S-016<br>BUCHANAN INGERSOLL & ROONEY PC<br>TYLER DISCHINGER,ESQ<br>UNION TRUST BLDG<br>501 GRANT ST.,STE 200<br>PITTSBURGH PA 15219 |
| 000069P001-1439S-016<br>BURR & FORMAN LLP<br>J CORY FALGOWSKI, ESQ<br>1201 N MARKET ST.,STE 1407<br>WILMINGTON DE 19801 | 000070P001-1439S-016<br>BURR & FORMAN LLP<br>EMILY C TAUBE<br>222 SECOND AVE. SOUTH,STE 2000<br>NASHVILLE TN 37201 | 000043P002-1439S-016<br>CP COMMUNICATIONS<br>JERRY GEPNER<br>9965 18TH ST N<br>ST.PETERSBURG FL 33716 | 000053P002-1439S-016<br>DC STADIUM LLC<br>CHRIS DEUBERT<br>100 POTOMAC AVE SW<br>WASHINGTON DC 20024 |
| 000014P001-1439S-016<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 | 000008P001-1439S-016<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A FRAMPTON<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000004P001-1439S-016<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 | 000006P001-1439S-016<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 |
| 000007P001-1439S-016<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000061P001-1439S-016<br>EARP COHN PC<br>RICHARD M SCHLAIFER,ESQ<br>20 BRACE RD STE 400<br>CHERRY HILL NJ 08034 | 000060P001-1439S-016<br>ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>MICHAEL I GOTTFRIED, ESQ<br>10345 W OLYMPIC BLVD<br>LOS ANGELES CA 90064 | 000077P001-1439S-016<br>ENDEAVOR<br>ISABELLE MERCIER-DALPHOND<br>200 FIFTH AVE<br>NEW YORK NY 10010 |
| 000009P001-1439S-016<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A 340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000072P001-1439S-016<br>GREENBERG TRAURIG LLP<br>SHARI L HEYEN<br>1000 LOUISIANA STE 1700<br>HOUSTON TX 77002 | 000073P001-1439S-016<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801 | 000074P001-1439S-016<br>GREENBERG TRAURIG LLP<br>DAVID B KURZWEIL<br>3333 PIEDMONT RD.,NE STE 2500<br>ATLANTA GA 30305 |
| 000001P001-1439S-016<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1439S-016<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000075P001-1439S-016<br>JENNER & BLOCK LLP<br>ROBERT D GORDON;MARC B HANKIN;CARL N WEDOFF<br>919 THIRD AVE<br>NEW YORK NY 10022 | 000076P001-1439S-016<br>JENNER & BLOCK LLP<br>TODD C TORAL<br>633 WEST 5TH ST., STE 3600<br>LOS ANGELES CA 90071-2054 |

# Alpha Entertainment LLC
## Exhibit Pages

Page # : 2 of 2							05/18/2020 06:58:26 PM

| | | | |
|---|---|---|---|
| 000067P001-1439S-016<br>JONATHAN HAYES<br>ADDRESS INTENTIONALLY OMITTED | 000025P001-1439S-016<br>K&L GATES, LLP<br>JOHN A. BICKS<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | 000026P001-1439S-016<br>K&L GATES, LLP<br>JAMES A. WRIGHT III<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | 000027P001-1439S-016<br>K&L GATES, LLP<br>AARON S. ROTHMAN<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 |
| 000062P001-1439S-016<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064 | 000058P001-1439S-016<br>MCCARTER & ENGLISH LLP<br>MATTHEW J RIFINO, ESQ<br>RENAISSANCE CENTRE<br>405 N KING ST.,8TH FLOOR<br>WILMINGTON DE 19801 | 000059P001-1439S-016<br>MCCARTER & ENGLISH LLP<br>SHEILA E CALELLO,ESQ<br>100 MULBERRY ST<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | 000010P001-1439S-016<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 |
| 000080P001-1439S-016<br>MISSOURI DEPT OF REVENUE<br>STEVEN A GINTHER, SPECIAL ASST ATTORNEY GENERAL<br>BANKRUPTCY UNIT<br>P O BOX 475<br>JEFFERSON CITY MO 65105-0475 | 000056P001-1439S-016<br>NC SPORTS LLC<br>JONATHAN R HURST<br>ONE CHAGRIN HIGHLANDS<br>2000 AUBURN DRIVE STE 315<br>BEACHWOOD OH 44122 | 000083P001-1439S-016<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>JASON B BINFORD, ASST ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548- MC 008<br>AUSTIN TX 78711-2548 | 000003P001-1439S-016<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 |
| 004442P001-1439A-016<br>QUARLES AND BRADY LLP<br>101 EAST KENNEDY BLVD STE 3400<br>TAMPA FL 33602-5195 | 000063P001-1439S-016<br>RUBIN LLC<br>PAUL A RUBIN;HANH HUYNH<br>345 SEVENTH AVE.,,21ST FLOOR<br>NEW YORK NY 10001 | 000015P001-1439S-016<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000016P001-1439S-016<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549 |
| 000017P001-1439S-016<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103 | 000012P001-1439S-016<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000071P001-1439S-016<br>STARK & STARK PC<br>JOSEPH H LEMKIN,ESQ<br>P O BOX 5315<br>PRINCETON NJ 08543 | 000066P001-1439S-016<br>TICKET MASTER<br>RICHARD PATTI<br>9348 CIVIC CENTER DRIVE<br>BEVERLY HILLS CA 90210 |
| 000005P001-1439S-016<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801 | 000011P001-1439S-016<br>US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | 000057P001-1439S-016<br>WHITEFORD TAYLOR & PRESTON LLC<br>SCOTT M HARE, ESQ<br>200 FIRST AVE., FLOOR 3<br>PITTSBURGH PA 15222 | 000065P001-1439S-016<br>XOS TECHNOLOGIES INC<br>KRISTIN DESROCHERS<br>181 BALLARDVALE ST.,STE 101B<br>WILMINGTON MA 01887 |

Records Printed : 52