## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
:
In re                                           :          **Chapter 11**
                                                :
**ALPHA ENTERTAINMENT LLC,**                    :          **Case No. 20-10940 (LSS)**
                                                :
          **Debtor.[1]**                        :
                                                :          **Ref. Docket Nos. 7, 51 and 165**
-----------------------------------------------------------x

### NOTICE OF FILING OF *PROPOSED* BUDGET REGARDING *PROPOSED* FINAL CASH COLLATERAL ORDER

**PLEASE TAKE NOTICE** that, on April 13, 2020, the above-captioned debtor and debtor in possession (the "***Debtor***") filed that certain *Motion for Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 362, 363, 364 and 507, (A) Authorizing Post-Petition Financing, (B) Authorizing Use of Cash Collateral, (C) Scheduling a Final Hearing, and (D) Granting Related Relief* [Docket No. 7] (the "***Motion***").

**PLEASE TAKE FURTHER NOTICE** that, on April 21, 2020, the Court entered an order [Docket No. 51] (the "***Interim Cash Collateral Order***") approving the Debtor's use of cash collateral, as provided in the Interim Cash Collateral Order, and scheduled a hearing, initially set for May 13, 2020 at 10:00 a.m. (ET) and subsequently rescheduled to May 27, 2020 at 11:00 a.m. (ET) (the "***Hearing***"), to consider the Motion and the relief requested therein on a final basis.

**PLEASE TAKE FURTHER NOTICE** that, on May 26, 2020, the Debtor filed that certain *Notice of Filing of Proposed Final Cash Collateral Order* [Docket No. 165] (the "***Proposed Final Cash Collateral Order***").  In connection with the Proposed Final Cash Collateral Order, attached hereto as Exhibit A is the proposed budget (the "***Proposed Budget***").

**PLEASE TAKE FURTHER NOTICE** that the Debtor intends to seek entry of the Proposed Final Cash Collateral Order, including approval of the Proposed Budget, at the Hearing.  The Debtor reserves all rights to revise the Proposed Final Cash Collateral Order, as well as the Proposed Budget, at or prior to the Hearing.

*[Signature Page Follows]*

---

[1] The last four digits of the Debtor's federal tax identification number are 7778.  The Debtor's mailing address is 1266 East Main St., Stamford, CT 06902.

Dated:   May 26, 2020          YOUNG CONAWAY STARGATT & TAYLOR, LLP
         Wilmington, Delaware

*/s/ Shane M. Reil*

Michael R. Nestor (No. 3526) (mnestor@ycst.com)
Matthew B. Lunn (No. 4119) (mlunn@ycst.com)
Kenneth J. Enos (No. 4544) (kenos@ycst.com)
Travis G. Buchanan (No. 5595) (tbuchanan@ycst.com)
Shane M. Reil (No. 6195) (sreil@ycst.com)
Matthew P. Milana (No. 6681) (mmilana@ycst.com)
1000 N. King Street
Rodney Square
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Counsel to the Debtor and Debtor in Possession*

# Exhibit A

**Proposed Budget**

**ALPHA ENTERTAINMENT, LLC**
CASH FLOW *($ in thousands)*

| | Week 1 Actual | Week 2 Actual | Week 3 Actual | Week 4 Actual | Week 5 Actual | Week 6 Budget | Week 7 Budget | Week 8 Budget | Week 9 Budget | Week 10 Budget | Week 11 Budget | Week 12 Budget | Week 13 Budget | Week 14 Budget | Week 15 Budget | Week 16 Budget | Week 17 Budget | Total Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Starting | 4/13/2020 | 4/20/2020 | 4/27/2020 | 5/4/2020 | 5/11/2020 | 5/18/2020 | 5/25/2020 | 6/1/2020 | 6/8/2020 | 6/15/2020 | 6/22/2020 | 6/29/2020 | 7/6/2020 | 7/13/2020 | 7/20/2020 | 7/27/2020 | 8/3/2020 | 4/13/2020 |
| Week Ending | 4/19/2020 | 4/26/2020 | 5/3/2020 | 5/10/2020 | 5/17/2020 | 5/24/2020 | 5/31/2020 | 6/7/2020 | 6/14/2020 | 6/21/2020 | 6/28/2020 | 7/5/2020 | 7/12/2020 | 7/19/2020 | 7/26/2020 | 8/2/2020 | 8/9/2020 | 8/9/2020 |
| Receipts | $ 149 | $ 218 | $ 20 | $ 99 | $ 10 | $ 325 | $ 126 | $ 153 | $ 53 | $ 58 | $ 110 | $ 223 | $ 155 | $ 135 | $ - | $ - | $ - | $ 1,833 |
| Disbursements | 2 | 821 | 89 | 186 | 96 | 257 | 231 | 350 | 183 | 134 | 11 | 267 | 130 | 177 | 11 | 243 | 71 | 3,260 |
| Ticket Refunds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 650 | - | 650 |
| Rent | - | 16 | 5 | 207 | 24 | 7 | 166 | 5 | 40 | 16 | - | 146 | 5 | 16 | - | 146 | 5 | 803 |
| **Operating Cash Flow** | **147** | **(619)** | **(74)** | **(294)** | **(110)** | **61** | **(271)** | **(202)** | **(170)** | **(92)** | **99** | **(190)** | **20** | **(58)** | **(11)** | **(1,039)** | **(76)** | **(2,880)** |
| Young Conway Stargatt & Taylor, LLP | - | - | - | - | - | - | - | - | 219 | - | - | - | 300 | - | - | 142 | - | 661 |
| Donlin Recano | - | - | - | - | - | - | - | - | 70 | - | - | - | 33 | - | - | 33 | - | 136 |
| Committee of Unsecured Creditors | - | - | - | - | - | - | - | - | 100 | - | - | - | 100 | - | - | - | - | 200 |
| Houlihan Lokey | - | - | - | - | - | - | - | - | 250 | - | - | - | - | - | - | - | 625 | 875 |
| John Brecker | - | - | 15 | - | - | - | - | 15 | - | - | - | 15 | - | - | - | 15 | - | 60 |
| Ordinary Course Professionals | - | - | - | - | - | - | 25 | - | - | - | 25 | - | - | - | 25 | - | - | 75 |
| Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | 150 | - | - | 150 | - | 300 |
| **Total Restructuring Disbursement** | **-** | **-** | **15** | **-** | **-** | **-** | **25** | **15** | **639** | **-** | **25** | **15** | **583** | **-** | **25** | **340** | **625** | **2,306** |
| DIP Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Payments and Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Financing** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Net Cash Flow** | **$ 147** | **$ (619)** | **$ (89)** | **$ (294)** | **$ (110)** | **$ 61** | **$ (296)** | **$ (217)** | **$ (809)** | **$ (92)** | **$ 74** | **$ (205)** | **$ (563)** | **$ (58)** | **$ (36)** | **$ (1,378)** | **$ (701)** | **($5,186)** |
| **Beginning Cash Balance** | $ 5,747 | $ 5,894 | $ 5,276 | $ 5,186 | $ 4,892 | $ 4,782 | $ 4,843 | $ 4,547 | $ 4,330 | $ 3,521 | $ 3,428 | $ 3,502 | $ 3,297 | $ 2,734 | $ 2,676 | $ 2,640 | $ 1,262 | $ 5,747 |
| **Ending Cash Balance** | 5,894 | 5,276 | 5,186 | 4,892 | 4,782 | 4,843 | 4,547 | 4,330 | 3,521 | 3,428 | 3,502 | 3,297 | 2,734 | 2,676 | 2,640 | 1,262 | 561 | 561 |
| Beginning DIP Balance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Draw / (Paydown) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Ending DIP Balance** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |