## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                     :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **ALPHA ENTERTAINMENT LLC,** | : | **Case No. 20-10940 (LSS)** |
| | : | |
| **Debtor.**[1] | : | |
| | : | |

---------------------------------------------------------x

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Alpha Entertainment LLC (the "***Debtor***") is filing its Schedules of Assets and Liabilities (the "***Schedules***") and Statements of Financial Affairs (the "***Statements***" and, together with the Schedules, the "***Schedules and Statements***") in the United States Bankruptcy Court for the District of Delaware (the "***Court***"). The Debtor, which was assisted by its professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "***Bankruptcy Code***"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***").

These *Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Schedules of Assets and Liabilities and Statements of Financial Affairs* (collectively, the "***Global Notes***") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statements. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements.[2]

The Schedules and Statements have been prepared based on information provided by the Debtor's management and are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of preparation. The Debtor has used commercially reasonable efforts to ensure the accuracy and completeness of such financial information; however, subsequent information or discovery may result in material changes to the Schedules and/or the Statements, and inadvertent errors, omissions or inaccuracies may exist. The Debtor and its estate reserve all rights to amend or supplement the Schedules and Statements.

---

[1] The last four digits of the Debtor's federal tax identification number are 7778. The Debtor's mailing address is 1266 East Main St., Stamford, CT 06902.

[2] These Global Notes are in addition to any specific notes that may be contained in the Schedules and Statements. The fact that the Debtor has prepared a general note herein with respect to any of the Schedules and Statements, and not to others, should not be interpreted as a decision by the Debtor to exclude the applicability of such general note to any of the other Schedules or Statements, as appropriate.

**Reservation of Rights**.  Nothing contained in the Schedules and Statements, or these Global Notes, shall constitute a waiver of any of the Debtor's rights or an admission with respect to its chapter 11 case, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

**Description of the Case and "as of" Information Date**.  On April 13, 2020 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code.  The Debtor is operating its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  All financial information of the Debtor in the Schedules and Statements and these Global Notes is provided as of the Petition Date unless otherwise indicated herein or in the Schedules and Statements.

**Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("***GAAP***"), nor are they intended to fully reconcile to any financial statements prepared by the Debtor.

**Recharacterization**.  Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and Statements, and the Debtor and its estate reserve all rights in this regard.

**Accounts Payable and Disbursement Systems**.  The Debtor maintains a centralized cash management system (the "***Cash Management System***") to collect, concentrate, and disburse funds generated from its operations.  A more complete description of the Debtor's Cash Management System is set forth in the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System; (II) Authorizing Use of Prepetition Bank Accounts and Certain Payment Methods; (III) Suspending the Requirements of 11 U.S.C. § 345(b) on an Interim Basis; and (IV) Granting Related Relief* [Docket No. 4] (the "***Cash Management Motion***"), which was filed on the Petition Date.

**Insiders**.  For purposes of the Schedules and Statements, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) current or former directors, officers or persons in control of the Debtor, (b) relatives of current or former directors, officers, or persons in control of the Debtor, (c) a partnership in which the Debtor is a general partner or (d) an affiliate of a Debtor.  Except as otherwise disclosed herein or in the Statements, payments to insiders listed in (a) through (d) above are set forth on Statement 4.  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses with respect thereto are hereby expressly reserved.  Further, the Debtor and its estate do not take any position with respect to:  (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue

26453708.1

that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

a.  **Current Market Value—Net Book Value**.  In many instances, current market valuations are neither maintained by, nor readily available to, the Debtor.  It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests that are not maintained or readily available.  Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtor's assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements) and may not reflect the net realizable value.

b.  **First Day Orders**.  Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Court (each, a "**First Day Order**," and collectively, the "**First Day Orders**"), the Debtor and its estate are authorized to pay certain pre-petition claims, including, without limitation, certain claims related to employee wages, benefits, and reimbursements, and claims for taxes and fees.  Except to the extent that these parties have claims in excess of the authority granted to the Debtor under the First Day Orders, in certain instances, the Debtor may have not included certain claims of this nature in the Schedules and Statements.

c.  **Setoffs**.  To the extent the Debtor has incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Schedules and Statements.  The Debtor and its estate reserve all of their rights with respect to any such setoffs.

d.  **Credits and Adjustments**.  Claims of creditors are listed in the amounts entered on the Debtor's books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtor.  The Debtor and its estate reserve all of their rights with regard to such credits, allowances and other adjustments, including, without limitation, the right to assert claims objections, setoffs and recoupments with respect to the same.

e.  **Accounts Receivable**.  The accounts receivable information listed on Schedule B includes both billed and unbilled receivables, and is net of allowance for doubtful accounts.

f.  **Leases**.  In the ordinary course of business, the Debtor may lease certain real property, fixtures and equipment from certain third-party lessors for use in the operation of its business.  Nothing in the Schedules and Statements is, or shall be

construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtor and its estate reserve all rights with respect to such issues.

g. **Executory Contracts and Unexpired Leases**. The Debtor has not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtor's estate. Rather, the Debtor's executory contracts and unexpired leases have been set forth solely on Schedule G. The Debtor's rejection of executory contracts and unexpired leases may result in the assertion of rejection damages claims; however, the Schedules and Statements do not reflect any claims for rejection damages. The Debtor and its estate reserve any and all rights with respect to the assertion of any such claims.

**Unknown or Undetermined Amounts**. Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

**Liabilities**. At the time of the filing of the Schedules and Statements, the Debtor is continuing to reconcile certain accounts payable liabilities. The Debtor has sought to allocate liabilities between the prepetition and post-petition periods based on the information available at the time of the filing of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtor and its estate reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of any claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor and its estate reserve all rights to dispute or challenge the validity of any claims asserted under section 503(b)(9) of the Bankruptcy Code, or the characterization of the structure of any transaction, document or instrument related to any such claim.

**Estimates**. To timely close its books and records the Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtor and its estate reserve all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

**Classifications**. Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "unsecured priority," or (c) on Schedule F as "unsecured non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor or its estate of the legal rights of any claimant, or a waiver of the rights of the Debtor or its estate to recharacterize or reclassify any claim or contract.

**Claims Description**. Any failure to designate a claim on the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor and its estate that

such amount is not "disputed," "contingent" or "unliquidated." The Debtor and its estate reserve all rights to dispute, or to assert any offsets or defenses to, any claim reflected on the Schedules on any grounds, including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Listing a claim on the Schedules does not constitute an admission of liability by the Debtor and its estate, and the Debtor and its estate reserve all rights to amend the Schedules.

**Guaranties and Other Secondary Liability Claims**. Guaranties and other secondary liability claims (collectively, the "*Guaranties*") with respect to the Debtor's contracts and leases may not be included on Schedule H; however, certain Guaranties embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and similar agreements may exist. Therefore, the Debtor and its estate reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

## NOTES FOR SCHEDULES

**Schedule A/B— Assets – Real and Personal Property**. Despite its commercially reasonable efforts to identify all known assets, the Debtor may not have listed all of its respective causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers. The Debtor and its estate reserve all rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of action, or in any way prejudice, impair or otherwise affect the assertion of such claims and causes of action.

Patents, trademarks, and other intellectual property is listed on Schedule B, Part 10 as an unknown or undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from the net book value.

Any leasehold improvements and equipment identified on Schedule B, Part 8 are listed net of any depreciation.

As applicable, ownership interests in businesses, partnerships, and joint ventures (including any subsidiaries) have been listed in Schedule B, Part 4, at net book value. The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from the listed net book value.

**Schedule D—Creditors Holding Secured Claims**. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtor and its estate reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a lien has been undertaken. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the

Debtor and its estate reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document or instrument related to any such claim. The descriptions provided in Schedule D are intended only to be a summary.

The Debtor has not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtor, inchoate statutory lien rights, or real property lessors, utility companies and other parties that may hold security deposits.

By listing a party on Schedule D based on a UCC-1 filing, the Debtor and its estate are not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing, and reserve all rights as set forth in these Global Notes.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses to which such parties may be entitled.

**Schedule E—Creditors Holding Unsecured Priority Claims**. The Debtor has not listed on Schedule E certain tax and priority employee wage and benefit claims for which the Debtor has been granted authority (but not direction) to pay pursuant to a First Day Order. The Debtor believes that such claims have been, or will be, satisfied in the ordinary course of business during the chapter 11 case pursuant to the authority granted in the relevant First Day Orders. The Debtor and its estate reserve all rights to dispute or challenge whether creditors listed on Schedule E are entitled to priority claims.

**Schedule F—Creditors Holding Unsecured Non-Priority Claims**. Certain creditors listed on Schedule F may owe amounts to the Debtor; as such, the Debtor and its estate may have valid setoff and recoupment rights with respect to such amounts, which rights are not reflected on Schedule F. Also, the amounts listed on Schedule F reflect known prepetition claims as of Petition Date. Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Schedule F, and the Debtor and its estate reserve all rights to challenge any setoff and recoupment rights that may be asserted against them. The Debtor and its estate reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F.

As noted above, certain claims listed on Schedule F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code, and the Debtor and its estate reserve all rights with respect to any such claims.

The Debtor has used commercially reasonable efforts to include all creditors on Schedule F; however, the Debtor believes that there are instances in which vendors have yet to provide proper invoices for prepetition goods or services. While the Debtor maintains general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and not tracked on a vendor by vendor basis, and as such may not have been included on Schedule F.

The Debtor may have listed on Schedule F certain (but not all) unsecured non-priority employee wage or benefit claims for which the Debtor has been granted authority (but not direction) to pay

pursuant to a First Day Order. The Debtor believes that such claims have been, or will be, satisfied in the ordinary course of business during the chapter 11 case pursuant to the authority granted in the relevant First Day Orders. The Debtor and its estate reserve their rights to dispute or challenge whether creditors listed on Schedule F are entitled to priority claims.

**Schedule G—Executory Contracts and Unexpired Leases**. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G. In the ordinary course of business, the Debtor enters into various agreements with its customers and vendors. The Debtor may have entered into various other types of agreements in the ordinary course of its business, such as indemnity agreements, supplemental agreements, letter agreements, and confidentiality agreements that may not be set forth in Schedule G. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases and other agreements to which the Debtor is a party, including, without limitation, to add any executory contracts, unexpired leases and other agreements that the Debtor, due to the voluminous number of such contracts, leases and agreements, was unable to list on Schedule G at this time. Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date, or is valid or enforceable. The agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G.

Any and all rights, claims and causes of action of the Debtor and its estate with respect to the agreements listed on Schedule G are hereby reserved and preserved. The Debtor and its estate hereby reserve all of their rights to: (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary, including, without limitation, to modify which Debtor entity is a counterparty to the agreement.

## NOTES FOR STATEMENTS

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtor, except for those made to insiders, employees, and bankruptcy professionals. The amounts listed in Statement 3 reflect that Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 7**. The Debtor and its estate reserve all rights, claims and defenses with respect to any and all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings). The listing of any such suits and proceedings shall not constitute an admission by the Debtor and its estate of any liabilities or that the actions or proceedings were

correctly filed against the Debtor. The Debtor and its estate reserve all rights to assert that the Debtor is not an appropriate party to such actions or proceedings. The Debtor may not have included on Statement 7 certain parties that may have asserted informal workers' compensation claims or similar claims that were resolved or otherwise addressed without formal litigation or an administrative hearing or similar proceeding having been commenced.

**Statement 26(d)**. From time to time, the Debtor provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, vendors, landlords, debtholders and their legal and financial advisors. Due to the confidentiality requirements of related non-disclosure agreements, and the number of parties that have received such statements, such parties are not listed in response to this question.

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B ................................................. | $3,040,294.62

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B ............................................. | $25,815,439.15

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B ............................................... | $28,855,733.77

---

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ................ | $9,019,388.82

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F ....................................... | $2,767,850.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F .......................... | + $19,624,534.15

4. **Total liabilities**
   Lines 2 + 3a + 3b ............................................................................. | $31,411,772.97

---

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**2. Cash on hand**

| 2.1. | PETTY CASH | | $6,000.00 |
| --- | --- | --- | --- |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | JPMORGAN CHASE | CONCENTRATION ACCOUNT | 6539 | $5,747,311.71 |
| 3.2. | JPMORGAN CHASE | MAIN DISBURSEMENT ACCOUNT | 9632 | $0.00 |
| 3.3. | JPMORGAN CHASE | FSA-AUTO DEBIT ACCOUNT | 7008 | $0.00 |
| 3.4. | JPMORGAN CHASE | COLLATERAL ACCOUNT | 2606 | $2,310,330.29 |
| 3.5. | JPMORGAN CHASE | DISBURSEMENT ACCOUNT | 7602 | $32,030.08 |
| 3.6. | PAYPAL | PAYPAL | HPZC | $53,041.45 |

**4. Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5. Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$8,148,713.53

| Part 2: | Deposits and prepayments |
|---|---|

**6.  Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below

**7.  Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|

| 7.1. | LEASE SECURITY DEPOSIT | $92,125.00 |
|---|---|---|
| | 1266 MAIN STREET STAMFORD LLC | |

| 7.2. | LEASE SECURITY DEPOSIT | $26,475.00 |
|---|---|---|
| | 255 S KING STREET TENANT LLC | |

| 7.3. | LEASE SECURITY DEPOSIT | $185,721.39 |
|---|---|---|
| | 30 MONTGOMERY PARTNERS, LLC<br>C/O AMERICAN REALTY ADVISORS, ATTN: STANLEY L. IEZMAN<br>515 SOUTH FLOWER STREET<br>49TH FLOOR<br>LOS ANGELES CA 90071 | |

| 7.4. | LEASE SECURITY DEPOSIT | $53,871.00 |
|---|---|---|
| | CROSSROADS DEVELOPERS ASSOCIATES, LLC<br>820 MORRIS TURNPIKE<br>SHORT HILLS NJ 07078 | |

| 7.5. | LEASE SECURITY DEPOSIT | $5,000.00 |
|---|---|---|
| | DA INTERNATIONAL GROUP INC.<br>ATTN: DAVE VAILLANCOURT<br>1902 OCCIDENTAL AVE S.<br>SEATTLE WA 98134 | |

| 7.6. | RETAINER BALANCE - PROFESSIONAL SERVICES | $10,042.00 |
|---|---|---|
| | DONLIN, RECANO & COMPANY, INC.<br>6201 15TH AVENUE<br>BROOKLYN NY 11219 | |

| 7.7. | LEASE SECURITY DEPOSIT | $32,028.00 |
|---|---|---|
| | HANCOCK REIT 1850M LLC,<br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) C/O MANULIFE FINANCIAL, ATTENTION: LEASE ADMINISTRATION<br>1100 NEW YORK AVENUE, N.W.<br>SUITE 270 WEST<br>WASHINGTON DC 20005 | |

| 7.8. | LEASE SECURITY DEPOSIT | $51,286.80 |
|---|---|---|
| | HIGHWOODS REALTY LIMITED PARTNERSHIP<br>ATTN: MANAGER. LEASE ADMINISTRATION<br>3100 SMOKETREE COURT<br>SUITE 600<br>RALEIGH NC 27604 | |

| 7.9. | LEASE SECURITY DEPOSIT | $77,175.22 |
|---|---|---|
| | LOU FUSZ SOCCER CLUB,<br>MR. PETER FUSZ, PRESIDENT<br>1 RAM'S WAY<br>ST. LOUIS MO 63045 | |

**7.**    **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit                                         Current value of
                                                                                          debtor's interest

7.10.    LEASE SECURITY DEPOSIT                                                            $54,361.96.

         MAPLE PLAZA, L.P.
         C/O TISHMAN SPEYER, ATTN: PROPERTY MANAGER
         345 NORTH MAPLE DRIVE
         SUITE 101
         BEVERLY HILLS CA 90210

7.11.    LEASE SECURITY DEPOSIT                                                            $16,064.88

         MCKINNEY CBD HOUSTON, LLC,
         ATTN: KELLIE JENKS
         109 NORTH POST OAK LANE
         SUITE 200
         HOUSTON TX 77004

7.12.    LEASE SECURITY DEPOSIT                                                            $18,855.81

         QUADRANT SAINT PAUL OWNER LP
         ATTN PROPERTY MANAGER
         750 N. ST. PAUL STREET
         SUITE 250
         DALLAS TX 75201

7.13.    LEASE SECURITY DEPOSIT                                                            $30,000.00

         RANGERS BASEBALL LLC
         1000 BALL PARK WAY
         STE 400
         ARLINGTON TX 76011

7.14.    LEASE SECURITY DEPOSIT                                                            $16,000.00

         ZAHARONI PARTNERS, INC.
         5400 W. ROSECRANS AVENUE
         SUITE 105
         HAWTHORNE CA 90250

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment                                       Current value of
                                                                                          debtor's interest

8.1.     PREPAID EXPENSE                                                                   $72,279.51

         COURTYARD LONG BEACH

8.2.     PREPAID EXPENSE                                                                   $69,338.70

         G-III APPAREL GROUP, LTD

8.3.     SUPPLIES                                                                          $37,588.04

         HENRY SCHEIN

8.4.     TRAVEL / AIRLINE                                                                  $1,633,917.71

         MIAMI AIR INTERNATIONAL, INC.

8.5.     PREPAID PAYROLL ACCOUNT                                                           $8,063.31

         WISELY PAY - ADP

**9.**    **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.                                         $2,435,832.37

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $2,929,454.35 | - $1,186,891.34 | = ........ → | $1,742,563.01 |
| | | Face amount | Doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $_____ | - $_____ | = ........ → | $_____ |

**12. Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$1,742,563.01

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| 14.1. | _____ | _____ | $_____ |
|---|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity | % of ownership | | |
|---|---|---|---|---|
| 15.1. | _____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

| 16.1. | _____ | _____ | $_____ |
|---|---|---|---|

**17. Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

$0.00

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.    Raw materials**

19.1.    _____    _____    $_____    _____    $_____

**20.    Work in progress**

20.1.    _____    _____    $_____    _____    $_____

**21.    Finished goods, including goods held for resale**

21.1.    _____    _____    $_____    _____    $_____

**22.    Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 22.1.    VENUE MERCHANDISE | 3/30/2020 | $763,545.86 | COST | $763,545.86 |
| 22.2.    XFL SHOP | 3/30/2020 | $1,169,191.15 | COST | $1,169,191.15 |

**23.    Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

| $1,932,737.01 |
|---|

**24.    Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes Book value: $374,336.36 Valuation method: COST Current value: $374,336.36

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.    Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.    Crops—either planted or harvested**

28.1.    _____    $_____    _____    $_____

**29.    Farm animals.** Examples: Livestock, poultry, farm-raised fish

29.1.    _____    $_____    _____    $_____

**30.    Farm machinery and equipment** (Other than titled motor vehicles)

30.1.    _____    $_____    _____    $_____

**31.    Farm and fishing supplies, chemicals, and feed**

31.1.    _____    $_____    _____    $_____

**32.**    **Other farming and fishing-related property not already listed in Part 6**

32.1.   _____    $_____    _____    $_____

**33.**    **Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.**    **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.**    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____    Valuation method: _____    Current value: $_____

**36.**    **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.**    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.**    **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** | **Office furniture** | | |
| 39.1.   CORPORATE OFFICE | $332,866.06 | Net Book Value | $332,866.06 |
| 39.2.   TEAM FRONT OFFICES | $535,973.63 | Net Book Value | $535,973.63 |
| 39.3.   FOOTBALL OFFICES INCLUDING PRACTICE FACILITIES | $715,996.21 | Net Book Value | $715,996.21 |

**40.**    **Office fixtures**

40.1.   _____    $_____    _____    $_____

| **41.** | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
|---|---|---|---|
| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| 41.1.   COMPUTER EQUIPMENT, COMMUNICATIONS, SOFTWARE AND SUPPLIES | $7,422,693.30 | Net Book Value | $7,422,693.30 |

**42.**    **Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1.   _____    $_____    _____    $_____

**43.   Total of part 7**

Add lines 39 through 42. Copy the total to line 86.                          | $9,007,529.20 |

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No
☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 8:   Machinery, equipment, and vehicles**

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available)<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. _____ | $_____ | _____ | $_____ |
| **48.   Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. _____ | $_____ | _____ | $_____ |
| **49.   Aircraft and accessories** | | | |
| 49.1. _____ | $_____ | _____ | $_____ |
| **50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1.   FACILITY EQUIPMENT (I.E. WASHERS / HEAT PRESS / GAMEDAY EQUIPMENT) | $621,103.15 | Book Value | $621,103.15 |
| 50.2.   FOOTBALL EQUIPMENT (I.E. JERSEYS / HELMETS / PADS / FIELD EQUIPMENT) | $1,926,960.88 | Cost-based valuation | $1,926,960.88 |

**51.   Total of part 8**

Add lines 47 through 50. Copy the total to line 87.                          | $2,548,064.03 |

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No
☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 9:   Real property**

**54.   Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.1. _____ LEASEHOLD IMPROVEMENTS - ALL PROPERTY _____ | LEASEHOLD IMPROVEMENTS | $3,040,294.62 | net book value | $3,040,294.62 |
| 55.2. _____ STORAGE FACILITY _____ 1904 OCCIDENTAL AVE SOUTH SEATTLE WA 98134 | LEASEHOLD | $_____ | _____ | UNDETERMINED |
| 55.3. _____ OFFICE _____ 1001 MCKINNEY STREET HOUSTON TX 77001 | LEASEHOLD | $_____ | _____ | UNDETERMINED |
| 55.4. _____ OFFICE _____ 1850 M STREET N.W. SUITE 920 WASHINGTON DC 20036 | LEASEHOLD | $_____ | _____ | UNDETERMINED |
| 55.5. _____ OFFICE _____ 750 NORTH ST. PAUL STREET SUITE 1400 DALLAS TX 75201 | LEASEHOLD | $_____ | _____ | UNDETERMINED |
| 55.6. _____ OFFICE _____ 255 S KING ST SEATTLE WA 98101 | LEASEHOLD | $_____ | _____ | UNDETERMINED |
| 55.7. _____ OFFICE _____ 30 MONTGOMERY STREET SUITE NO. 340 JERSEY CITY NJ 07302 | LEASEHOLD | $_____ | _____ | UNDETERMINED |
| 55.8. _____ OFFICE _____ 407 NORTH MAPLE DRIVE BEVERLY HILLS CA 90210 | LEASEHOLD | $_____ | _____ | UNDETERMINED |

**56.    Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

$3,040,294.62

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:   Intangibles and intellectual property

**59.   Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1.   "LA" LOGO APPLICATION NO. 88585803 (CLASS 25 AND 41 ONLY) | UNDETERMINED | _____ | UNDETERMINED |
| 60.2.   "LA" LOGO APPLICATION NO. 88585869 (NON-CLASS 25 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.3.   "NYG" LOGO APPLICATION NO. 88706961 (CLASS 25 AND 41 ONLY) | UNDETERMINED | _____ | UNDETERMINED |
| 60.4.   "NYG" LOGO APPLICATION NO. 88624258 (NON-CLASS 25 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.5.   ALPHA "A" LOGO APPLICATION NO. 87769966 (CLASSES 9, 14, 16, 25, 28, 35, 38 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.6.   ALPHA ENTERTAINMENT APPLICATION NO. 87771016 (CLASSES 35, 38 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.7.   ALPHA ENTERTAINMENT APPLICATION NO. 87770992 (CLASS 9) | UNDETERMINED | _____ | UNDETERMINED |
| 60.8.   ALPHA ENTERTAINMENT APPLICATION NO. 87771005 (CLASS 25) | UNDETERMINED | _____ | UNDETERMINED |
| 60.9.   DALLAS RENEGADES APPLICATION NO. 88580258 | UNDETERMINED | _____ | UNDETERMINED |
| 60.10.  DALLAS RENEGADES "R" LOGO APPLICATION NO. 88706956 (CLASS 25 AND 41 ONLY) | UNDETERMINED | _____ | UNDETERMINED |
| 60.11.  DALLAS RENEGADES "R" LOGO APPLICATION NO. 88624261 (NON-CLASS 25 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.12.  DALLAS RENEGADES LOGO APPLICATION NO. 88585851 (CLASS 25 AND 41 ONLY) | UNDETERMINED | _____ | UNDETERMINED |
| 60.13.  DALLAS RENEGADES LOGO APPLICATION NO. 88585896 (NON-CLASS 25 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.14.  DC DEFENDERS APPLICATION NO. 88580184 | UNDETERMINED | _____ | UNDETERMINED |
| 60.15.  DC DEFENDERS "DC" LOGO APPLICATION NO. 88788171 (CLASSES 9, 14, 16, 25, 28, 35, 38 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.16.  DC DEFENDERS LOGO APPLICATION NO. 88585826 (CLASS 25 AND 41 ONLY) | UNDETERMINED | _____ | UNDETERMINED |
| 60.17.  DC DEFENDERS LOGO APPLICATION NO. 88585878 (NON-CLASS 25 AND 41) | UNDETERMINED | _____ | UNDETERMINED |

| | | | |
|---|---|---|---|
| 60.18. | DC STARS/BOLTS ONLY LOGO APPLICATION NO. 88585836 (CLASS 25 AND 41 ONLY) | UNDETERMINED | _____ | UNDETERMINED |
| 60.19. | DC STARS/BOLTS ONLY LOGO APPLICATION NO. 88585882 (NON-CLASS 25 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.20. | FOOTBALL ADVISORY NETWORK APPLICATION NO. 88644196 (CLASSES 9, 35, 41, 42 AND 45) | UNDETERMINED | _____ | UNDETERMINED |
| 60.21. | FOR THE H APPLICATION NO. 88815930 | UNDETERMINED | _____ | UNDETERMINED |
| 60.22. | FOR THE H APPLICATION NO. 88815923 | UNDETERMINED | _____ | UNDETERMINED |
| 60.23. | FOR THE LOVE OF FOOTBALL APPLICATION NO. 87608831 (CLASSES 9, 14, 16, 25, 28, 35, 38 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.24. | FORTHEH APPLICATION NO. 88815927 | UNDETERMINED | _____ | UNDETERMINED |
| 60.25. | FORTHEH APPLICATION NO. 88815925 | UNDETERMINED | _____ | UNDETERMINED |
| 60.26. | HE HATE ME APPLICATION NO. 87192018 (CLASS 25) | UNDETERMINED | _____ | UNDETERMINED |
| 60.27. | HOUSTON ROUGHNECKS APPLICATION NO. 88580221 | UNDETERMINED | _____ | UNDETERMINED |
| 60.28. | HOUSTON ROUGHNECKS "MAN" LOGO APPLICATION NO. 88585849 (CLASS 25 AND 41 ONLY) | UNDETERMINED | _____ | UNDETERMINED |
| 60.29. | HOUSTON ROUGHNECKS "MAN" LOGO APPLICATION NO. 88585893 (NON-CLASS 25 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.30. | HOUSTON ROUGHNECKS "RIG" LOGO APPLICATION NO. 88585845 (CLASS 25 AND 41 ONLY) | UNDETERMINED | _____ | UNDETERMINED |
| 60.31. | HOUSTON ROUGHNECKS "RIG" LOGO APPLICATION NO. 88585890 (NON-CLASS 25 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.32. | INSIDE THE XFL TRENCHES APPLICATION NO. 88789765 | UNDETERMINED | _____ | UNDETERMINED |
| 60.33. | LA WILDCAT LOGO APPLICATION NO. 88585809 (CLASS 25 AND 41 ONLY) | UNDETERMINED | _____ | UNDETERMINED |
| 60.34. | LA WILDCAT LOGO APPLICATION NO. 88585870 (NON-CLASS 25 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.35. | LA WILDCATS APPLICATION NO. 88580178 | UNDETERMINED | _____ | UNDETERMINED |
| 60.36. | NEW YORK GUARDIANS APPLICATION NO. 88580234 | UNDETERMINED | _____ | UNDETERMINED |
| 60.37. | NY GUARDIANS LOGO APPLICATION NO. 88585792 (CLASS 25 AND 41 ONLY) | UNDETERMINED | _____ | UNDETERMINED |
| 60.38. | NY GUARDIANS LOGO APPLICATION NO. 88585867 (NON-CLASS 25 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.39. | NY GUARDIANS SECONDARY LOGO APPLICATION NO. 88706966 (CLASS 25 AND 41 ONLY) | UNDETERMINED | _____ | UNDETERMINED |
| 60.40. | NY GUARDIANS SECONDARY LOGO APPLICATION NO. 88624260 (NON-CLASS 25 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.41. | SEATTLE DRAGONS APPLICATION NO. 88472962 | UNDETERMINED | _____ | UNDETERMINED |
| 60.42. | SEATTLE DRAGONS "S" LOGO APPLICATION NO. 88788166 (CLASSES 9, 14, 16, 25, 28, 35, 38 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.43. | SEATTLE DRAGONS LOGO APPLICATION NO. 88585856 (CLASS 25 AND 41 ONLY) | UNDETERMINED | _____ | UNDETERMINED |
| 60.44. | SEATTLE DRAGONS LOGO APPLICATION NO. 88585804 (NON-CLASS 25 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.45. | ST. LOUIS BATTLEHAWKS APPLICATION NO. 88580215 | UNDETERMINED | _____ | UNDETERMINED |
| 60.46. | ST. LOUIS BATTLEHAWKS ARCH LOGO APPLICATION NO. 88789725 (CLASSES 9, 14, 16, 25, 28, 35, 38 AND 41) | UNDETERMINED | _____ | UNDETERMINED |

| | | | | |
|---|---|---|---|---|
| 60.47. | ST. LOUIS BATTLEHAWKS THIRD LOGO APPLICATION NO. 88789719 (CLASSES 9, 14, 16, 25, 28, 35, 38 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.48. | ST. LOUIS SWORD AND WING LOGO APPLICATION NO. 88585815 (CLASS 25 AND 41 ONLY) | UNDETERMINED | _____ | UNDETERMINED |
| 60.49. | ST. LOUIS SWORD AND WING LOGO APPLICATION NO. 88585874 (NON-CLASS 25 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.50. | TAMPA BAY VIPERS APPLICATION NO. 88580249 | UNDETERMINED | _____ | UNDETERMINED |
| 60.51. | TAMPA BAY VIPERS "SNAKE" LOGO APPLICATION NO. 88585841 (CLASS 25 AND 41 ONLY) | UNDETERMINED | _____ | UNDETERMINED |
| 60.52. | TAMPA BAY VIPERS "SNAKE" LOGO APPLICATION NO. 88585887 (NON-CLASS 25 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.53. | TAMPA BAY VIPERS "V" LOGO APPLICATION NO. 88585838 (CLASS 25 AND 41 ONLY) | UNDETERMINED | _____ | UNDETERMINED |
| 60.54. | TAMPA BAY VIPERS "V" LOGO APPLICATION NO. 88585884 (NON-CLASS 25 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.55. | TEXAS THROWDOWN APPLICATION NO. 88810983 | UNDETERMINED | _____ | UNDETERMINED |
| 60.56. | TEXAS THROWDOWN APPLICATION NO. 88810987 | UNDETERMINED | _____ | UNDETERMINED |
| 60.57. | THE XFL SHOWCASE APPLICATION NO. 88789738 | UNDETERMINED | _____ | UNDETERMINED |
| 60.58. | XFL APPLICATION NO. 87723599 (CLASS 14) | UNDETERMINED | _____ | UNDETERMINED |
| 60.59. | XFL APPLICATION NO. 87723594 (CLASS 9) | UNDETERMINED | _____ | UNDETERMINED |
| 60.60. | XFL APPLICATION NO. 87723602 (CLASS 28) | UNDETERMINED | _____ | UNDETERMINED |
| 60.61. | XFL APPLICATION NO. 87723603 (CLASSES 35, 38 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.62. | XFL APPLICATION NO. 87723601 (CLASS 16) | UNDETERMINED | _____ | UNDETERMINED |
| 60.63. | XFL APPLICATION NO. 87288943 (CLASS 25) | UNDETERMINED | _____ | UNDETERMINED |
| 60.64. | XFL "X" LOGO APPLICATION NO. 87769371 (CLASSES 9, 14, 16, 25, 28, 35, 38 AND 41) | UNDETERMINED | _____ | UNDETERMINED |
| 60.65. | XFL SHOWCASE APPLICATION NO. 88789741 | UNDETERMINED | _____ | UNDETERMINED |

**61.      Internet domain names and websites**

| | | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.1. | 4THELOVEOFFOOTBALL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.2. | ALPHAENTERTAINMENTGROUP.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.3. | ALPHAENTLLC.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.4. | ATLANTAXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.5. | ATLANTAXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.6. | ATLANTAXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.7. | AUSTINXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.8. | AUSTINXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.9. | AUSTINXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.10. | CHICAGOXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.11. | CHICAGOXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.12. | CHICAGOXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.13. | CLEVELANDXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.14. | CLEVELANDXFL.NET | UNKNOWN | Unknown | UNKNOWN |

**61.      Internet domain names and websites**

| | | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.15. | CLEVELANDXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.16. | DALLASBANDITS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.17. | DALLASLOBOS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.18. | DALLASRENEGADES.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.19. | DALLASXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.20. | DALLASXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.21. | DALLASXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.22. | DCARMADA.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.23. | DCSENTINELS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.24. | DETROITXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.25. | DETROITXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.26. | DETROITXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.27. | FOR-THE-LOVE-OF-FOOTBALL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.28. | FTLOFB.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.29. | HOUSTONNITRO.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.30. | HOUSTONOCTANE.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.31. | HOUSTONXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.32. | HOUSTONXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.33. | HOUSTONXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.34. | KANSASCITYXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.35. | KANSASCITYXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.36. | KANSASCITYXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.37. | LASTUNNERS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.38. | LAWILDCATS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.39. | LOSANGELESXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.40. | LOSANGELESXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.41. | LOSANGELESXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.42. | MINNESOTAXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.43. | MINNESOTAXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.44. | MINNESOTAXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.45. | NASHVILLEXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.46. | NASHVILLEXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.47. | NASHVILLEXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.48. | NEWYORKCANNONS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.49. | NEWYORKGOTHAMS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.50. | NEWYORKXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.51. | NEWYORKXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.52. | NEWYORKXFL.ORG | UNKNOWN | Unknown | UNKNOWN |

**61.      Internet domain names and websites**

|  | | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.53. | ORLANDOXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.54. | ORLANDOXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.55. | ORLANDOXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.56. | PHILADELPHIAXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.57. | PHILADELPHIAXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.58. | PHILADELPHIAXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.59. | PHOENIXXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.60. | PHOENIXXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.61. | PHOENIXXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.62. | PITTSBURGHXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.63. | PITTSBURGHXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.64. | PITTSBURGHXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.65. | PLAYXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.66. | SANFRANCISCOXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.67. | SANFRANCISCOXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.68. | SANFRANCISCOXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.69. | SEATTLEXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.70. | SEATTLEXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.71. | SEATTLEXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.72. | STLOUISBATTLEHAWKS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.73. | STLOUISGREYWOLVES.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.74. | STLOUISPHANTOM.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.75. | STLOUISXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.76. | STLOUISXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.77. | STLOUISXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.78. | TAMPABAYFRENZY.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.79. | TAMPABAYPREDATORS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.80. | TAMPABAYSTINGERS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.81. | TAMPABAYVIPERS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.82. | WASHINGTONDCXFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.83. | WASHINGTONDCXFL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.84. | WASHINGTONDCXFL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.85. | XFL-ATL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.86. | XFL-ATL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.87. | XFL-ATL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.88. | XFL-ATLANTA.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.89. | XFL-ATLANTA.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.90. | XFL-ATLANTA.ORG | UNKNOWN | Unknown | UNKNOWN |

**61.      Internet domain names and websites**

| | | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.91. | XFL-AUS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.92. | XFL-AUS.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.93. | XFL-AUS.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.94. | XFL-AUSTIN.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.95. | XFL-AUSTIN.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.96. | XFL-AUSTIN.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.97. | XFL-CHI.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.98. | XFL-CHI.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.99. | XFL-CHI.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.100. | XFL-CHICAGO.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.101. | XFL-CHICAGO.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.102. | XFL-CHICAGO.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.103. | XFL-CLE.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.104. | XFL-CLE.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.105. | XFL-CLE.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.106. | XFL-CLEVELAND.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.107. | XFL-CLEVELAND.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.108. | XFL-CLEVELAND.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.109. | XFL-DAL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.110. | XFL-DAL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.111. | XFL-DAL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.112. | XFL-DALLAS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.113. | XFL-DALLAS.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.114. | XFL-DALLAS.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.115. | XFL-DC.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.116. | XFL-DC.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.117. | XFL-DC.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.118. | XFL-DET.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.119. | XFL-DET.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.120. | XFL-DET.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.121. | XFL-DETROIT.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.122. | XFL-DETROIT.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.123. | XFL-DETROIT.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.124. | XFL-HOU.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.125. | XFL-HOU.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.126. | XFL-HOU.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.127. | XFL-HOUSTON.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.128. | XFL-HOUSTON.NET | UNKNOWN | Unknown | UNKNOWN |

**61.     Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.129.  XFL-HOUSTON.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.130.  XFL-KANSASCITY.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.131.  XFL-KANSASCITY.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.132.  XFL-KANSASCITY.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.133.  XFL-KC.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.134.  XFL-KC.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.135.  XFL-KC.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.136.  XFL-LA.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.137.  XFL-LA.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.138.  XFL-LA.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.139.  XFL-LOSANGELES.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.140.  XFL-LOSANGELES.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.141.  XFL-LOSANGELES.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.142.  XFL-MINN.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.143.  XFL-MINN.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.144.  XFL-MINN.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.145.  XFL-MINNESOTA.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.146.  XFL-MINNESOTA.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.147.  XFL-MINNESOTA.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.148.  XFL-NASH.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.149.  XFL-NASH.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.150.  XFL-NASH.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.151.  XFL-NASHVILLE.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.152.  XFL-NASHVILLE.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.153.  XFL-NASHVILLE.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.154.  XFL-NEWYORK.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.155.  XFL-NEWYORK.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.156.  XFL-NEWYORK.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.157.  XFL-NY.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.158.  XFL-NY.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.159.  XFL-NY.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.160.  XFL-ORL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.161.  XFL-ORL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.162.  XFL-ORL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.163.  XFL-ORLANDO.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.164.  XFL-ORLANDO.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.165.  XFL-ORLANDO.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.166.  XFL-PHILADELPHIA.COM | UNKNOWN | Unknown | UNKNOWN |

**61.    Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.167.  XFL-PHILADELPHIA.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.168.  XFL-PHILADELPHIA.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.169.  XFL-PHILLY.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.170.  XFL-PHILLY.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.171.  XFL-PHILLY.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.172.  XFL-PHOENIX.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.173.  XFL-PHOENIX.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.174.  XFL-PHOENIX.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.175.  XFL-PHX.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.176.  XFL-PHX.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.177.  XFL-PHX.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.178.  XFL-PITT.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.179.  XFL-PITT.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.180.  XFL-PITT.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.181.  XFL-PITTSBURGH.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.182.  XFL-PITTSBURGH.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.183.  XFL-PITTSBURGH.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.184.  XFL-SANFRAN.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.185.  XFL-SANFRAN.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.186.  XFL-SANFRAN.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.187.  XFL-SANFRANCISCO.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.188.  XFL-SANFRANCISCO.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.189.  XFL-SANFRANCISCO.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.190.  XFL-SEA.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.191.  XFL-SEA.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.192.  XFL-SEA.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.193.  XFL-SEATTLE.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.194.  XFL-SEATTLE.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.195.  XFL-SEATTLE.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.196.  XFL-STL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.197.  XFL-STL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.198.  XFL-STL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.199.  XFL-STLOUIS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.200.  XFL-STLOUIS.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.201.  XFL-STLOUIS.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.202.  XFL-TAMPABAY.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.203.  XFL-TAMPABAY.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.204.  XFL-TAMPABAY.ORG | UNKNOWN | Unknown | UNKNOWN |

**61.        Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.205.  XFL-TB.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.206.  XFL-TB.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.207.  XFL-TB.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.208.  XFL-WASHINGTONDC.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.209.  XFL-WASHINGTONDC.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.210.  XFL-WASHINGTONDC.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.211.  XFL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.212.  XFL.SHOP | UNKNOWN | Unknown | UNKNOWN |
| 61.213.  XFLACES.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.214.  XFLARCHERS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.215.  XFLARLINGTON.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.216.  XFLARLINGTON.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.217.  XFLARLINGTON.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.218.  XFLARMADA.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.219.  XFLATL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.220.  XFLATL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.221.  XFLATL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.222.  XFLATLANTA.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.223.  XFLATLANTA.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.224.  XFLATLANTA.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.225.  XFLAUS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.226.  XFLAUS.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.227.  XFLAUS.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.228.  XFLAUSTIN.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.229.  XFLAUSTIN.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.230.  XFLBALL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.231.  XFLBANDITS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.232.  XFLBATTLEHAWKS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.233.  XFLBLAZE.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.234.  XFLCANNONS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.235.  XFLCHI.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.236.  XFLCHI.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.237.  XFLCHI.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.238.  XFLCHICAGO.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.239.  XFLCHICAGO.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.240.  XFLCLE.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.241.  XFLCLE.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.242.  XFLCLE.ORG | UNKNOWN | Unknown | UNKNOWN |

**61.    Internet domain names and websites**

|  | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.243.  XFLCLEVELAND.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.244.  XFLCLEVELAND.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.245.  XFLCLEVELAND.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.246.  XFLCOMETS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.247.  XFLDAL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.248.  XFLDAL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.249.  XFLDAL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.250.  XFLDALLAS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.251.  XFLDALLAS.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.252.  XFLDALLAS.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.253.  XFLDALLASBANDITS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.254.  XFLDALLASBLAZE.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.255.  XFLDALLASLOBOS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.256.  XFLDALLASMUSTANGS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.257.  XFLDALLASRENEGADES.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.258.  XFLDC.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.259.  XFLDC.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.260.  XFLDC.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.261.  XFLDCARMADA.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.262.  XFLDCDEFENDERS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.263.  XFLDCKNIGHTS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.264.  XFLDCSENTINELS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.265.  XFLDCSTARS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.266.  XFLDEFENDERS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.267.  XFLDET.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.268.  XFLDET.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.269.  XFLDET.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.270.  XFLDETROIT.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.271.  XFLDETROIT.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.272.  XFLDETROIT.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.273.  XFLDRAGONS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.274.  XFLFAN.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.275.  XFLFANCOUNCIL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.276.  XFLFANPANEL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.277.  XFLFOOTBALLADVISORYNETWORK.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.278.  XFLFORCE.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.279.  XFLFRENZY.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.280.  XFLFURY.COM | UNKNOWN | Unknown | UNKNOWN |

**61.** **Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.281. XFLGOLD.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.282. XFLGOTHAMS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.283. XFLGREYWOLVES.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.284. XFLGRIND.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.285. XFLGSIS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.286. XFLGUARDIANS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.287. XFLHOU.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.288. XFLHOU.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.289. XFLHOU.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.290. XFLHOUSTON.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.291. XFLHOUSTON.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.292. XFLHOUSTON.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.293. XFLHOUSTONCOMETS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.294. XFLHOUSTONNITRO.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.295. XFLHOUSTONOCTANE.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.296. XFLHOUSTONROUGHNECKS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.297. XFLHOUSTONWILDCATTERS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.298. XFLKANSASCITY.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.299. XFLKANSASCITY.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.300. XFLKANSASCITY.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.301. XFLKC.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.302. XFLKC.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.303. XFLKNIGHTS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.304. XFLLA.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.305. XFLLA.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.306. XFLLA.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.307. XFLLAGOLD.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.308. XFLLALEGION.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.309. XFLLASTUNNERS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.310. XFLLAWILDCATS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.311. XFLLAWINGS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.312. XFLLEGION.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.313. XFLLOBOS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.314. XFLLOSANGELES.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.315. XFLLOSANGELES.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.316. XFLLOSANGELES.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.317. XFLLOVEFOOTBALL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.318. XFLMINN.COM | UNKNOWN | Unknown | UNKNOWN |

**61.     Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.319.  XFLMINN.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.320.  XFLMINN.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.321.  XFLMINNESOTA.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.322.  XFLMINNESOTA.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.323.  XFLMINNESOTA.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.324.  XFLMUSTANGS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.325.  XFLNASH.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.326.  XFLNASH.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.327.  XFLNASH.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.328.  XFLNASHVILLE.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.329.  XFLNASHVILLE.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.330.  XFLNASHVILLE.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.331.  XFLNEWYORK.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.332.  XFLNEWYORK.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.333.  XFLNEWYORKCANNONS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.334.  XFLNEWYORKGOTHAMS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.335.  XFLNEWYORKGRIND.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.336.  XFLNEWYORKGUARDIANS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.337.  XFLNEWYORKPOWER.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.338.  XFLNITRO.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.339.  XFLNY.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.340.  XFLNY.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.341.  XFLOCTANE.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.342.  XFLODYSSEY.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.343.  XFLORL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.344.  XFLORL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.345.  XFLORL.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.346.  XFLORLANDO.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.347.  XFLORLANDO.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.348.  XFLPANEL.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.349.  XFLPHANTOM.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.350.  XFLPHILADELPHIA.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.351.  XFLPHILADELPHIA.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.352.  XFLPHILADELPHIA.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.353.  XFLPHILLY.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.354.  XFLPHILLY.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.355.  XFLPHILLY.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.356.  XFLPHOENIX.COM | UNKNOWN | Unknown | UNKNOWN |

**61.** **Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.357. XFLPHOENIX.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.358. XFLPHOENIX.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.359. XFLPHX.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.360. XFLPHX.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.361. XFLPHX.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.362. XFLPITT.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.363. XFLPITT.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.364. XFLPITT.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.365. XFLPITTSBURGH.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.366. XFLPITTSBURGH.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.367. XFLPITTSBURGH.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.368. XFLPOWER.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.369. XFLPREDATORS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.370. XFLRENEGADES.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.371. XFLRENEGEGADES.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.372. XFLROUGHNECKS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.373. XFLSANFRAN.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.374. XFLSANFRAN.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.375. XFLSANFRAN.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.376. XFLSANFRANCISCO.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.377. XFLSANFRANCISCO.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.378. XFLSANFRANCISCO.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.379. XFLSEA.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.380. XFLSEA.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.381. XFLSEA.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.382. XFLSEATTLE.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.383. XFLSEATTLE.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.384. XFLSEATTLE.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.385. XFLSENTINELS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.386. XFLSF.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.387. XFLSF.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.388. XFLSF.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.389. XFLSHARKS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.390. XFLSHOP.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.391. XFLSTARS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.392. XFLSTINGERS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.393. XFLSTL.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.394. XFLSTL.ORG | UNKNOWN | Unknown | UNKNOWN |

**61.       Internet domain names and websites**

|  | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.395.  XFLSTLOUIS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.396.  XFLSTLOUIS.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.397.  XFLSTLOUIS.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.398.  XFLSTLOUISACES.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.399.  XFLSTLOUISARCHERS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.400.  XFLSTLOUISBATTLEHAWKS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.401.  XFLSTLOUISGREYWOLVES.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.402.  XFLSTLOUISPHANTOM.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.403.  XFLSTORE.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.404.  XFLSTUNNERS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.405.  XFLSURGE.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.406.  XFLTAMPA.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.407.  XFLTAMPA.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.408.  XFLTAMPA.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.409.  XFLTAMPABAY.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.410.  XFLTAMPABAY.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.411.  XFLTAMPABAY.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.412.  XFLTAMPABAYFRENZY.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.413.  XFLTAMPABAYPREDATORS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.414.  XFLTAMPABAYSHARKS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.415.  XFLTAMPABAYSTINGERS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.416.  XFLTAMPABAYVIPERS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.417.  XFLTB.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.418.  XFLTB.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.419.  XFLTEAM9.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.420.  XFLTEAMNINE.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.421.  XFLVIPERS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.422.  XFLWASHINGTONDC.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.423.  XFLWASHINGTONDC.NET | UNKNOWN | Unknown | UNKNOWN |
| 61.424.  XFLWASHINGTONDC.ORG | UNKNOWN | Unknown | UNKNOWN |
| 61.425.  XFLWEATHER.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.426.  XFLWILD.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.427.  XFLWILDCATS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.428.  XFLWILDCATTERS.COM | UNKNOWN | Unknown | UNKNOWN |
| 61.429.  XFLWINGS.COM | UNKNOWN | Unknown | UNKNOWN |

**62.       Licenses, franchises, and royalties**

| 62.1. _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**63.**     **Customer lists, mailing lists, or other compilations**

63.1.   CUSTOMER/FAN MAILING LIST       UNDETERMINED     _____    UNDETERMINED

**64.**     **Other intangibles, or intellectual property**

64.1. _____   $_____    _____    $_____

**65.**     **Goodwill**

65.1.   GOODWILL                UNDETERMINED     _____    UNDETERMINED

**66.**     **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| UNDETERMINED |

**67.**     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

     ☐ No

     ☒ Yes

**68.**     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☒ No

     ☐ Yes

**69.**     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☒ No

     ☐ Yes

---

**Part 11:**    **All other assets**

**70.**     **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.

     ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.**     **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 71.1. _____ | $_____ | - $_____ | = ....... → | | $_____ |
| _____ | | | | | |

**72.**     **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. _____ | $_____ | $_____ | _____ | $_____ |

**73.**     **Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | EVANSTON INSURANCE COMPANY | EXECUTIVE RISK PACKAGE POLICY MKLV3MML000014 | _____ | _____ | _____ | UNDETERMINED |

| | | | | | | |
|---|---|---|---|---|---|---|
| 73.2. | ADMIRALTY INSURANCE COMPANY | MEDICAL PROFESSIONAL LIABILITY POLICY EO000048837-01 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | GREAT DIVIDE INSURANCE COMPANY | UMBRELLA POLICY CUA 7503223 - 12 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | TRI STATE INSURANCE COMPANY OF MINNESOTA | WORKERS' COMPENSATION POLICY WCA 7503224 12 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH | CYBER/ MEDICAL POLICY 01-645-31-21 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | NATIONAL CASUALTY COMPANY | EXCESS LIABILITY - FOURTH LAYER XLO0032165 | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | GREAT DIVIDE INSURANCE COMPANY | EXCESS LIABILITY - SECOND LAYER POLICY B0595XLS7460I9020 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | LIBERTY INSURANCE UNDERWRITERS INC | EXCESS LIABILITY - FIFTH LAYER POLICY 1000345024-01 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | GREAT AMERICAN INSURANCE | EXCESS LIABILITY - THIRD LAYER POLICY EXC2276607 | _____ | _____ | _____ | UNDETERMINED |
| 73.10. | ALIVE RISK | EXCESS LIABILITY - FIRST LAYER 19HX1032 / CX 21 01 09 08 | _____ | _____ | _____ | UNDETERMINED |
| 73.11. | ILLINOIS NATIONAL INSURANCE COMPANY | EXCESS DIRECTORS & OFFICERS POLICY 01-422-62-12 | _____ | _____ | _____ | UNDETERMINED |
| 73.12. | EVANSTON INSURANCE COMPANY | EXECUTIVE RISK PACKAGE POLICY MKLV3MML000014 | _____ | _____ | _____ | UNDETERMINED |
| 73.13. | GREAT DIVIDE INSURANCE COMPANY | GENERAL LIABILITY & VEHICLE POLICY CPA 7503222 - 12 | _____ | _____ | _____ | UNDETERMINED |
| 73.14. | TRAVELERS | CRIME POLICY 107104592 | _____ | _____ | _____ | UNDETERMINED |

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. | _____ | _____ | $_____ | $_____ |

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

|  | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. | _____ | _____ | $_____ | $_____ |

**76.**    **Trusts, equitable or future interests in property**

| 76.1. | _____ | $_____ |
|---|---|---|

**77.**    **Other property of any kind not already listed**

Examples: Season tickets, country club membership

| 77.1. | _____ | $_____ |
|---|---|---|

**78.**    **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

> UNDETERMINED

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $8,148,713.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,435,832.37 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,742,563.01 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,932,737.01 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,007,529.20 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,548,064.03 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................... → | | $3,040,294.62 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*                              + | UNDETERMINED | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $25,815,439.15 | + 91b. $3,040,294.62 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................    $28,855,733.77

**Fill in this information to identify the case:**

**Debtor name:** Alpha Entertainment LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 20-10940

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

2.1.    **Creditor's name and address**

DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087

**Creditor's email address, if known**

_____

**Date debt was incurred:** October 25, 2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL EQUIPMENT OF ANY MAKE OR MANUFACTURE, TOGETHER WITH ALL ACCESSORIES AND ATTACHMENTS FINANCED BY OR LEASED TO DEBTOR BY SECURED PARTY UNDER MASTER LEASE AGREEMENT DATED AS OF 10/16/2019 AND ALL PROCEEDS THEREOF; AND ALL EQUIPMENT OF ANY MAKE OR MANUFACTURE, TOGETHER WITH ALL ACCESSORIES AND ATTACHMENTS FINANCED BY OR LEASED TO DEBTOR BY SECURED PARTY UNDER CONTRACT NUMBER TFV 140982 AND ALL PROCEEDS THEREOF

**Describe the lien**

UCC FINANCING STATEMENTS FILED WITH THE SECRETARY OF STATE OF DELAWARE; FILING NUMBERS: (I) 20197488138; AND (II) 20197489359

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$19,388.82          UNDETERMINED

**2.2.** | **Creditor's name and address**

MCMAHON, VINCENT K.
1241 EAST MAIN STREET
STAMFORD CT 06902

**Creditor's email address, if known**
_____

**Date debt was incurred:** March 25, 2020

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS     $9,000,000.00     UNDETERMINED

**Describe the lien**

SENIOR SECURED PROMISSORY NOTE

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $9,019,388.82

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | K&L GATES, LLP<br>AARON S. ROTHMAN<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | Line 2.2 | _____ |
| 3.2. | K&L GATES, LLP<br>JAMES A. WRIGHT III<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | Line 2.2 | _____ |
| 3.3. | K&L GATES, LLP<br>JOHN A. BICKS<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | Line 2.2 | _____ |

**Debtor name:** Alpha Entertainment LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 20-10940

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address**<br><br>DUCH, JANET<br>Address available upon request | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$187,500.00 | **Priority amount**<br>$13,650.00 |
|---|---|---|---|---|
| | | | | **Nonpriority amount**<br>$173,850.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>SEVERANCE CLAIM | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.2. | **Priority creditor's name and mailing address**<br><br>GUSTAFSON, RYAN<br>Address available upon request | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$162,500.00 | **Priority amount**<br>$13,650.00 |
|---|---|---|---|---|
| | | | | **Nonpriority amount**<br>$148,850.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>SEVERANCE CLAIM | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.3. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.3.**

**Priority creditor's name and mailing address**

HARNER, FREDERICK
Address available upon request

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $250,000.00 | $13,650.00 |
| | **Nonpriority amount** |
| | $236,350.00 |

**2.4.**

**Priority creditor's name and mailing address**

HUNZEKER, KURT
Address available upon request

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $62,500.00 | $13,650.00 |
| | **Nonpriority amount** |
| | $48,850.00 |

**2.5.**

**Priority creditor's name and mailing address**

KARATZ, HEATHER
Address available upon request

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $187,500.00 | $13,650.00 |
| | **Nonpriority amount** |
| | $173,850.00 |

| 2.6. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|------|------|------|------|------|
| | MICHAEL, DAVID<br>Address available upon request | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $106,250.00 | $13,650.00 |
| | | | | **Nonpriority amount**<br>$92,600.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>SEVERANCE CLAIM | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.7. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|------|------|------|------|------|
| | MOSES, ERIK<br>Address available upon request | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $175,000.00 | $13,650.00 |
| | | | | **Nonpriority amount**<br>$161,350.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>SEVERANCE CLAIM | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.8. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|------|------|------|------|------|
| | RASKIN, GRADY<br>Address available upon request | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $81,250.00 | $13,650.00 |
| | | | | **Nonpriority amount**<br>$67,600.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>SEVERANCE CLAIM | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

2.9.   **Priority creditor's name and mailing address**

SCHELER, JOHN
Address available upon request

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $157,500.00 | $13,650.00 |

| | Nonpriority amount |
|---|---|
| | $143,850.00 |

---

2.10.   **Priority creditor's name and mailing address**

SCHLACHTER, JORDAN
Address available upon request

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $125,000.00 | $13,650.00 |

| | Nonpriority amount |
|---|---|
| | $111,350.00 |

---

2.11.   **Priority creditor's name and mailing address**

SEASON TICKETHOLDER REFUNDS

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEASON TICKET REFUNDS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $650,000.00 | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

| 2.12. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | THRONEBURG, DEREK | | $237,500.00 | $13,650.00 |
| | Address available upon request | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $223,850.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

SEVERANCE CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.13. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | VANDERKAMP, ELIZABETH | | $55,100.00 | $13,650.00 |
| | Address available upon request | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $41,450.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

SEVERANCE CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.14. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | WALDEN, DAVID | | $150,000.00 | $13,650.00 |
| | Address available upon request | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $136,350.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

SEVERANCE CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.15. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

WHALEY, DOUGLASS
Address available upon request

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|

$180,250.00    $13,650.00

| **Nonpriority amount** |
|---|

$166,600.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

SEVERANCE CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1.**    **Nonpriority creditor's name and mailing address**

1266 MAIN STREET STAMFORD LLC
CUSHMAN AND WAKEFIELD
600 WASHINGTON AVE
SAINT LOUIS MO 63101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

RENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$4,432.50

**3.2.**    **Nonpriority creditor's name and mailing address**

255 S KING STREET TENANT LLC
255 S KING ST
SEATTLE WA 98101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

RENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$22,500.00

**3.3.**    **Nonpriority creditor's name and mailing address**

30 MONTGOMERY PARTNERS LLC
AMERICAN REALTY ADVISORS
STANLEY L IEZMAN
515 SOUTH FLOWER ST
49TH FLOOR
LOS ANGELES CA 90071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

RENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$20,034.67

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

343 CREATIVE LLC
704 GINESI DR STE 26A
MORGANVILLE NJ 07751

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.5. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

47 BRAND LLC
PO BOX 419648
BOSTON MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

$970,704.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.6. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

71 PRODUCTIONS INC
PO BOX 6177
KENT WA 98064

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,612.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|------|------|------|------|

3.7.

**Nonpriority creditor's name and mailing address**

ABBOTT EMS
P.O. BOX 841439
DALLAS TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$445.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.8.

**Nonpriority creditor's name and mailing address**

ABDULLAH, KHALID
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.9.

**Nonpriority creditor's name and mailing address**

ABERNATHY, MICAH
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACADEMY EXPRESS LLC
PO BOX 1410
111 PATERSON AVE
HOBOKEN NJ 07030

$30,422.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACHIEVE AV INC
730 WAND DR
CEDAR HILL TX 75104

$5,412.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADAMS, TONY
Address available upon request

UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.13. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ADEWUSI, OLUWATENIOLAFUNMI
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.14. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ADP LLC
PO BOX 842875
BOSTON MA 02284-2875

☐ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.15. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ADVANCED ENTERTAINMENT TECHNOLOGIES
PO BOX 16695
BALTIMORE MD 21221

☐ Contingent
☐ Unliquidated
☐ Disputed

$31,585.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AEGIS SCIENCES CORP
PO BOX 645480
CINCINNATI OH 45264-5480

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.17. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AFC TRANSPORTATION
PO BOX 98014
PHOENIX AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

$47,830.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.18. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AGUDOSI, CARLTON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.19. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

AHYOU, CHARLES
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.20. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

AIA CORP
8148 SOLUTIONS CTR
CHICAGO IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,252.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.21. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ALEX, TERRELL
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.22. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ALEXANDER, FRANK
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.23. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ALEXANDER, TERRENCE
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.24. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ALLEN, DEJON
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.25. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ALLEN, FLOYD<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.26. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ALLEN, JOSHUA<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.27. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ALLEN, JULIAN<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ALLEY CAT DEVELOPMENT INC
7071 WARNER AVE #734
HUNTINGTON BEACH CA 92647

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,267.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.29. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ALLIANCE SOLUTIONS GROUP MCINTYRE
6161 OAK TREE BLVD #300
INDEPENDENCE OH 44131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,141.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.30. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ALLIED TRAILERS SALES AND RENTALS
PINEY BRANCH MOTORS INC
PO BOX 427
SAVAGE MD 20763

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$364.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.31. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ALMEIDA, MONICA<br>Address available upon request | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,070.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.32. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ALPE INTERNATIONAL LLC<br>BRUCE ALPE<br>7827 BRYKERWOODS DR<br>HOUSTON TX 77055 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,628.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.33. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ALPHAGRAPHICS<br>DBA ALPHAGRAPHICS<br>16 DYKE LN<br>STAMFORD CT 06902 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $739.13 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.34. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ALPHAGRAPHICS OF WEST HOUSTON<br>10700 HAMMERLY BLVD<br>STE 115<br>HOUSTON TX 77043 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,735.48 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.35. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ALSTON, JONATHAN<br>Address available upon request | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.36. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AMANDA WALTMAN PHOTOGRAPHY<br>10205 116TH AVE NE<br>KIRKLAND WA 98033 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $840.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.37. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

| | AMERICAN EXPRESS MERCHANT SERVICES<br>ATTN LEGAL DEPARTMENT<br>200 VESEY ST<br>NEW YORK NY 10285 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $984,429.82 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TICKET REFUNDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.38. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

| | AMERIGAS PROPANE LP<br>PO BOX 371473<br>PITTSBURGH PA 15250-7473 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $437.78 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.39. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

| | AMEY, VINCENT<br>Address available upon request | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.40. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AMI GRAPHICS INC<br>PO BOX 157<br>CENTER STRAFFORD NH 03815 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $269.90 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.41. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AMPRO<br>PO BOX 251<br>PRIMOS PA 19018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $84,012.30 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.42. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ANALYTICS PROS INC<br>PO BOX 46175<br>HOUSTON TX 77210-6175 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $47,857.50 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANAU, SIUPELI
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.44. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANDERSON, RYAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.45. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANDREW HANCOCK PHOTOGRAPHY LLC
ANDREW HANCOCK III
8252 STONE RIVER DR
FRISCO TX 75034

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,213.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.46. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ANDRUS, BART
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.47. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ANIEBONAM, JESSE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.48. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ANKRAH, ANDREW
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.49. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

3.49.   **Nonpriority creditor's name and mailing address**

ANSCHUTZ SOUTHERN CALI SPORTS
COMPLEX LLC
18400 AVALON BLVD STE 100
CARSON CA 90746

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim
$132,722.93

---

3.50.   **Nonpriority creditor's name and mailing address**

ANSTADT COMMUNICATIONS
PO BOX 1626
YORK PA 17405-1626

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim
$500.00

---

3.51.   **Nonpriority creditor's name and mailing address**

ARC DOCUMENT SOLUTIONS
PO BOX 203890
DALLAS TX 75320-3890

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim
$5,097.24

| 3.52. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

ARCHER, MICHAEL
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.53. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

ARENA LA FUNDING LLC
1111 S FIGUEROA STREET
SUITE 3100
LOS ANGELES CA 90015

☐ Contingent
☐ Unliquidated
☐ Disputed

$55,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.54. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

ARENT FOX LLP
PO BOX 644672
PITTSBURGH PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

$59,892.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.55. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ARLINGTON ORTHOPEDIC ASSOCIATES PA
BARRY HOWELL
800 ORTHOPEDIC WAY
ARLINGTON TX 76015

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,668.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.56. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ARMBRISTER, THURSTON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.57. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ARNOLD, JAY
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.58.     **Nonpriority creditor's name and mailing address**

ARTEMIS EVENTS INC
MARIANNE HERMAN
5502 IRONWOOD ST
RANCHO PALOS VERDES CA 90275

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $9,000.00 |

---

3.59.     **Nonpriority creditor's name and mailing address**

ARTIS-PAYNE, CAMERON
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.60.     **Nonpriority creditor's name and mailing address**

ASANA INC
1550 BRYANT ST #200
SAN FRANCISCO CA 94103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

| 3.61. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.61.

**Nonpriority creditor's name and mailing address**

ASH, RICHARD
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.62.

**Nonpriority creditor's name and mailing address**

ASKEW-HENRY, DRAVON
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.63.

**Nonpriority creditor's name and mailing address**

ATHLETIC DECALS
8800 BISSONNET ST
STE N
HOUSTON TX 77074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$217.54

| 3.64. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

3.64.

**Nonpriority creditor's name and mailing address**

ATHLETIC SUPPLY
13919 209TH AVE NE
WOODINVILLE WA 98077

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,391.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.65.

**Nonpriority creditor's name and mailing address**

ATKINS, DAVID
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.66.

**Nonpriority creditor's name and mailing address**

AUSTIN SOSA PHOTOGRAPHY
501 WING ST
GLENDALE CA 91205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.67. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AVERY WORLDWIDE INC 70006<br>8300 FALLS OF NEUSE RD<br>RALEIGH NC 27615 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,801.45 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.68. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AVID MEDIA VENTURES<br>1825 W WALNUT HILL LN #106<br>IRVING TX 75038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.69. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AYERS, DEMARCUS<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

B AND B ICE OF TAMPA BAY INC
2281 N VALRICO RD
SEFFNER FL 33584

☐ Contingent
☐ Unliquidated
☐ Disputed

$122.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.71. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BACHMAN, JONATHAN
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$850.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.72. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BADET, JEFF
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.73. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.73.**

**Nonpriority creditor's name and mailing address**

BADIE, SHERMAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.74.**

**Nonpriority creditor's name and mailing address**

BAGLEY BRANDED PRODUCTS
730 CREATIVE DR STE #2
LAKELAND FL 33812

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.75.**

**Nonpriority creditor's name and mailing address**

BAILES MD, JULIAN E
110 WEST ANNA LN
LAKE FOREST IL 60045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$30,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.76. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BAILEY, ANDREW<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.77. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BAILEY, SERGIO<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.78. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BALDUCCI, ALEXANDER<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.79. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BALLARD, CORRION<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.80. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BANFIELD, DARYLE<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.81. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BANKS, JOSHUA<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.82. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BARNES, BRANDON<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.83. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BARNES, TAVARIS<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.84. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BARNES, TERRENCE<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

3.85.    **Nonpriority creditor's name and mailing address**

BARRETT SF
OPTIMISM LLC
250 SUTTER ST STE 200
SAN FRANCISCO CA 94108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.86.    **Nonpriority creditor's name and mailing address**

BARRON, KIRK
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.87.    **Nonpriority creditor's name and mailing address**

BATTLE, ISAIAH
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

| 3.88. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.88.

**Nonpriority creditor's name and mailing address**

BAYLESS, MARTIN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.89.

**Nonpriority creditor's name and mailing address**

BEAL, EMMANUEL
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.90.

**Nonpriority creditor's name and mailing address**

BEAVERS, WILLIE
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.91. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

BELL, BRANDON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.92. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

BELL, DERRIUS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.93. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

BELLAQUA INC
PO BOX 344
EAST RUTHERFORD NJ 07073

☐ Contingent
☐ Unliquidated
☐ Disputed

$177.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.94. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BEST EXECUTIVE SECURITY TEAM<br>6504 BENCHMARK DR<br>PLANO TX 75023 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,375.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.95. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BHC OFFICE SOLUTIONS INC<br>ANGIE HUTSON<br>4200 LINDBERGH DR<br>ADDISON TX 75001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37,480.67 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.96. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BIBBS, EMMANUEL<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.97. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BIG GAME SPORTS INC<br>JIM CORNELIUS<br>13835 WELCH RD<br>DALLAS TX 75244 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $275,568.95 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No<br>☐ Yes | |

| 3.98. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BIG PUNK DADDY PRODUCTIONS LLC<br>CHRISTOPHER HARRISON<br>41 ASHLAND RD<br>SUMMIT NJ 07901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,501.42 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No<br>☐ Yes | |

| 3.99. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BIGELOW, KENNETH<br>Address available upon request | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No<br>☐ Yes | |

| 3.100. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BLACK BROWN COLLECTIVE<br>JESSICA ECHEVERRY<br>8726 S SEPULVEDA BLVD STE D2651<br>LOS ANGELES CA 90045 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,000.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.101. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BLACKNALL, SAEED<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.102. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BLIZZARD, ROBERT<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.103. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

BMP PARTNERS INC
BRAND MANAGEMENT PROFESSIONALS
4923 W 34TH ST
HOUSTON TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,949.38

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.104. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

BOLDEN, RAYMOND
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.105. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

BOOM SHAKALAKA INC
530 SEVENTH AVE STE 1206
NEW YORK NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.106. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.106.**

**Nonpriority creditor's name and mailing address**

BOOZER, CHRISTOPHER
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.107.**

**Nonpriority creditor's name and mailing address**

BORDEN, NOAH
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.108.**

**Nonpriority creditor's name and mailing address**

BOULDIN, DARONTE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.109. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.109.

**Nonpriority creditor's name and mailing address**

BOULWARE, VENZELL
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.110.

**Nonpriority creditor's name and mailing address**

BOWEN, AMANDA K
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,800.00

---

3.111.

**Nonpriority creditor's name and mailing address**

BOWEN, KEVIN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.112.**    **Nonpriority creditor's name and mailing address**

BOWMAN, SHANE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.113.**    **Nonpriority creditor's name and mailing address**

BRADFORD, CARL
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.114.**    **Nonpriority creditor's name and mailing address**

BRADY, LATARIUS
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.115.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

BRANCH, MARCELIS                                             UNDETERMINED
Address available upon request

☑ Contingent

☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                          **Basis for the claim:**

VARIOUS                                                      COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**                         **Is the claim subject to offset?**

☑ No

☐ Yes

3.116.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

BRASWELL, BRIAN                                              UNDETERMINED
Address available upon request

☑ Contingent

☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                          **Basis for the claim:**

VARIOUS                                                      COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**                         **Is the claim subject to offset?**

☑ No

☐ Yes

3.117.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

BRAVERMAN, DANIEL                                           UNDETERMINED
Address available upon request

☑ Contingent

☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                          **Basis for the claim:**

_____                    WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**                         **Is the claim subject to offset?**

☑ No

☐ Yes

| 3.118. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|--------|--------------------------------------------------|---------------------------------------------------------------------|-----------------|

3.118.

**Nonpriority creditor's name and mailing address**

BREAKAWAY SPORTS MARKETING
RAY MALLOUK
1400 PRESTON RD # 400
PLANO TX 75093

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.119.

**Nonpriority creditor's name and mailing address**

BREAKING T LLC
4601 FAIRFAX DR
STE 1200
ARLINGTON VA 22203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,016.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.120.

**Nonpriority creditor's name and mailing address**

BROCHHAGEN*CASEY
4242 HONEYSUCKLE LN
ZIONSVILLE IN 46077

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$140.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.121. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROMLEY, JAYSON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.122. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROOKER, ROMELLO
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.123. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROSSETTE, NICK
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.124. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BROTMAN WINTER FRIED COMMUNICATIONS<br>1651 OLD MEADOW RD STE 500<br>MCLEAN VA 22102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,943.53 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.125. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BROWN, ASANTAY<br>Address available upon request | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.126. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BROWN, BENIQUEZ<br>Address available upon request | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.127. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

BROWN, CHRISTOPHER
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.128. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

BROWN, CODY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.129. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

BROWN, DONATELLO
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.130. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROWN, FRANK
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.131. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROWN, KEENEN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.132. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROWN, SEAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.133.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRUMFIELD, GARRETT
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.134.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRYANT, JORDAN-ELIJAH
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.135.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRYANT, OMARIUS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.136. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BUCKLEY PETERSEN GLOBAL INC<br>JAMES R BUCKLEY<br>PO BOX 188<br>RINGWOOD NJ 07456 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,904.92 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.137. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BUCKS BAGS INC<br>2401 WEST MAIN ST<br>BOISE ID 83702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,200.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.138. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BUGGE, JON MARIUS<br>Address available upon request | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,732.31 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.139. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BUNCHE, MALCOLM
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.140. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BURNETT, KAELIN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.141. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BUSHELL-BEATTY, JUWANN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.142. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BUTLER, JAMES
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.143. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BYRD, DONTEZ
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.144. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CALDWELL, CLARENCE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.145. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.145.

**Nonpriority creditor's name and mailing address**

CALLAWAY, ANTONIO
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.146.

**Nonpriority creditor's name and mailing address**

CALLENDER, NICHOLAS
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.147.

**Nonpriority creditor's name and mailing address**

CALVIN, JOHNATHAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.148. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CAMPBELL, ELIJAH
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.149. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CAMPBELL, GARRETT
GARRETT CAMPBELL PHOTOGRAPHY
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,696.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.150. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CAMPBELL, THOMAS
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,850.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.151. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.151.**

**Nonpriority creditor's name and mailing address**

CAMPOS, JACOB
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.152.**

**Nonpriority creditor's name and mailing address**

CANADY, BRYCE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.153.**

**Nonpriority creditor's name and mailing address**

CANNON, KADARRIUS
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.154. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------|--------|--------|
|  | CARDEN, KEVIN RAY<br>Address available upon request | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,450.00 |
|  | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.155. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------|--------|--------|
|  | CAREW, TANNER<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
|  | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.156. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------|--------|--------|
|  | CARLOS M SAAVEDRA LLC<br>1383 WALTER RD<br>YORKTOWN NY 10598 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $867.74 |
|  | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.157. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CARSON PRODUCTIONS
1235 RUTLAND ST
HOUSTON TX 77008

☐ Contingent
☐ Unliquidated
☐ Disputed

$700.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.158. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CARTER, CORY
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.159. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CARTER, MARTEZ
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.160. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CASEY BROOKE PHOTOGRAPHY LLC
1760 SUGARBERRY TRL
SARASOTA FL 34240

☐ Contingent
☐ Unliquidated
☐ Disputed

$725.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.161. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CASTILLO, SERGIO
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.162. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CATALYST PUBLIC RELATIONS LLC
1360 EAST 9TH ST STE 100
CLEVELAND OH 44114-1782

☐ Contingent
☐ Unliquidated
☐ Disputed

$111,398.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.163. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CATCHLIGHT LLC<br>20 JAY ST UNIT 305<br>BROOKLYN NY 11201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,055.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.164. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CDW DIRECT LLC<br>VIDA KRUG<br>200 N MILWAUKEE AVE<br>VERNON HILLS IL 60061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $55,799.67 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.165. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CELESTIN, JONATHAN<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.166. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------------------------------------------------|------------------------------------------------------------------------|-----------------|
|        | CENTRE CLUB INC<br>123 S WESTSHORE BLVD 8TH FL<br>TAMPA FL 33609 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,083.49 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.167. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------------------------------------------------|------------------------------------------------------------------------|-----------------|
|        | CHAMPION DATA HOLDINGS PTY LTD<br>LEVEL 3 6 RIVERSIDE QUAY<br>SOUTHBANK 03006<br>AUSTRALIA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $215,000.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.168. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------------------------------------------------|------------------------------------------------------------------------|-----------------|
|        | CHAMPIONSHIP CATERING LLC<br>804 AVON CT<br>ST LOUIS MO 63132 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40,171.50 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.169. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHEEK, BRYCE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.170. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHOW, NORMAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.171. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHRISTOFF, ROBERT
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.172. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CINTAS
P.O. BOX 631025
CINCINNATTI OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

$115.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.173. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CIOFFI, SIGISMONDO
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.174. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CJA INC
VISION SPORTS GROUP
7 RENAISSANCE SQUARE 2ND FL
WHITE PLAINS NY 10601

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,594.31

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.175. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLARK, JEREMY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.176. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLARKE, WILL
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.177. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLIETT, RESHARD
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.178. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | COACH EM UP LLC<br>JONATHAN COACHMAN<br>12 PLUMERIA LN<br>ALISO VIEJO CA 92656 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $47,403.80 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.179. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | COATES, SAMMIE<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.180. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | COBBS, SIMMIE<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.181. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.181.** **Nonpriority creditor's name and mailing address**

CODE 4 MEDIA GROUP INC
5252 BOLSA AVE
HUNTINGTON BEACH CA 92649

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,005.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.182.** **Nonpriority creditor's name and mailing address**

COGENT COMMUNICATIONS INC
PO BOX 791087
BALTIMORE MD 21279-1087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,455.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.183.** **Nonpriority creditor's name and mailing address**

COLBURN, MATTHEW
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.184. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

COLE, REGINALD
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.185. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

COLEY, STACY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.186. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

COLLEGE PARK MARRIOTT HOTEL
CONFERENCE CENTER
3501 UNIVERSITY BLVD EAST
HYATTSVILLE MD 20783

☐ Contingent
☐ Unliquidated
☐ Disputed

$73,832.14

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.187. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.187.

**Nonpriority creditor's name and mailing address**

COLLINS, CARL
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.188.

**Nonpriority creditor's name and mailing address**

COLLINS, JALEN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.189.

**Nonpriority creditor's name and mailing address**

COMCAST CABLE COMMUNICATIONS MGMT
PO BOX 70219
PHILADELPHIA PA 19176-0219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$589.14

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.190. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.190.

**Nonpriority creditor's name and mailing address**

COMFORT ZONE SECURITY LLC
AND INVESTIGATIONS LLC
PO BOX 261
WENTZVILLE MO 63385

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,025.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.191.

**Nonpriority creditor's name and mailing address**

COMPLETE SIGNS SOLUTIONS
6509 REDWOOD LANE
THE COLONY TX 75056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,190.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.192.

**Nonpriority creditor's name and mailing address**

CONCIERGE LIVE LLC
931 MONROE DR NE STE 102579
ATLANTA GA 30308

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,026.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.193.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**        **Amount of claim**
                                                                  *Check all that apply.*
          CONCUR TECHNOLOGIES INC                                                                                  $19,213.36
          62157 COLLECTIONS CTR DR                                ☐ Contingent
          CHICAGO IL 60693                                        ☐ Unliquidated
                                                                  ☐ Disputed

          **Date or dates debt was incurred**                    **Basis for the claim:**
          VARIOUS                                                 TRADE PAYABLE

          **Last 4 digits of account number:**                   **Is the claim subject to offset?**
                                                                  ☑ No
                                                                  ☐ Yes

3.194.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**        **Amount of claim**
                                                                  *Check all that apply.*
          COOK, CONNOR                                                                                             UNDETERMINED
          Address available upon request                          ☑ Contingent
                                                                  ☑ Unliquidated
                                                                  ☑ Disputed

          **Date or dates debt was incurred**                    **Basis for the claim:**
          VARIOUS                                                 COACH/PLAYER/STAFF AGREEMENT

          **Last 4 digits of account number:**                   **Is the claim subject to offset?**
                                                                  ☑ No
                                                                  ☐ Yes

3.195.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**        **Amount of claim**
                                                                  *Check all that apply.*
          COOK, LAWRENCE                                                                                           UNDETERMINED
          Address available upon request                          ☑ Contingent
                                                                  ☑ Unliquidated
                                                                  ☑ Disputed

          **Date or dates debt was incurred**                    **Basis for the claim:**
          VARIOUS                                                 COACH/PLAYER/STAFF AGREEMENT

          **Last 4 digits of account number:**                   **Is the claim subject to offset?**
                                                                  ☑ No
                                                                  ☐ Yes

| 3.196. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COOK, RISHARD
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.197. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COPYWISE INC
1950 EAST 220TH ST #110
LONG BEACH CA 90810

☐ Contingent
☐ Unliquidated
☐ Disputed

$745.15

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.198. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CORNELIUS, TAYLOR
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.199. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.199.

**Nonpriority creditor's name and mailing address**

CORPORATE DINING SOLUTIONS LLC
1266 EAST MAIN ST
STAMFORD CT 06902

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$64.41

---

3.200.

**Nonpriority creditor's name and mailing address**

COTTRELL, THEODORE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$289.18

---

3.201.

**Nonpriority creditor's name and mailing address**

COTTRELL, THEODORE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

| 3.202. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.202.**

**Nonpriority creditor's name and mailing address**

COUPLIN, JEROME
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.203.**

**Nonpriority creditor's name and mailing address**

COVINGTON AND BURLING LLP
ONE CITYCENTER
850 TENTH ST NW
WASHINGTON DC 20001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$11,954.70

---

**3.204.**

**Nonpriority creditor's name and mailing address**

COX RADIO INC
PO BOX 83199
CHICAGO IL 60691

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$22,521.08

| 3.205. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.205.**

**Nonpriority creditor's name and mailing address**

COX, DEMETRIOUS
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.206.**

**Nonpriority creditor's name and mailing address**

COYLE, ANTHONY
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.207.**

**Nonpriority creditor's name and mailing address**

CP COMMUNICATIONS
9965 18TH ST N
ST.PETERSBURG FL 33716

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$378,303.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.208. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.208.

**Nonpriority creditor's name and mailing address**

CRAIG, WINSTON
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.209.

**Nonpriority creditor's name and mailing address**

CRAWFORD, COREY
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.210.

**Nonpriority creditor's name and mailing address**

CREATIVE CIRCLE LLC
PO BOX 74008799
CHICAGO IL 60674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$35,645.17

| 3.211. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CREATIVE LOAFING TAMPA
1911 N 13TH STREET
TAMPA FL 33605

☐ Contingent
☐ Unliquidated
☐ Disputed

$750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.212. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CREST PRINTING LLC
1001 MCKINNEY ST
TUNNEL STE A-2
HOUSTON TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,752.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.213. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CRINER, MARK
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.214. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.214.

**Nonpriority creditor's name and mailing address**

CROCKER, CHRISTOPHER
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.215.

**Nonpriority creditor's name and mailing address**

CROSSROADS DEVELOPERS ASSOC LLC
PO BOX 765
SHORT HILLS NJ 07078-0765

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$37,700.38

---

3.216.

**Nonpriority creditor's name and mailing address**

CROWE LLP
PO BOX 71570
CHICAGO IL 60694-1570

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$22,130.00

---

| 3.217. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.217.

**Nonpriority creditor's name and mailing address**

CROWN CASTLE FIBER
PO BOX 28730
NEW YORK NY 10087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$21,970.27

---

3.218.

**Nonpriority creditor's name and mailing address**

CULLIGAN WATER OF ST LOUIS
DEPT 8515
PO BOX 77043
MINNEAPOLIS MN 55480

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$280.77

---

3.219.

**Nonpriority creditor's name and mailing address**

CUMMINGS, RYAN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

| 3.220. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

CUSHMAN AND WAKEFIELD US INC
PO BOX 5020
NEW YORK NY 10087-5020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$1,672.47

---

| 3.221. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

CUSTOM OUTFITTERS LLC
5400 S UNIVERSITY DR
STE 104
DAVIE FL 33328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$1,692.98

---

| 3.222. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

CUSTOM SPECIALTIES AND SUPPLY INC
3233 25TH ST
METAIRIE LA 70002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$3,515.23

3.223. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DAILY NEWS LP
TRIBUNE PUBLISHING CO LLC
160 N STETSON 40TH FL
CHICAGO IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.224. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DALY, KEVIN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.225. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DANIELS, BRUCE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.226. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DARWENT, RYAN
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.227. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DATAWATCH SYSTEMS
PO BOX 79845
BALTIMORE MD 21279

☐ Contingent
☐ Unliquidated
☐ Disputed

$162.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.228. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAVIS, CONNOR
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.229. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.229.**

**Nonpriority creditor's name and mailing address**

DAVIS, JAWILL
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.230.**

**Nonpriority creditor's name and mailing address**

DAVIS, REGINALD
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.231.**

**Nonpriority creditor's name and mailing address**

DAVIS, RYAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.232. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAVISON, RAY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.233. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAY PITNEY LLP
PO BOX 416234
BOSTON MA 02241-6234

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,015.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.234. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAY, DILLON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.235. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.235.**

**Nonpriority creditor's name and mailing address**

DC STADIUM LLC
100 POTOMAC AVE SW
WASHINGTON DC 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$175,204.78

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.236.**

**Nonpriority creditor's name and mailing address**

DE BEER, GERHARD
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.237.**

**Nonpriority creditor's name and mailing address**

DECOUD, TRESTON
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.238. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | DEL MONTE, VINCENT<br>Address available upon request | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,025.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.239. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | DELAWARE NORTH COMPANIES<br>ONE METLIFE STADIUM DR<br>EAST RUTHERFORD NJ 07073 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.240. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | DELAWARE NORTH SPORTSERVICE<br>3700 CULLEN BLVD STE S159<br>HOUSTON TX 77204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.241. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

DENNIS, DEREK
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.242. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

DIEHL, ROBERT
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.243. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

DIGGS, DAREZ MARSEAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

3.244.    **Nonpriority creditor's name and mailing address**

DIGITAL ZEN MEDIA LLC
ANGELA W ROCHA MICHAEL ROCHA
1360 SAGO CT
DUNEDIN FL 34698

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$25,158.11

---

3.245.    **Nonpriority creditor's name and mailing address**

DILLON, ELKANAH
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.246.    **Nonpriority creditor's name and mailing address**

DIMEL, WINSTON
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.247. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | DISHMAN, CRIS<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.248. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | DIXON, AHMAD<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.249. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | DJDTP LLC<br>PO BOX 8542<br>NEW YORK NY 10150 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.250. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------------------------------------------------|----------------------------------------------------------------------|-----------------|
|        | DJO GLOBAL LLC<br>DJO LLC<br>PO BOX 650777<br>DALLAS TX 75265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,696.39 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.251. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------------------------------------------------|----------------------------------------------------------------------|-----------------|
|        | DKG SECURITY SPECIALISTS LLC<br>DANIEL GARDNER<br>5171 SUMAC RIDGE DR<br>YORBA LINDA CA 92886 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,500.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.252. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------------------------------------------------|----------------------------------------------------------------------|-----------------|
|        | DLA PIPER LLP US<br>PO BOX 75190<br>BALTIMORE MD 21275 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,591.98 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.253. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DOCUSIGN INC
DEPT 3428
PO BOX 123428
DALLAS TX 75312-3428

☐ Contingent
☐ Unliquidated
☐ Disputed

$451.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.254. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DOOLEY, GARRET
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.255. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DRAGO, AL
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.256. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

DRYMAX TECHNOLOGIES INC
PO BOX 2300
PASO ROBLES CA 93447

☐ Contingent
☐ Unliquidated
☐ Disputed

$515.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.257. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

DTN LLC
26385 NETWORK PL
CHICAGO IL 60673-1263

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,295.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.258. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

DUCH, JANET
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.259.    **Nonpriority creditor's name and mailing address**

DUGGAL VISUAL SOLUTIONS INC
M TOLMAN
63 FLUSHING AVE
BUILDING 25
BROOKLYN NY 11205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $3,224.75 |

---

3.260.    **Nonpriority creditor's name and mailing address**

DUKE, AUSTIN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.261.    **Nonpriority creditor's name and mailing address**

DUNBAR, LANCE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.262.    **Nonpriority creditor's name and mailing address**

DUNBAR, STEVEN
Address available upon request

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.263.    **Nonpriority creditor's name and mailing address**

DUNGEY, ERIC
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.264.    **Nonpriority creditor's name and mailing address**

DUNLAP, JAYLEN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.265.  **Nonpriority creditor's name and mailing address**

DUNN, MICHAEL
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.266.  **Nonpriority creditor's name and mailing address**

DUPRE, MALACHI
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.267.  **Nonpriority creditor's name and mailing address**

DURAN, MELVIN HENRY
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $17,184.59 |

| 3.268. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.268.** **Nonpriority creditor's name and mailing address**

DVISH PHOTOGRAPHY
DILIP VISHWANAT
3868 CLEVELAND AVE
ST. LOUIS MO 63110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,787.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.269.** **Nonpriority creditor's name and mailing address**

EALY, KONY
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.270.** **Nonpriority creditor's name and mailing address**

EASTBAY INC
PO BOX 1328
WAUSAU WI 54402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$33,747.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.271. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.271.** | **Nonpriority creditor's name and mailing address**

EATMON, QUINTERRIUS
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.272.** | **Nonpriority creditor's name and mailing address**

EDLEN ELECTRICAL EXHIBITION SVC OF WA
INC
5931 4TH AVE SOUTH STE 200
LAS VEGAS NV 98108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,321.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.273.** | **Nonpriority creditor's name and mailing address**

EDWARDS, ARMANTI
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.274. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.274.    **Nonpriority creditor's name and mailing address**

EDWARDS, SAQWAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.275.    **Nonpriority creditor's name and mailing address**

EISNER LLP
9601 WILSHIRE BLVD 7TH FL
BEVERLY HILLS CA 90210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$33,387.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.276.    **Nonpriority creditor's name and mailing address**

ELEVATE SPORTS VENTURES LLC
ELEVATE SPORTS PARTNERS
4949 MARIE P DEBARTOLO WAY
SANTA CLARA CA 95054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$856,175.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.277. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ELIZONDO, JAIME
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.278. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ELLMAN PHOTOGRAPHY
SHARON ELLMAN
8116 SILVER SPUR DR
ARLINGTON TX 76001

☐ Contingent
☐ Unliquidated
☐ Disputed

$541.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.279. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ELSTON, TRAE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.280. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.280.

**Nonpriority creditor's name and mailing address**

ENGINE THE AGENCY LLC
135 WEST 29TH ST UNIT 404
NEW YORK NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.281.

**Nonpriority creditor's name and mailing address**

ENGSTRAND, TANNER
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.282.

**Nonpriority creditor's name and mailing address**

ENTERCOM COMMUNICATIONS CORP
PO BOX 74079
CLEVELAND OH 44194

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,600.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.283. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.283.** | **Nonpriority creditor's name and mailing address**

ENTERPRISE HOLDINGS INC
PO BOX 402383
ATLANTA GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21,357.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.284.** | **Nonpriority creditor's name and mailing address**

ENTRAVISION COMMUNICATIONS CORP
PO BOX 864761
ORLANDO FL 32886-4761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.285.** | **Nonpriority creditor's name and mailing address**

ENVUE AUTOGRAPH COLLECTION
550 AVENUE AT PRT IMPERIAL
WEEHAWKEN NJ 07086

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,348.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.286. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

EPIC UNLIMITED
8556 KATY FWY UNIT 101
HOUSTON TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

$15,251.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.287. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

EPIDEMIC SOUND US INC
79 WALKER ST 3RD FL
NEW YORK NY 10013

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,675.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.288. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ERCPA
1 EVERETT PL
EAST RUTHERFORD NJ 07073

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.289. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.289.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| ERNSBERGER, DONALD<br>Address available upon request | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.290.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| ERNST AND YOUNG US LLP<br>PO BOX 640382<br>PITTSBURGH PA 15264-0382 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38,500.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.291.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| ESPN DEPORTES<br>PO BOX 26846<br>NEW YORK NY 10087-6846 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,675.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

3.292.  **Nonpriority creditor's name and mailing address**

ESPN PRODUCTIONS INC
BAD BOY MOWERS GASPARILLA BOWL
2202 N WESTSHORE BLVD STE 200
TAMPA FL 33607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $2,500.00 |

3.293.  **Nonpriority creditor's name and mailing address**

ESTES, JOHN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.294.  **Nonpriority creditor's name and mailing address**

EVANS, JUSTIN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

| 3.295. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.295.**

**Nonpriority creditor's name and mailing address**

EVANS, MARWIN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.296.**

**Nonpriority creditor's name and mailing address**

EVOLUTION MEDIA CAPITAL LLC
11620 WILSHIRE BLVD
STE 460
LOS ANGELES CA 90025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$250,000.00

---

**3.297.**

**Nonpriority creditor's name and mailing address**

EXPRESS PRESS
107 N. JEFFERSON STREET
TAMPA FL 33602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$341.34

| 3.298. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FABULUJE, OLUTAYO<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.299. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FACIANE, ISAME<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.300. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FAN INTERACTIVE MARKETING LLC<br>46 PENINSULA CTR<br>STE E-537<br>ROLLING HILLS ESTATES CA 90274 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,500.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.301. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

FARRIS, CHASE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.302. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

FARROW, KENNETH
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.303. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

FASTLY INC
475 BRANNAN ST UNIT 300
SAN FRANCISCO CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.304. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.304.** 

**Nonpriority creditor's name and mailing address**

FASTSIGNS OF CARROLLTON
2717 EAST BELT LINE RD STE 113
CARROLLTON TX 75006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,152.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.305.**

**Nonpriority creditor's name and mailing address**

FERGUSON, JAZZ
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.306.**

**Nonpriority creditor's name and mailing address**

FEVO INC
12 LITTLE W 12TH ST
NEW YORK NY 10014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.307. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

FIELDS, WILLIAM
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.308. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

FINEANGANOFO, BRIAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.309. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

FIREIDZIK LLC
1535 SOUTH FEDERAL HWY
BOYNTON BEACH FL 33435

☐ Contingent
☐ Unliquidated
☐ Disputed

$800.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FIRST AND GOAL INC
800 OCCIDENTAL AVE SOUTH STE 200
SEATTLE WA 98134

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.311. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FITNESSMITH
FITNESSMITH
3610 QUANTUM BLVD
BOYNTON BEACH FL 33426

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,439.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.312. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FITZGERALD, NICHOLAS
Address available upon request

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.313. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

3.313.

**Nonpriority creditor's name and mailing address**

FLORES JR, RAYMOND A
2011 SCOTT STREET
APT 4
LA MARQUE TX 77568

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$700.00

---

3.314.

**Nonpriority creditor's name and mailing address**

FLORIDA STRAWBERRY FESTIVAL INC
PO BOX 1869
PLANT CITY FL 33564

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,500.00

---

3.315.

**Nonpriority creditor's name and mailing address**

FLOWERS, DIMITRI
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.316. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

FLOWERS, QUINTON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.317. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

FLYNN, AUSTIN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.318. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

FOCUSED CONSULTING LLC
DANIEL HICKSON
4740 CONNECTICUT AVE NW
STE 906
WASHINGTON DC 20008

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.319. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.319.  **Nonpriority creditor's name and mailing address**

FOLKERTS, BRIAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.320.  **Nonpriority creditor's name and mailing address**

FOLSTON, JAMES
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.321.  **Nonpriority creditor's name and mailing address**

FOLSTON, TAREAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|
| **3.322.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.322.

**Nonpriority creditor's name and mailing address**

FONTENOT, JERRY
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Amount of claim** |
|---|
| UNDETERMINED |

---

3.323.

**Nonpriority creditor's name and mailing address**

FORD, KEITH
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Amount of claim** |
|---|
| UNDETERMINED |

---

3.324.

**Nonpriority creditor's name and mailing address**

FOSTER, JERALD
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Amount of claim** |
|---|
| UNDETERMINED |

| 3.325. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.325.

**Nonpriority creditor's name and mailing address**

FRAGOMEN DEL REY BERNSEN AND LOEWY
75 REMITTANCE DR STE 6072
CHICAGO IL 60675-6072

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$5,240.00

---

3.326.

**Nonpriority creditor's name and mailing address**

FRANKFURTER, MICHELLE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$921.35

---

3.327.

**Nonpriority creditor's name and mailing address**

FRANKS, ANDREW
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.328. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FRAZIER, MARCELL<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.329. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FREEMAN, KESHUN<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.330. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FRIENDLY SHOWCASE EVENT SVC<br>1506 EAST MCBERRY ST<br>TAMPA FL 33610 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.331. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.331.**

Nonpriority creditor's name and mailing address

FRIENDS OF THE RIVERWALK INC
201 N FRANKLIN ST
STE 2900
TAMPA FL 33602

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$5,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.332.**

Nonpriority creditor's name and mailing address

FRITZ, KATHY
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$5,422.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.333.**

Nonpriority creditor's name and mailing address

FRONT3 LTD
161 SOUTH LODGE DR
LONDON N144XH
UNITED KINGDOM

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$10,225.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.334. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.334.

**Nonpriority creditor's name and mailing address**

FSCOM INC
380 CENTERPOINT BLVD
NEW CASTLE DE 19720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,472.84

---

3.335.

**Nonpriority creditor's name and mailing address**

FUGATE, GARRETT
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.336.

**Nonpriority creditor's name and mailing address**

FUNCHES, ALEXANDER
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.337. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

G AND G OUTFITTERS INC
PO BOX 37121
BALTIMORE MD 21297

☐ Contingent
☐ Unliquidated
☐ Disputed

$48.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.338. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

GAINS GROUP LLC
STEVE GERA
12655 W JEFFERSON BLVD
LOS ANGELES CA 90066

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.339. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

GALITZ, ANDREW
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.340. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GANSZ, FRANCIS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                      COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.341. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GARBER, GEORGE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                      COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.342. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GARCIA, ARTHUR
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,153.20

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

3.343.    **Nonpriority creditor's name and mailing address**

GARCIA-WILLIAMS, JAMELL
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.344.    **Nonpriority creditor's name and mailing address**

GARDNER, JA'QUAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.345.    **Nonpriority creditor's name and mailing address**

GATES, DEMARQUIS
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.346. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | GATEWAY PYROTECHNIC PROD PO BOX 39327 ST LOUIS MO 63139 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,800.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.347. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | GAUSE, QUENTIN Address available upon request | ☒ Contingent ☒ Unliquidated ☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.348. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | GAZIO PRODUCTIONS LLC ALEXANDRE C GAZIO 3919 W CASS ST TAMPA FL 33609 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $4,276.48 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.349. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GENNESY, AVERY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.350. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GENTRY, TANNER
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.351. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GIANCANTERI, KIPPY
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.352. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GIGGLES ENTERTAINMENT<br>7102 46TH ST NE<br>MARYSVILLE WA 98270 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,650.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No<br>☐ Yes | |

| 3.353. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GIII LEATHER FASHIONS INC<br>PO BOX 29242<br>NEW YORK NY 10087 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No<br>☐ Yes | |

| 3.354. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GILBRIDE, KEVIN<br>Address available upon request | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No<br>☐ Yes | |

3.355.  **Nonpriority creditor's name and mailing address**

GILLHAMER, MIKE
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.356.  **Nonpriority creditor's name and mailing address**

GILMORE, GREGORY
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.357.  **Nonpriority creditor's name and mailing address**

GINDA, FRANK
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.358. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLANVILLE, GERALD
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.359. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLENSOURCE LLC
PO BOX 180972
ARLINGTON TX 76096

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,110.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.360. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLOBAL PACKAGING SOLUTIONS LLC
70 EAST SUNRISE HWY STE 611
VALLEY STREAM NY 11581

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,720.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.361. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLOBAL SCARVES LLC
539 BROADWAY
TACOMA WA 98402

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,900.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.362. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GO TO TEAM INC
665 JOHNNIE DODDS BLVD STE 201
MT PLEASANT SC 29464

☐ Contingent
☐ Unliquidated
☐ Disputed

$56,154.62

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.363. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GOLD, JON
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,800.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.364. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GONCHAROFF, VICTOR<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.365. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GOOLSBY, DEANDRE<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.366. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GOUVEIA, KURT<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.367. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.367.  **Nonpriority creditor's name and mailing address**

GRAHAM, TYSON
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.368.  **Nonpriority creditor's name and mailing address**

GRAND FOOD AND BEVERAGE
DAN SDA SALES PROFESSIONAL
4101 E WILLOW ST
LONG BEACH CA 90815

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,298.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.369.  **Nonpriority creditor's name and mailing address**

GRANT, DORAN
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.370. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GRAY MOORE PHOTOGRAPHY<br>5413 JUDALON LANE<br>HOUSTON TX 77056 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $950.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.371. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GRAYSON, DAVON<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.372. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GREEN GRIDIRON INC<br>1200 DONALDSON RD<br>GREENVILLE SC 29605 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $290.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.373. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

GREEN LEAF PROCUREMENT LLC
MCDARA OBRIEN
3124 RIVERPORT TECH CTR DR
MARYLAND HEIGHTS MO 63043

$39,872.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.374. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

GREEN, SOLOMON
Address available upon request

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.375. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

GREENE, JALEN
Address available upon request

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.376. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.376.

**Nonpriority creditor's name and mailing address**

GREENFLY INC
225 ARIZONA AVE
STE 300
SANTA MONICA CA 90401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$75,000.00

---

3.377.

**Nonpriority creditor's name and mailing address**

GREENHOUSE SOFTWARE INC
110 FIFTH AVE 3RD FL
NEW YORK NY 10011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$28,092.00

---

3.378.

**Nonpriority creditor's name and mailing address**

GSA EMS GROUP LLC
8524 HWY 6 N UNIT 207
HOUSTON TX 77095

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,350.00

| 3.379. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.379.

**Nonpriority creditor's name and mailing address**

GUERAD, ANTONIO
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.380.

**Nonpriority creditor's name and mailing address**

GUSTAFSON, RYAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.381.

**Nonpriority creditor's name and mailing address**

GWACHAM, OBUMNEKE
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.382.**  | **Nonpriority creditor's name and mailing address**

HAGEN, STEVEN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.383.**  | **Nonpriority creditor's name and mailing address**

HAKIM, AZ-ZAHIR
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.384.**  | **Nonpriority creditor's name and mailing address**

HALL, RANNELL
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.385.    **Nonpriority creditor's name and mailing address**

HALO BRANDED SOLUTIONS INC
3182 MOMENTUM PL
CHICAGO IL 60689-5331

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $2,083.23 |

3.386.    **Nonpriority creditor's name and mailing address**

HAMILTON, ALFONZA
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.387.    **Nonpriority creditor's name and mailing address**

HAMLETT, CONNOR
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

| 3.388. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.388.**

Nonpriority creditor's name and mailing address

HAMPTON, DEQUAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.389.**

Nonpriority creditor's name and mailing address

HANCOCK REIT 1850M LLC
1100 NEW YORK AVE NW
STE 270W
WASHINGTON DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,014.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.390.**

Nonpriority creditor's name and mailing address

HANNEMANN, MICAH
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.391. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HARBOR, CLAYTON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.392. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HARNER, FREDERICK
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.393. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HARRIS, AJENE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.394. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HARRIS, DEION
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.395. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HARRIS, DUJUAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.396. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HARRIS, J-SHUN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.397. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

Check all that apply.

HARRIS, RANDALL
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                    COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.398. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

Check all that apply.

HARRISON JR, HENRY E
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,000.00

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                    TRADE PAYABLE

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.399. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

Check all that apply.

HARTLEY, JAMES
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                    COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| **3.400.** | |

**3.400.**

**Nonpriority creditor's name and mailing address**

HASKIN, BRANDON
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.401.**

**Nonpriority creditor's name and mailing address**

HAWK GRAPHICS INC
JOHN BATTAGLINO
1248 SUSSEX TPKE
RANDOLPH NJ 07869

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6,011.01

---

**3.402.**

**Nonpriority creditor's name and mailing address**

HAWKINS, JOSHUA
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.403. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HAYES, JAY
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$602.60

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.404. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HAYES, JAY
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.405. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HAYES, JONATHAN
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|

**3.406.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

HAYWARD, DERRICK
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.407.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

HB COMMUNICATIONS INC
60 DODGE AVE
BOX 689
NORTH HAVEN CT 06473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,378.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.408.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

HEENEY, BENJAMIN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.409. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HEINICKE, TAYLOR
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.410. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HEINTZ, ERIC
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$23,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.411. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HENDERSON, DE'ANGELO
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.412. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

HENDERSON, RODERICK
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.413. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

HENDRIX, DEWAYNE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.414. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

HENDY, AJ
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.415.    **Nonpriority creditor's name and mailing address**

HERITAGE EXPOSITION SERVICES INC
620 SHENANDOAH AVENUE
ST LOUIS MO 63102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $16,701.00 |

3.416.    **Nonpriority creditor's name and mailing address**

HERRMANN, JAMES
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $697.48 |

3.417.    **Nonpriority creditor's name and mailing address**

HERRMANN, JAMES
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

| 3.418. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|--------|--------|--------|--------|
| | HICKEY, SEAN<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.419. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|--------|--------|--------|--------|
| | HIGHWOODS REALTY LIMITED PARTNER<br>PO BOX 406396<br>ATLANTA GA 30384 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $210.34 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.420. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|--------|--------|--------|--------|
| | HIGHWOODS REALTY LIMITED PARTNERSHIP<br>MANAGER LEASE ADMINISTRATION<br>3100 SMOKETREE CT<br>STE 600<br>RALEIGH NC 27604 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,095.60 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.421. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HILL, LAWRENCE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.422. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HILL, WILLIE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.423. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HILLARY, DARIUS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.424. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.424.**

**Nonpriority creditor's name and mailing address**

HIMEBAUCH, JONATHAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.425.**

**Nonpriority creditor's name and mailing address**

HINES, D'JUAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.426.**

**Nonpriority creditor's name and mailing address**

HODDE, SAM MICHAEL
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.427. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.427.

**Nonpriority creditor's name and mailing address**

HOLDER, MIKAH
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.428.

**Nonpriority creditor's name and mailing address**

HOLDER, TYREE
Address available upon request

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.429.

**Nonpriority creditor's name and mailing address**

HOLLAND, DARNELL
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.430. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

HOLLEY, NICHOLAS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.431. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

HOLLIMAN, DEION
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.432. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

HOLMAN, JUSTIN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.433. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.433.**

**Nonpriority creditor's name and mailing address**

HOLMES, GABE
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.434.**

**Nonpriority creditor's name and mailing address**

HONEY BUCKET
P.O. BOX 73399
PUYALLUP WA 98373

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$202.28

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.435.**

**Nonpriority creditor's name and mailing address**

HOOD, ELIJAH
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

3.436.    **Nonpriority creditor's name and mailing address**

HORN, JOSEPH
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.437.    **Nonpriority creditor's name and mailing address**

HORN, REECE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.438.    **Nonpriority creditor's name and mailing address**

HOSKINS, RO'DERRICK
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

| 3.439. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HOUSTON ATHLETICS<br>3204 CULLEN BLVD<br>SUITE 2010<br>HOUSTON TX 77204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $372,638.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.440. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HOWARD, REGINALD<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.441. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HSS RADIOLOGISTS<br>PO BOX 5058<br>NEW YORK NY 10087 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $230.67 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.442. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

HUBBARD BROADCASTING INC
PO BOX 959270
ST LOUIS MO 63195

$2,693.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.443. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

HUDSON, GARRETT
Address available upon request

UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.444. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

HUFF, MARQUESTON
Address available upon request

UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.445. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.445.

**Nonpriority creditor's name and mailing address**

HUNT, COLE
Address available upon request

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.446.

**Nonpriority creditor's name and mailing address**

HUNZEKER, KURT
Address available upon request

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.447.

**Nonpriority creditor's name and mailing address**

HURST, DEMONTRE
Address available upon request

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.448. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HYDRO74 LLC<br>5855 GREAT EGRET DR<br>SANFORD FL 32773 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,250.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.449. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HYLAND EFFECT LLC<br>BRIGG HYLAND<br>6140 VIA VENETIA SOUTH<br>DELRAY BEACH FL 33484 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $117,987.76 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.450. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HYLAND SOFTWARE INC<br>28500 CLEMENS RD<br>WESTLAKE OH 44145 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,418.11 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.451. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IFEDI, MARTIN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.452. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IGLASS NETWORKS
PO BOX 1265
CARY NC 27512-1265

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.453. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IGWEBUIKE, GODWIN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.454. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.454.

**Nonpriority creditor's name and mailing address**

IHEARTMEDIA AND ENTERTAINMENT
FILE #56107
LOS ANGELES CA 90074-6107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$42,250.00

---

3.455.

**Nonpriority creditor's name and mailing address**

IHEARTMEDIA DALLAS
PO BOX 847572
DALLAS TX 75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$500.00

---

3.456.

**Nonpriority creditor's name and mailing address**

IHEARTMEDIA TB
PO BOX 406372
ATLANTA GA 30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$939.00

| | | |
|---|---|---|
| 3.457. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

$2,346.42

IMAGE SOURCE
SHERYL WILLIAMS
12015 115TH AVE STE 200
KIRKLAND WA 98034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.458. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

$439.91

INFINISOURCE INC
PO BOX 889
COLDWATER MI 49036-0889

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.459. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

$3,000.00

INFINITE MASS INC
500 E PIKE ST STE 200A
SEATTLE WA 98122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.460. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.460. **Nonpriority creditor's name and mailing address**

INFRONT X LLC
1261 BROADWAY
STE 200
NEW YORK NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$354,750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.461. **Nonpriority creditor's name and mailing address**

INGRAM, JERALD
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.462. **Nonpriority creditor's name and mailing address**

INOVA HEALTH CARE SVC
3130 FAIRVIEW PK DR
STE 300
FALLS CHURCH VA 22042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,672.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.463. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | INSIDESOURCE<br>PO BOX 45802<br>SAN FRANCISCO CA 94145-0802 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,519.20 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.464. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | INTERNATIONAL MERCHANDISING<br>1360 EAST 9TH ST<br>STE 100<br>CLEVELAND OH 44114-1782 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $90,000.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.465. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | IVEY, MARTEZ<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.466. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.466.**

**Nonpriority creditor's name and mailing address**

IWORAH, PRINCE CHARLES
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.467.**

**Nonpriority creditor's name and mailing address**

JACKSON, ANDREW
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.468.**

**Nonpriority creditor's name and mailing address**

JACKSON, BLAKE
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.469. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JACKSON, JARRAIL
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.470. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JACKSON, TYREE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.471. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JACOBS, TAIVON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.472.   **Nonpriority creditor's name and mailing address**

JAGODZINSKI, JEFFREY
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.473.   **Nonpriority creditor's name and mailing address**

JAMES, CHARLES
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.474.   **Nonpriority creditor's name and mailing address**

JAMES, DARIUS
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.475. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.475.**

Nonpriority creditor's name and mailing address

JAMES, NICHOLAS
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.476.**

Nonpriority creditor's name and mailing address

JANE G PHOTOGRAPHY
15763 NE 1ST ST
BELLEVUE WA 98008

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.477.**

Nonpriority creditor's name and mailing address

JED TRANSPORTATION
5800 FEE FEE RD
HAZELWOOD MO 63042

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,525.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.478. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------------------------------------------------|------------------------------------------------------------------------|-----------------|

3.478.

**Nonpriority creditor's name and mailing address**

JEFF FITLOW PHOTOGRAPHY
3519 TRAILBEND
MISSOURI CITY TX 77459

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,050.00

---

3.479.

**Nonpriority creditor's name and mailing address**

JEFFCOAT, JAMES
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.480.

**Nonpriority creditor's name and mailing address**

JENKINS, ALEX
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.481. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.481.

**Nonpriority creditor's name and mailing address**

JENKINS, JOSHUA
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.482.

**Nonpriority creditor's name and mailing address**

JENNINGS, ADONIS
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.483.

**Nonpriority creditor's name and mailing address**

JETER, COLIN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.484. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | JIBOWU, ADEDOYIN<br>Address available upon request | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.485. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | JOE PUETZ PHOTOGRAPHY LLC<br>542 BLAZEDWOOD DR<br>BALLWIN MO 63021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,050.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.486. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | JOHNSON, ANTHONY<br>Address available upon request | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No

☐ Yes

3.487.   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**       | Amount of claim |

JOHNSON, ANTHONY
Address available upon request

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.488.   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**       | Amount of claim |

JOHNSON, BENJAMIN
Address available upon request

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.489.   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**       | Amount of claim |

JOHNSON, DONALD
Address available upon request

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.490. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHNSON, JAWUAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.491. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHNSON, JEREMIAH
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.492. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHNSON, JIMMIE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.493. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.493.**

**Nonpriority creditor's name and mailing address**

JOHNSON, JOSH
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.494.**

**Nonpriority creditor's name and mailing address**

JOHNSON, RODERICK
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.495.**

**Nonpriority creditor's name and mailing address**

JOHNSON, STEVEN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.496. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | JONES LANG LASALLE AMERICAS INC BMO HARRIS BANK NA 95661 TREASURY CTR DR CHICAGO IL 60694-5661 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $290,203.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.497. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | JONES, BRYCE Address available upon request | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.498. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | JONES, CARDALE Address available upon request | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.499. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.499.

**Nonpriority creditor's name and mailing address**

JONES, DERRICK
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.500.

**Nonpriority creditor's name and mailing address**

JONES, JARRON
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.501.

**Nonpriority creditor's name and mailing address**

JONES, JUNE
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.502. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JONES, MARKUS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.503. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JONES, MATT
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.504. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JONES, MATTHEW
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.505. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JONES, MATTHEW
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.506. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JONES, SEANTAVIUS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.507. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JONES, TAIWAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.508. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JONES, TYIZSWAIN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.509. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JONES-QUARTEY, HAROLD
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.510. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JORGENSEN*ERIK
DJ EJ ENTERPRISES
PO BOX 721104
DALLAS TX 75372

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.511. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | JOYCE'S TRENDY TREASURES<br>2597 HIGHLANDS VUE PKWY<br>LAKELAND FL 33812 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,075.18 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.512. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | JPMORGAN CHASE BANK<br>270 PARK AVE<br>NEW YORK NY 10017 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37,018.08 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CREDIT CARD

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.513. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | JPMORGAN CHASE NA<br>SCOTT NORTH EXECUTIVE DIRECTOR<br>BUSINESS DEVELOPMENT DIR SR<br>8181 COMMUNICATIONS PKWY<br>PLANO TX 75024 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,475,233.35 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TICKET REFUNDS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.514. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JULY, MARVEL
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.515. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

K AND L GATES LLP
PO BOX 844255
BOSTON MA 02284-4255

☐ Contingent
☐ Unliquidated
☐ Disputed

$382,161.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.516. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KANOFF, CHARLES
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.517. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | KANOFF, CHARLES<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.518. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | KARATZ, HEATHER<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.519. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | KATOPODIS, ANASTASIOS<br>Address available upon request | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.520. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KELLY, ANTHOULA
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.521. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KELLY, JORDON T
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.522. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KELLY, KEVIN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.523. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

KEMP, JOSEPH
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.524. | Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|---|

KHOURY, BRIAN
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.525. | Nonpriority creditor's name and mailing address | | Amount of claim |
|---|---|---|---|

KIKAHA, HAU' OLI
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.526. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.526.

**Nonpriority creditor's name and mailing address**

KINCADE, DEVANTE
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.527.

**Nonpriority creditor's name and mailing address**

KING, MARQUETTE
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.528.

**Nonpriority creditor's name and mailing address**

KIRKSEY, LARRY
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.529. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.529.**    **Nonpriority creditor's name and mailing address**

KIRVEN, KORREN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.530.**    **Nonpriority creditor's name and mailing address**

KLANCE UNLIMITED
1375 JEFFERSON STREET
PACIFIC MO 63069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$17,445.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.531.**    **Nonpriority creditor's name and mailing address**

KLEINEBERG, PATRICK FRIEDRICK
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.532. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.532.

**Nonpriority creditor's name and mailing address**

KLING, JOHN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.533.

**Nonpriority creditor's name and mailing address**

KNOTT, LUTHER
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.534.

**Nonpriority creditor's name and mailing address**

KOEHLER, ALLISON
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.535. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.535.**

**Nonpriority creditor's name and mailing address**

KOROMA, TEJAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.536.**

**Nonpriority creditor's name and mailing address**

KRYSTAL KLEER LLC
PO BOX 3069
WOBURN MA 01888-1969

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$199.73

---

**3.537.**

**Nonpriority creditor's name and mailing address**

KUENZI, BLAKE
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.538. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.538.    **Nonpriority creditor's name and mailing address**

KUHARCHEK, PETER
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.539.    **Nonpriority creditor's name and mailing address**

KUO, KELVIN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.540.    **Nonpriority creditor's name and mailing address**

KUSHNER, DAVID
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,494.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.541. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.541.

**Nonpriority creditor's name and mailing address**

KZZA
2410 GATEWAY DR
IRVING TX 75063

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,400.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.542.

**Nonpriority creditor's name and mailing address**

LABASTIDA, JESSICA L
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.543.

**Nonpriority creditor's name and mailing address**

LACAYO, ERNESTO
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.544. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.544.

**Nonpriority creditor's name and mailing address**

LADD CO PHOTOGRAPHY
717 W 17TH ST
HOUSTON TX 77008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,567.39

---

3.545.

**Nonpriority creditor's name and mailing address**

LAMBERT, DAVONTE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.546.

**Nonpriority creditor's name and mailing address**

LAMF SPORTS LLC
9255 SUNSET BLVD
STE 515
WEST HOLLYWOOD CA 90069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$8,760.70

| 3.547. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.547.**

**Nonpriority creditor's name and mailing address**

LAMPMAN, JACOB
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.548.**

**Nonpriority creditor's name and mailing address**

LANGELLA PHOTOGRAPHY
349 VISTA DE LA CUMBRE
SANTA BARBARA CA 93105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,140.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.549.**

**Nonpriority creditor's name and mailing address**

LANNING, BENJAMIN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.550. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.550.

**Nonpriority creditor's name and mailing address**

LAUINA, FRED
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.551.

**Nonpriority creditor's name and mailing address**

LAULILE, TOMASI
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.552.

**Nonpriority creditor's name and mailing address**

LAWRENCE, DESMOND
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.553. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAWRENCE, PATRICK
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.554. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAWRY III, RAYMOND
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.555. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAZ PARKING
LAZ PARKING TEXAS LLC
1310 ELM ST STE 110
DALLAS TX 75202

☐ Contingent
☐ Unliquidated
☐ Disputed

$460.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.556. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LD SYSTEMS LP<br>407 GARDEN OAKS BLVD<br>HOUSTON TX 77018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,547.50 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.557. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LEE, LAVAEDEAY<br>Address available upon request | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.558. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LEGENDS HOSPITALITY LLC<br>4201 N DALE MABRY HWY<br>TAMPA FL 33607 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,737.05 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.559. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.559.

**Nonpriority creditor's name and mailing address**

LESLIE, DARNELL
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.560.

**Nonpriority creditor's name and mailing address**

LEVEMENTUM LLC
55 N ARIZONA PL
STE 203
CHANDLER AZ 85225

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$7,862.50

---

3.561.

**Nonpriority creditor's name and mailing address**

LEVY
100 POTOMAC AVE SW
WASHINGTON DC 20024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$19,492.88

| 3.562. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEWIS, ANDREW
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.563. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEWIS, KAHLIL
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.564. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEWIS, LATROY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|

**3.565.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LEWIS, SHELTON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.566.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LEWIS, TIMOTHY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.567.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LIVEU INC
DEPT CH 19730
PALATINE IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

$80,538.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.568. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LOBENDAHN, TOA<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.569. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LOGO BRANDS INC<br>117 SOUTHEAST PKWY<br>FRANKLIN TN 37064 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,876.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.570. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LONG BEACH COMMUNITY COLLEGE<br>4901 E CARSON ST<br>LONG BEACH CA 90808 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37,964.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.571. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

LONG, CHARLES
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.572. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

LOPEZ, CLAYTON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.573. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

LOS ANGELES SPORTS COUNCIL
145 BAY ST UNIT 10
SANTA MONICA CA 90405

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,500.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.574. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

LOU FUSZ SOCCER CLUB
MR PETER FUSZ PRESIDENT
1 RAMS WAY
ST. LOUIS MO 63045

☐ Contingent
☐ Unliquidated
☐ Disputed

$23,130.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.575. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

LUCAS, MARCUS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.576. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

LUCAS, MARQUIS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.577. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LUCK, OLIVER
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.578. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LUNSFORD, IZAAH
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.579. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LYLES, ROBERT
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.580. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.580.   Nonpriority creditor's name and mailing address

LYMPEROPOULOS, KONSTANTINE
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.581.   Nonpriority creditor's name and mailing address

LYONS, CAUSHAUD
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.582.   Nonpriority creditor's name and mailing address

LYONS, MAX
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$640.88

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.583. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

MACGINNIS, AUSTIN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.584. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

MACHETE GROUP INC
2626 PERSA ST
HOUSTON TX 77098

☐ Contingent
☐ Unliquidated
☐ Disputed

$156,201.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.585. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

MAHWAH FIRE PREVENTION BUREAU
475 CORPORATE DR
MAHWAH NJ 07430

☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.586. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MAIAVA, LENE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.587. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MALONE, RYHEEM
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.588. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MAMA, DAMIEN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.589. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MANDATO, CARMEN
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,800.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.590. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MANGURIAN, PETER
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.591. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MANGUS, GEORGE
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.592. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.592.** 

**Nonpriority creditor's name and mailing address**

MAPLE PLAZA CORP
345 N MAPLE DR
STE 101
BEVERLY HILLS CA 90210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,412.72

---

**3.593.**

**Nonpriority creditor's name and mailing address**

MAPLE PLAZA CORP
345 N MAPLE DR
STE 101
BEVERLY HILLS CA 90210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$26,261.82

---

**3.594.**

**Nonpriority creditor's name and mailing address**

MAPONGA, STANSLY
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.595. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MAR, ROD<br>Address available upon request | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,850.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.596. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MARC SEROTA PHOTOGRAPHY LLC<br>159 IROQUOIS ST<br>TAVERNIER FL 33070 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.597. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MARKED PHOTO<br>13621 68TH DR<br>STE A<br>FLUSHING NY 11367 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,300.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.598. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARTIN, JORDAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.599. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARTIN, RONALD
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.600. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARTINI, DOUGLAS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.601. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MARTINO, FREDDIE<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.602. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MARTIN-OGUIKE, PRAISE<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.603. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MASON, THOMAS<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.604. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MASSAQUOI, JONATHAN<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.605. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MATTHEWS, KAMALIE<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.606. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MATTHEWS, MICHAEL<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.607. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------------------------------------------------|----------------------------------------------------------------------|-----------------|

3.607.

**Nonpriority creditor's name and mailing address**

MAVICH BRANDING GROUP
525 COMMERCE DR
SOUTHLAKE TX 76092

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$26,183.84

---

3.608.

**Nonpriority creditor's name and mailing address**

MAXEY, JOHNNY
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.609.

**Nonpriority creditor's name and mailing address**

MAYE, KELVIN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.610.    **Nonpriority creditor's name and mailing address**

MAYS, WILLIE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.611.    **Nonpriority creditor's name and mailing address**

MBU, JOEY
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.612.    **Nonpriority creditor's name and mailing address**

MCBRIDE, DOUGLAS
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

| 3.613. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MCCANTS, MATTHEW<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.614. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MCCLENDON, JALAN<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.615. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MCCOIL, DEXTER<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.616. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCCRANE, MATTHEW
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.617. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCCRAY, JORDAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.618. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCDADE, MARCUS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.619. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCDONALD, ANDREW
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.620. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCEVOY, TANNER
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.621. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCFADDEN, TARVARUS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.622.   **Nonpriority creditor's name and mailing address**

MCGLOIN, MATTHEW
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.623.   **Nonpriority creditor's name and mailing address**

MCINERNEY, JEFFREY
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.624.   **Nonpriority creditor's name and mailing address**

MCKAY, MEKALE
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.625.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.625.**

**Nonpriority creditor's name and mailing address**
MCKENZIE, REGINALD
Address available upon request

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

---

**3.626.**

**Nonpriority creditor's name and mailing address**
MCKEVER, PHAROAH
Address available upon request

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

---

**3.627.**

**Nonpriority creditor's name and mailing address**
MCKINNEY CBD HOUSTON LLC
1001 MCKINNEY
STE 530
HOUSTON TX 77002

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$1,917.54

3.628.    **Nonpriority creditor's name and mailing address**

MCKINNEY CBD HOUSTON LLC
KELLIE JENKS
109 NORTH POST OAK LN
STE 200
HOUSTON TX 77004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$8,665.50

---

3.629.    **Nonpriority creditor's name and mailing address**

MCKINNON, JEREMIAH
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.630.    **Nonpriority creditor's name and mailing address**

MCKNIGHT, DENNIS
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.631. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|--------|--------|--------|--------|
|  | MCMAHON, VINCENT<br>1241 EAST MAIN ST<br>STAMFORD CT 06902 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CHASE CREDIT CARD AND PAYMENTECH GUARANTEE

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.632. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|--------|--------|--------|--------|
|  | MCMILLAN, VANTREL<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.633. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|--------|--------|--------|--------|
|  | MCSHANE, STEVE<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.634. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

MELISSA LYTTLE PHOTOGRAPHY LLC
MELISSA LYTTLE
6319 8TH ST NW
WASHINGTON DC 20011

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,109.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.635. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

MERRITT, CARLOS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.636. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

METIS CREATIVE NYC INC
237 COUDERT PL
SOUTH ORANGE NJ 07079

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,311.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.637. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | METROPOLITAN OFFICE PRODUCTS<br>100 M ST SE<br>STE 600<br>WASHINGTON DC 20032 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,057.96 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.638. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MEYER DUNLAP INC<br>6100 CEDAR SPRINGS RD<br>DALLAS TX 75235 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,357.23 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.639. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MICHAEL STARGHILL PHOTOGRAPHY<br>5415 CLIFT HAVEN DR<br>HOUSTON TX 77091 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $942.48 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.640. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MICHAEL, CHRISTINE<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.641. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MICHAEL, DAVID<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.642. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MICHELLE FARSI PHOTOGRAPHY<br>322 CHURCH ST<br>BOUND BROOK NJ 08805 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.643. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MILES, DUNCAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.644. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MILLER, BROCK
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.645. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MILLER, CHRISTOPHER
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.646.    **Nonpriority creditor's name and mailing address**

MILLER, HARLAN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.647.    **Nonpriority creditor's name and mailing address**

MILLER, MICHAEL
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.648.    **Nonpriority creditor's name and mailing address**

MILLER, MICHAEL
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

| 3.649. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MING EVENT SVCS LLC<br>MARK AND MATTHEW KWOK<br>2082 BUSINESS CTR DR STE 292<br>IRVINE CA 92612 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48,332.04 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.650. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MINTER, RICHARD<br>Address available upon request | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.651. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MINTER, RICHARD<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.652. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

3.652.

**Nonpriority creditor's name and mailing address**

MINUTEMAN PRESS
10762 INDIAN HEAD INDUSTRIAL BLVD
ST LOUIS MO 63132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,342.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.653.

**Nonpriority creditor's name and mailing address**

MNI TARGETED MEDIA INC
PO BOX 21916
NEW YORK NY 10087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$912.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.654.

**Nonpriority creditor's name and mailing address**

MOBLEY, SAMUEL
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.655.   **Nonpriority creditor's name and mailing address**

MONOCLE PHOTOGRAPHY
1201 6TH AVE SW
PUYALLUP WA 98371

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$500.00

---

3.656.   **Nonpriority creditor's name and mailing address**

MONTGOMERY, SIDNEY
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.657.   **Nonpriority creditor's name and mailing address**

MOORE, ALONZO
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

| 3.658. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MOORE, CJ
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.659. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MOORE, JEVONE
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.660. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MOORE, RAHIM
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.661. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

MORGAN, NYLES
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.662. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

MORRIS, ANTHONY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.663. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

MORRIS, CHRISTIAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.664. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |

**3.664.**

**Nonpriority creditor's name and mailing address**

MORRISON, DANIEL
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.665.**

**Nonpriority creditor's name and mailing address**

MOSE, CORY
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$150.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.666.**

**Nonpriority creditor's name and mailing address**

MOSES, ERIK
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.667. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------|--------|--------|
| | MOSS, WINSTON<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.668. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------|--------|--------|
| | MOTEN, ANTHONY<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.669. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------|--------|--------|
| | MOUNT, DEIONTREZ<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.670. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.670.**

Nonpriority creditor's name and mailing address

MTR WESTERN LLC
720 S FOREST ST
SEATTLE WA 98134

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,234.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.671.**

Nonpriority creditor's name and mailing address

MUELLER, RYAN
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.672.**

Nonpriority creditor's name and mailing address

MUMME, HAL
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.673. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MUMPHERY, KEITH
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.674. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MURPHY, BRANDON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.675. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MURPHY, JAMES
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.676.    **Nonpriority creditor's name and mailing address**

MURPHY, JAMES PACE
Address available upon request

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.677.    **Nonpriority creditor's name and mailing address**

MURRAY, AARON
Address available upon request

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.678.    **Nonpriority creditor's name and mailing address**

MWEHLA, REUBEN
Address available upon request

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.679. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.679.

**Nonpriority creditor's name and mailing address**

MYERS, MARK
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.680.

**Nonpriority creditor's name and mailing address**

MYERS, ROBERT
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.681.

**Nonpriority creditor's name and mailing address**

MYRICK, JALEN
Address available upon request

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.682. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NAGEL, FLYNN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.683. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NAVARRO, RYAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.684. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NAVIGATE MARKETING INC
125 S CLARK ST
17TH FLOOR
CHICAGO IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

$97,123.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.685. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.685.

**Nonpriority creditor's name and mailing address**

NDIAYE, DAME
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.686.

**Nonpriority creditor's name and mailing address**

NEAL, DEJUAN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.687.

**Nonpriority creditor's name and mailing address**

NEIL, JASON
Address available upon request

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.688. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.688.

**Nonpriority creditor's name and mailing address**

NEILL, COOPER
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,400.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.689.

**Nonpriority creditor's name and mailing address**

NEILL, JASON
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.690.

**Nonpriority creditor's name and mailing address**

NEISWANDER, JOSHUA
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$597.43

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.691. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.691. **Nonpriority creditor's name and mailing address**

NEISWANDER, JOSHUA
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.692. **Nonpriority creditor's name and mailing address**

NELSON, PHILIP
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.693. **Nonpriority creditor's name and mailing address**

NELSON, ROBERT
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.694. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | NEP INTEGRATED SOLUTIONS<br>2 BETA DR<br>PITTSBURGH PA 15238 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $62,678.57 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.695. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | NEP INTEGRATED SOLUTIONS<br>2 BETA DR<br>PITTSBURGH PA 15238 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,341,134.40 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.696. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | NEW JERSEY ADVANCE MEDIA<br>DEPT 77571<br>PO BOX 77000<br>DETROIT MI 48277-0571 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,998.95 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.697. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.697. **Nonpriority creditor's name and mailing address**

NEW MEADOWLANDS STADIUM CO LLC
ONE METLIFE STADIUM DR
EAST RUTHERFORD NJ 07073

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$402,661.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.698. **Nonpriority creditor's name and mailing address**

NEWBERRY, GIORGIO
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.699. **Nonpriority creditor's name and mailing address**

NICHOLSON, JENNIFER
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.700. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

NICHOLSON, JOSEPH
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,650.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.701. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

NISWANDER, JAMES
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.702. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

NORMAL BRAND LLC
396A N EUCLID AVENUE
ST. LOUIS MO 63108

☐ Contingent
☐ Unliquidated
☐ Disputed

$20,694.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.703. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.703.

**Nonpriority creditor's name and mailing address**

NORTH JERSEY MEDIA GROUP
PO BOX 630703
CINCINNATI OH 45263-0703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13,059.72

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.704.

**Nonpriority creditor's name and mailing address**

NORTHRUP, REGGIE
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.705.

**Nonpriority creditor's name and mailing address**

NORTON, STORM
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.706. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.706.**

**Nonpriority creditor's name and mailing address**

NOVAK, NICHOLAS
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.707.**

**Nonpriority creditor's name and mailing address**

NU VISION TRANSPORTS
280 CROSS ST
MIDDLETOWN CT 06457

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$444.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.708.**

**Nonpriority creditor's name and mailing address**

OAKMAN, SHAWN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.709.**    **Nonpriority creditor's name and mailing address**

OAKS CLEANERS
1122 N FIELDER RAOD
ARLINGTON TX 76012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $829.54 |

**3.710.**    **Nonpriority creditor's name and mailing address**

OCCUNET LLC
PO BOX 50490
AMARILLO TX 79109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $8,893.43 |

**3.711.**    **Nonpriority creditor's name and mailing address**

OCHI, UDOCHUKWU
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

| | | |
|---|---|---|
| 3.712. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.712.**

**Nonpriority creditor's name and mailing address**

O'HAGAN, JAMES
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.713.**

**Nonpriority creditor's name and mailing address**

OKEKE, TOBENNA
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.714.**

**Nonpriority creditor's name and mailing address**

OLATOYE, AYODEJI
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.715. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | O'MALLEY, RYAN<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.716. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | ONE TOUCH SOLUTIONS INC<br>370 AMAPOLA AVE UNIT 106<br>TORRANCE CA 90501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,109.84 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.717. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | ONESOURCE VIRTUAL INC<br>DEPT 3020<br>PO BOX 123020<br>DALLAS TX 75312-3020 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,525.07 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.718. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.718.

**Nonpriority creditor's name and mailing address**

ONIX NETWORKING CORP
18519 DETROIT AVE
LAKEWOOD OH 44107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19,926.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.719.

**Nonpriority creditor's name and mailing address**

OPERATIONS INC LLC
383 MAIN AVE
FOURTH FLOOR
NORWALK CT 06851

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,517.84

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.720.

**Nonpriority creditor's name and mailing address**

OPTIC EVENTS INC
12407 NE 73RD ST
KIRKLAND WA 98033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,865.22

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.721. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.721.** Nonpriority creditor's name and mailing address

OPTIMUM SCOUTING LLC
ERIC GALKO
5 FAN PIER BLVD APT 1614
BOSTON MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$52,787.15

---

**3.722.** Nonpriority creditor's name and mailing address

ORRICK HERRINGTON AND SUTCLIFFE
2121 MAIN ST
WHEELING WV 26003

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6,525.00

---

**3.723.** Nonpriority creditor's name and mailing address

OUTDOOR AMERICA IMAGES INC
4545 W HILLSBOROUGH AVE
TAMPA FL 33614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$129,525.00

| 3.724. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.724.

**Nonpriority creditor's name and mailing address**

OUTSOURCED AD OPS LLC
451 BROADWAY 3RD FL
NEW YORK NY 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.725.

**Nonpriority creditor's name and mailing address**

OWENS, JARRELL
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.726.

**Nonpriority creditor's name and mailing address**

PACIFIC COAST MEDICAL SVC
DBA PACIFIC COAST MEDICAL SVC
1440 SOUTH STATE COLLEGE BLVD
ANAHEIM CA 92806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.727. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PALKA, TYLER
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.728. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PALMER, KELVIN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.729. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PALMORE, WALTER
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.730. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.730.**

**Nonpriority creditor's name and mailing address**

PARHAM, DONALD
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.731.**

**Nonpriority creditor's name and mailing address**

PARK CLEANERS
BARRY BARONE
124 PARK AVE
RUTHERFORD NJ 07070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

$3,316.50

---

**3.732.**

**Nonpriority creditor's name and mailing address**

PARKER FIELD DESIGN LLC
SCOTT PARKER
16 WILLOW OAK LN
GLENDALE MO 63122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

$360.00

---

| 3.733. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.733. **Nonpriority creditor's name and mailing address**

PATRICK, JACQUES
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.734. **Nonpriority creditor's name and mailing address**

PAUL, GIONNI
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.735. **Nonpriority creditor's name and mailing address**

PAYNE, FREDTAVIOUS
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.736. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

PAYNE, JACOB
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.737. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

PEARSON, COLBY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.738. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

PEREZ, LUIS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.739. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PEREZ, NICOLE
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$400.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.740. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PERKINS, KENT
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.741. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PERRY, KENNETH
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.742. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.742.**

Nonpriority creditor's name and mailing address

PETERS, BRIAN
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.743.**

Nonpriority creditor's name and mailing address

PETRETTI AND ASSOCIATES LLC
270 MADISON AVE
STE 704
NEW YORK NY 10016

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13,786.46

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.744.**

Nonpriority creditor's name and mailing address

PFFA ACQUISITION LLC
1216 CENTRAL PARKWAY
CINCINNATI OH 45202

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$70,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

3.745.  **Nonpriority creditor's name and mailing address**

PHASE 3 MEDIA LLC
DEPT 7062
PO BOX 2153
BIRMINGHAM AL 35287-7062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $1,628.99 |

---

3.746.  **Nonpriority creditor's name and mailing address**

PHILLIPS, CAMERON
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.747.  **Nonpriority creditor's name and mailing address**

PHILLIPS, DASHAUN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

| 3.748. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PIERSON-EL, DE'MORNAY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.749. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PINKINS, ERIC
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.750. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PIROS SIGNS INC
1818 OLD STATE RD M
BARNHART MO 63012

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,396.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.751. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.751.**

**Nonpriority creditor's name and mailing address**

PLA, ALEXANDER
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,208.24

---

**3.752.**

**Nonpriority creditor's name and mailing address**

PLUMMER, TERRANCE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.753.**

**Nonpriority creditor's name and mailing address**

PMY ETS USA INC
722 CEDAR PT BLVD UNIT 187
CEDAR POINT NC 28584

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$50,000.00

| 3.754. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.754.

**Nonpriority creditor's name and mailing address**

PODS ENTERPRISES LLC
PO BOX 791003
BALTIMORE MD 21279-1003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.755.

**Nonpriority creditor's name and mailing address**

POINDEXTER, JUSTIN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$694.60

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.756.

**Nonpriority creditor's name and mailing address**

POINDEXTER, JUSTIN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.757.   **Nonpriority creditor's name and mailing address**

POLLACK MEDIA GROUP
11740 SAN VICENTE BLVD
STE 109-610
LOS ANGELES CA 90049

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $7,500.00 |

---

3.758.   **Nonpriority creditor's name and mailing address**

PONCHILLIA, DALTON
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.759.   **Nonpriority creditor's name and mailing address**

PONDER, JERMAINE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

| 3.760. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

POOLE, TERRY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.761. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

POSTERGIANT INC
1205 E PIKE ST
STE BB
SEATTLE WA 98122

☐ Contingent
☐ Unliquidated
☐ Disputed

$29,750.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.762. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

POWEL, MATTHEW R
3601 S TYLER STREET
TACOMA WA 98409

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,473.63

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.763. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

POWELL, JAKE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.764. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

POWELL, JOE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.765. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PREMIER LACROSSE LEAGUE INC
222 PACIFIC COAST HIGHWAY STE 1310
EL SEGUNDO CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

$112,505.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.766. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.766.

**Nonpriority creditor's name and mailing address**

PRESCOD, TERRONNE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.767.

**Nonpriority creditor's name and mailing address**

PRESIDENT, GIMEL
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.768.

**Nonpriority creditor's name and mailing address**

PRESIDIO NETWORKED
PO BOX 677638
DALLAS TX 75267-7638

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$31,885.03

| 3.769. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | PRESSLEY, JHURELL<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.770. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | PRICE, CHARLES<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.771. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | PRICE, SEAN<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.772. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRIESTER, ROBERT
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.773. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRIME 360 PHOTOGRAPHY LLC
1998 ANCLOTE VISTA
TARPON SPRINGS FL 34689

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.774. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRINCE, DAMIAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.775. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

PRINTWEST INC
6101 238TH ST SE
WOODINVILLE WA 98072

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,674.86

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.776. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

PRIVETTE, RAICHELE
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.777. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

PROEHL, AUSTIN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.778. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | PROFESSIONAL SPORTS PARTNERS LLC<br>3336 RICHMOND AVE<br>STE 300<br>HOUSTON TX 77098 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,656.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No<br>☐ Yes | |

| 3.779. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | PROMO SHOP INC<br>5420 MCCONNELL AVE<br>LOS ANGELES CA 90066 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,367.71 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No<br>☐ Yes | |

| 3.780. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | PROSTAR SVC INC<br>PO BOX 110209<br>CARROLLTON TX 75011-0209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,928.85 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No<br>☐ Yes | |

| 3.781. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.781.** Nonpriority creditor's name and mailing address

PULLMAN AND COMLEY LLC
850 MAIN ST
PO BOX 7006
BRDIGEPORT CT 06601-7006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,786.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.782.** Nonpriority creditor's name and mailing address

PULLPIN LLC
REUBEN A MILLER
7900 LAUGHING WATERS TRL
MCKINNEY TX 75070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$837.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.783.** Nonpriority creditor's name and mailing address

PUMPHREY, DONNEL
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.784. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PUNI, DERRICK
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.785. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PXP SOLUTIONS LLC
2485 MERRITT DR
GARLAND TX 75041

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,910.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.786. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUADRANT SAINT PAUL OWNER LP
750 N ST PAUL ST
STE 1350
DALLAS TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

$23,987.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.787.   **Nonpriority creditor's name and mailing address**

QUADRANT SAINT PAUL OWNER LP
PROPERTY MANAGER
750 N ST PAUL ST
STE 250
DALLAS TX 75201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $20,771.35 |

3.788.   **Nonpriority creditor's name and mailing address**

QUALLS, ELIJAH
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.789.   **Nonpriority creditor's name and mailing address**

QUEIRO, KYLE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

| 3.790. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

R & R CONTRACTING SERVICES
PO BOX 1803
SAINT PETERS MO 63376

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,293.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.791. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RADIAL INC
PO BOX 204113
DALLAS TX 75320-4113

☐ Contingent
☐ Unliquidated
☐ Disputed

$57,451.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.792. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RAMA EVENTS INC
DBA INSIGNIA SOUND AND PRODUCTION
5146 LE TOURNEAU CIR
TAMPA FL 33610

☐ Contingent
☐ Unliquidated
☐ Disputed

$623.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.793. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

RAMIREZ, SANTOS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.794. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

RANGERS BASEBALL EXPRESS LLC
1000 BALL PK WAY #400
ARLINGTON TX 76011

☐ Contingent
☐ Unliquidated
☐ Disputed

$283,957.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.795. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

RANGERS BASEBALL LLC
1000 BALL PK WAY
STE 400
ARLINGTON TX 76011

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,954.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.796.** **Nonpriority creditor's name and mailing address**

RARE DESIGN
127 BUSCHMAN ST
STE 10
HATTIESBURG MS 39401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $4,500.00 |

---

**3.797.** **Nonpriority creditor's name and mailing address**

RASKIN, GRADY
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.798.** **Nonpriority creditor's name and mailing address**

RAUSA, TYLER
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

| 3.799. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.799.** | **Nonpriority creditor's name and mailing address**

REAGAN, BRUNO
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.800.** | **Nonpriority creditor's name and mailing address**

REARDON MD*DR CLAUDIA
2402 VAN HISE AVE
MADISON WI 53726

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.801.** | **Nonpriority creditor's name and mailing address**

REDDING, TODARIO
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.802. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REED, CEDRIC
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.803. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REED, TROVON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.804. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REHKOW, AUSTIN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.805. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.805.

**Nonpriority creditor's name and mailing address**

REILLY, BRANDON
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.806.

**Nonpriority creditor's name and mailing address**

REYNOLDS, KEENAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.807.

**Nonpriority creditor's name and mailing address**

RHANEY, DEMETRIUS
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.808. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.808.

**Nonpriority creditor's name and mailing address**

RICE, MESSIAH
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.809.

**Nonpriority creditor's name and mailing address**

RICHARDSON, BOBBY
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.810.

**Nonpriority creditor's name and mailing address**

RICHARDSON, CYRIL
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.811. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | RICOH USA INC<br>PO BOX 827577<br>PHILADELPHIA PA 19182-7577 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,175.27 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.812. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | RIDECENTRIC INC<br>1717 MAIN ST<br>STE 5630<br>DALLAS TX 75201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,100.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.813. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | RIESS GROUP LLC<br>900 AUSTIN AVE STE 403<br>WACO TX 76701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,740.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.814. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.814.

**Nonpriority creditor's name and mailing address**

RILEY, MICHAEL
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.815.

**Nonpriority creditor's name and mailing address**

RINGCENTRAL INC
PO BOX 734232
DALLAS TX 75373-4232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.816.

**Nonpriority creditor's name and mailing address**

RIVERS, DAVID
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.817. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

RIVERS, GERALD
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.818.    **Nonpriority creditor's name and mailing address**

ROADRUNNER LTD
12425 CHIMNEY ROCK RD
HOUSTON TX 77035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.819.    **Nonpriority creditor's name and mailing address**

ROBACK, BROGAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.820. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ROBERT AGNEW AND ASSOCIATES LLC<br>PO BOX 2433<br>WOODINVILLE WA 98072 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,586.76 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.821. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ROBERTS, OWEN<br>Address available upon request | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.822. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ROBERTSON, KOREY<br>Address available upon request | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.823. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.823.** | **Nonpriority creditor's name and mailing address**

ROBINSON, EDMOND
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.824.** | **Nonpriority creditor's name and mailing address**

ROBINSON, GELEN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.825.** | **Nonpriority creditor's name and mailing address**

ROBINSON, JAELIN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.826.   **Nonpriority creditor's name and mailing address**

ROBINSON, KENNETH
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.827.   **Nonpriority creditor's name and mailing address**

ROBROB GRAPHICS
911 WEST PORTLAND STREET
SPRINGFIELD MO 65807

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$600.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.828.   **Nonpriority creditor's name and mailing address**

RODGERS, NA'TY
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.829. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.829.**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ, EVAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.830.**

**Nonpriority creditor's name and mailing address**

ROEMER, TYLER
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.831.**

**Nonpriority creditor's name and mailing address**

ROGERS, DAVID
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.832. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROGERS, ELI
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.833. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROOFTOP2 PRODUCTIONS INC
488 MADISON AVE 16TH FL
NEW YORK NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

$419.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.834. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROSE, LARRY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.835. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROSS, RASHAD
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.836. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROTIMI, OLUBUNMI
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.837. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROUSE, NYDAIR
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,482.01

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.838. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROUSE, NYDAIR
Address available upon request

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| 3.839. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROVAK, SCOTT
Address available upon request

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$3,200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| 3.840. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROWELL, JALEN
Address available upon request

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| 3.841. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.841. Nonpriority creditor's name and mailing address

RUDNICK, STEPHANIE
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,883.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.842. Nonpriority creditor's name and mailing address

RUDNICK, STEPHANIE
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.843. Nonpriority creditor's name and mailing address

RUSSELL, ALONZO
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.844. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | RUSSOLINO, TAYLOR<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.845. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | RYCHLESKI, RAYMOND<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.846. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | SACHIN PRODUCTIONS LLC<br>SANAA HARRIS<br>333 LAFAYETTE AVE #10I<br>BROOKLYN NY 11238 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,750.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

3.847.      **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      Amount of claim
            SAINT-AMOUR, ANREE                                      *Check all that apply.*                                 UNDETERMINED
            Address available upon request
                                                                   ☑ Contingent
                                                                   ☑ Unliquidated
                                                                   ☑ Disputed

            **Date or dates debt was incurred**                    **Basis for the claim:**
            VARIOUS                                                 COACH/PLAYER/STAFF AGREEMENT

            **Last 4 digits of account number:**                   **Is the claim subject to offset?**
                                                                   ☑ No
                                                                   ☐ Yes

3.848.      **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      Amount of claim
            SALERNO PRODUCTIONS LLC                                *Check all that apply.*                                 $18,190.01
            DAVID SALERNO
            28 CLIFFWOOD RD                                        ☐ Contingent
            CHESTER NJ 07930                                       ☐ Unliquidated
                                                                   ☐ Disputed

            **Date or dates debt was incurred**                    **Basis for the claim:**
            VARIOUS                                                 TRADE PAYABLE

            **Last 4 digits of account number:**                   **Is the claim subject to offset?**
                                                                   ☑ No
                                                                   ☐ Yes

3.849.      **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      Amount of claim
            SANDERS, MARVIN                                        *Check all that apply.*                                 UNDETERMINED
            Address available upon request
                                                                   ☑ Contingent
                                                                   ☑ Unliquidated
                                                                   ☑ Disputed

            **Date or dates debt was incurred**                    **Basis for the claim:**
            VARIOUS                                                 COACH/PLAYER/STAFF AGREEMENT

            **Last 4 digits of account number:**                   **Is the claim subject to offset?**
                                                                   ☑ No
                                                                   ☐ Yes

**3.850.** **Nonpriority creditor's name and mailing address**

SANDERS, TREVON
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.851.** **Nonpriority creditor's name and mailing address**

SANTIAGO, JONATHON
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.852.** **Nonpriority creditor's name and mailing address**

SAUNDERS, JALEN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.853. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.853.**

**Nonpriority creditor's name and mailing address**

SAUNDERS, ROBERT
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.854.**

**Nonpriority creditor's name and mailing address**

SAXTON, WILLIAM
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.855.**

**Nonpriority creditor's name and mailing address**

SAYLES, CASEY
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.856. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

SCALES, TEGRAY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.857. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

SCELFO, CHRISTOPHER
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.858. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

SCHELER, JOHN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.859. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.859. **Nonpriority creditor's name and mailing address**

SCHLACHTER, JORDAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.860. **Nonpriority creditor's name and mailing address**

SCHMIDT, COLTON
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.861. **Nonpriority creditor's name and mailing address**

SCHUM, JACOB
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.862. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.862. | Nonpriority creditor's name and mailing address

SCHUTT SPORTS KRANOS CORP
SCHUTT SPORTS
75 REMITTANCE DR DEPT 6526
CHICAGO IL 60675-6526

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$28.00

---

3.863. | Nonpriority creditor's name and mailing address

SCHWAB, TY
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

3.864. | Nonpriority creditor's name and mailing address

SCOTT AUDETTE INC
7011 WALT WILLIAMS RD
LAKELAND FL 33809

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$850.00

| 3.865. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SCOTT KANE PHOTOGRAPHY<br>604 THOMAS ST<br>EDWARDSVILLE IL 62025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,600.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.866. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SDFX INTERNATIONAL<br>1363 LINCOLN AVE STE 5<br>HOLBROOK NY 11741 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,352.96 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.867. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SEATTLE SCHOOL DISTRICT NO 1<br>REAL ESTATE SUPERVISOR<br>PO BOX 34165<br>MS 23-365<br>SEATTLE WA 98124-1165 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $51,572.67 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.868. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.868.

**Nonpriority creditor's name and mailing address**

SECURITY CONTROL INTEGRATORS
20 CHAPIN RD
UNIT 1012
PINE BROOK NJ 07058

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$303.10

---

3.869.

**Nonpriority creditor's name and mailing address**

SEISAY, MOHAMMED
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.870.

**Nonpriority creditor's name and mailing address**

SENODA INC
1300 PENNSYLVANIA AVE NW STE 700
WASHINGTON DC 20004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,398.56

| 3.871. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SEVENSTEP
PO BOX 845388
BOSTON MA 02284-5388

☐ Contingent
☐ Unliquidated
☐ Disputed

$247.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.872. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHAKIR, MAURQUICE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.873. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHARP, HUNTER
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.874. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.874.

**Nonpriority creditor's name and mailing address**

SHARPHAT INC
333 SLVAN AVE
STE 324
ENGLEWOOD CLIFFS NJ 07632

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$35,008.50

---

3.875.

**Nonpriority creditor's name and mailing address**

SHAWN HUBBARD LLC
19 BIRCKHEAD ST
BALTIMORE MD 21230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$6,906.44

---

3.876.

**Nonpriority creditor's name and mailing address**

SHEEHY-GUISEPPI, DAMON
Address available upon request

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.877. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SHEPHERD, JACOREY<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.878. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SHERATON MAHWAH HOTEL<br>1 INTERNATIONAL BLVD<br>MAHWAH NJ 07495 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $119,990.48 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.879. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SHI INTERNATIONAL CORP<br>PO BOX 952121<br>DALLAS TX 75395-2121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,608.32 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

3.880.  **Nonpriority creditor's name and mailing address**

SHORT TIE PROMOTIONS
3109 CASSINIA PKWY
HEARTLAND TX 75126

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,800.00

---

3.881.  **Nonpriority creditor's name and mailing address**

SICILIANO, NICHOLAS
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$506.97

---

3.882.  **Nonpriority creditor's name and mailing address**

SICILIANO, NICHOLAS
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.883.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SIGMA SIGNS AND PRINTING
1590 EBUSINESS HWY 121
BUILDING 3 STE 100
LEWISVILLE TX 75056

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,277.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.884.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SILBERMAN, IAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.885.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SILVERS, BRANDON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.886. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

SIMMONS, DAVID
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.887. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

SIRAGUSA, NICOLAS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.888. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

SLOTER, BRANDON
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,500.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.889.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     Amount of claim
         *Check all that apply.*

         SMG CORPORATE SVC                                                                                          $2,621.52
         PO BOX 53                                              ☐ Contingent
         BRATTLEBORO VT 05302
                                                                ☐ Unliquidated

                                                                ☐ Disputed

         **Date or dates debt was incurred**                    **Basis for the claim:**

         VARIOUS                                                 TRADE PAYABLE

         **Last 4 digits of account number:**                   **Is the claim subject to offset?**

                                                                ☒ No
                                                                ☐ Yes


3.890.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     Amount of claim
         *Check all that apply.*

         SMITH, AUSTIN                                                                                              UNDETERMINED
         Address available upon request                         ☒ Contingent

                                                                ☒ Unliquidated

                                                                ☒ Disputed

         **Date or dates debt was incurred**                    **Basis for the claim:**

         VARIOUS                                                 COACH/PLAYER/STAFF AGREEMENT

         **Last 4 digits of account number:**                   **Is the claim subject to offset?**

                                                                ☒ No
                                                                ☐ Yes


3.891.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     Amount of claim
         *Check all that apply.*

         SMITH, DERRON                                                                                              UNDETERMINED
         Address available upon request                         ☒ Contingent

                                                                ☒ Unliquidated

                                                                ☒ Disputed

         **Date or dates debt was incurred**                    **Basis for the claim:**

         VARIOUS                                                 COACH/PLAYER/STAFF AGREEMENT

         **Last 4 digits of account number:**                   **Is the claim subject to offset?**

                                                                ☒ No
                                                                ☐ Yes

| 3.892. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMITH, DEVEON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.893. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMITH, JACQUIES
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.894. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMITH, OTIS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.895. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.895.**

**Nonpriority creditor's name and mailing address**

SMITH, SAIVION
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.896.**

**Nonpriority creditor's name and mailing address**

SMITH, STEVEN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.897.**

**Nonpriority creditor's name and mailing address**

SMITH, WILLIAM
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.898. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.898.**

Nonpriority creditor's name and mailing address

SOI
36 FOUR SEASONS SHOPPING CTR
STE 112
CHESTERFIELD MO 63017

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,866.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.899.**

Nonpriority creditor's name and mailing address

SOMETHING INKED LLC
1018 ELM HILL PIKE
NASHVILLE TN 37210

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$492,646.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.900.**

Nonpriority creditor's name and mailing address

SOROH, ANDREW
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.901. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.901.

**Nonpriority creditor's name and mailing address**

SOULEK, KELLEN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.902.

**Nonpriority creditor's name and mailing address**

SOUNDVIEW IT SOLUTIONS LLC
PO BOX 3043
FAIRFIELD CT 06824

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.903.

**Nonpriority creditor's name and mailing address**

SOUTHERN CALIFORNIA EDISON
P.O. BOX 600
ROSEMEAD CA 91771

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$196.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.904. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SOUTHWESTERN SVC<br>2901 SUFFOLK DR<br>FORT WORTH TX 76133 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39,612.27 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.905. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SPEARMAN, ISAAC<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.906. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SPECIALTY TRANSPORT SOLUTIONS INTL INC<br>JOHN PAUL DEMKO JR<br>63 OLD WOOD RD<br>BERLIN CT 06037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,170.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.907. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

SPIRIT VALLEY MANUFACTURING LLC
4120 DIRECTORS ROW STE C
HOUSTON TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

$238.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.908. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

SPORTS CHEMICAL GROUP
PO BOX 326 1623 MILITARY RD
NIAGARA FALLS NY 14304

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,430.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.909. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

SPRINGHILL SUITES
3099 RAIDER TRL SOUTH
BRIDGETON MO 63044

☐ Contingent
☐ Unliquidated
☐ Disputed

$50,168.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.910. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SPRINGS, ARRION
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.911. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SPRINKLE, TRACY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.912. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SPRUCE, NELSON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.913. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.913.

**Nonpriority creditor's name and mailing address**

SPURRIER, SCOTT
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.914.

**Nonpriority creditor's name and mailing address**

SSRS
155 GAITHER DR STE A
MT LAUREL NJ 08054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.915.

**Nonpriority creditor's name and mailing address**

ST CHARLES COUNTY EDC
DEVELOPMENT COUNCIL
5988 MID RIVERS MALL DR
ST CHARLES MO 63304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.916. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------------------------------------------------|-----------------------------------------------------------------------|-----------------|
|        | ST LOUIS PARKING CO<br>1617 S 3RD ST<br>ST. LOUIS MO 63104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $628.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.917. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------------------------------------------------|-----------------------------------------------------------------------|-----------------|
|        | ST LOUIS POST DISPATCH LLC<br>PO BOX 4690<br>CAROL STREAM IL 60197-4690 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,647.38 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.918. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|--------|--------------------------------------------------|-----------------------------------------------------------------------|-----------------|
|        | STAHLS' SPECIAL PROJECTS<br>6353 E 14 MILE RD<br>STERLING HEIGHTS MI 48312 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,957.11 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|
| 3.919. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Nonpriority creditor's name and mailing address**

STALLINGS, JERVONTIUS
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.920.    **Nonpriority creditor's name and mailing address**

STAPLES PROMOTIONAL PRODUCTS
PO BOX 88003
MILWAUKEE WI 53288-8003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,339.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.921.    **Nonpriority creditor's name and mailing address**

STEINLIGHT MEDIA LLC
SAMMY STEINLIGHT
38 STONY HILL DR
MORGANVILLE NJ 07751

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.922. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STELTER, ANDREW
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.923. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STEM SPORTS LLC
1601 N. 7TH STREET
SUITE 400
PHOENIX AZ 85006

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,099.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.924. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STERLING TALENT SOLUTIONS
STERLING INFOSYSTEMS INC
PO BOX 35626
NEWARK NJ 07193-5626

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,949.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.925. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | STETZ, RYAN <br> Address available upon request | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $400.00 |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| 3.926. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | STEVENS, MICHAEL <br> Address available upon request | ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| 3.927. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | STOCKTON, JUSTIN <br> Address available upon request | ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| 3.928. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

STOOPS, ROBERT
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.929. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

STRACHAN, CONNOR
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.930. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

STRAN AND CO INC
DAVID BROWNER
2 HERITAGE DR STE 600
QUINCY MA 02171

☐ Contingent
☐ Unliquidated
☐ Disputed

$73,745.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.931. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STRIBLING, CHANNING
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.932. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STUBBS, ANTHONY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.933. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUAN, WESLEY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.934. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.934.

**Nonpriority creditor's name and mailing address**

SUMMERS, JAMAR
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.935.

**Nonpriority creditor's name and mailing address**

SUNSPELL PHOTOGRAPHY LLC
4730 UNIVERSITY WAY NE STE 104 #2832
SEATTLE WA 98105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$400.00

---

3.936.

**Nonpriority creditor's name and mailing address**

SUPERGRAPHICS LLC
2201 15TH AVE W
SEATTLE WA 98119

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$16,615.00

| 3.937. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUTHERLAND, JAKE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.938. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUTTON, WESLEY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.939. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUTTON, WILLIAM
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.940. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SYKES, NAPOLEON<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.941. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SYLVE, BRADLEY<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.942. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SZPAKOWSKI, DAN<br>15 BERLANT AVE<br>LINDEN NJ 07036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.943. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.943.**

**Nonpriority creditor's name and mailing address**

T M DETWILER LLC
66 YORK ST
JERSEY CITY NJ 07302

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$800.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.944.**

**Nonpriority creditor's name and mailing address**

TA'AMU, JORDAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.945.**

**Nonpriority creditor's name and mailing address**

TAG UP
PO BOX 714
FERGUS FALLS MN 56538

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,430.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| 3.946. | **Nonpriority creditor's name and mailing address** |

TAMPA DOWNTOWN PARTNERSHIP INC
400 N ASHELY DR
STE 2125
TAMPA FL 33602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$3,000.00

---

| | |
|---|---|
| 3.947. | **Nonpriority creditor's name and mailing address** |

TAPIA PHOTO LLC
RIC TAPIA
PO BOX 17056
RENO NV 89511

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,331.40

---

| | |
|---|---|
| 3.948. | **Nonpriority creditor's name and mailing address** |

TARPLEY, AUBREY
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

| 3.949. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

TASINI, PASONI
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.950. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

TATUM, ROMAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.951. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

TAVECCHIO, GIORGIO
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.952. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

TAYLOR, COLTON
Address available upon request

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.953. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

TAYLOR, DEVIN
Address available upon request

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.954. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

TC GRAPHICS INC
893 ROUT 6
MAHOPAC NY 10541

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$15,548.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.955.    **Nonpriority creditor's name and mailing address**

TEMPLE, NICHOLAS
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.956.    **Nonpriority creditor's name and mailing address**

TEUHEMA, TRISTAN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.957.    **Nonpriority creditor's name and mailing address**

TEXADA, RANTHONY
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| | | |
|---|---|---|
| 3.958. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

TEXON II INC
15239 HERRIMAN BLVD
NOBLESVILLE IN 46060

| **Amount of claim** |
|---|
| $5,206.03 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.959. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

THE ASSOCIATED PRESS
PO BOX 414212
BOSTON MA 02241-4212

| **Amount of claim** |
|---|
| $2,835.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.960. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

THE DANNA BOOK INC
PO BOX 924033
HOUSTON TX 77292

| **Amount of claim** |
|---|
| $2,450.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.961. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | THE TEXAS CREW<br>109 DENSON DRIVE<br>SUITE C<br>AUSTIN TX 78752 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $43,850.77 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.962. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | THEREZIE, ROBENSON<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.963. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | THESWITCH<br>60 HUDSON ST<br>STE 201<br>NEW YORK NY 10013 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $145,761.17 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

3.964.    **Nonpriority creditor's name and mailing address**

THOMAS PRINTWORKS
PO BOX 830768
RICHARDSON TX 75083-0768

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,483.52

---

3.965.    **Nonpriority creditor's name and mailing address**

THOMAS, MATTHEW
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.966.    **Nonpriority creditor's name and mailing address**

THOMAS, SHAMARKO
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

| 3.967. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THOMPKINS, DEANDRE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.968. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THOMPSON, COLIN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.969. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THOMPSON, JORDAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.970. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THOMPSON, TRENTON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.971. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THOMPSON, TYRELL
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.972. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THORNTON, JOSH
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.973. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THORTON, KHYRI
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.974. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THRONEBURG, DEREK
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.975. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THURMAN, JAMEER
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.976. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.976.  Nonpriority creditor's name and mailing address

TICKETMASTER LLC
CLAY LUTER EVP SPORTS STADIUM
OUTDOOR AND COLLEGE SPORTS
250 NORTH ORANGE AVE
STE 1300
ORLANDO FL 32801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$554,751.66

---

3.977.  Nonpriority creditor's name and mailing address

TILLER, AARON
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.978.  Nonpriority creditor's name and mailing address

TILLER, ANDREW
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT & WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

| 3.979. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

TILLERY, LENARD
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.980. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

TIMES PUBLISHING CO
PO BOX 123396
DEPT 3396
DALLAS TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.981. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

TOBIAS, JESSICA
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.982. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOCHO, JACK
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.983. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TODD, BRANDON
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.984. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOLLIVER, JALEN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.985. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.985.** 

**Nonpriority creditor's name and mailing address**

TOOMER, KOREY
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.986.**

**Nonpriority creditor's name and mailing address**

TOTH, JONATHON
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.987.**

**Nonpriority creditor's name and mailing address**

TRANSPORTATION CHARTER SVC
1931 NORTH BATAVIA ST
ORANGE CA 92865

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,790.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.988. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TRESTMAN, MARC
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.989. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TRETOLA, SEBASTIAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.990. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TRIC CLUB SUPPLY INC
32615 PARK LN
GARDEN CITY MI 48135

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,783.73

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.991. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

TRINNAMAN, JONAH
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.992.    **Nonpriority creditor's name and mailing address**

TRIPUCKA, SHANE
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.993.    **Nonpriority creditor's name and mailing address**

TRUESDELL, NICHOLAS
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.994. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

TUCKER, MARQUEZ
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.995. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

TULEY-TILLMAN, LATONYA
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.996. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

TUPOU, TANIELA
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.997. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

TWIST AND BOUNCE LLC
2434 GLENMOUNT CT
BELLEVILLE IL 62221

$725.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.998. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

TWO UP AGENCY LTD
ROBBIE MORRIS
LION HOUSE
3 PLOUGH YARD
LONDON EC2A 3LP
UNITED KINGDOM

$17,400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.999. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

TWO81COM
EDWARD CLARKE
26814 SHOAL SPRINGS LN
CYPRESS TX 77433

$3,200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.1000. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UHATAFE, SALESI
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1001. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ULINE INC
PO BOX 88741
CHICAGO IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

$456.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1002. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNDER THE HOOD INC
417 9TH ST
SANTA MONICA CA 90402

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,818.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1003. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.1003.**

**Nonpriority creditor's name and mailing address**

UNITED FRAY
951 V ST NE
WASHINGTON DC 20018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$34,526.10

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1004.**[1]

**Nonpriority creditor's name and mailing address**

UNITED HEALTHCARE
PO BOX 94017
PALATINE IL 60094-4017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$664,307.31

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1005.**

**Nonpriority creditor's name and mailing address**

UNITED RENTALS NORTH AMERICA INC
PO BOX 100711
ATLANTA GA 30384-0711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$25,435.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|
| 3.1006. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.1006.** | **Nonpriority creditor's name and mailing address**

UNITED SVC OF AMERICA INC
855 MAIN ST
9TH FLOOR STE 905
BRIDGEPORT CT 06604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| $8,847.98 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1007.** | **Nonpriority creditor's name and mailing address**

VAAS, PETER
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1008.** | **Nonpriority creditor's name and mailing address**

VAHE, PATRICK
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1009. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---------|--------------------------------------------------|----------------------------------------------------------------------|-----------------|

**3.1009.** 

Nonpriority creditor's name and mailing address

VAKAMEILALO, KALANI
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1010.**

Nonpriority creditor's name and mailing address

VALPAK DIRECT MARKETING SYSTEMS
BOX 945889
ATLANTA GA 30354-5889

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,550.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1011.**

Nonpriority creditor's name and mailing address

VANDERKAMP, ELIZABETH
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1012. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

VANTAGE CUSTOM CLASSICS INC
PO BOX 60
AVENAL NJ 07001

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,058.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1013. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

VERIZON WIRELESS SVC LLC
PO BOX 15062
ALBANY NY 12212

☐ Contingent
☐ Unliquidated
☐ Disputed

$728.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1014. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

VICTOR, DARIUS
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.1015. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

VIDIOTS POST LLC
DONNA BRUCALE
200 VARICK ST STE 501
NEW YORK NY 10014

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,140.79

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1016. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

VINKLAREK, RONNIE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1017. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

VISHWANAT, JAMIE
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$800.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1018. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VITESSE WORLDWIDE
25 CRESCENT ST
STE 100
STAMFORD CT 06906

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,571.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1019. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VOGEL, JUSTIN
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1020. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WACHA, LUCAS
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.1021.    **Nonpriority creditor's name and mailing address**

WADE, D'MONTRE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1022.    **Nonpriority creditor's name and mailing address**

WADLEY, AKRUM
Address available upon request

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1023.    **Nonpriority creditor's name and mailing address**

WALDEN, DAVID
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.1024. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---------|---|---|---|

3.1024.

**Nonpriority creditor's name and mailing address**

WALK SWIFTLY PRODUCTIONS
BONNIE BERNSTEIN
61 W 62ND ST STE 9G
NEW YORK NY 10023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$39,279.40

---

3.1025.

**Nonpriority creditor's name and mailing address**

WALKER, CAVON
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1026.

**Nonpriority creditor's name and mailing address**

WALKER, RICHARD
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1027.    **Nonpriority creditor's name and mailing address**

WALKER, RICHARD
Address available upon request

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.1028.    **Nonpriority creditor's name and mailing address**

WALKERS LOCKERS LLC
2001 16TH COURT NE
ISSAQUAH WA 98029

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Amount of claim |
|---|
| $6,290.00 |

3.1029.    **Nonpriority creditor's name and mailing address**

WALLACE, BRIAN
Address available upon request

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

| 3.1030. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

WALLACE, DWAYNE
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1031.**

**Nonpriority creditor's name and mailing address**

WALTER, AUSTIN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1032.**

**Nonpriority creditor's name and mailing address**

WALTERS, COLIN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$400.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1033. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WARD, CHANNING
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1034. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WARNER AND ASSOCIATES LLC
7303 HANOVER PKWY STE C
GREENBELT MD 20770

☐ Contingent
☐ Unliquidated
☐ Disputed

$592.40

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1035. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WASHINGTON STATE PATROL
P.O. BOX 42602
OLYMPIA WA 98504

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,373.96

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1036.    **Nonpriority creditor's name and mailing address**

WASHINGTON, LADIMIAN
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1037.    **Nonpriority creditor's name and mailing address**

WATERLINE LLC
ERIC BROWN
232 ELIZABETH ST UNIT 1E
NEW YORK NY 10012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| $2,400.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1038.    **Nonpriority creditor's name and mailing address**

WATERS, HERBERT
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Amount of claim |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1039. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.1039.**

Nonpriority creditor's name and mailing address

WATSON, BRANDON
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1040.**

Nonpriority creditor's name and mailing address

WATSON, BROOKE
2436 PHEASANT DRIVE
LITTLE ELM TX 75068

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1041.**

Nonpriority creditor's name and mailing address

WATSON, TRE
Address available upon request

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1042. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WB MASON CO INC
PO BOX 981101
BOSTON MA 02298

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,829.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1043. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WEATHERSBY, TOBY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1044. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WEISS, BRANT
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1045. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WELLNESS FIRST THERAPEUTIC
1812 FRONT ST
SCOTCH PLAINS NJ 07076

☐ Contingent
☐ Unliquidated
☐ Disputed

$650.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1046. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WESLEY, DEONDRE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1047. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WHALEY, DOUGLASS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1048. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WHITE, MARQUEZ
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1049. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WHITE, RYAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1050. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WHITE, TEDERAL
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1051.   **Nonpriority creditor's name and mailing address**

WHITFIELD, LEVONTE
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1052.   **Nonpriority creditor's name and mailing address**

WHITLEY, CARL
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1053.   **Nonpriority creditor's name and mailing address**

WHITLOCK, NIKITA
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1054. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

WICK, BRUCE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1055. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

WICKER, JOSEPH
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1056. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

WIGGIN AND DANA LLP
PO BOX 1832
NEW HAVEN CT 06508-1832

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,786.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1057. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WILDS, BRANDON
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1058. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WILEY, LADARIUS
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1059. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WILKINSON CREATIVE DIRECTION
33 EAST ROCKS RD
NORWALK CT 06851

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,460.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.1060.　**Nonpriority creditor's name and mailing address**

WILL NAVARRO PHOTOGRAPHY
133 PARK AVE
APT# 216
SAN FERNANDO CA 91340

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $250.00 |

---

3.1061.　**Nonpriority creditor's name and mailing address**

WILLIAMS, ANDRE
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1062.　**Nonpriority creditor's name and mailing address**

WILLIAMS, CHRIS
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $3,000.00 |

| 3.1063. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WILLIAMS, DAN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1064. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WILLIAMS, DEVONTE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1065. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WILLIAMS, ISAIAH
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.1066.  **Nonpriority creditor's name and mailing address**

WILLIAMS, JERRY
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1067.  **Nonpriority creditor's name and mailing address**

WILLIAMS, KASEN
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1068.  **Nonpriority creditor's name and mailing address**

WILLIAMS, MARQUEZ
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.1069. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WILLIAMS, MARQUISE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1070. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WILLIAMS, STEVEN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1071. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WILLIAMS, THOMAS L
Address available upon request

☐ Contingent
☐ Unliquidated
☐ Disputed

$800.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1072. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WILLIAMS, TREY
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1073. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WILSON, MICHAEL
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1074. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WILSON, STEVEN
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1075. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.1075.

**Nonpriority creditor's name and mailing address**

WILSON, TIMOTHY
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1076.

**Nonpriority creditor's name and mailing address**

WINCRAFT INC
PO BOX 708
WINONA MN 55987

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$205,248.19

---

3.1077.

**Nonpriority creditor's name and mailing address**

WINPARK MANAGEMENT LLC
1001 MCKINNEY ST
LOCKBOX 732589
DALLAS TX 75373-2589

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$832.50

---

| 3.1078. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.1078.

**Nonpriority creditor's name and mailing address**

WOODS, CHRISTOPHER
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1079.

**Nonpriority creditor's name and mailing address**

WORKDAY INC
PO BOX 396106
SAN FRANCISCO CA 94139-6106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,060.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1080.

**Nonpriority creditor's name and mailing address**

WORLD WRESTLING ENTERTAINMENT, INC.,
1241 EAST MAIN ST
STAMFORD CT 06902

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$203,424.65

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CONSULTING AND SUPPORT SERVICES
AGREEMENT AND OPERATING
AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1081. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WRIGHT, CHARLES
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1082. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WRIGHT, GABE
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1083. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WRIGHT, PHILIP
Address available upon request

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1084. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

XCITE INTERACTIVE INC
3620 WEST 10TH ST STE B-330
GREELEY CO 80634

☐ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1085. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

XPO LOGISTICS FREIGHT INC
29559 NETWORK PLACE
CHICAGO IL 60673-1559

☐ Contingent
☐ Unliquidated
☐ Disputed

$739.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1086. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

XRAY MOBILE TEXAS INC
PO BOX 1555
SUGAR LAND TX 77487

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1087. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.1087.**

**Nonpriority creditor's name and mailing address**

XTECH PROTECTIVE EQUIPMENT LLC
5 JOHN HENRY DR
MONTVILLE NJ 07045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$31,592.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1088.**

**Nonpriority creditor's name and mailing address**

YANCEY, DEANGELO
Address available upon request

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT &
WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1089.**

**Nonpriority creditor's name and mailing address**

YANKEE COURIER SVC LLC
5 CRAFTSMAN RD
UNIT 14
EAST WINDSOR CT 06088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$234.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1090. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | YARBROUGH, JOHN<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | COACH/PLAYER/STAFF AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.1091. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | YASINSKAS, PATRICK<br>Address available upon request | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,332.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.1092. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | YATES, RYKEEM<br>Address available upon request | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | COACH/PLAYER/STAFF AGREEMENT &<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

3.1093.    **Nonpriority creditor's name and mailing address**

YINZCAM
6024 BROAD ST
PITTSBURGH PA 15206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$250,000.00

---

3.1094.    **Nonpriority creditor's name and mailing address**

YOUNG, AVERY
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1095.    **Nonpriority creditor's name and mailing address**

YOUNG, MARQUIS
Address available upon request

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

| 3.1096. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Z 21 CREATIVE LLC
DARREN MORGAN
7385 BALCARRICK CT
WINDSOR CO 80550

☐ Contingent
☐ Unliquidated
☐ Disputed

$37,990.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1097. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZOOM VIDEO COMMUNICATIONS INC
PO BOX 398843
SAN FRANCISCO CA 94139-8843

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,371.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1098. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZORN, JAMES
Address available upon request

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

COACH/PLAYER/STAFF AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.1099. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZWICK, ALYSE
Address available upon request

☐ Contingent

☐ Unliquidated

☐ Disputed

$12,600.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No

☐ Yes

[1]PAID POST-PETITION

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI;JOHN C GENTILE<br>222 DELAWARE AVE.,STE 801<br>WILMINGTON DE 19801 | Part 2 line 3.631 | _____ |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI;JOHN C GENTILE<br>222 DELAWARE AVE.,STE 801<br>WILMINGTON DE 19801 | Part 2 line 3.512 | _____ |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI;JOHN C GENTILE<br>222 DELAWARE AVE.,STE 801<br>WILMINGTON DE 19801 | Part 2 line 3.513 | _____ |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>WILLIAM E SCHONBERG<br>200 PUBLIC SQUARE STE 2300<br>CLEVELAND OH 44114 | Part 2 line 3.631 | _____ |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>WILLIAM E SCHONBERG<br>200 PUBLIC SQUARE STE 2300<br>CLEVELAND OH 44114 | Part 2 line 3.512 | _____ |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>WILLIAM E SCHONBERG<br>200 PUBLIC SQUARE STE 2300<br>CLEVELAND OH 44114 | Part 2 line 3.513 | _____ |
| BURR & FORMAN LLP<br>EMILY C TAUBE<br>222 SECOND AVE. SOUTH,STE 2000<br>NASHVILLE TN 37201 | Part 2 line 3.899 | _____ |
| BURR & FORMAN LLP<br>J CORY FALGOWSKI, ESQ<br>1201 N MARKET ST.,STE 1407<br>WILMINGTON DE 19801 | Part 2 line 3.899 | _____ |
| EARP COHN PC<br>RICHARD M SCHLAIFER,ESQ<br>20 BRACE RD STE 400<br>CHERRY HILL NJ 08034 | Part 2 line 3.1 | _____ |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>MICHAEL I GOTTFRIED, ESQ<br>10345 W OLYMPIC BLVD<br>LOS ANGELES CA 90064 | Part 2 line 3.296 | _____ |

FOX SPORTS 1, LLC
ATTENTION: EXECUTIVE VICE PRESIDENT AND
GENERAL COUNSEL
10201 WEST PICO BOULEVARD
BUILDING 101
LOS ANGELES CA 90035

GOLDSTEIN & MCCLINTOCK LLLP            Part 2 line 3.496
MARIA APRILE SAWCZUK,ESQ
501 SILVERSIDE RD.,STE 65
WILMINGTON DE 19809

GOLDSTEIN & MCCLINTOCK LLLP            Part 2 line 3.496
YANKUN GUO,ESQ
111 W WASHINGTON ST.,STE 1221
CHICAGO IL 60602

JENNER & BLOCK LLP                     Part 2 line 3.292
ROBERT D GORDON;MARC B HANKIN;CARL N
WEDOFF
919 THIRD AVE
NEW YORK NY 10022

JENNER & BLOCK LLP                     Part 2 line 3.292
ROBERT D GORDON;MARC B HANKIN;CARL N
WEDOFF
919 THIRD AVE
NEW YORK NY 10022

JENNER & BLOCK LLP                     Part 2 line 3.291
TODD C TORAL
633 WEST 5TH ST., STE 3600
LOS ANGELES CA 90071-2054

JENNER & BLOCK LLP                     Part 2 line 3.291
TODD C TORAL
633 WEST 5TH ST., STE 3600
LOS ANGELES CA 90071-2054

K&L GATES, LLP                         Part 2 line 3.631
AARON S. ROTHMAN
599 LEXINGTON AVENUE
NEW YORK NY 10022

K&L GATES, LLP                         Part 2 line 3.631
JAMES A. WRIGHT III
599 LEXINGTON AVENUE
NEW YORK NY 10022

K&L GATES, LLP                         Part 2 line 3.631
JOHN A. BICKS
599 LEXINGTON AVE
NEW YORK NY 10022

MCCARTER & ENGLISH LLP                 Part 2 line 3.697
MATTHEW J RIFINO, ESQ
RENAISSANCE CENTRE
405 N KING ST.,8TH FLOOR
WILMINGTON DE 19801

MCCARTER & ENGLISH LLP                 Part 2 line 3.697
SHEILA E CALELLO,ESQ
100 MULBERRY ST
FOUR GATEWAY CENTER
NEWARK NJ 07102

NC SPORTS LLC                          Part 2 line 3.386
JONATHAN R HURST
ONE CHAGRIN HIGHLANDS
2000 AUBURN DRIVE STE 315
BEACHWOOD OH 44122

NC SPORTS LLC                              Part 2 line 3.928                              _____
JONATHAN R HURST
ONE CHAGRIN HIGHLANDS
2000 AUBURN DRIVE STE 315
BEACHWOOD OH 44122

RUBIN LLC                                  Part 2 line 3.765                              _____
PAUL A RUBIN;HANH HUYNH
345 SEVENTH AVE.,,21ST FLOOR
NEW YORK NY 10001

SCHLANGER SILVER LLP                       Part 2 line 3.628                              _____
JULIA A COOK
109 NORTH POST OAK LANE STE 300
HOUSTON TX 77024

SCHLANGER SILVER LLP                       Part 2 line 3.627                              _____
JULIA A COOK
109 NORTH POST OAK LANE STE 300
HOUSTON TX 77024

STARK & STARK PC                           Part 2 line 3.258                              _____
JOSEPH H LEMKIN,ESQ
P O BOX 5315
PRINCETON NJ 08543

WHITEFORD TAYLOR & PRESTON LLC             Part 2 line 3.1093                             _____
SCOTT M HARE, ESQ
200 FIRST AVE., FLOOR 3
PITTSBURGH PA 15222

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  |  | Total of claim amounts |
|---|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. |  | $2,767,850.00 |
| 5b. | **Total claims from Part 2** | 5b. | **+** | $19,624,534.15 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. |  | $22,392,384.15 |

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | **Title of contract** VENDOR AGREEMENT | 160OVER90 304 PK AVE SOUTH 4TH FLOOR NEW YORK NY 10010 |
| | **State what the contract or lease is for** DIGITAL /TECH AGENCY | |
| | **Nature of debtor's interest** CONTRACT PARTY | |
| | **State the term remaining** _____ | |
| | **List the contract number of any government contract** _____ | |
| 2.2. | **Title of contract** WEWORK MEMBERSHIP AGREEMENT ENTERPRISE AND AMENDMENT TO WEWORK MEMBERSHIP AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** REAL PROPERTY - 255 S KING ST, SEATTLE, WA 98101 | 255 S KING STREET TENANT LLC 255 S KING ST SEATTLE WA 98101 |
| | **Nature of debtor's interest** LESSEE | |
| | **State the term remaining** 5/31/2021 | |
| | **List the contract number of any government contract** _____ | |
| 2.3. | **Title of contract** OFFICE LEASE (FULL-SERVICE GROSS) BETWEEN 30 MONTGOMERY PARTNERS, LLC AND ALPHA ENTERTAINMENT LLC D/B/A THE XFL FOR 30 MONTGOMERY STREET | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** REAL PROPERTY - 30 MONTGOMERY STREET, SUITE NO. 340, JERSEY CITY, NJ 07302 | 30 MONTGOMERY PARTNERS, LLC C/O AMERICAN REALTY ADVISORS ATTN: STANLEY L. IEZMAN 515 SOUTH FLOWER STREET 49TH FLOOR LOS ANGELES CA 90071 |
| | **Nature of debtor's interest** LESSEE | |
| | **State the term remaining** 10/15/2022 WITH 1 - 5 YEAR OPTION TO RENEW | |
| | **List the contract number of any government contract** _____ | |

| 2.4. | **Title of contract** | STUDIO LEASE AND FIRST AMENDMENT TO STUDIO LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|------|----------------------|-----|-----|
| | **State what the contract or lease is for** | REAL PROPERTY - 407 NORTH MAPLE DRIVE, BEVERLY, HILLS, CA 90210 | |
| | **Nature of debtor's interest** | LESSEE | 407 N. MAPLE, L.P. |
| | **State the term remaining** | 9/15/2019 | 407 NORTH MAPLE DRIVE BEVERLY HILLS CA 90210 |
| | **List the contract number of any government contract** | _____ | |

| 2.5. | **Title of contract** | XFL LICENSING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|------|----------------------|-----|-----|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | 47 BRAND, LLC |
| | **State the term remaining** | _____ | 15 SOUTHWEST PARK WESTWOOD MA 02090 |
| | **List the contract number of any government contract** | _____ | |

| 2.6. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|------|----------------------|-----|-----|
| | **State what the contract or lease is for** | GAMEDAY RENTALS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | A1 EVENT AND PARTY RENTAL |
| | **State the term remaining** | _____ | 251 E FRONT ST COVINA CA 91723 |
| | **List the contract number of any government contract** | _____ | |

| 2.7. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|------|----------------------|-----|-----|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ABDULLAH, KHALID |
| | **State the term remaining** | _____ | Address available upon request |
| | **List the contract number of any government contract** | _____ | |

| 2.8. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|------|----------------------|-----|-----|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ABERNATHY, MICAH |
| | **State the term remaining** | _____ | Address available upon request |
| | **List the contract number of any government contract** | _____ | |

| 2.9. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------|-------------------|------------------|---|
| | State what the contract or lease is for | TRANSPORTATION SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | ACADEMY EXPRESS LLC |
| | State the term remaining | | PO BOX 1410 |
| | | | 111 PATERSON AVE |
| | List the contract number of any government contract | | HOBOKEN NJ 07030 |

| 2.10. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------|-------------------|------------------|---|
| | State what the contract or lease is for | CHARTER AIR | |
| | Nature of debtor's interest | CONTRACT PARTY | ACC AVIATION INC |
| | State the term remaining | | 109 S 5TH ST |
| | | | BROOKLYN NY 11211 |
| | List the contract number of any government contract | | |

| 2.11. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------|-------------------|------------------|---|
| | State what the contract or lease is for | HELMET-MOUNTED CAMERAS | |
| | Nature of debtor's interest | CONTRACT PARTY | ACTION STREAMER LLC |
| | State the term remaining | | 1776 MENTOR AVE |
| | | | STE 421 |
| | List the contract number of any government contract | | CINCINNATI OH 45212 |

| 2.12. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------|-------------------|------------------|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ADAMS, TONY |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.13. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------|-------------------|------------------|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ADEWUSI, OLUWATENIOLAFUNMI |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.14. | Title of contract | INSURANCE POLICY | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MEDICAL PROFESSIONAL LIABILITY POLICY EO000048837-01 | |
| | Nature of debtor's interest | INSURED | ADMIRALTY INSURANCE COMPANY |
| | State the term remaining | 6/1/2020 | 1000 HOWARD BLVD STE 300 PO BOX 5430 |
| | List the contract number of any government contract | | MT LAUREL NJ 08054 |

| 2.15. | Title of contract | GLOBAL MASTER SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PAYROLL PROCESSING AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ADP LLC |
| | State the term remaining | | ONE ADP BLVD |
| | List the contract number of any government contract | | ROSELAND NJ 07068 |

| 2.16. | Title of contract | ADP TAX PROCESSING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PAYROLL TAX PROCESSING | |
| | Nature of debtor's interest | CONTRACT PARTY | ADP LLC |
| | State the term remaining | | ONE ADP BLVD |
| | List the contract number of any government contract | | ROSELAND NJ 07068 |

| 2.17. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | GAMEDAY PRESENTATION SERVICES - CO2 SLEDS | |
| | Nature of debtor's interest | CONTRACT PARTY | ADVANCED ENTERTAINMENT |
| | State the term remaining | | TECHNOLOGIES PO BOX 16695 |
| | List the contract number of any government contract | | BALTIMORE MD 21221 |

| 2.18. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TEAM TRANSPORTATION | |
| | Nature of debtor's interest | CONTRACT PARTY | AFC TRANSPORTATION |
| | State the term remaining | | PO BOX 98014 |
| | List the contract number of any government contract | | PHOENIX AZ 85038 |

2.19. **Title of contract**            VENDOR AGREEMENT                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**            TRANSPORTATION SERVICES

**Nature of debtor's interest**            CONTRACT PARTY                          AFC TRANSPORTATION
PO BOX 98014
**State the term remaining**            _____            PHOENIX AZ 85038

**List the contract number of any government contract**            _____

2.20. **Title of contract**            AGREEMENT                                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**            COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**            CONTRACT PARTY                          AGUDOSI, CARLTON
Address available upon request
**State the term remaining**            _____

**List the contract number of any government contract**            _____

2.21. **Title of contract**            AGREEMENT                                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**            COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**            CONTRACT PARTY                          AHYOU, CHARLES
Address available upon request
**State the term remaining**            _____

**List the contract number of any government contract**            _____

2.22. **Title of contract**            VENDOR AGREEMENT                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**            $2,000 SECURITY DEPOSIT - RENTAL FEES TO BE PAID TO IMPARK SEPARATELY (BUT STILL COVERED UNDER CONTRACT)

**Nature of debtor's interest**            CONTRACT PARTY                          AKRIDGE
THE HOMER BUILDING 601
**State the term remaining**            _____            THIRTEENTH ST NW
STE 300 NORTH
**List the contract number of any government contract**            _____            WASHINGTON DC 20005

2.23. **Title of contract**            VENDOR AGREEMENT                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**            PHOTOGRAPHER

**Nature of debtor's interest**            CONTRACT PARTY                          AL DRAGO
249 FLORIDA AVE #21
**State the term remaining**            _____            WASHINGTON DC 20001

**List the contract number of any government contract**            _____

**2.24.** | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY | ALEX, TERRELL
| **State the term remaining** | | Address available upon request
| **List the contract number of any government contract** | |

**2.25.** | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY | ALEXANDER, FRANK
| **State the term remaining** | | Address available upon request
| **List the contract number of any government contract** | |

**2.26.** | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY | ALEXANDER, TERRENCE
| **State the term remaining** | | Address available upon request
| **List the contract number of any government contract** | |

**2.27.** | **Title of contract** | INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | EXCESS LIABILITY - FIRST LAYER 19HX1032 / CX 21 01 09 08 |
| **Nature of debtor's interest** | INSURED | ALIVE RISK
| **State the term remaining** | 6/1/2020 | 10150 YORK RD
| **List the contract number of any government contract** | | 5TH FL
| | | HUNT VALLEY MD 21030

**2.28.** | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY | ALLEN, DEJON
| **State the term remaining** | | Address available upon request
| **List the contract number of any government contract** | |

| 2.29. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ALLEN, JOSHUA |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.30. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ALLEN, JULIAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.31. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PHOTOGRAPHER | |
| | Nature of debtor's interest | CONTRACT PARTY | ALLISON SHELLEY PHOTOGRAPHY LLC |
| | State the term remaining | | 628 OTIS PL NW |
| | List the contract number of any government contract | | WASHINGTON DC 20010 |

| 2.32. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PHOTOGRAPHER | |
| | Nature of debtor's interest | CONTRACT PARTY | ALMEIDA, MONICA |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.33. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEAGUE/TEAM/STADIUM SECURITY HOUSTON | |
| | Nature of debtor's interest | CONTRACT PARTY | ALPE INTERNATIONAL LLC |
| | State the term remaining | | BRUCE ALPE |
| | List the contract number of any government contract | | 7827 BRYKERWOODS DR |
| | | | HOUSTON TX 77055 |

| | | | |
|---|---|---|---|
| **2.34.** | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ALSTON, JONATHAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |
| **2.35.** | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | CLOUD SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | AMAZON WEB SVC AWS |
| | State the term remaining | | 440 TERRY AVE N |
| | List the contract number of any government contract | | SEATTLE WA 98109 |
| **2.36.** | Title of contract | BROADCASTING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | AMERICAN BROADCASTING COMPANIES, INC. |
| | State the term remaining | | 77 WEST 66TH STREET |
| | List the contract number of any government contract | | NEW YORK NY 10023 |
| **2.37.** | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | MERCHANT CREDIT CARD PROCESSING AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | AMERICAN EXPRESS MERCHANT SERVICES |
| | State the term remaining | | ATTN LEGAL DEPARTMENT |
| | List the contract number of any government contract | | 200 VESEY ST NEW YORK NY 10285 |
| **2.38.** | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | AMEY, VINCENT |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

2.39.    **Title of contract**                    AGREEMENT                                                     State the name and mailing address
                                                                                                                for all other parties with whom the
         **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT                             debtor has an executory contract or
         **lease is for**                                                                                      unexpired lease

         **Nature of debtor's interest**          CONTRACT PARTY                                                ANAU, SIUPELI
                                                                                                                Address available upon request
         **State the term remaining**             _____

         **List the contract number of**          _____
         **any government contract**

2.40.    **Title of contract**                    VENDOR AGREEMENT                                              State the name and mailing address
                                                                                                                for all other parties with whom the
         **State what the contract or**           LED BOARD DESIGN AND USAGE IN CENTURYLINK                    debtor has an executory contract or
         **lease is for**                         FIELD                                                        unexpired lease

         **Nature of debtor's interest**          CONTRACT PARTY                                                ANC SPORTS ENTERPRISES LLC
                                                                                                                2 MANHATTANVILLE RD
         **State the term remaining**             _____                     STE 402
                                                                                                                PURCHASE NY 10577
         **List the contract number of**          _____
         **any government contract**

2.41.    **Title of contract**                    AGREEMENT                                                     State the name and mailing address
                                                                                                                for all other parties with whom the
         **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT                             debtor has an executory contract or
         **lease is for**                                                                                      unexpired lease

         **Nature of debtor's interest**          CONTRACT PARTY                                                ANDERSON, RYAN
                                                                                                                Address available upon request
         **State the term remaining**             _____

         **List the contract number of**          _____
         **any government contract**

2.42.    **Title of contract**                    VENDOR AGREEMENT                                              State the name and mailing address
                                                                                                                for all other parties with whom the
         **State what the contract or**           PHOTOGRAPHER                                                 debtor has an executory contract or
         **lease is for**                                                                                      unexpired lease

         **Nature of debtor's interest**          CONTRACT PARTY                                                ANDREW HANCOCK
                                                                                                                PHOTOGRAPHY LLC
         **State the term remaining**             _____                     ANDREW HANCOCK III
                                                                                                                8252 STONE RIVER DR
         **List the contract number of**          _____                     FRISCO TX 75034
         **any government contract**

2.43.    **Title of contract**                    AGREEMENT                                                     State the name and mailing address
                                                                                                                for all other parties with whom the
         **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT                             debtor has an executory contract or
         **lease is for**                                                                                      unexpired lease

         **Nature of debtor's interest**          CONTRACT PARTY                                                ANDRUS, BART
                                                                                                                Address available upon request
         **State the term remaining**             _____

         **List the contract number of**          _____
         **any government contract**

| 2.44. | **Title of contract** | XFL SPONSORSHIP AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ANHEUSER BUSCH 2420 WEST 26TH AVENUE SUITE 275D DENVER CO 80211 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.45. | **Title of contract** | XFL SPONSORSHIP AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ANHEUSER-BUSCH, LLC ONE BUSCH PLACE ST. LOUIS MO 63118 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.46. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ANIEBONAM, JESSE Address available upon request |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.47. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ANKRAH, ANDREW Address available upon request |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.48. | **Title of contract** | VENUE USE AGREEMENT BETWEEN ANSCHUTZ SOUTHERN CALIFORNIA SPORTS COMPLEX, LLC AND ALPHA ENTERTAINMENT LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DIGNITY HEALTH SPORTS PARK, CALIFORNIA STATE UNIVERSITY DOMINGUEZ HILLS | |
| | **Nature of debtor's interest** | LESSEE | ANSCHUTZ SOUTHERN CALIFORNIA SPORTS COMPLEX, LLC, ATTENTION: GENERAL MANAGER 18400 AVALON BLVD. LOS ANGELES CA 90015 |
| | **State the term remaining** | 6/30/2022 | |
| | **List the contract number of any government contract** | _____ | |

| 2.49. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LIBRARY | |
| | Nature of debtor's interest | CONTRACT PARTY | APM MUSIC |
| | State the term remaining | | ADAM TAYLOR 6255 W SUNSET BLVD STE 900 HOLLYWOOD CA 90028-7458 |
| | List the contract number of any government contract | | |

| 2.50. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PLAYER IPADS | |
| | Nature of debtor's interest | CONTRACT PARTY | APPLE FINANCIAL SVC |
| | State the term remaining | | DE LAGE LANDEN FINANCIAL SVC INC PO BOX 41602 |
| | List the contract number of any government contract | | PHILADELPHIA PA 19101 |

| 2.51. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ARCHER, MICHAEL |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.52. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEGAL SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | ARENT FOX LLP |
| | State the term remaining | | PO BOX 644672 PITTSBURGH PA 15264 |
| | List the contract number of any government contract | | |

| 2.53. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ARMBRISTER, THURSTON |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.54. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | GAMEDAY CONSULTING | |
| | Nature of debtor's interest | CONTRACT PARTY | ARTEMIS EVENTS INC |
| | State the term remaining | _____ | MARIANNE HERMAN 5502 IRONWOOD ST |
| | List the contract number of any government contract | _____ | RANCHO PALOS VERDES CA 90275 |

| 2.55. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ARTIS-PAYNE, CAMERON |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

| 2.56. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MARKETING WORKFLOW TOOL | |
| | Nature of debtor's interest | CONTRACT PARTY | ASANA INC |
| | State the term remaining | _____ | 1550 BRYANT ST #200 |
| | List the contract number of any government contract | _____ | SAN FRANCISCO CA 94103 |

| 2.57. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ASH, RICHARD |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

| 2.58. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ASKEW-HENRY, DRAVON |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

| 2.59. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT PRODUCER | |
| | Nature of debtor's interest | CONTRACT PARTY | ASSOCIATED PRODUCTION MUSIC |
| | State the term remaining | _____ | 6255 W SUNSET BLVD STE 900 |
| | List the contract number of any government contract | _____ | HOLLYWOOD CA 90028 |

| 2.60. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MOBILE PHONE SERVICE | |
| | Nature of debtor's interest | CONTRACT PARTY | AT AND T MOBILITY |
| | State the term remaining | _____ | PO BOX 6463 |
| | List the contract number of any government contract | _____ | CAROL STREAM IL 60197-6463 |

| 2.61. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ATKINS, DAVID |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

| 2.62. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PHOTOGRAPHER | |
| | Nature of debtor's interest | CONTRACT PARTY | AUSTIN SOSA PHOTOGRAPHY |
| | State the term remaining | _____ | 501 WING ST |
| | List the contract number of any government contract | _____ | GLENDALE CA 91205 |

| 2.63. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BADET, JEFF |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

2.64.    **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT               debtor has an executory contract or
         **lease is for**                                                                 unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                                 BADIE, SHERMAN
                                                                                          Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.65.    **Title of contract**              VENDOR AGREEMENT                               State the name and mailing address
                                                                                          for all other parties with whom the
         **State what the contract or**     MEDICAL ADVISORY SERVICES                      debtor has an executory contract or
         **lease is for**                                                                 unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                                 BAILES MD*JULIAN E
                                                                                          110 WEST ANNA LN
         **State the term remaining**       _____                LAKE FOREST IL 60045

         **List the contract number of**    _____
         **any government contract**

2.66.    **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT               debtor has an executory contract or
         **lease is for**                                                                 unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                                 BAILEY, ANDREW
                                                                                          Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.67.    **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT               debtor has an executory contract or
         **lease is for**                                                                 unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                                 BAILEY, SERGIO
                                                                                          Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.68.    **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT               debtor has an executory contract or
         **lease is for**                                                                 unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                                 BALDUCCI, ALEXANDER
                                                                                          Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

| 2.69. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BALLARD, CORRION |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

| 2.70. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT PRODUCER | |
| | Nature of debtor's interest | CONTRACT PARTY | BALZER, HOWARD |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

| 2.71. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BANFIELD, DARYLE |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

| 2.72. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BANKS, JOSHUA |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

| 2.73. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BARNES, BRANDON |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

2.74. **Title of contract**              AGREEMENT                                          State the name and mailing address
                                                                                            for all other parties with whom the
      **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
      **lease is for**                                                                      unexpired lease

      **Nature of debtor's interest**    CONTRACT PARTY                                     BARNES, TAVARIS
                                                                                            Address available upon request
      **State the term remaining**       _____

      **List the contract number of**    _____
      **any government contract**

2.75. **Title of contract**              AGREEMENT                                          State the name and mailing address
                                                                                            for all other parties with whom the
      **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
      **lease is for**                                                                      unexpired lease

      **Nature of debtor's interest**    CONTRACT PARTY                                     BARNES, TERRENCE
                                                                                            Address available upon request
      **State the term remaining**       _____

      **List the contract number of**    _____
      **any government contract**

2.76. **Title of contract**              VENDOR AGREEMENT                                   State the name and mailing address
                                                                                            for all other parties with whom the
      **State what the contract or**     FULL SERVICE CREATIVE AGENCY                       debtor has an executory contract or
      **lease is for**                                                                      unexpired lease

      **Nature of debtor's interest**    CONTRACT PARTY                                     BARRETT SF
                                                                                            OPTIMISM LLC
      **State the term remaining**       _____           250 SUTTER ST STE 200
                                                                                            SAN FRANCISCO CA 94108
      **List the contract number of**    _____
      **any government contract**

2.77. **Title of contract**              AGREEMENT                                          State the name and mailing address
                                                                                            for all other parties with whom the
      **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
      **lease is for**                                                                      unexpired lease

      **Nature of debtor's interest**    CONTRACT PARTY                                     BARRON, KIRK
                                                                                            Address available upon request
      **State the term remaining**       _____

      **List the contract number of**    _____
      **any government contract**

2.78. **Title of contract**              AGREEMENT                                          State the name and mailing address
                                                                                            for all other parties with whom the
      **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
      **lease is for**                                                                      unexpired lease

      **Nature of debtor's interest**    CONTRACT PARTY                                     BATTLE, ISAIAH
                                                                                            Address available upon request
      **State the term remaining**       _____

      **List the contract number of**    _____
      **any government contract**

| 2.79. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BAYLESS, MARTIN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.80. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ADVERTISING AND PROMOTION | |
| | Nature of debtor's interest | CONTRACT PARTY | BEACH 2 BAY AERIAL BILLBOARD ADVERTISING LLC |
| | State the term remaining | | 10165 WEST TROPICAL PKWY |
| | List the contract number of any government contract | | LAS VEGAS NV 89149 |

| 2.81. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BEAL, EMMANUEL |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.82. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | GAMEDAY ENTERTAINMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BEATBUDS MEDIA LLC |
| | State the term remaining | | 10960 WILSHIRE BLVD FL 5 |
| | List the contract number of any government contract | | LOS ANGELES CA 90024 |

| 2.83. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BEAVERS, WILLIE |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

**2.84.**   **Title of contract**        XFL SPONSORSHIP AGREEMENT

**State what the contract or lease is for**        SERVICES

**Nature of debtor's interest**        CONTRACT PARTY

**State the term remaining**

**List the contract number of any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BECU
12770 GATEWAY DRIVE
TUKWILA WA 98168

---

**2.85.**   **Title of contract**        AGREEMENT

**State what the contract or lease is for**        COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**        CONTRACT PARTY

**State the term remaining**

**List the contract number of any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BELL, BRANDON
Address available upon request

---

**2.86.**   **Title of contract**        AGREEMENT

**State what the contract or lease is for**        COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**        CONTRACT PARTY

**State the term remaining**

**List the contract number of any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BELL, DERRIUS
Address available upon request

---

**2.87.**   **Title of contract**        VENDOR AGREEMENT

**State what the contract or lease is for**        LEAGUE/TEAM/STADIUM SECURITY DALLAS

**Nature of debtor's interest**        CONTRACT PARTY

**State the term remaining**

**List the contract number of any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BEST EXECUTIVE SECURITY TEAM
6504 BENCHMARK DRIVE
PLANO TX 75023

---

**2.88.**   **Title of contract**        VENDOR AGREEMENT

**State what the contract or lease is for**        GAME DAY STAFFING

**Nature of debtor's interest**        CONTRACT PARTY

**State the term remaining**

**List the contract number of any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BEXEL
7850 RUFFNER AVE
STE B
VAN NUYS CA 91406

| 2.89. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | GAME DAY SYSTEMS | |
| | Nature of debtor's interest | CONTRACT PARTY | BEXEL |
| | State the term remaining | | 7850 RUFFNER AVE STE B |
| | List the contract number of any government contract | | VAN NUYS CA 91406 |

| 2.90. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BIBBS, EMMANUEL |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.91. | Title of contract | XFL LICENSING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | BIG GAME SPORTS |
| | State the term remaining | | 13835 WELCH ROAD |
| | List the contract number of any government contract | | DALLAS TX 75244 |

| 2.92. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT PRODUCER | |
| | Nature of debtor's interest | CONTRACT PARTY | BIG MAN ENTERTAINMENT LLC |
| | State the term remaining | | 2560 US HIGHWAY 22 274 |
| | List the contract number of any government contract | | SCOTCH PLAINS NJ 07076 |

| 2.93. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | GAMEDAY DJ SERVICES (MUSIC COORDIANTOR & IN-FIELD DJ) | |
| | Nature of debtor's interest | CONTRACT PARTY | BIG MAN ENTERTAINMENT LLC |
| | State the term remaining | | 2560 US HIGHWAY 22 274 |
| | List the contract number of any government contract | | SCOTCH PLAINS NJ 07076 |

| | | |
|---|---|---|
| 2.94. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BIGELOW, KENNETH |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.95. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MULTICULTURAL AGENCY | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BLACK BROWN COLLECTIVE JESSICA ECHEVERRY |
| | **State the term remaining** | | 8726 S SEPULVEDA BLVD STE D2651 |
| | **List the contract number of any government contract** | | LOS ANGELES CA 90045 |

| | | |
|---|---|---|
| 2.96. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BLACKNALL, SAEED |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.97. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BLIZZARD, ROBERT |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.98. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BOLDEN, RAYMOND |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.99. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RADIO PARTNERSHIP | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BONNEVILLE INTERNATIONAL CORP |
| | **State the term remaining** | | BOX 26245 |
| | **List the contract number of any government contract** | | SALT LAKE CITY UT 84126 |

| 2.100. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FREE-TO-PLAY GAME DEVELOPMENT AND MANAGEMENT (PLAYXFL APP) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BOOM SHAKALAKA INC |
| | **State the term remaining** | | 530 SEVENTH AVE STE 1206 |
| | **List the contract number of any government contract** | | NEW YORK NY 10018 |

| 2.101. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BOOZER, CHRISTOPHER |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.102. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BORDEN, NOAH |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.103. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BOULDIN, DARONTE |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.104. | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BOULWARE, VENZELL |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.105. | **Title of contract** | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | DRAGONSEATS HEATED BENCHES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BOURNE CREATIONS INC |
| | **State the term remaining** | | 23300 MERCANTILE RD |
| | **List the contract number of any government contract** | | BEACHWOOD OH 44122 |

| | | | |
|---|---|---|---|
| 2.106. | **Title of contract** | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | PHOTOGRAPHER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BOWEN, AMANDA K |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.107. | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BOWEN, KEVIN |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.108. | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BOWMAN, SHANE |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

2.109.  **Title of contract**                AGREEMENT                                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**        COACH, PLAYER OR STAFF AGREEMENT

      **Nature of debtor's interest**        CONTRACT PARTY                              BRADFORD, CARL
Address available upon request

      **State the term remaining**        _____

      **List the contract number of any government contract**        _____

2.110.  **Title of contract**                AGREEMENT                                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**        COACH, PLAYER OR STAFF AGREEMENT

      **Nature of debtor's interest**        CONTRACT PARTY                              BRADY, LATARIUS
Address available upon request

      **State the term remaining**        _____

      **List the contract number of any government contract**        _____

2.111.  **Title of contract**                AGREEMENT                                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**        COACH, PLAYER OR STAFF AGREEMENT

      **Nature of debtor's interest**        CONTRACT PARTY                              BRANCH, MARCELIS
Address available upon request

      **State the term remaining**        _____

      **List the contract number of any government contract**        _____

2.112.  **Title of contract**                AGREEMENT                                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**        COACH, PLAYER OR STAFF AGREEMENT

      **Nature of debtor's interest**        CONTRACT PARTY                              BRASWELL, BRIAN
Address available upon request

      **State the term remaining**        _____

      **List the contract number of any government contract**        _____

2.113.  **Title of contract**                VENDOR AGREEMENT                                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**        MEDIA COORDINATION SERVICES

      **Nature of debtor's interest**        CONTRACT PARTY                              BREAKAWAY SPORTS MARKETING
RAY MALLOUK
1400 PRESTON RD # 400
PLANO TX 75093

      **State the term remaining**        _____

      **List the contract number of any government contract**        _____

| 2.114. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VIDEO PLAYER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BRIGHTCOVE INC |
| | **State the term remaining** | | 290 CONGRESS ST 4TH FL |
| | **List the contract number of any government contract** | | BOSTON MA 02210 |

| 2.115. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BROMLEY, JAYSON |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.116. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BROOKER, ROMELLO |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.117. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GAMEDAY DRUMLINE SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BROOKLYN UNITED |
| | **State the term remaining** | | 121 NEW YORK AVE |
| | **List the contract number of any government contract** | | BROOKLYN NY 11216 |

| 2.118. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BROSSETTE, NICK |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

2.119.

| | | |
|---|---|---|
| **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | MARKETING CONSULTING SERVICES | |
| **Nature of debtor's interest** | CONTRACT PARTY | BROTMAN WINTER FRIED COMMUNICATIONS |
| **State the term remaining** | | 1651 OLD MEADOW RD #500 MCLEAN VA 22102 |
| **List the contract number of any government contract** | | |

2.120.

| | | |
|---|---|---|
| **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | MARKETING CONSULTING SERVICES (MARCH RETAINER ($5K) AND INDIVIDUAL DESIGN PROJECTS) - NEED TO ASK TO REDUCE BASED ON ACTUAL HOURS PERFORMED | BROTMAN WINTER FRIED COMMUNICATIONS |
| **Nature of debtor's interest** | CONTRACT PARTY | 1651 OLD MEADOW RD #500 MCLEAN VA 22102 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

2.121.

| | | |
|---|---|---|
| **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | MARKETING CONSULTING SERVICES (RETAINER AND INDIVIDUAL DESIGN PROJECTS) | |
| **Nature of debtor's interest** | CONTRACT PARTY | BROTMAN WINTER FRIED COMMUNICATIONS |
| **State the term remaining** | | 1651 OLD MEADOW RD #500 MCLEAN VA 22102 |
| **List the contract number of any government contract** | | |

2.122.

| | | |
|---|---|---|
| **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | BROWN, ASANTAY |
| **State the term remaining** | | Address available upon request |
| **List the contract number of any government contract** | | |

2.123.

| | | |
|---|---|---|
| **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | BROWN, BENIQUEZ |
| **State the term remaining** | | Address available upon request |
| **List the contract number of any government contract** | | |

| 2.124. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BROWN, CHRISTOPHER |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.125. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BROWN, CODY |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.126. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BROWN, DONATELLO |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.127. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BROWN, FRANK |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.128. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BROWN, KEENEN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

2.129.  | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**  COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

BROWN, SEAN
Address available upon request

**State the term remaining**  _____

**List the contract number of any government contract**  _____

2.130.  **Title of contract**  AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**  COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

BRUMFIELD, GARRETT
Address available upon request

**State the term remaining**  _____

**List the contract number of any government contract**  _____

2.131.  **Title of contract**  AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**  COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

BRYANT, JORDAN-ELIJAH
Address available upon request

**State the term remaining**  _____

**List the contract number of any government contract**  _____

2.132.  **Title of contract**  AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**  COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

BRYANT, OMARIUS
Address available upon request

**State the term remaining**  _____

**List the contract number of any government contract**  _____

2.133.  **Title of contract**  VENDOR AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**  LEAGUE/TEAM/STADIUM SECURITY NEW YORK

**Nature of debtor's interest**  CONTRACT PARTY

BUCKLEY PETERSEN GLOBAL INC
JAMES R BUCKLEY
PO BOX 188
RINGWOOD NJ 07456

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**2.134.** | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---

**2.134.**
**Title of contract** AGREEMENT
**State what the contract or lease is for** COACH, PLAYER OR STAFF AGREEMENT
**Nature of debtor's interest** CONTRACT PARTY
**State the term remaining** _____
**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
BUNCHE, MALCOLM
Address available upon request

**2.135.**
**Title of contract** AGREEMENT
**State what the contract or lease is for** COACH, PLAYER OR STAFF AGREEMENT
**Nature of debtor's interest** CONTRACT PARTY
**State the term remaining** _____
**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
BURNETT, KAELIN
Address available upon request

**2.136.**
**Title of contract** AGREEMENT
**State what the contract or lease is for** COACH, PLAYER OR STAFF AGREEMENT
**Nature of debtor's interest** CONTRACT PARTY
**State the term remaining** _____
**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
BUSHELL-BEATTY, JUWANN
Address available upon request

**2.137.**
**Title of contract** AGREEMENT
**State what the contract or lease is for** COACH, PLAYER OR STAFF AGREEMENT
**Nature of debtor's interest** CONTRACT PARTY
**State the term remaining** _____
**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
BUTLER, JAMES
Address available upon request

**2.138.**
**Title of contract** AGREEMENT
**State what the contract or lease is for** COACH, PLAYER OR STAFF AGREEMENT
**Nature of debtor's interest** CONTRACT PARTY
**State the term remaining** _____
**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
BYRD, DONTEZ
Address available upon request

| 2.139. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CALDWELL, CLARENCE |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.140. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CALLAWAY, ANTONIO |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.141. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CALLENDER, NICHOLAS |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.142. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CALVIN, JOHNATHAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.143. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CAMPBELL, ELIJAH |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.144. | **Title of contract** | VENDOR AGREEMENT |
| | **State what the contract or lease is for** | PHOTOGRAPHER |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

CAMPBELL, GARRETT
GARRETT CAMPBELL PHOTOGRAPHY
Address available upon request

| | | |
|---|---|---|
| 2.145. | **Title of contract** | VENDOR AGREEMENT |
| | **State what the contract or lease is for** | CONTENT PRODUCER |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

CAMPBELL, THOMAS
Address available upon request

| | | |
|---|---|---|
| 2.146. | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

CAMPOS, JACOB
Address available upon request

| | | |
|---|---|---|
| 2.147. | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

CANADY, BRYCE
Address available upon request

| | | |
|---|---|---|
| 2.148. | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

CANNON, KADARRIUS
Address available upon request

| 2.149. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | DIGITAL ASSET MANAGEMENT SYTEM | |
| | Nature of debtor's interest | CONTRACT PARTY | CANTO INC |
| | State the term remaining | | 625 MARKET ST STE 600 |
| | List the contract number of any government contract | | SAN FRANCISCO CA 94105 |

| 2.150. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT PRODUCER | |
| | Nature of debtor's interest | CONTRACT PARTY | CARDEN, KEVIN RAY |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.151. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CAREW, TANNER |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.152. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PHOTOGRAPHER | |
| | Nature of debtor's interest | CONTRACT PARTY | CARLOS M SAAVEDRA LLC |
| | State the term remaining | | 1383 WALTER RD |
| | List the contract number of any government contract | | YORKTOWN NY 10598 |

| 2.153. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CARTER, CORY |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

2.154.  **Title of contract**          AGREEMENT                               State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**  COACH, PLAYER OR STAFF AGREEMENT        debtor has an executory contract or
        **lease is for**                                                        unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                         CARTER, MARTEZ
                                                                                Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

2.155.  **Title of contract**          VENDOR AGREEMENT                        State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**  PHOTOGRAPHER                           debtor has an executory contract or
        **lease is for**                                                        unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                         CASSIDY BROOKE LAWSON
                                                                                CASEY BROOKE PHOTOGRAPHY
        **State the term remaining**     _____       1760 SUGARBERRY TRAIL
                                                                                SARASOTA FL 34240
        **List the contract number of**  _____
        **any government contract**

2.156.  **Title of contract**          AGREEMENT                               State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**  COACH, PLAYER OR STAFF AGREEMENT        debtor has an executory contract or
        **lease is for**                                                        unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                         CASTILLO, SERGIO
                                                                                Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

2.157.  **Title of contract**          VENDOR AGREEMENT                        State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**  CART RENTALS FOR LBCC AND DHSP GAME DAY debtor has an executory contract or
        **lease is for**                                                        unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                         CAT ENTERTAINMENT SVC
                                                                                18700 LAUREL PARK RD
        **State the term remaining**     _____       RANCHO DOMINGUEZ CA 90220

        **List the contract number of**  _____
        **any government contract**

2.158.  **Title of contract**          AGREEMENT                               State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**  COACH, PLAYER OR STAFF AGREEMENT        debtor has an executory contract or
        **lease is for**                                                        unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                         CELESTIN, JONATHAN
                                                                                Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

| | | |
|---|---|---|
| 2.159. | **Title of contract** | VENDOR AGREEMENT |
| | **State what the contract or lease is for** | STATS SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CHAMPION DATA HOLDINGS PTY LTD
LEVEL 3 6 RIVERSIDE QUAY
SOUTHBANK 03006
AUSTRALIA

| | | |
|---|---|---|
| 2.160. | **Title of contract** | VENDOR AGREEMENT |
| | **State what the contract or lease is for** | REMOTE OFFICE INTERNET CIRCUITS PLACEHOLDER |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CHARTER
1900 BLUE CREST LANE
SAN ANTONIO TX 78247

| | | |
|---|---|---|
| 2.161. | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CHEEK, BRYCE
Address available upon request

| | | |
|---|---|---|
| 2.162. | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CHOW, NORMAN
Address available upon request

| | | |
|---|---|---|
| 2.163. | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CHRISTOFF, ROBERT
Address available upon request

| 2.164. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CIOFFI, SIGISMONDO |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.165. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FULL-TIME STAFF AND VIP PARKING ON GAMEDAYS | |
| | Nature of debtor's interest | CONTRACT PARTY | CITIPARK |
| | State the term remaining | | 13075 MANCHESTER RD STE 200 |
| | List the contract number of any government contract | | ST LOUIS MO 63131 |

| 2.166. | Title of contract | LICENSE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RANDY L. LARSON FOUR- PLEX, STADIUM AND STADIUM PARKING | |
| | Nature of debtor's interest | LESSEE | CITY OF PLANT CITY |
| | State the term remaining | 4/30/2020 AND 4/30/2021 | BILL MCDANIEL CITY MANAGER |
| | List the contract number of any government contract | | 302 WEST REYNOLDS STREET PLANT CITY FL 33566 |

| 2.167. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TALENT AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CJA INC |
| | State the term remaining | | VISION SPORTS GROUP |
| | List the contract number of any government contract | | 7 RENAISSANCE SQUARE 2ND FL WHITE PLAINS NY 10601 |

| 2.168. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PHOTOGRAPHER | |
| | Nature of debtor's interest | CONTRACT PARTY | CLARK LARA PHOTOGRAPHY |
| | State the term remaining | | 33138 MAGNOLIA CIR A |
| | List the contract number of any government contract | | MAGNOLIA TX 77354 |

2.169.    **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT               debtor has an executory contract or
          **lease is for**                                                                 unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                                 CLARK, JEREMY
                                                                                           Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

2.170.    **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT               debtor has an executory contract or
          **lease is for**                                                                 unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                                 CLARKE, WILL
                                                                                           Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

2.171.    **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT               debtor has an executory contract or
          **lease is for**                                                                 unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                                 CLIETT, RESHARD
                                                                                           Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

2.172.    **Title of contract**              VENDOR AGREEMENT                               State the name and mailing address
                                                                                          for all other parties with whom the
          **State what the contract or**    CONTENT PRODUCER                               debtor has an executory contract or
          **lease is for**                                                                 unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                                 COACH EM UP LLC
                                                                                           JONATHAN COACHMAN
          **State the term remaining**      _____               12 PLUMERIA LN
                                                                                           ALISO VIEJO CA 92656
          **List the contract number of**   _____
          **any government contract**

2.173.    **Title of contract**              VENDOR AGREEMENT                               State the name and mailing address
                                                                                          for all other parties with whom the
          **State what the contract or**    TALENT AGREEMENT                               debtor has an executory contract or
          **lease is for**                                                                 unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                                 COACH EM UP LLC
                                                                                           JONATHAN COACHMAN
          **State the term remaining**      _____               12 PLUMERIA LN
                                                                                           ALISO VIEJO CA 92656
          **List the contract number of**   _____
          **any government contract**

2.174. | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---

**2.174.**
| **Title of contract** | AGREEMENT |
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

COATES, SAMMIE
Address available upon request

**2.175.**
| **Title of contract** | AGREEMENT |
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

COBBS, SIMMIE
Address available upon request

**2.176.**
| **Title of contract** | VENDOR AGREEMENT |
| **State what the contract or lease is for** | FOOTBALL OPS - ROOF DECK |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

CODE 4 MEDIA GROUP INC
5252 BOLSA AVE
HUNTINGTON BEACH CA 92649

**2.177.**
| **Title of contract** | VENDOR AGREEMENT |
| **State what the contract or lease is for** | GAMEDAY/BROADCAST PARTNER POWER |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

CODE 4 MEDIA GROUP INC
5252 BOLSA AVE
HUNTINGTON BEACH CA 92649

**2.178.**
| **Title of contract** | VENDOR AGREEMENT |
| **State what the contract or lease is for** | SIGNAGE AND GRAPHIC COMPANY |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

CODE 4 MEDIA GROUP INC
5252 BOLSA AVE
HUNTINGTON BEACH CA 92649

| 2.179. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REMOTE OFFICE INTERNET CIRCUITS PLACEHOLDER | |
| | Nature of debtor's interest | CONTRACT PARTY | COGENT |
| | State the term remaining | | P.O. BOX 791087 |
| | List the contract number of any government contract | | BALTIMORE MD 21279 |

| 2.180. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | COLBURN, MATTHEW |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.181. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | COLE, REGINALD |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.182. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | COLEY, STACY |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.183. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | COLLINS, CARL |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

2.184. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---

**Title of contract**: AGREEMENT

**State what the contract or lease is for**: COACH, PLAYER OR STAFF AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Nature of debtor's interest**: CONTRACT PARTY

COLLINS, JALEN
Address available upon request

**State the term remaining**

**List the contract number of any government contract**

---

2.185.

**Title of contract**: VENDOR AGREEMENT

**State what the contract or lease is for**: REMOTE OFFICE INTERNET CIRCUITS PLACEHOLDER

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Nature of debtor's interest**: CONTRACT PARTY

COMCAST
P.O BOX 211008
EAGAN MN 55128

**State the term remaining**

**List the contract number of any government contract**

---

2.186.

**Title of contract**: VENDOR AGREEMENT

**State what the contract or lease is for**: LEAGUE/TEAM/STADIUM SECURITY ST. LOUIS

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Nature of debtor's interest**: CONTRACT PARTY

COMFORT ZONE SECURITY LLC
AND INVESTIGATIONS LLC
PO BOX 261
WENTZVILLE MO 63385

**State the term remaining**

**List the contract number of any government contract**

---

2.187.

**Title of contract**: VENDOR AGREEMENT

**State what the contract or lease is for**: EMPLOYEE TICKETTING SYSTEM

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Nature of debtor's interest**: CONTRACT PARTY

CONCIERGE LIVE LLC
931 MONROE DR NE STE 102579
ATLANTA GA 30308

**State the term remaining**

**List the contract number of any government contract**

---

2.188.

**Title of contract**: AGREEMENT

**State what the contract or lease is for**: COACH, PLAYER OR STAFF AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Nature of debtor's interest**: CONTRACT PARTY

COOK, CONNOR
Address available upon request

**State the term remaining**

**List the contract number of any government contract**

2.189. | **Title of contract** | AGREEMENT
--- | --- | ---

| **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | COOK, LAWRENCE |
| **State the term remaining** | _____ | Address available upon request |
| **List the contract number of any government contract** | _____ | |

2.190.

| **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | COOK, RISHARD |
| **State the term remaining** | _____ | Address available upon request |
| **List the contract number of any government contract** | _____ | |

2.191.

| **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | CORNELIUS, TAYLOR |
| **State the term remaining** | _____ | Address available upon request |
| **List the contract number of any government contract** | _____ | |

2.192.

| **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | COTTRELL, THEODORE |
| **State the term remaining** | _____ | Address available upon request |
| **List the contract number of any government contract** | _____ | |

2.193.

| **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | COUPLIN, JEROME |
| **State the term remaining** | _____ | Address available upon request |
| **List the contract number of any government contract** | _____ | |

| 2.194. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HOTEL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COURTYARD BY MARRIOTT LONG BEACH |
| | **State the term remaining** | | 3841 N LAKEWOOD BLVD LONG BEACH CA 90808 |
| | **List the contract number of any government contract** | | |

| 2.195. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HOTEL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COURTYARD DALLAS ARLINGTON |
| | **State the term remaining** | | PO BOX 743303 ATLANTA GA 30384 |
| | **List the contract number of any government contract** | | |

| 2.196. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEGAL SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COVINGTON AND BURLING LLP |
| | **State the term remaining** | | ONE CITYCENTER 850 TENTH ST NW WASHINGTON DC 20001 |
| | **List the contract number of any government contract** | | |

| 2.197. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COX, DEMETRIOUS |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.198. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COYLE, ANTHONY |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.199. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FREQUENCY COORDINATION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CP COMMUNICATIONS |
| | **State the term remaining** | | 9965 18TH ST N |
| | **List the contract number of any government contract** | | ST.PETERSBURG FL 33716 |

| 2.200. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MIC'D UP (PLAYER MICS) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CP COMMUNICATIONS |
| | **State the term remaining** | | 9965 18TH ST N |
| | **List the contract number of any government contract** | | ST.PETERSBURG FL 33716 |

| 2.201. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RADIOS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CP COMMUNICATIONS |
| | **State the term remaining** | | 9965 18TH ST N |
| | **List the contract number of any government contract** | | ST.PETERSBURG FL 33716 |

| 2.202. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CRAIG, WINSTON |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.203. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CRAWFORD, COREY |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

2.204. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — CREATIVE FREELANCE SUPPORT

**Nature of debtor's interest** — CONTRACT PARTY

CREATIVE CIRCLE LLC
PO BOX 74008799
CHICAGO IL 60674

**State the term remaining** — _____

**List the contract number of any government contract** — _____

---

2.205. **Title of contract** — VENDOR AGREEMENT

**State what the contract or lease is for** — CONTENT PRODUCER

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Nature of debtor's interest** — CONTRACT PARTY

CRIMSON HEXAGON INC
DEPT 3363
PO BOX 123363
DALLAS TX 75312-3363

**State the term remaining** — _____

**List the contract number of any government contract** — _____

---

2.206. **Title of contract** — AGREEMENT

**State what the contract or lease is for** — COACH, PLAYER OR STAFF AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Nature of debtor's interest** — CONTRACT PARTY

CRINER, MARK
Address available upon request

**State the term remaining** — _____

**List the contract number of any government contract** — _____

---

2.207. **Title of contract** — AGREEMENT

**State what the contract or lease is for** — COACH, PLAYER OR STAFF AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Nature of debtor's interest** — CONTRACT PARTY

CROCKER, CHRISTOPHER
Address available upon request

**State the term remaining** — _____

**List the contract number of any government contract** — _____

---

2.208. **Title of contract** — AGREEMENT

**State what the contract or lease is for** — STORAGE FACILITY

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Nature of debtor's interest** — CONTRACT PARTY

CROSSROADS DEV ASSOC LLC
1 INTERNATIONAL BOULEVARD
NJ-17 NORTH
MAHWAH NJ 07495

**State the term remaining** — _____

**List the contract number of any government contract** — _____

| | | | |
|---|---|---|---|
| 2.209. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY - A PORTION OF THE ELEVENTH (11TH) FLOOR, ONE INTERNATIONAL BOULEVARD, MAHWAH, NEW JERSEY | |
| | **Nature of debtor's interest** | LESSEE | CROSSROADS DEVELOPERS ASSOCIATES, LLC |
| | **State the term remaining** | 11/30/2020 | 820 MORRIS TURNPIKE SHORT HILLS NJ 07078 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.210. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REMOTE OFFICE INTERNET CIRCUITS PLACEHOLDER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CROWN CASTLE P.O BOX 28730 |
| | **State the term remaining** | | NEW YORK NY 10087 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.211. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CUMMINGS, RYAN Address available upon request |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.212. | **Title of contract** | SUBLEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE - 1904 OCCIDENTAL AVE SOUTH, SEATTLE, WA 98134 (STORAGE FACILITY) | |
| | **Nature of debtor's interest** | SUB-LESSEE - NOT EXECUTED | DA INTERNATIONAL GROUP INC. ATTN: DAVE VAILLANCOURT |
| | **State the term remaining** | 2/28/2021 | 1902 OCCIDENTAL AVE S. SEATTLE WA 98134 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.213. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DALY, KEVIN Address available upon request |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

2.214.   **Title of contract**              AGREEMENT                                        State the name and mailing address
                                                                                            for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                 debtor has an executory contract or
         **lease is for**                                                                   unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                                   DANIELS, BRUCE
                                                                                             Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.215.   **Title of contract**              AGREEMENT                                        State the name and mailing address
                                                                                            for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                 debtor has an executory contract or
         **lease is for**                                                                   unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                                   DAVIS, CONNOR
                                                                                             Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.216.   **Title of contract**              AGREEMENT                                        State the name and mailing address
                                                                                            for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                 debtor has an executory contract or
         **lease is for**                                                                   unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                                   DAVIS, REGINALD
                                                                                             Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.217.   **Title of contract**              AGREEMENT                                        State the name and mailing address
                                                                                            for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                 debtor has an executory contract or
         **lease is for**                                                                   unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                                   DAVIS, RYAN
                                                                                             Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.218.   **Title of contract**              AGREEMENT                                        State the name and mailing address
                                                                                            for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                 debtor has an executory contract or
         **lease is for**                                                                   unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                                   DAVISON, RAY
                                                                                             Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

| 2.219. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | DAY, DILLON |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.220. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | BACK COVER OF MAGAZINE (MARCH ISSUE, HIT STANDS MARCH 1ST) | |
| | Nature of debtor's interest | CONTRACT PARTY | DC FRAY |
| | State the term remaining | | 951 V ST |
| | List the contract number of any government contract | | NE WASHINGTON DC 20018 |

| 2.221. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FANFEST SERVICES FOR 5 HOME GAMES | |
| | Nature of debtor's interest | CONTRACT PARTY | DC FRAY |
| | State the term remaining | | 951 V ST |
| | List the contract number of any government contract | | NE WASHINGTON DC 20018 |

| 2.222. | Title of contract | VENUE USE AGREEMENT BETWEEN DC STADIUM LLC AND ALPHA ENTERTAINMENT LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY - VENUE USE AGREEMENT - AUDI STADIUM | |
| | Nature of debtor's interest | LESSEE | DC STADIUM, LLC |
| | State the term remaining | 6/30/2022 | CHRIS DEUBELT, GENERAL COUNSEL |
| | List the contract number of any government contract | | 100 POTOMAC AVE SW WASHINGTON DC 20024 |

| 2.223. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | BRAD SHAM TALENT FEES - RENEGADE ROAD INTERVIEWA | |
| | Nature of debtor's interest | CONTRACT PARTY | DCVOX LLC |
| | State the term remaining | | 5200 KELLER SPRINGS RD UNIT 1224 |
| | List the contract number of any government contract | | DALLAS TX 75248 |

| | | | |
|---|---|---|---|
| 2.224. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DE BEER, GERHARD |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.225. | **Title of contract** | MASTER LEASE AGREEMENT DATED AS OF 10/16/2019 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CONTRACT NUMBER TFV 140982 - 1 IPAD 10.2IN WIFI 32GB SP GRAY 7TH GENERATION APPLE - PART#: MW742LL/A 720; 2 IPAD PRO PENCIL APPLE - PART#: MK0C2AM/A 32 | DE LAGE LANDEN FINANCIAL SVCS INC |
| | **Nature of debtor's interest** | LESSEE | 1111 OLD EAGLE SCHOOL RD |
| | **State the term remaining** | 8/11/2020 | WAYNE PA 19087 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.226. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DECOUD, TRESTON |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.227. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PHOTOGRAPHER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DEFELICE, DOUG |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.228. | **Title of contract** | XFL LICENSING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DELAWARE NORTH |
| | **State the term remaining** | | 250 DELAWARE AVENUE |
| | **List the contract number of any government contract** | | BUFFALO NY 14202 |

| 2.229. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHARTER AIR | |
| | Nature of debtor's interest | CONTRACT PARTY | DELTA AIR LINES INC |
| | State the term remaining | | 1030 DELTA BLVD DEPT 514 |
| | List the contract number of any government contract | | ATLANTA GA 30354 |

| 2.230. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | DENNIS, DEREK |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.231. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT PRODUCER | |
| | Nature of debtor's interest | CONTRACT PARTY | DEPTH CHARGE RECORDING INC |
| | State the term remaining | | 428 HUME AVE 2ND FL |
| | List the contract number of any government contract | | ALEXANDRIA VA 22301 |

| 2.232. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | DIEHL, ROBERT |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.233. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | DIGGS, DAREZ MARSEAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.234. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DILLON, ELKANAH<br>Address available upon request |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.235. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DIMEL, WINSTON<br>Address available upon request |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.236. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DISHMAN, CRIS<br>Address available upon request |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.237. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DIXON, AHMAD<br>Address available upon request |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.238. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEAGUE/TEAM/STADIUM SECURITY L.A> | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DKG SECURITY SPECIALISTS LLC<br>DANIEL GARDNER<br>5171 SUMAC RIDGE DR<br>YORBA LINDA CA 92886 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

2.239. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | LEGAL SERVICES |
| **Nature of debtor's interest** | CONTRACT PARTY | DLA PIPER LLP US
| **State the term remaining** | | PO BOX 75190
| **List the contract number of any government contract** | | BALTIMORE MD 21275

2.240. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY | DOOLEY, GARRET
| **State the term remaining** | | Address available upon request
| **List the contract number of any government contract** | |

2.241. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | CONTENT PRODUCER |
| **Nature of debtor's interest** | CONTRACT PARTY | DRAFT NETWORK LLC
| **State the term remaining** | | 1808 FLOWER DR
| **List the contract number of any government contract** | | SARASOTA FL 34239

2.242. | **Title of contract** | XFL PARTNERSHIP AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SERVICES |
| **Nature of debtor's interest** | CONTRACT PARTY | DRAFTKINGS INC.
| **State the term remaining** | | 222 BERKELEY STREET
| **List the contract number of any government contract** | | 5TH FLOOR
| | | BOSTON MA 02116

2.243. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY | DUCH, JANET
| **State the term remaining** | | Address available upon request
| **List the contract number of any government contract** | |

2.244.  **Title of contract**              AGREEMENT

      **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT
      **lease is for**

      **Nature of debtor's interest**    CONTRACT PARTY

      **State the term remaining**

      **List the contract number of**
      **any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

DUKE, AUSTIN
Address available upon request

2.245.  **Title of contract**              AGREEMENT

      **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT
      **lease is for**

      **Nature of debtor's interest**    CONTRACT PARTY

      **State the term remaining**

      **List the contract number of**
      **any government contract**

DUNBAR, LANCE
Address available upon request

2.246.  **Title of contract**              AGREEMENT

      **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT
      **lease is for**

      **Nature of debtor's interest**    CONTRACT PARTY

      **State the term remaining**

      **List the contract number of**
      **any government contract**

DUNGEY, ERIC
Address available upon request

2.247.  **Title of contract**              AGREEMENT

      **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT
      **lease is for**

      **Nature of debtor's interest**    CONTRACT PARTY

      **State the term remaining**

      **List the contract number of**
      **any government contract**

DUNLAP, JAYLEN
Address available upon request

2.248.  **Title of contract**              AGREEMENT

      **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT
      **lease is for**

      **Nature of debtor's interest**    CONTRACT PARTY

      **State the term remaining**

      **List the contract number of**
      **any government contract**

DUNN, MICHAEL
Address available upon request

2.249.   **Title of contract**              AGREEMENT                                          State the name and mailing address
                                                                                              for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
         **lease is for**                                                                     unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                                     DUPRE, MALACHI
                                                                                              Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.250.   **Title of contract**              VENDOR AGREEMENT                                   State the name and mailing address
                                                                                              for all other parties with whom the
         **State what the contract or**    LEAGUE/TEAM/STADIUM SECURITY TAMPA                 debtor has an executory contract or
         **lease is for**                                                                     unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                                     DURAN, MELVIN HENRY
                                                                                              Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.251.   **Title of contract**              AGREEMENT                                          State the name and mailing address
                                                                                              for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
         **lease is for**                                                                     unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                                     EALY, KONY
                                                                                              Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.252.   **Title of contract**              AGREEMENT                                          State the name and mailing address
                                                                                              for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
         **lease is for**                                                                     unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                                     EATMON, QUINTERRIUS
                                                                                              Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.253.   **Title of contract**              AGREEMENT                                          State the name and mailing address
                                                                                              for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
         **lease is for**                                                                     unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                                     EDWARDS, ARMANTI
                                                                                              Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

| 2.254. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | EDWARDS, SAQWAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.255. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEGAL SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | EISNER LLP |
| | State the term remaining | | 9601 WILSHIRE BLVD 7TH FL BEVERLY HILLS CA 90210 |
| | List the contract number of any government contract | | |

| 2.256. | Title of contract | XFL SPONSORSHIP AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | EL RINCONSITO |
| | State the term remaining | | 2606 70TH AVE E SUITE 104 |
| | List the contract number of any government contract | | FIFE WA 98424 |

| 2.257. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TICKET SALES | |
| | Nature of debtor's interest | CONTRACT PARTY | ELEVATE SPORTS VENTURES LLC ELEVATE SPORTS PARTNERS |
| | State the term remaining | | 4949 MARIE P DEBARTOLO WAY SANTA CLARA CA 95054 |
| | List the contract number of any government contract | | |

| 2.258. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ELIZONDO, JAIME |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

2.259.  **Title of contract**                AGREEMENT                                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**          COACH, PLAYER OR STAFF AGREEMENT

       **Nature of debtor's interest**      CONTRACT PARTY                                     ELSTON, TRAE
Address available upon request

       **State the term remaining**         _____

       **List the contract number of any government contract**          _____

2.260.  **Title of contract**                AGREEMENT                                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**          COACH, PLAYER OR STAFF AGREEMENT

       **Nature of debtor's interest**      CONTRACT PARTY                                     ENGSTRAND, TANNER
Address available upon request

       **State the term remaining**         _____

       **List the contract number of any government contract**          _____

2.261.  **Title of contract**                VENDOR AGREEMENT                                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**          RADIO ADVERTISING

       **Nature of debtor's interest**      CONTRACT PARTY                                     ENTERCOM COMMUNICATIONS CORP
PO BOX 74079
CLEVELAND OH 44194

       **State the term remaining**         _____

       **List the contract number of any government contract**          _____

2.262.  **Title of contract**                VENDOR AGREEMENT                                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**          RADIO PARTNERSHIP (106.7/THEFAN AND 95.5/PGC)

       **Nature of debtor's interest**      CONTRACT PARTY                                     ENTERCOM COMMUNICATIONS CORP
PO BOX 74079
CLEVELAND OH 44194

       **State the term remaining**         _____

       **List the contract number of any government contract**          _____

2.263.  **Title of contract**                VENDOR AGREEMENT                                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**          ADVERTISING AND PROMOTION

       **Nature of debtor's interest**      CONTRACT PARTY                                     ENTRAVISION COMMUNICATIONS CORP
PO BOX 864761
ORLANDO FL 32886-4761

       **State the term remaining**         _____

       **List the contract number of any government contract**          _____

| 2.264. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | HOTEL | |
| | Nature of debtor's interest | CONTRACT PARTY | ENVUE AUTOGRAPH COLLECTION 550 AVENUE AT PRT IMPERIAL WEEHAWKEN NJ 07086 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.265. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LIBRARY | |
| | Nature of debtor's interest | CONTRACT PARTY | EPIDEMIC SOUND INC 79 WALKER ST NEW YORK NY 10013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.266. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT PRODUCER | |
| | Nature of debtor's interest | CONTRACT PARTY | EPIDEMIC SOUND US INC 79 WALKER ST 3RD FL NEW YORK NY 10013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.267. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ERNSBERGER, DONALD Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.268. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RADIO ADVERTISING | |
| | Nature of debtor's interest | CONTRACT PARTY | ESPN DEPORTES PO BOX 26846 NEW YORK NY 10087-6846 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.269. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RADIO ADVERTISING | |
| | Nature of debtor's interest | CONTRACT PARTY | ESPN PRODUCTIONS INC |
| | State the term remaining | _____ | BAD BOY MOWERS GASPARILLA BOWL |
| | List the contract number of any government contract | _____ | 2202 N WESTSHORE BLVD STE 200 TAMPA FL 33607 |

| 2.270. | Title of contract | BROADCASTING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | ESPN, INC. |
| | State the term remaining | _____ | ESPN PLAZA |
| | List the contract number of any government contract | _____ | BRISTOL CT 06010 |

| 2.271. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ESTES, JOHN |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

| 2.272. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | EVANS, JUSTIN |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

| 2.273. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | EVANS, MARWIN |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

| 2.274. | Title of contract | INSURANCE POLICY | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXECUTIVE RISK PACKAGE POLICY MKLV3MML000014 | |
| | Nature of debtor's interest | INSURED | EVANSTON INSURANCE COMPANY |
| | State the term remaining | 10/1/2026 | 10 PARKWAY NORTH BLVD STE 100 |
| | List the contract number of any government contract | | DEERFIELD IL 60015 |

| 2.275. | Title of contract | INSURANCE POLICY | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXECUTIVE RISK PACKAGE POLICY MKLV3MML000014 | |
| | Nature of debtor's interest | INSURED | EVANSTON INSURANCE COMPANY |
| | State the term remaining | 10/1/2020 | 10 PARKWAY NORTH BLVD STE 100 |
| | List the contract number of any government contract | | DEERFIELD IL 60015 |

| 2.276. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MEDIA SUPPORT | |
| | Nature of debtor's interest | CONTRACT PARTY | EVOLUTION MEDIA CAPITAL LLC |
| | State the term remaining | | 11620 WILSHIRE BLVD LOS ANGELES CA 90025 |
| | List the contract number of any government contract | | |

| 2.277. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | HEALTHCARE | |
| | Nature of debtor's interest | CONTRACT PARTY | EXPRESS HEALTHCARE, LLC |
| | State the term remaining | | P.O BOX 549 RIVERDALE MD 20738 |
| | List the contract number of any government contract | | |

| 2.278. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STORAGE FACILITY | |
| | Nature of debtor's interest | CONTRACT PARTY | E-Z STORAGE TAKOMA PARK |
| | State the term remaining | | 1352 HOLTON LN TAKOMA PARK MD 20912 |
| | List the contract number of any government contract | | |

2.279.  **Title of contract**          AGREEMENT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or**  COACH, PLAYER OR STAFF AGREEMENT
        **lease is for**

        **Nature of debtor's interest**  CONTRACT PARTY                   FACIANE, ISAME
                                                                          Address available upon request
        **State the term remaining**

        **List the contract number of**
        **any government contract**

2.280.  **Title of contract**          VENDOR AGREEMENT                   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or**  INSURANCE BROKER
        **lease is for**

        **Nature of debtor's interest**  CONTRACT PARTY                   FAIRLY GROUP
                                                                          PO BOX 1302
        **State the term remaining**                                      AMARILLO TX 79105

        **List the contract number of**
        **any government contract**

2.281.  **Title of contract**          VENDOR AGREEMENT                   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or**  CRM / EMAIL SUPPORT
        **lease is for**

        **Nature of debtor's interest**  CONTRACT PARTY                   FAN INTERACTIVE MARKETING
                                                                          LLC
        **State the term remaining**                                      46 PENINSULA CTR
                                                                          STE E-537
        **List the contract number of**                                   ROLLING HILLS ESTATES CA 90274
        **any government contract**

2.282.  **Title of contract**          XFL LICENSING AGREEMENT            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or**  SERVICES
        **lease is for**

        **Nature of debtor's interest**  CONTRACT PARTY                   FANATICS
                                                                          8100 NATIONS WAY
        **State the term remaining**                                      JACKSONVILLE FL 32256

        **List the contract number of**
        **any government contract**

2.283.  **Title of contract**          XFL SPONSORSHIP AGREEMENT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or**  SERVICES
        **lease is for**

        **Nature of debtor's interest**  CONTRACT PARTY                   FANTASY SPORT SHARK, LLC
                                                                          1187 COAST VILLAGE ROAD #10-M
        **State the term remaining**                                      MONTECITO CA 93108

        **List the contract number of**
        **any government contract**

| 2.284. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FARRIS, CHASE |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

| 2.285. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FARROW, KENNETH |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

| 2.286. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT DELIVERY NETWORK | |
| | Nature of debtor's interest | CONTRACT PARTY | FASTLY INC |
| | State the term remaining | _____ | 475 BRANNAN ST UNIT 300 |
| | List the contract number of any government contract | _____ | SAN FRANCISCO CA 94107 |

| 2.287. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FERGUSON, JAZZ |
| | State the term remaining | _____ | Address available upon request |
| | List the contract number of any government contract | _____ | |

| 2.288. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETIREMENT ACCOUNTS | |
| | Nature of debtor's interest | CONTRACT PARTY | FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO INC |
| | State the term remaining | _____ | PO BOX 73307 |
| | List the contract number of any government contract | _____ | CHICAGO IL 60673-7307 |

2.289.  **Title of contract**               EMPLOYEE 401(K) PLAN                          **State the name and mailing address**
                                                                                         **for all other parties with whom the**
        **State what the contract or**      EMPLOYEE BENEFIT                             **debtor has an executory contract or**
        **lease is for**                                                                 **unexpired lease**

        **Nature of debtor's interest**     CONTRACT PARTY                               FIDELITY INVESTMENTS
                                                                                         INSTITUTIONAL OPERATIONS CO
        **State the term remaining**        _____            INC
                                                                                         PO BOX 73307
        **List the contract number of**     _____            CHICAGO IL 60673-7307
        **any government contract**


2.290.  **Title of contract**               AGREEMENT                                    **State the name and mailing address**
                                                                                         **for all other parties with whom the**
        **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT            **debtor has an executory contract or**
        **lease is for**                                                                 **unexpired lease**

        **Nature of debtor's interest**     CONTRACT PARTY                               FIELDS, WILLIAM
                                                                                         Address available upon request
        **State the term remaining**        _____

        **List the contract number of**     _____
        **any government contract**


2.291.  **Title of contract**               AGREEMENT                                    **State the name and mailing address**
                                                                                         **for all other parties with whom the**
        **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT            **debtor has an executory contract or**
        **lease is for**                                                                 **unexpired lease**

        **Nature of debtor's interest**     CONTRACT PARTY                               FINEANGANOFO, BRIAN
                                                                                         Address available upon request
        **State the term remaining**        _____

        **List the contract number of**     _____
        **any government contract**


2.292.  **Title of contract**               STADIUM USE AGREEMENT                        **State the name and mailing address**
                                                                                         **for all other parties with whom the**
        **State what the contract or**      MEMORIAL STADIUM, 401 5TH AVENUE NORTH,     **debtor has an executory contract or**
        **lease is for**                    SEATTLE, WA 98109                            **unexpired lease**

        **Nature of debtor's interest**     LESSEE                                       FIRST & GOAL INC.
                                                                                         CHUCK ARNOLD
        **State the term remaining**        6/30/2022                                    12 SEAHAWKS WAY
                                                                                         RENTON WA 98056
        **List the contract number of**     _____
        **any government contract**


2.293.  **Title of contract**               AGREEMENT                                    **State the name and mailing address**
                                                                                         **for all other parties with whom the**
        **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT            **debtor has an executory contract or**
        **lease is for**                                                                 **unexpired lease**

        **Nature of debtor's interest**     CONTRACT PARTY                               FITZGERALD, NICHOLAS
                                                                                         Address available upon request
        **State the term remaining**        _____

        **List the contract number of**     _____
        **any government contract**

| | | | |
|---|---|---|---|
| 2.294. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FLOWERS, DIMITRI |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.295. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FLOWERS, QUINTON |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.296. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEAGUE/TEAM/STADIUM SECURITY D.C. | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FOCUSED CONSULTING LLC |
| | **State the term remaining** | | DANIEL HICKSON |
| | **List the contract number of any government contract** | | 4740 CONNECTICUT AVE NW STE 906 WASHINGTON DC 20008 |

| | | | |
|---|---|---|---|
| 2.297. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FOLKERTS, BRIAN |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.298. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FOLSTON, JAMES |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

2.299.  **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
        **lease is for**                                                               unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               FOLSTON, TAREAN
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.300.  **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
        **lease is for**                                                               unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               FONTENOT, JERRY
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.301.  **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
        **lease is for**                                                               unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               FORD, KEITH
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.302.  **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
        **lease is for**                                                               unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               FOSTER, JERALD
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.303.  **Title of contract**              VENDOR AGREEMENT                             State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     HOTEL                                        debtor has an executory contract or
        **lease is for**                                                               unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               FOUR POINTS BY SHERATON
                                                                                        DALLAS
        **State the term remaining**       _____          2451 E RANDOL MILL RD
                                                                                        ARLINGTON TX 76036
        **List the contract number of**    _____
        **any government contract**

| 2.304. | Title of contract | BROADCASTING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | FOX BROADCASTING COMPANY, LLC |
| | State the term remaining | | 10201 WEST PICO BLVD BUILDING 100 |
| | List the contract number of any government contract | | LOS ANGELES CA 90035 |

| 2.305. | Title of contract | PROFIT PARTICIPATION INTEREST AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXCLUSIVE COVERAGE RIGHTS IN RESPECT OF CERTAIN GAMES AND ANCILLARY CONTENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FOX BROADCASTING COMPANY, LLC |
| | State the term remaining | | ATTENTION: PRESIDENT 10201 WEST PICO BOULEVARD |
| | List the contract number of any government contract | | BUILDING 101 LOS ANGELES CA 90035 |

| 2.306. | Title of contract | BROADCASTING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | FOX SPORTS 1, LLC |
| | State the term remaining | | 10201 WEST PICO BLVD BUILDING 100 |
| | List the contract number of any government contract | | LOS ANGELES CA 90035 |

| 2.307. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FRANKS, ANDREW Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.308. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FRAZIER, MARCELL Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.309. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FREEMAN, KESHUN<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.310. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ADVERTISING AND PROMOTION | |
| | Nature of debtor's interest | CONTRACT PARTY | FRIENDS OF THE RIVERWALK INC<br>201 N FRANKLIN ST<br>STE 2900<br>TAMPA FL 33602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.311. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FUGATE, GARRETT<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.312. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FUNCHES, ALEXANDER<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.313. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TECH CONSULTING | |
| | Nature of debtor's interest | CONTRACT PARTY | GAINS GROUP LLC<br>STEVE GERA<br>12655 W JEFFERSON BLVD<br>LOS ANGELES CA 90066 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

2.314.   **Title of contract**              AGREEMENT                                          State the name and mailing address
                                                                                             for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
         **lease is for**                                                                    unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                                     GALITZ, ANDREW
                                                                                             Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.315.   **Title of contract**              AGREEMENT                                          State the name and mailing address
                                                                                             for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
         **lease is for**                                                                    unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                                     GANSZ, FRANCIS
                                                                                             Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.316.   **Title of contract**              AGREEMENT                                          State the name and mailing address
                                                                                             for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
         **lease is for**                                                                    unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                                     GARBER, GEORGE
                                                                                             Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.317.   **Title of contract**              VENDOR AGREEMENT                                   State the name and mailing address
                                                                                             for all other parties with whom the
         **State what the contract or**    CONTENT PRODUCER                                   debtor has an executory contract or
         **lease is for**                                                                    unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                                     GARCIA, ARTHUR
                                                                                             Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.318.   **Title of contract**              AGREEMENT                                          State the name and mailing address
                                                                                             for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
         **lease is for**                                                                    unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                                     GARDNER, JA'QUAN
                                                                                             Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

| 2.319. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | GAMEDAY SPECIAL EFFECTS | |
| | Nature of debtor's interest | CONTRACT PARTY | GATEWAY PYROTECHNIC PROD |
| | State the term remaining | | PO BOX 39327 |
| | List the contract number of any government contract | | ST LOUIS MO 63139 |

| 2.320. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GAUSE, QUENTIN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.321. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INTEGRITY SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | GENIUS SPORTS LIMITED |
| | State the term remaining | | 10 BLOOMSBURY WAY |
| | List the contract number of any government contract | | LONDON WC1A2SL |
| | | | UNITED KINGDOM |

| 2.322. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GENNESY, AVERY |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.323. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GENTRY, TANNER |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.324. | **Title of contract** | XFL LICENSING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | G-III LEATHER FASHIONS, INC. P.O. BOX 29242 NEW YORK NY 10087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.325. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GILBRIDE, KEVIN Address available upon request |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.326. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GILLHAMER, MIKE Address available upon request |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.327. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GILMORE, GREGORY Address available upon request |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.328. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GINDA, FRANK Address available upon request |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.329. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GLANVILLE, GERALD |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.330. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT PRODUCER | |
| | Nature of debtor's interest | CONTRACT PARTY | GO TO TEAM INC |
| | State the term remaining | | 665 JOHNNIE DODDS BLVD STE 201 |
| | List the contract number of any government contract | | MT PLEASANT SC 29464 |

| 2.331. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT PRODUCER | |
| | Nature of debtor's interest | CONTRACT PARTY | GOLD, JON |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.332. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GONCHAROFF, VICTOR |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.333. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CLOUD SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | GOOGLE LLC |
| | State the term remaining | | DEPT 33654 |
| | List the contract number of any government contract | | SAN FRANCISCO CA 94139 |

| 2.334. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GOOLSBY, DEANDRE |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.335. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GOUVEIA, KURT |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.336. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GRAHAM, TYSON |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.337. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GRANT, DORAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.338. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GRAYSON, DAVON |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.339.[1] | **Title of contract** | INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXCESS LIABILITY - THIRD LAYER POLICY EXC2276607 | |
| | **Nature of debtor's interest** | INSURED | GREAT AMERICAN INSURANCE |
| | **State the term remaining** | 6/1/2020 | 11201 DOUGLAS AVE URBANDALE IA 50322 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.340. | **Title of contract** | INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXCESS LIABILITY - SECOND LAYER POLICY B0595XLS7460I9020 | |
| | **Nature of debtor's interest** | INSURED | GREAT DIVIDE INSURANCE COMPANY |
| | **State the term remaining** | 6/1/2020 | 11201 DOUGLAS AVE URBANDALE IA 50322 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.341.[2] | **Title of contract** | INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | UMBRELLA POLICY CUA 7503223 - 12 | |
| | **Nature of debtor's interest** | INSURED | GREAT DIVIDE INSURANCE COMPANY |
| | **State the term remaining** | 6/1/2020 | 1800 S WASHINGTON ST STE 400 |
| | **List the contract number of any government contract** | _____ | AMARILLO TX 79102 |

| | | | |
|---|---|---|---|
| 2.342. | **Title of contract** | INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | GENERAL LIABILITY & VEHICLE POLICY CPA 7503222 - 12 | |
| | **Nature of debtor's interest** | INSURED | GREAT DIVIDE INSURANCE COMPANY |
| | **State the term remaining** | 6/1/2020 | LLOYDS OF LONDON 1 LIME ST LONDON |
| | **List the contract number of any government contract** | _____ | GREATER LONDON EC3M 7HA UNITED KINGDOM |

| | | | |
|---|---|---|---|
| 2.343. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GREEN, SOLOMON Address available upon request |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.344. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GREENE, JALEN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.345. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SOCIAL CONTENT DISTRIBUTION PLATFORM | |
| | Nature of debtor's interest | CONTRACT PARTY | GREENFLY INC |
| | State the term remaining | | 225 ARIZONA AVE |
| | List the contract number of any government contract | | STE 300 |
| | | | SANTA MONICA CA 90401 |

| 2.346. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | HR AND RECRUITING | |
| | Nature of debtor's interest | CONTRACT PARTY | GREENHOUSE SOFTWARE INC |
| | State the term remaining | | 110 FIFTH AVE 3RD FL |
| | List the contract number of any government contract | | NEW YORK NY 10011 |

| 2.347. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GUERAD, ANTONIO |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.348. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GUSTAFSON, RYAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.349. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GWACHAM, OBUMNEKE |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.350. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HAGEN, STEVEN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.351. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HAKIM, AZ-ZAHIR |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.352. | Title of contract | XFL SPONSORSHIP AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | HALF LION |
| | State the term remaining | | 1723 W. VALLEY HIGHWAY E #101 |
| | List the contract number of any government contract | | SUMNER WA 98390 |

| 2.353. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HALL, RANNELL |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

2.354.  **Title of contract**              AGREEMENT                                    **State the name and mailing address**
                                                                                        **for all other parties with whom the**
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             **debtor has an executory contract or**
        **lease is for**                                                                **unexpired lease**

        **Nature of debtor's interest**    CONTRACT PARTY                               HAMILTON, ALFONZA
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.355.  **Title of contract**              AGREEMENT                                    **State the name and mailing address**
                                                                                        **for all other parties with whom the**
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             **debtor has an executory contract or**
        **lease is for**                                                                **unexpired lease**

        **Nature of debtor's interest**    CONTRACT PARTY                               HAMLETT, CONNOR
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.356.  **Title of contract**              AGREEMENT                                    **State the name and mailing address**
                                                                                        **for all other parties with whom the**
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             **debtor has an executory contract or**
        **lease is for**                                                                **unexpired lease**

        **Nature of debtor's interest**    CONTRACT PARTY                               HAMPTON, DEQUAN
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.357.  **Title of contract**              LEASE BETWEEN: HANCOCK REIT 1850M LLC ALPHA  **State the name and mailing address**
                                           ENTERTAINMENT LLC, D/B/A THE XFL             **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
        **State what the contract or**     REAL PROPERTY - 1850 M STREET, N.W., SUITE 920, **unexpired lease**
        **lease is for**                   WASHINGTON, DC
                                                                                        HANCOCK REIT 1850M LLC,
        **Nature of debtor's interest**    LESSEE                                       JOHN HANCOCK LIFE INSURANCE
                                                                                        COMPANY (U.S.A.) C/O MANULIFE
        **State the term remaining**       11/30/2022 WITH 2 - 1 YEAR RENEWAL OPTIONS   FINANCIAL
                                                                                        ATTENTION: LEASE
        **List the contract number of**    _____          ADMINISTRATION
        **any government contract**                                                     1100 NEW YORK AVENUE, N.W.
                                                                                        SUITE 270 WEST
                                                                                        WASHINGTON DC 20005

2.358.  **Title of contract**              VENDOR AGREEMENT                             **State the name and mailing address**
                                                                                        **for all other parties with whom the**
        **State what the contract or**     CONTENT PRODUCER                             **debtor has an executory contract or**
        **lease is for**                                                                **unexpired lease**

        **Nature of debtor's interest**    CONTRACT PARTY                               HANDSHER, JESSE
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.359.  **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT              debtor has an executory contract or
        **lease is for**                                                                 unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                                 HANNEMANN, MICAH
                                                                                          Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**


2.360.  **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT              debtor has an executory contract or
        **lease is for**                                                                 unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                                 HARBOR, CLAYTON
                                                                                          Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**


2.361.  **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT              debtor has an executory contract or
        **lease is for**                                                                 unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                                 HARNER, FREDERICK
                                                                                          Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**


2.362.  **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT              debtor has an executory contract or
        **lease is for**                                                                 unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                                 HARRIS, AJENE
                                                                                          Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**


2.363.  **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT              debtor has an executory contract or
        **lease is for**                                                                 unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                                 HARRIS, DEION
                                                                                          Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

| 2.364. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HARRIS, DUJUAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.365. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HARRIS, J-SHUN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.366. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HARRIS, RANDALL |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.367. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HARTLEY, JAMES |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.368. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HASKIN, BRANDON |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

2.369.   **Title of contract**                    VENDOR AGREEMENT                    State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**           INSTANT REPLAY                       debtor has an executory contract or
         **lease is for**                                                             unexpired lease

         **Nature of debtor's interest**          CONTRACT PARTY                      HAWK GRAPHICS INC
                                                                                      JOHN BATTAGLINO
         **State the term remaining**             _____   1248 SUSSEX TPKE
                                                                                      RANDOLPH NJ 07869
         **List the contract number of**          _____
         **any government contract**

2.370.   **Title of contract**                    AGREEMENT                           State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT     debtor has an executory contract or
         **lease is for**                                                             unexpired lease

         **Nature of debtor's interest**          CONTRACT PARTY                      HAWKINS, JOSHUA
                                                                                      Address available upon request
         **State the term remaining**             _____

         **List the contract number of**          _____
         **any government contract**

2.371.   **Title of contract**                    AGREEMENT                           State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT     debtor has an executory contract or
         **lease is for**                                                             unexpired lease

         **Nature of debtor's interest**          CONTRACT PARTY                      HAYES, JAY
                                                                                      Address available upon request
         **State the term remaining**             _____

         **List the contract number of**          _____
         **any government contract**

2.372.   **Title of contract**                    AGREEMENT                           State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT     debtor has an executory contract or
         **lease is for**                                                             unexpired lease

         **Nature of debtor's interest**          CONTRACT PARTY                      HAYES, JONATHAN
                                                                                      Address available upon request
         **State the term remaining**             _____

         **List the contract number of**          _____
         **any government contract**

2.373.   **Title of contract**                    AGREEMENT                           State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT     debtor has an executory contract or
         **lease is for**                                                             unexpired lease

         **Nature of debtor's interest**          CONTRACT PARTY                      HAYWARD, DERRICK
                                                                                      Address available upon request
         **State the term remaining**             _____

         **List the contract number of**          _____
         **any government contract**

2.374.    **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                          for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
          **lease is for**                                                               unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                               HEENEY, BENJAMIN
                                                                                          Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

2.375.    **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                          for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
          **lease is for**                                                               unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                               HEINICKE, TAYLOR
                                                                                          Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

2.376.    **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                          for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
          **lease is for**                                                               unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                               HENDERSON, DE'ANGELO
                                                                                          Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

2.377.    **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                          for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
          **lease is for**                                                               unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                               HENDERSON, RODERICK
                                                                                          Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

2.378.    **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                          for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
          **lease is for**                                                               unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                               HENDRIX, DEWAYNE
                                                                                          Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

| 2.379. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HENDY, AJ<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.380. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HERRMANN, JAMES<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.381. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HICKEY, SEAN<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.382. | Title of contract | OFFICE LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MERIDIAN THREE, MERIDIAN THREE, SUITES 630/640, TAMPA, FL 33607 | |
| | Nature of debtor's interest | LESSEE | HIGHWOODS REALTY LIMITED PARTNERSHIP<br>ATTN: MANAGER. LEASE ADMINISTRATION<br>3100 SMOKETREE COURT<br>SUITE 600<br>RALEIGH NC 27604 |
| | State the term remaining | 9/30/2022 | |
| | List the contract number of any government contract | | |

| 2.383. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HILL, LAWRENCE<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.384. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HILL, WILLIE<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.385. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HILLARY, DARIUS<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.386. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHARTER AIR | |
| | Nature of debtor's interest | CONTRACT PARTY | HILLWOOD AIRWAYS LLC<br>13537 HERITAGE PKWY<br>FORT WORTH TX 76177 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.387. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | HOTEL | |
| | Nature of debtor's interest | CONTRACT PARTY | HILTON HOUSTON NORTH<br>12400 GREENSPOINT DR<br>HOUSTON TX 77060 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.388. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HIMEBAUCH, JONATHAN<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

2.389.   **Title of contract**              AGREEMENT                               State the name and mailing address
                                                                                  for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT       debtor has an executory contract or
         **lease is for**                                                         unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                         HINES, D'JUAN
                                                                                  Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**


2.390.   **Title of contract**              VENDOR AGREEMENT                       State the name and mailing address
                                                                                  for all other parties with whom the
         **State what the contract or**     PHOTOGRAPHER                           debtor has an executory contract or
         **lease is for**                                                         unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                         HODDE VISUALS
                                                                                  SAM HODDE
         **State the term remaining**       _____       528 PARKVIEW LN
                                                                                  RICHARDSON TX 75080-5116
         **List the contract number of**    _____
         **any government contract**


2.391.   **Title of contract**              AGREEMENT                               State the name and mailing address
                                                                                  for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT       debtor has an executory contract or
         **lease is for**                                                         unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                         HOLDER, MIKAH
                                                                                  Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**


2.392.   **Title of contract**              AGREEMENT                               State the name and mailing address
                                                                                  for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT       debtor has an executory contract or
         **lease is for**                                                         unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                         HOLLAND, DARNELL
                                                                                  Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**


2.393.   **Title of contract**              AGREEMENT                               State the name and mailing address
                                                                                  for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT       debtor has an executory contract or
         **lease is for**                                                         unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                         HOLLEY, NICHOLAS
                                                                                  Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.394.  **Title of contract**                AGREEMENT                                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**        COACH, PLAYER OR STAFF AGREEMENT

         **Nature of debtor's interest**      CONTRACT PARTY                                     HOLLIMAN, DEION
                                                                                                 Address available upon request
         **State the term remaining**         _____

         **List the contract number of any government contract**        _____


2.395.  **Title of contract**                AGREEMENT                                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**        COACH, PLAYER OR STAFF AGREEMENT

         **Nature of debtor's interest**      CONTRACT PARTY                                     HOLMAN, JUSTIN
                                                                                                 Address available upon request
         **State the term remaining**         _____

         **List the contract number of any government contract**        _____


2.396.  **Title of contract**                AGREEMENT                                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**        COACH, PLAYER OR STAFF AGREEMENT

         **Nature of debtor's interest**      CONTRACT PARTY                                     HOLMES, GABE
                                                                                                 Address available upon request
         **State the term remaining**         _____

         **List the contract number of any government contract**        _____


2.397.  **Title of contract**                AGREEMENT                                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**        COACH, PLAYER OR STAFF AGREEMENT

         **Nature of debtor's interest**      CONTRACT PARTY                                     HOOD, ELIJAH
                                                                                                 Address available upon request
         **State the term remaining**         _____

         **List the contract number of any government contract**        _____


2.398.  **Title of contract**                AGREEMENT                                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**        COACH, PLAYER OR STAFF AGREEMENT

         **Nature of debtor's interest**      CONTRACT PARTY                                     HORN, JOSEPH
                                                                                                 Address available upon request
         **State the term remaining**         _____

         **List the contract number of any government contract**        _____

| 2.399. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HORN, REECE |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.400. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HOSKINS, RO'DERRICK |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.401. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MEDICAL SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | HOSPITAL FOR SPECIAL SURGERY |
| | State the term remaining | | 535 E 70TH ST |
| | List the contract number of any government contract | | NEW YORK NY 10021 |

| 2.402. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HOWARD, REGINALD |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.403. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT PRODUCER | |
| | Nature of debtor's interest | CONTRACT PARTY | HSCTV |
| | State the term remaining | | 36-11 20TH AVENUE |
| | List the contract number of any government contract | | ASTORIA NY 11105 |

| 2.404. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | HOTEL | |
| | Nature of debtor's interest | CONTRACT PARTY | HST LESSEE WEST SEATTLE LLC |
| | State the term remaining | | 1900 5TH AVE |
| | List the contract number of any government contract | | SEATTLE WA 98101 |

| 2.405. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HUDSON, GARRETT |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.406. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HUFF, MARQUESTON |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.407. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT PRODUCER | |
| | Nature of debtor's interest | CONTRACT PARTY | HUGO CREATIVE INC |
| | State the term remaining | | 1424 K ST NW STE 100 |
| | List the contract number of any government contract | | WASHINGTON DC 20005 |

| 2.408. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HUNT, COLE |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.409. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HUNZEKER, KURT Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.410. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | HURST, DEMONTRE Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.411. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MEDIA BUYING | |
| | Nature of debtor's interest | CONTRACT PARTY | HYLAND SOFTWARE INC 28500 CLEMENS RD WESTLAKE OH 44145 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.412. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | OOH MEDIA AT UNION STATION | |
| | Nature of debtor's interest | CONTRACT PARTY | HYLAND SOFTWARE INC 28500 CLEMENS RD WESTLAKE OH 44145 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.413. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | IFEDI, MARTIN Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**2.414.** | **Title of contract** | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | MANAGED NOC |
| **Nature of debtor's interest** | CONTRACT PARTY | IGLASS NETWORKS
| **State the term remaining** | | PO BOX 1265
| **List the contract number of any government contract** | | CARY NC 27512-1265

**2.415.** | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY | IGWEBUIKE, GODWIN
| **State the term remaining** | | Address available upon request
| **List the contract number of any government contract** | |

**2.416.** | **Title of contract** | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | |
| **Nature of debtor's interest** | CONTRACT PARTY | IHEARTMEDIA
| **State the term remaining** | | 4002 W GANDY BLVD
| **List the contract number of any government contract** | | TAMPA FL 33611

**2.417.** | **Title of contract** | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | MEDIA INVESTMENT |
| **Nature of debtor's interest** | CONTRACT PARTY | IHEARTMEDIA AND ENTERTAINMENT
| **State the term remaining** | | FILE #56107
| **List the contract number of any government contract** | | LOS ANGELES CA 90074-6107

**2.418.** | **Title of contract** | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | ADVERTISING AND PROMOTION |
| **Nature of debtor's interest** | CONTRACT PARTY | IHEARTMEDIA DALLAS
| **State the term remaining** | | PO BOX 847572
| **List the contract number of any government contract** | | DALLAS TX 75284

| 2.419.[3] | **Title of contract** | INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXCESS DIRECTORS & OFFICERS POLICY 01-422-62-12 | |
| | **Nature of debtor's interest** | INSURED | ILLINOIS NATIONAL INSURANCE COMPANY |
| | **State the term remaining** | 10/1/2026 | 300 SOUTH RIVERSIDE PLZ STE 2100 |
| | **List the contract number of any government contract** | | CHICAGO IL 60606-6613 |

| 2.420. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GAMEDAY ENTERTAINMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | IMAGE ENGINEERING CORTNEY KRAWIECKI |
| | **State the term remaining** | | PO BOX 16695 |
| | **List the contract number of any government contract** | | BALTIMORE MD 21221 |

| 2.421. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONTENT PRODUCER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | IMAGINE THAT FILMWORKS 10319 THORNMONT LN |
| | **State the term remaining** | | HOUSTON TX 77070 |
| | **List the contract number of any government contract** | | |

| 2.422. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PARKING SERVICES - 5 GAMES (100 X $30 GAME DAYS AND 50 X $20 PREGAME FOR EACH HOME GAME) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | IMPARK DBA IMPARK |
| | **State the term remaining** | | 8455 COLESVILLE RD STE 750 |
| | **List the contract number of any government contract** | | SILVER SPRING MD 20910 |

| 2.423. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WEB CMS PLATFORM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INFRONT X LLC 1261 BROADWAY |
| | **State the term remaining** | | STE 200 |
| | **List the contract number of any government contract** | | NEW YORK NY 10001 |

| 2.424. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WEB DEVELOPMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INFRONT X LLC |
| | **State the term remaining** | | 1261 BROADWAY STE 200 |
| | **List the contract number of any government contract** | | NEW YORK NY 10001 |

| 2.425. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INGRAM, JERALD |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.426. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PLAYXFL LARGE JACKPOT PRIZE INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INTERACTIVE PROMOTIONS GROUP |
| | **State the term remaining** | | 518 W LANCASTER AVE |
| | **List the contract number of any government contract** | | HAVERFORD PA 19041 |

| 2.427. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | IVEY, MARTEZ |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.428. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | IWORAH, PRINCE CHARLES |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

2.429.    **Title of contract**            AGREEMENT                                      State the name and mailing address
                                                                                         for all other parties with whom the
          **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT              debtor has an executory contract or
          **lease is for**                                                               unexpired lease

          **Nature of debtor's interest**  CONTRACT PARTY                                 JACKSON, ANDREW
                                                                                         Address available upon request
          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

2.430.    **Title of contract**            AGREEMENT                                      State the name and mailing address
                                                                                         for all other parties with whom the
          **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT              debtor has an executory contract or
          **lease is for**                                                               unexpired lease

          **Nature of debtor's interest**  CONTRACT PARTY                                 JACKSON, BLAKE
                                                                                         Address available upon request
          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

2.431.    **Title of contract**            AGREEMENT                                      State the name and mailing address
                                                                                         for all other parties with whom the
          **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT              debtor has an executory contract or
          **lease is for**                                                               unexpired lease

          **Nature of debtor's interest**  CONTRACT PARTY                                 JACKSON, JARRAIL
                                                                                         Address available upon request
          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

2.432.    **Title of contract**            AGREEMENT                                      State the name and mailing address
                                                                                         for all other parties with whom the
          **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT              debtor has an executory contract or
          **lease is for**                                                               unexpired lease

          **Nature of debtor's interest**  CONTRACT PARTY                                 JACKSON, TYREE
                                                                                         Address available upon request
          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

2.433.    **Title of contract**            AGREEMENT                                      State the name and mailing address
                                                                                         for all other parties with whom the
          **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT              debtor has an executory contract or
          **lease is for**                                                               unexpired lease

          **Nature of debtor's interest**  CONTRACT PARTY                                 JACOBS, TAIVON
                                                                                         Address available upon request
          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

| 2.434. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JAGODZINSKI, JEFFREY |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.435. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JAMES, CHARLES |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.436. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JAMES, DARIUS |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.437. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JAMES, NICHOLAS |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.438. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONTENT PRODUCER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JANE G PHOTOGRAPHY |
| | **State the term remaining** | | 15763 NE 1ST ST |
| | **List the contract number of any government contract** | | BELLEVUE WA 98008 |

| 2.439. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | HOTEL | |
| | Nature of debtor's interest | CONTRACT PARTY | JDHQ HOTELS LLC DBA EMBASSY SUITES HOTEL ST LOUIS ST CHARLES |
| | State the term remaining | | TWO CONVENTION CENTER PLZ ST. CHARLES MO 63303 |
| | List the contract number of any government contract | | |

| 2.440. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TRANSPORTATION SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | JED TRANSPORTATION 5800 FEE FEE RD |
| | State the term remaining | | HAZELWOOD MO 63042 |
| | List the contract number of any government contract | | |

| 2.441. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PHOTOGRAPHER | |
| | Nature of debtor's interest | CONTRACT PARTY | JEFF FITLOW PHOTOGRAPHY 3519 TRAIL BND |
| | State the term remaining | | MISSOURI CITY TX 77459-2699 |
| | List the contract number of any government contract | | |

| 2.442. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | JEFFCOAT, JAMES Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.443. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | JENKINS, ALEX Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

2.444.  **Title of contract**              AGREEMENT                                   State the name and mailing address
                                                                                       for all other parties with whom the
        **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT            debtor has an executory contract or
        **lease is for**                                                              unexpired lease

        **Nature of debtor's interest**   CONTRACT PARTY                              JENKINS, JOSHUA
                                                                                      Address available upon request
        **State the term remaining**      _____

        **List the contract number of**   _____
        **any government contract**

2.445.  **Title of contract**              AGREEMENT                                   State the name and mailing address
                                                                                       for all other parties with whom the
        **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT            debtor has an executory contract or
        **lease is for**                                                              unexpired lease

        **Nature of debtor's interest**   CONTRACT PARTY                              JENNINGS, ADONIS
        **State the term remaining**      _____             Address available upon request

        **List the contract number of**   _____
        **any government contract**

2.446.  **Title of contract**              AGREEMENT                                   State the name and mailing address
                                                                                       for all other parties with whom the
        **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT            debtor has an executory contract or
        **lease is for**                                                              unexpired lease

        **Nature of debtor's interest**   CONTRACT PARTY                              JETER, COLIN
        **State the term remaining**      _____             Address available upon request

        **List the contract number of**   _____
        **any government contract**

2.447.  **Title of contract**              AGREEMENT                                   State the name and mailing address
                                                                                       for all other parties with whom the
        **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT            debtor has an executory contract or
        **lease is for**                                                              unexpired lease

        **Nature of debtor's interest**   CONTRACT PARTY                              JIBOWU, ADEDOYIN
        **State the term remaining**      _____             Address available upon request

        **List the contract number of**   _____
        **any government contract**

2.448.  **Title of contract**              AGREEMENT                                   State the name and mailing address
                                                                                       for all other parties with whom the
        **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT            debtor has an executory contract or
        **lease is for**                                                              unexpired lease

        **Nature of debtor's interest**   CONTRACT PARTY                              JOHNSON, ANTHONY
        **State the term remaining**      _____             Address available upon request

        **List the contract number of**   _____
        **any government contract**

2.449.    **Title of contract**              AGREEMENT                           State the name and mailing address
                                                                                 for all other parties with whom the
          **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT    debtor has an executory contract or
          **lease is for**                                                       unexpired lease

          **Nature of debtor's interest**    CONTRACT PARTY                      JOHNSON, ANTHONY
                                                                                 Address available upon request
          **State the term remaining**       _____

          **List the contract number of**    _____
          **any government contract**

2.450.    **Title of contract**              AGREEMENT                           State the name and mailing address
                                                                                 for all other parties with whom the
          **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT    debtor has an executory contract or
          **lease is for**                                                       unexpired lease

          **Nature of debtor's interest**    CONTRACT PARTY                      JOHNSON, BENJAMIN
                                                                                 Address available upon request
          **State the term remaining**       _____

          **List the contract number of**    _____
          **any government contract**

2.451.    **Title of contract**              AGREEMENT                           State the name and mailing address
                                                                                 for all other parties with whom the
          **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT    debtor has an executory contract or
          **lease is for**                                                       unexpired lease

          **Nature of debtor's interest**    CONTRACT PARTY                      JOHNSON, DONALD
                                                                                 Address available upon request
          **State the term remaining**       _____

          **List the contract number of**    _____
          **any government contract**

2.452.    **Title of contract**              AGREEMENT                           State the name and mailing address
                                                                                 for all other parties with whom the
          **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT    debtor has an executory contract or
          **lease is for**                                                       unexpired lease

          **Nature of debtor's interest**    CONTRACT PARTY                      JOHNSON, JAWUAN
                                                                                 Address available upon request
          **State the term remaining**       _____

          **List the contract number of**    _____
          **any government contract**

2.453.    **Title of contract**              AGREEMENT                           State the name and mailing address
                                                                                 for all other parties with whom the
          **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT    debtor has an executory contract or
          **lease is for**                                                       unexpired lease

          **Nature of debtor's interest**    CONTRACT PARTY                      JOHNSON, JEREMIAH
                                                                                 Address available upon request
          **State the term remaining**       _____

          **List the contract number of**    _____
          **any government contract**

2.454.  **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               JOHNSON, JIMMIE
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.455.  **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               JOHNSON, JOSH
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.456.  **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               JOHNSON, RODERICK
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.457.  **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               JOHNSON, STEVEN
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.458.  **Title of contract**              VENDOR AGREEMENT                             State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     REAL ESTATE BROKERAGE SERVICES               debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               JONES LANG LASALLE AMERICAS
                                                                                        INC
        **State the term remaining**       _____            BMO HARRIS BANK NA
                                                                                        95661 TREASURY CTR DR
        **List the contract number of**    _____            CHICAGO IL 60694-5661
        **any government contract**

2.459.    **Title of contract**              AGREEMENT                                           State the name and mailing address
                                                                                                 for all other parties with whom the
          **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
          **lease is for**                                                                       unexpired lease

          **Nature of debtor's interest**    CONTRACT PARTY                                      JONES, BRYCE
                                                                                                 Address available upon request
          **State the term remaining**       _____

          **List the contract number of**    _____
          **any government contract**

2.460.    **Title of contract**              AGREEMENT                                           State the name and mailing address
                                                                                                 for all other parties with whom the
          **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
          **lease is for**                                                                       unexpired lease

          **Nature of debtor's interest**    CONTRACT PARTY                                      JONES, CARDALE
                                                                                                 Address available upon request
          **State the term remaining**       _____

          **List the contract number of**    _____
          **any government contract**

2.461.    **Title of contract**              AGREEMENT                                           State the name and mailing address
                                                                                                 for all other parties with whom the
          **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
          **lease is for**                                                                       unexpired lease

          **Nature of debtor's interest**    CONTRACT PARTY                                      JONES, DERRICK
                                                                                                 Address available upon request
          **State the term remaining**       _____

          **List the contract number of**    _____
          **any government contract**

2.462.    **Title of contract**              AGREEMENT                                           State the name and mailing address
                                                                                                 for all other parties with whom the
          **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
          **lease is for**                                                                       unexpired lease

          **Nature of debtor's interest**    CONTRACT PARTY                                      JONES, JARRON
                                                                                                 Address available upon request
          **State the term remaining**       _____

          **List the contract number of**    _____
          **any government contract**

2.463.    **Title of contract**              AGREEMENT                                           State the name and mailing address
                                                                                                 for all other parties with whom the
          **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
          **lease is for**                                                                       unexpired lease

          **Nature of debtor's interest**    CONTRACT PARTY                                      JONES, JUNE
                                                                                                 Address available upon request
          **State the term remaining**       _____

          **List the contract number of**    _____
          **any government contract**

| 2.464. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | JONES, MARKUS<br>Address available upon request |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.465. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | JONES, MATT<br>Address available upon request |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.466. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | JONES, MATTHEW<br>Address available upon request |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.467. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | JONES, SEANTAVIUS<br>Address available upon request |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.468. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | JONES, TAIWAN<br>Address available upon request |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.469. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JONES, TYIZSWAIN |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.470. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JONES-QUARTEY, HAROLD |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.471. | **Title of contract** | STANDARD TICKETMASTER MERCHANT U.S. PAYMENT INSTRUMENT PROCESSING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHASE BANK MERCHANT CREDIT CARD PROCESSING AGREEMENT | JPMORGAN CHASE NA |
| | **Nature of debtor's interest** | CONTRACT PARTY | SCOTT NORTH EXECUTIVE DIRECTOR BUSINESS |
| | **State the term remaining** | UNTIL TERMINATED BY EITHER PARTY | DEVELOPMENT DIR SR 8181 COMMUNICATIONS PKWY |
| | **List the contract number of any government contract** | | PLANO TX 75024 |

| 2.472. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEGAL SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | K AND L GATES LLP |
| | **State the term remaining** | | PO BOX 844255 |
| | **List the contract number of any government contract** | | BOSTON MA 02284-4255 |

| 2.473. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KANOFF, CHARLES |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

2.474.   **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT              debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                                KARATZ, HEATHER
                                                                                         Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.475.   **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT              debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                                KELLY, ANTHOULA
                                                                                         Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.476.   **Title of contract**              VENDOR AGREEMENT                               State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**     CONTENT PRODUCER                              debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                                KELLY, JORDON T
                                                                                         Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.477.   **Title of contract**              VENDOR AGREEMENT                               State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**     PHOTOGRAPHER                                  debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                                KELLY, JORDON T
                                                                                         Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.478.   **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT              debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                                KELLY, KEVIN
                                                                                         Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.479.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                               unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                               KEMP, JOSEPH
                                                                                        Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.480.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                               unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                               KHOURY, BRIAN
                                                                                        Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.481.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                               unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                               KINCADE, DEVANTE
                                                                                        Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.482.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                               unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                               KING, MARQUETTE
                                                                                        Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.483.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                               unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                               KIRKSEY, LARRY
                                                                                        Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.484.  **Title of contract**                AGREEMENT                                          State the name and mailing address
                                                                                                for all other parties with whom the
        **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
        **lease is for**                                                                         unexpired lease

        **Nature of debtor's interest**       CONTRACT PARTY                                     KIRVEN, KORREN
        **State the term remaining**          _____                    Address available upon request

        **List the contract number of**       _____
        **any government contract**

2.485.  **Title of contract**                AGREEMENT                                          State the name and mailing address
                                                                                                for all other parties with whom the
        **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
        **lease is for**                                                                         unexpired lease

        **Nature of debtor's interest**       CONTRACT PARTY                                     KLING, JOHN
        **State the term remaining**          _____                    Address available upon request

        **List the contract number of**       _____
        **any government contract**

2.486.  **Title of contract**                AGREEMENT                                          State the name and mailing address
                                                                                                for all other parties with whom the
        **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
        **lease is for**                                                                         unexpired lease

        **Nature of debtor's interest**       CONTRACT PARTY                                     KNOTT, LUTHER
        **State the term remaining**          _____                    Address available upon request

        **List the contract number of**       _____
        **any government contract**

2.487.  **Title of contract**                VENDOR AGREEMENT                                   State the name and mailing address
                                                                                                for all other parties with whom the
        **State what the contract or**        CONTENT PRODUCER                                   debtor has an executory contract or
        **lease is for**                                                                         unexpired lease

        **Nature of debtor's interest**       CONTRACT PARTY                                     KOEHLER, ALLISON
        **State the term remaining**          _____                    Address available upon request

        **List the contract number of**       _____
        **any government contract**

2.488.  **Title of contract**                AGREEMENT                                          State the name and mailing address
                                                                                                for all other parties with whom the
        **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
        **lease is for**                                                                         unexpired lease

        **Nature of debtor's interest**       CONTRACT PARTY                                     KOROMA, TEJAN
        **State the term remaining**          _____                    Address available upon request

        **List the contract number of**       _____
        **any government contract**

2.489.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                               KUHARCHEK, PETER
                                                                                         Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.490.   **Title of contract**              VENDOR AGREEMENT                             State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**     PHOTOGRAPHER                                 debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                               KUO, KELVIN
                                                                                         Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.491.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                               LACAYO, ERNESTO
                                                                                         Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.492.   **Title of contract**              VENDOR AGREEMENT                             State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**     HOTEL                                        debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                               LAKELAND MARRIOTT FAIRFIELD
                                                                                         INN
         **State the term remaining**       _____            4307 STERLING COMMERCE DR
                                                                                         PLANT CITY FL 33566
         **List the contract number of**    _____
         **any government contract**

2.493.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                               LAMBERT, DAVONTE
                                                                                         Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.494.    **Title of contract**                AGREEMENT                                          State the name and mailing address
                                                                                                   for all other parties with whom the
          **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT                     debtor has an executory contract or
          **lease is for**                                                                         unexpired lease

          **Nature of debtor's interest**     CONTRACT PARTY                                       LAMPMAN, JACOB
                                                                                                   Address available upon request
          **State the term remaining**        _____

          **List the contract number of**     _____
          **any government contract**

2.495.    **Title of contract**                VENDOR AGREEMENT                                    State the name and mailing address
                                                                                                   for all other parties with whom the
          **State what the contract or**      PHOTOGRAPHER                                         debtor has an executory contract or
          **lease is for**                                                                         unexpired lease

          **Nature of debtor's interest**     CONTRACT PARTY                                       LANGELLA PHOTOGRAPHY
                                                                                                   349 VISTA DE LA CUMBRE
          **State the term remaining**        _____              SANTA BARBARA CA 93105

          **List the contract number of**     _____
          **any government contract**

2.496.    **Title of contract**                AGREEMENT                                          State the name and mailing address
                                                                                                   for all other parties with whom the
          **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT                     debtor has an executory contract or
          **lease is for**                                                                         unexpired lease

          **Nature of debtor's interest**     CONTRACT PARTY                                       LAUINA, FRED
                                                                                                   Address available upon request
          **State the term remaining**        _____

          **List the contract number of**     _____
          **any government contract**

2.497.    **Title of contract**                AGREEMENT                                          State the name and mailing address
                                                                                                   for all other parties with whom the
          **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT                     debtor has an executory contract or
          **lease is for**                                                                         unexpired lease

          **Nature of debtor's interest**     CONTRACT PARTY                                       LAULILE, TOMASI
                                                                                                   Address available upon request
          **State the term remaining**        _____

          **List the contract number of**     _____
          **any government contract**

2.498.    **Title of contract**                AGREEMENT                                          State the name and mailing address
                                                                                                   for all other parties with whom the
          **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT                     debtor has an executory contract or
          **lease is for**                                                                         unexpired lease

          **Nature of debtor's interest**     CONTRACT PARTY                                       LAWRENCE, DESMOND
                                                                                                   Address available upon request
          **State the term remaining**        _____

          **List the contract number of**     _____
          **any government contract**

2.499.

| | |
|---|---|
| **Title of contract** | AGREEMENT |
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LAWRENCE, PATRICK
Address available upon request

2.500.

| | |
|---|---|
| **Title of contract** | AGREEMENT |
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LAWRY III, RAYMOND
Address available upon request

2.501.

| | |
|---|---|
| **Title of contract** | AGREEMENT |
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LEE, LAVAEDEAY
Address available upon request

2.502.

| | |
|---|---|
| **Title of contract** | VENDOR AGREEMENT |
| **State what the contract or lease is for** | MEDICAL ADVISORY SERVICES |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LEMAK MD, LAWRENCE J
1286 OAK GROVE RD
STE 200
BIRMINGHAM AL 35209

2.503.

| | |
|---|---|
| **Title of contract** | AGREEMENT |
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LESLIE, DARNELL
Address available upon request

2.504.    **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
          **lease is for**                                                              unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                               LEWIS, ANDREW
                                                                                        Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**


2.505.    **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
          **lease is for**                                                              unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                               LEWIS, KAHLIL
                                                                                        Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**


2.506.    **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
          **lease is for**                                                              unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                               LEWIS, LATROY
                                                                                        Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**


2.507.    **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
          **lease is for**                                                              unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                               LEWIS, SHELTON
                                                                                        Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**


2.508.    **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
          **lease is for**                                                              unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                               LEWIS, TIMOTHY
                                                                                        Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

| 2.509. | Title of contract | INSURANCE POLICY | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXCESS LIABILITY - FIFTH LAYER POLICY 1000345024-01 | |
| | Nature of debtor's interest | INSURED | LIBERTY INSURANCE UNDERWRITERS INC |
| | State the term remaining | 6/1/2020 | 175 BERKELEY ST BOSTON MA 02116 |
| | List the contract number of any government contract | | |

| 2.510. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | HR AND RECRUITING | |
| | Nature of debtor's interest | CONTRACT PARTY | LINKEDIN CORP |
| | State the term remaining | | 62228 COLLECTIONS CTR DR CHICAGO IL 60693-0622 |
| | List the contract number of any government contract | | |

| 2.511. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LIVE U STREAMING CONTRACT/HARDWARE | |
| | Nature of debtor's interest | CONTRACT PARTY | LIVEU INC |
| | State the term remaining | | DEPT CH 19730 PALATINE IL 60055 |
| | List the contract number of any government contract | | |

| 2.512. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LOBENDAHN, TOA |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.513. | Title of contract | XFL LICENSING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | LOGO BRANDS |
| | State the term remaining | | 117 SOUTHEAST PARKWAY FRANKLIN TN 37064 |
| | List the contract number of any government contract | | |

2.514.  **Title of contract**                DISTRICT AND ALPHA ENTERTAINMENT LLC (XFL)        **State the name and mailing address**
                                             FACILITIES USE AGREEMENT                          **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
        **State what the contract or**       LONG BEACH CITY COLLEGE, LONG BEACH, CA           **unexpired lease**
        **lease is for**

        **Nature of debtor's interest**      CONTRACT PARTY                                    LONG BEACH COMMUNITY
                                                                                               COLLEGE DISTRICT
        **State the term remaining**         9/15/2021                                         CONTRACTS MANAGEMENT 64
                                                                                               ATTN ALAN MOEDNGY DEPUTY
        **List the contract number of**      _____          DIRECTION
        **any government contract**                                                            4901 E. CARSON STREET
                                                                                               LONG BEACH CA 90808

2.515.  **Title of contract**                AGREEMENT                                         **State the name and mailing address**
                                                                                               **for all other parties with whom the**
        **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT                  **debtor has an executory contract or**
        **lease is for**                                                                       **unexpired lease**

        **Nature of debtor's interest**      CONTRACT PARTY                                    LONG, CHARLES
                                                                                               Address available upon request
        **State the term remaining**         _____

        **List the contract number of**      _____
        **any government contract**

2.516.  **Title of contract**                AGREEMENT                                         **State the name and mailing address**
                                                                                               **for all other parties with whom the**
        **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT                  **debtor has an executory contract or**
        **lease is for**                                                                       **unexpired lease**

        **Nature of debtor's interest**      CONTRACT PARTY                                    LOPEZ, CLAYTON
                                                                                               Address available upon request
        **State the term remaining**         _____

        **List the contract number of**      _____
        **any government contract**

2.517.  **Title of contract**                AGREEMENT                                         **State the name and mailing address**
                                                                                               **for all other parties with whom the**
        **State what the contract or**       STORAGE FACILITY                                  **debtor has an executory contract or**
        **lease is for**                                                                       **unexpired lease**

        **Nature of debtor's interest**      CONTRACT PARTY                                    LOU FUSZ ATHLETIC
                                                                                               JEFF BOWER
        **State the term remaining**         _____          ONE RAMS WAY
                                                                                               3265 RIDER TRAIL SOUTH
        **List the contract number of**      _____          EARTH CITY MO 63045
        **any government contract**

2.518.  **Title of contract**                SUBLEASE AGREEMENT AND FIRST AMENDMENT TO         **State the name and mailing address**
                                             SUBLEASE AGREEMENT                                **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
        **State what the contract or**       ONE RAMS WAY, 3265 RIDER TRAIL SOUTH, EARTH       **unexpired lease**
        **lease is for**                     CITY, MO 63045

        **Nature of debtor's interest**      CONTRACT PARTY                                    LOU FUSZ SOCCER CLUB,
                                                                                               MR. PETER FUSZ, PRESIDENT
        **State the term remaining**         10/31/2021                                        1 RAM'S WAY
                                                                                               ST. LOUIS MO 63045
        **List the contract number of**      _____
        **any government contract**

Debtor     **Alpha Entertainment LLC**                                                    Case number *(if known)* **20-10940**

| 2.519. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LUCAS, MARCUS |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.520. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LUCAS, MARQUIS |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.521. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LUCK, OLIVER |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.522. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LUNSFORD, IZAAH |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.523. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LYLES, ROBERT |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.524. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PHOTOGRAPHER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LYMPEROPOULOS, KONSTANTINE |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.525. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LYONS, CAUSHAUD |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.526. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MACGINNIS, AUSTIN |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.527. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STRATEGY / GAMEDAY CONSULTING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MACHETE GROUP INC |
| | **State the term remaining** | | 2626 PERSA ST |
| | **List the contract number of any government contract** | | HOUSTON TX 77098 |

| 2.528. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MAIAVA, LENE |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

2.529.   **Title of contract**              XFL LICENSING AGREEMENT                    **State the name and mailing address**
                                                                                       **for all other parties with whom the**
         **State what the contract or**     SERVICES                                   **debtor has an executory contract or**
         **lease is for**                                                              **unexpired lease**

         **Nature of debtor's interest**    CONTRACT PARTY                             MAINGATE
                                                                                       7900 ROCKVILLE ROAD
         **State the term remaining**       _____          INDIANAPOLIS IN 46214

         **List the contract number of**    _____
         **any government contract**


2.530.   **Title of contract**              VENDOR AGREEMENT                           **State the name and mailing address**
                                                                                       **for all other parties with whom the**
         **State what the contract or**     DIGITAL MARKETING CAMPAIGN                 **debtor has an executory contract or**
         **lease is for**                                                              **unexpired lease**

         **Nature of debtor's interest**    CONTRACT PARTY                             MAJORITY STRATEGIES LLC
                                                                                       12854 KENAN DR STE 145
         **State the term remaining**       _____          JACKSONVILLE FL 32258

         **List the contract number of**    _____
         **any government contract**


2.531.   **Title of contract**              AGREEMENT                                  **State the name and mailing address**
                                                                                       **for all other parties with whom the**
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT           **debtor has an executory contract or**
         **lease is for**                                                              **unexpired lease**

         **Nature of debtor's interest**    CONTRACT PARTY                             MALONE, RYHEEM
                                                                                       Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**


2.532.   **Title of contract**              AGREEMENT                                  **State the name and mailing address**
                                                                                       **for all other parties with whom the**
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT           **debtor has an executory contract or**
         **lease is for**                                                              **unexpired lease**

         **Nature of debtor's interest**    CONTRACT PARTY                             MAMA, DAMIEN
                                                                                       Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**


2.533.   **Title of contract**              VENDOR AGREEMENT                           **State the name and mailing address**
                                                                                       **for all other parties with whom the**
         **State what the contract or**     PHOTOGRAPHER                               **debtor has an executory contract or**
         **lease is for**                                                              **unexpired lease**

         **Nature of debtor's interest**    CONTRACT PARTY                             MANDATO, CARMEN
                                                                                       Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

| 2.534. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MANGURIAN, PETER |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.535. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MANGUS, GEORGE |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.536. | Title of contract | MAPLE PLAZA, L.P DOING BUSINESS IN CALIFORNIA AS 335-345 NORTH MAPLE DRIVE, L.P. AND ALPHA ENTERTAINMENT LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE - 407 NORTH MAPLE DRIVE, BEVERLY, HILLS, CA 90210 | MAPLE PLAZA, L.P. C/O TISHMAN SPEYER |
| | Nature of debtor's interest | LESSEE | ATTN: PROPERTY MANAGER 345 NORTH MAPLE DRIVE |
| | State the term remaining | | SUITE 101 |
| | List the contract number of any government contract | | BEVERLY HILLS CA 90210 |

| 2.537. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MAPONGA, STANSLY |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.538. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PHOTOGRAPHER | |
| | Nature of debtor's interest | CONTRACT PARTY | MARC SEROTA PHOTOGRAPHY LLC |
| | State the term remaining | | 159 IROQUOIS ST |
| | List the contract number of any government contract | | TAVERNIER FL 33070 |

2.539. | **Title of contract** | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** — HOTEL

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — _____

MARRIOTT DC
COLLEGE PARK MARRIOTT HOTEL AND
CONFERENCE CENTER
3501 UNIVERSITY BLVD E
HYATTSVILLE MD 20783

---

2.540. | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** — COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — _____

MARTIN, JORDAN
Address available upon request

---

2.541. | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** — COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — _____

MARTIN, RONALD
Address available upon request

---

2.542. | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** — COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — _____

MARTINI, DOUGLAS
Address available upon request

---

2.543. | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** — COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — _____

MARTINO, FREDDIE
Address available upon request

---

2.544.   **Title of contract**               AGREEMENT                          State the name and mailing address
                                                                               for all other parties with whom the
         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT   debtor has an executory contract or
         **lease is for**                                                       unexpired lease

         **Nature of debtor's interest**     CONTRACT PARTY                     MARTIN-OGUIKE, PRAISE
                                                                               Address available upon request
         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

2.545.   **Title of contract**               AGREEMENT                          State the name and mailing address
                                                                               for all other parties with whom the
         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT   debtor has an executory contract or
         **lease is for**                                                       unexpired lease

         **Nature of debtor's interest**     CONTRACT PARTY                     MASON, THOMAS
                                                                               Address available upon request
         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

2.546.   **Title of contract**               AGREEMENT                          State the name and mailing address
                                                                               for all other parties with whom the
         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT   debtor has an executory contract or
         **lease is for**                                                       unexpired lease

         **Nature of debtor's interest**     CONTRACT PARTY                     MASSAQUOI, JONATHAN
                                                                               Address available upon request
         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

2.547.   **Title of contract**               AGREEMENT                          State the name and mailing address
                                                                               for all other parties with whom the
         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT   debtor has an executory contract or
         **lease is for**                                                       unexpired lease

         **Nature of debtor's interest**     CONTRACT PARTY                     MATTHEWS, MICHAEL
                                                                               Address available upon request
         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

2.548.   **Title of contract**               AGREEMENT                          State the name and mailing address
                                                                               for all other parties with whom the
         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT   debtor has an executory contract or
         **lease is for**                                                       unexpired lease

         **Nature of debtor's interest**     CONTRACT PARTY                     MAXEY, JOHNNY
                                                                               Address available upon request
         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

| 2.549. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MAYE, KELVIN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.550. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MAYS, WILLIE |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.551. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MBU, JOEY |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.552. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MCBRIDE, DOUGLAS |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.553. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MCCANTS, MATTHEW |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.554. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MCCLENDON, JALAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.555. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MCCOIL, DEXTER |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.556. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MCCRANE, MATTHEW |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.557. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MCCRAY, JORDAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.558. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MCDADE, MARCUS |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

2.559.     **Title of contract**                    AGREEMENT                                          State the name and mailing address
                                                                                                      for all other parties with whom the
           **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
           **lease is for**                                                                            unexpired lease

           **Nature of debtor's interest**          CONTRACT PARTY                                     MCDONALD, ANDREW
                                                                                                       Address available upon request
           **State the term remaining**             _____

           **List the contract number of**          _____
           **any government contract**

2.560.     **Title of contract**                    AGREEMENT                                          State the name and mailing address
                                                                                                      for all other parties with whom the
           **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
           **lease is for**                                                                            unexpired lease

           **Nature of debtor's interest**          CONTRACT PARTY                                     MCEVOY, TANNER
                                                                                                       Address available upon request
           **State the term remaining**             _____

           **List the contract number of**          _____
           **any government contract**

2.561.     **Title of contract**                    AGREEMENT                                          State the name and mailing address
                                                                                                      for all other parties with whom the
           **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
           **lease is for**                                                                            unexpired lease

           **Nature of debtor's interest**          CONTRACT PARTY                                     MCFADDEN, TARVARUS
                                                                                                       Address available upon request
           **State the term remaining**             _____

           **List the contract number of**          _____
           **any government contract**

2.562.     **Title of contract**                    AGREEMENT                                          State the name and mailing address
                                                                                                      for all other parties with whom the
           **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
           **lease is for**                                                                            unexpired lease

           **Nature of debtor's interest**          CONTRACT PARTY                                     MCGLOIN, MATTHEW
                                                                                                       Address available upon request
           **State the term remaining**             _____

           **List the contract number of**          _____
           **any government contract**

2.563.     **Title of contract**                    AGREEMENT                                          State the name and mailing address
                                                                                                      for all other parties with whom the
           **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
           **lease is for**                                                                            unexpired lease

           **Nature of debtor's interest**          CONTRACT PARTY                                     MCINERNEY, JEFFREY
                                                                                                       Address available upon request
           **State the term remaining**             _____

           **List the contract number of**          _____
           **any government contract**

2.564.    **Title of contract**                AGREEMENT                                             State the name and mailing address
                                                                                                    for all other parties with whom the
          **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT                     debtor has an executory contract or
          **lease is for**                                                                          unexpired lease

          **Nature of debtor's interest**      CONTRACT PARTY                                       MCKAY, MEKALE
                                                                                                    Address available upon request
          **State the term remaining**         _____

          **List the contract number of**      _____
          **any government contract**

2.565.    **Title of contract**                AGREEMENT                                             State the name and mailing address
                                                                                                    for all other parties with whom the
          **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT                     debtor has an executory contract or
          **lease is for**                                                                          unexpired lease

          **Nature of debtor's interest**      CONTRACT PARTY                                       MCKENZIE, REGINALD
                                                                                                    Address available upon request
          **State the term remaining**         _____

          **List the contract number of**      _____
          **any government contract**

2.566.    **Title of contract**                AGREEMENT                                             State the name and mailing address
                                                                                                    for all other parties with whom the
          **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT                     debtor has an executory contract or
          **lease is for**                                                                          unexpired lease

          **Nature of debtor's interest**      CONTRACT PARTY                                       MCKEVER, PHAROAH
                                                                                                    Address available upon request
          **State the term remaining**         _____

          **List the contract number of**      _____
          **any government contract**

2.567.    **Title of contract**                OFF1CE LEASE BETWEEN MCKINNEY CBD HOUSTON,            State the name and mailing address
                                                LLC ("LANDLORD") AND ALPHA ENTERTAINMENT LLC         for all other parties with whom the
                                                ("TENANT")                                           debtor has an executory contract or
                                                                                                    unexpired lease
          **State what the contract or**       REAL PROPERTY - 1001 MCKINNEY STREET, HOUSTON,
          **lease is for**                      TEXAS, 77001                                         MCKINNEY CBD HOUSTON, LLC,
                                                                                                    ATTN: KELLIE JENKS
          **Nature of debtor's interest**      LESSEE                                                109 NORTH POST OAK LANE
                                                                                                    SUITE 200
          **State the term remaining**         10/31/2021                                            HOUSTON TX 77004

          **List the contract number of**      _____
          **any government contract**

2.568.    **Title of contract**                AGREEMENT                                             State the name and mailing address
                                                                                                    for all other parties with whom the
          **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT                     debtor has an executory contract or
          **lease is for**                                                                          unexpired lease

          **Nature of debtor's interest**      CONTRACT PARTY                                       MCKINNON, JEREMIAH
                                                                                                    Address available upon request
          **State the term remaining**         _____

          **List the contract number of**      _____
          **any government contract**

| 2.569. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MCKNIGHT, DENNIS<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.570. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MCMILLAN, VANTREL<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.571. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MCSHANE, STEVE<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.572. | Title of contract | XFL SPONSORSHIP AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | MDB COMMUNICATIONS<br>1634 I STREET NW<br>9TH FLOOR<br>WASHINGTON D.C. 20006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.573. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MOBILE DEVICE MANAGER MDM | |
| | Nature of debtor's interest | CONTRACT PARTY | MDM<br>6309 MONARCH PARK PLACE<br>SUITE 203<br>NIWOT CO 80503 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.574. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PHOTOGRAPHER | |
| | Nature of debtor's interest | CONTRACT PARTY | MELISSA LYTTLE PHOTOGRAPHY LLC |
| | State the term remaining | | MELISSA LYTTLE |
| | List the contract number of any government contract | | 6319 8TH ST NW WASHINGTON DC 20011 |

| 2.575. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MERRITT, CARLOS |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.576. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MEDICAL SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | MERRY X-RAY CORPORATION |
| | State the term remaining | | 4909 MURPHY CANYON ROAD SUITE 120 |
| | List the contract number of any government contract | | SAN DIEGO CA 92123 |

| 2.577. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHARTER AIR | |
| | Nature of debtor's interest | CONTRACT PARTY | MIAMI AIR INTERNATIONAL INC |
| | State the term remaining | | PO BOX 660880 |
| | List the contract number of any government contract | | MIAMI FL 33266 |

| 2.578. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PHOTOGRAPHER | |
| | Nature of debtor's interest | CONTRACT PARTY | MICHAEL STARGHILL PHOTOGRAPHY |
| | State the term remaining | | 5415 CLIFT HAVEN DR |
| | List the contract number of any government contract | | HOUSTON TX 77091 |

| 2.579. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MICHAEL, CHRISTINE |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.580. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MICHAEL, DAVID |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.581. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CLOUD HOSTING | |
| | Nature of debtor's interest | CONTRACT PARTY | MICROSOFT AZURE |
| | State the term remaining | | LEGAL DEPARTMENT |
| | List the contract number of any government contract | | 1 MICROSOFT WAY REDMOND WA 98052-6399 |

| 2.582. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | OFFICE SOFTWARE | |
| | Nature of debtor's interest | CONTRACT PARTY | MICROSOFT OFFICE 365 PRO PLUS AGREEMENT |
| | State the term remaining | | LEGAL DEPARTMENT |
| | List the contract number of any government contract | | 1 MICROSOFT WAY REDMOND WA 98052-6399 |

| 2.583. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MILES, DUNCAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

2.584.  **Title of contract**                  AGREEMENT

        **State what the contract or**          COACH, PLAYER OR STAFF AGREEMENT
        **lease is for**

        **Nature of debtor's interest**         CONTRACT PARTY

        **State the term remaining**            _____

        **List the contract number of**         _____
        **any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MILLER, BROCK
Address available upon request

2.585.  **Title of contract**                  AGREEMENT

        **State what the contract or**          COACH, PLAYER OR STAFF AGREEMENT
        **lease is for**

        **Nature of debtor's interest**         CONTRACT PARTY

        **State the term remaining**            _____

        **List the contract number of**         _____
        **any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MILLER, CHRISTOPHER
Address available upon request

2.586.  **Title of contract**                  AGREEMENT

        **State what the contract or**          COACH, PLAYER OR STAFF AGREEMENT
        **lease is for**

        **Nature of debtor's interest**         CONTRACT PARTY

        **State the term remaining**            _____

        **List the contract number of**         _____
        **any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MILLER, HARLAN
Address available upon request

2.587.  **Title of contract**                  VENDOR AGREEMENT

        **State what the contract or**          MEDIA SUPPORT
        **lease is for**

        **Nature of debtor's interest**         CONTRACT PARTY

        **State the term remaining**            _____

        **List the contract number of**         _____
        **any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MILLER, MARTIN F
Address available upon request

2.588.  **Title of contract**                  AGREEMENT

        **State what the contract or**          COACH, PLAYER OR STAFF AGREEMENT
        **lease is for**

        **Nature of debtor's interest**         CONTRACT PARTY

        **State the term remaining**            _____

        **List the contract number of**         _____
        **any government contract**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MILLER, MICHAEL
Address available upon request

2.589.   **Title of contract**              AGREEMENT                                State the name and mailing address
                                                                                    for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT        debtor has an executory contract or
         **lease is for**                                                           unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                          MILLER, MICHAEL
                                                                                    Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.590.   **Title of contract**              VENDOR AGREEMENT                        State the name and mailing address
                                                                                    for all other parties with whom the
         **State what the contract or**     EMAIL SECURITY                          debtor has an executory contract or
         **lease is for**                                                           unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                          MIMECAST
                                                                                    191 SPRING ST
         **State the term remaining**       _____  LEXINGTON MA 02421

         **List the contract number of**    _____
         **any government contract**

2.591.   **Title of contract**              VENDOR AGREEMENT                        State the name and mailing address
                                                                                    for all other parties with whom the
         **State what the contract or**     GAMEDAY SUPPORT                         debtor has an executory contract or
         **lease is for**                                                           unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                          MING EVENT SVCS LLC
                                                                                    MARK AND MATTHEW KWOK
         **State the term remaining**       _____  2082 BUSINESS CTR DR STE 292
                                                                                    IRVINE CA 92612
         **List the contract number of**    _____
         **any government contract**

2.592.   **Title of contract**              AGREEMENT                                State the name and mailing address
                                                                                    for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT        debtor has an executory contract or
         **lease is for**                                                           unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                          MINTER, RICHARD
                                                                                    Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.593.   **Title of contract**              AGREEMENT                                State the name and mailing address
                                                                                    for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT        debtor has an executory contract or
         **lease is for**                                                           unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                          MOBLEY, SAMUEL
                                                                                    Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.594.   **Title of contract**               AGREEMENT                                          State the name and mailing address
                                                                                               for all other parties with whom the
         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
         **lease is for**                                                                      unexpired lease

         **Nature of debtor's interest**     CONTRACT PARTY                                    MONTGOMERY, SIDNEY
                                                                                               Address available upon request
         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

2.595.   **Title of contract**               AGREEMENT                                          State the name and mailing address
                                                                                               for all other parties with whom the
         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
         **lease is for**                                                                      unexpired lease

         **Nature of debtor's interest**     CONTRACT PARTY                                    MOORE, ALONZO
                                                                                               Address available upon request
         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

2.596.   **Title of contract**               AGREEMENT                                          State the name and mailing address
                                                                                               for all other parties with whom the
         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
         **lease is for**                                                                      unexpired lease

         **Nature of debtor's interest**     CONTRACT PARTY                                    MOORE, CJ
                                                                                               Address available upon request
         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

2.597.   **Title of contract**               AGREEMENT                                          State the name and mailing address
                                                                                               for all other parties with whom the
         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
         **lease is for**                                                                      unexpired lease

         **Nature of debtor's interest**     CONTRACT PARTY                                    MOORE, RAHIM
                                                                                               Address available upon request
         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

2.598.   **Title of contract**               AGREEMENT                                          State the name and mailing address
                                                                                               for all other parties with whom the
         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
         **lease is for**                                                                      unexpired lease

         **Nature of debtor's interest**     CONTRACT PARTY                                    MORGAN, NYLES
                                                                                               Address available upon request
         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

2.599.  | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for** — COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — _____

MORRIS, ANTHONY
Address available upon request

2.600.  **Title of contract** — AGREEMENT

**State what the contract or lease is for** — COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MORRIS, CHRISTIAN
Address available upon request

2.601.  **Title of contract** — AGREEMENT

**State what the contract or lease is for** — COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MORRISON, DANIEL
Address available upon request

2.602.  **Title of contract** — AGREEMENT

**State what the contract or lease is for** — COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOSES, ERIK
Address available upon request

2.603.  **Title of contract** — AGREEMENT

**State what the contract or lease is for** — COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOSS, WINSTON
Address available upon request

2.604. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---

2.604.

**Title of contract**  AGREEMENT

**State what the contract or lease is for**  COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOTEN, ANTHONY
Address available upon request

2.605.

**Title of contract**  AGREEMENT

**State what the contract or lease is for**  COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOUNT, DEIONTREZ
Address available upon request

2.606.

**Title of contract**  VENDOR AGREEMENT

**State what the contract or lease is for**  TRANSPORTATION SERVICES

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MTR WESTERN LLC
720 S FOREST ST
SEATTLE WA 98134

2.607.

**Title of contract**  AGREEMENT

**State what the contract or lease is for**  COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MUELLER, RYAN
Address available upon request

2.608.

**Title of contract**  AGREEMENT

**State what the contract or lease is for**  COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MUMME, HAL
Address available upon request

2.609.   **Title of contract**                AGREEMENT                                          State the name and mailing address
                                                                                                for all other parties with whom the
         **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
         **lease is for**                                                                        unexpired lease

         **Nature of debtor's interest**       CONTRACT PARTY                                     MUMPHERY, KEITH
                                                                                                Address available upon request
         **State the term remaining**          _____

         **List the contract number of**       _____
         **any government contract**


2.610.   **Title of contract**                AGREEMENT                                          State the name and mailing address
                                                                                                for all other parties with whom the
         **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
         **lease is for**                                                                        unexpired lease

         **Nature of debtor's interest**       CONTRACT PARTY                                     MURPHY, BRANDON
         **State the term remaining**          _____         Address available upon request

         **List the contract number of**       _____
         **any government contract**


2.611.   **Title of contract**                AGREEMENT                                          State the name and mailing address
                                                                                                for all other parties with whom the
         **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
         **lease is for**                                                                        unexpired lease

         **Nature of debtor's interest**       CONTRACT PARTY                                     MURPHY, JAMES
         **State the term remaining**          _____         Address available upon request

         **List the contract number of**       _____
         **any government contract**


2.612.   **Title of contract**                AGREEMENT                                          State the name and mailing address
                                                                                                for all other parties with whom the
         **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
         **lease is for**                                                                        unexpired lease

         **Nature of debtor's interest**       CONTRACT PARTY                                     MURRAY, AARON
         **State the term remaining**          _____         Address available upon request

         **List the contract number of**       _____
         **any government contract**


2.613.   **Title of contract**                AGREEMENT                                          State the name and mailing address
                                                                                                for all other parties with whom the
         **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
         **lease is for**                                                                        unexpired lease

         **Nature of debtor's interest**       CONTRACT PARTY                                     MWEHLA, REUBEN
         **State the term remaining**          _____         Address available upon request

         **List the contract number of**       _____
         **any government contract**

| | | | |
|---|---|---|---|
| 2.614. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MYERS, MARK |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.615. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MYERS, ROBERT |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.616. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NAGEL, FLYNN |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.617. | **Title of contract** | INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXCESS LIABILITY - FOURTH LAYER XLO0032165 | |
| | **Nature of debtor's interest** | INSURED | NATIONAL CASUALTY COMPANY |
| | **State the term remaining** | 6/1/2020 | TOWER 301 E FOURTH ST |
| | **List the contract number of any government contract** | | CINCINNATI OH 45202 |

| | | | |
|---|---|---|---|
| 2.618. | **Title of contract** | INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CYBER/ MEDICAL POLICY 01-645-31-21 | |
| | **Nature of debtor's interest** | INSURED | NATIONAL UNION FIRE INSURANCE |
| | **State the term remaining** | 6/1/2020 | COMPANY OF PITTSBURGH |
| | **List the contract number of any government contract** | | 70 PINE ST |
| | | | NEW YORK NY 10270 |

| 2.619. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | NAVARRO, RYAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.620. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SPONSORSHIP SALES | |
| | Nature of debtor's interest | CONTRACT PARTY | NAVIGATE MARKETING INC |
| | State the term remaining | | 125 S CLARK ST |
| | | | 17TH FLOOR |
| | List the contract number of any government contract | | CHICAGO IL 60603 |

| 2.621. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | NDIAYE, DAME |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.622. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | NEAL, DEJUAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.623. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PHOTOGRAPHER | |
| | Nature of debtor's interest | CONTRACT PARTY | NEILL, COOPER |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.624. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | NEILL, JASON<br>Address available upon request |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.625. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | NEISWANDER, JOSHUA<br>Address available upon request |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.626. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | NELSON, PHILIP<br>Address available upon request |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.627. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | NELSON, ROBERT<br>Address available upon request |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.628. | Title of contract | VENUE USE AGREEMENT BETWEEN NEW MEADOWLANDS STADIUM COMPANY, LLC AND ALPHA ENTERTAINMENT LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | METLIFE SPORTS COMPLEX, LOCATED IN EAST RUTHERFORD, NEW JERSEY | NEW MEADOWLANDS STADIUM COMPANY, LLC,<br>RON VANDEVEEN PRESIDENT AND CEO<br>ONE METLIFE STADIUM DRIVE<br>EAST RUTHERFORD NJ 07073 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | 6/30/2022 | |
| | List the contract number of any government contract | _____ | |

| 2.629. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PHOTOGRAPHER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NICHOLSON, JENNY BUCHANAN |
| | **State the term remaining** | | JENNIFER BUCHANAN |
| | | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.630. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PHOTOGRAPHER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NICHOLSON, JOSEPH |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.631. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TV RATINGS DATA / OVERNIGHT DELIVERY OF DATA | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NIELSEN MEDIA RESEARCH |
| | **State the term remaining** | | PO BOX 88961 |
| | | | CHICAGO IL 60695-8961 |
| | **List the contract number of any government contract** | | |

| 2.632. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NISWANDER, JAMES |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.633. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NORTHRUP, REGGIE |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

2.634. | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
|---|---|---|

2.634.

| **Title of contract** | AGREEMENT |
|---|---|
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

NORTON, STORM
Address available upon request

2.635.

| **Title of contract** | AGREEMENT |
|---|---|
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

NOVAK, NICHOLAS
Address available upon request

2.636.

| **Title of contract** | AGREEMENT |
|---|---|
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

OAKMAN, SHAWN
Address available upon request

2.637.

| **Title of contract** | VENDOR AGREEMENT |
|---|---|
| **State what the contract or lease is for** | DIGITAL AD OPS |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

OAO
451 BROADWAY 3RD FLOOR
NEW YORK NY 10013

2.638.

| **Title of contract** | AGREEMENT |
|---|---|
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

OCHI, UDOCHUKWU
Address available upon request

2.639.  **Title of contract**            AGREEMENT                                        State the name and mailing address
                                                                                           for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
        **lease is for**                                                                   unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                                    O'HAGAN, JAMES
                                                                                           Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

2.640.  **Title of contract**            AGREEMENT                                        State the name and mailing address
                                                                                           for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
        **lease is for**                                                                   unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                                    OKEKE, TOBENNA
                                                                                           Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

2.641.  **Title of contract**            VENDOR AGREEMENT                                 State the name and mailing address
                                                                                           for all other parties with whom the
        **State what the contract or**   IDENTIY MANAGEMENT                                debtor has an executory contract or
        **lease is for**                                                                   unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                                    OKTA INC
                                                                                           301 BRANNAN ST
        **State the term remaining**     _____         SAN FRANCISCO CA 94107

        **List the contract number of**  _____
        **any government contract**

2.642.  **Title of contract**            AGREEMENT                                        State the name and mailing address
                                                                                           for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
        **lease is for**                                                                   unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                                    OLATOYE, AYODEJI
                                                                                           Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

2.643.  **Title of contract**            AGREEMENT                                        State the name and mailing address
                                                                                           for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
        **lease is for**                                                                   unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                                    O'MALLEY, RYAN
                                                                                           Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

**2.644.**

| | | |
|---|---|---|
| **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | GAMEDAY OPS MANAGER | |
| **Nature of debtor's interest** | CONTRACT PARTY | OPTIC EVENTS INC |
| **State the term remaining** | | 12407 NE 73RD ST KIRKLAND WA 98033 |
| **List the contract number of any government contract** | | |

**2.645.**

| | | |
|---|---|---|
| **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | IT SERVICES | |
| **Nature of debtor's interest** | CONTRACT PARTY | OSV PS |
| **State the term remaining** | | ONESOURCE VIRTUAL 9001 CYPRESS WATERS BLVD DALLAS TX 75019 |
| **List the contract number of any government contract** | | |

**2.646.**

| | | |
|---|---|---|
| **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | SIGNAGE AND GRAPHIC COMPANY | |
| **Nature of debtor's interest** | CONTRACT PARTY | OUTDOOR AMERICA IMAGES INC |
| **State the term remaining** | | 4545 W HILLSBOROUGH AVE TAMPA FL 33614 |
| **List the contract number of any government contract** | | |

**2.647.**

| | | |
|---|---|---|
| **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | OWENS, JARRELL |
| **State the term remaining** | | Address available upon request |
| **List the contract number of any government contract** | | |

**2.648.**

| | | |
|---|---|---|
| **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | RADIOLOGY EQUIPEMENT AND STAFFING FOR GAMEDAYS | |
| **Nature of debtor's interest** | CONTRACT PARTY | PACIFIC COAST MEDICAL SVC |
| **State the term remaining** | | DBA PACIFIC COAST MEDICAL SVC 1440 SOUTH STATE COLLEGE BLVD ANAHEIM CA 92806 |
| **List the contract number of any government contract** | | |

2.649.  **Title of contract**                  AGREEMENT                                                      State the name and mailing address
                                                                                                              for all other parties with whom the
        **State what the contract or**          COACH, PLAYER OR STAFF AGREEMENT                              debtor has an executory contract or
        **lease is for**                                                                                      unexpired lease

        **Nature of debtor's interest**         CONTRACT PARTY                                                PALKA, TYLER
                                                                                                              Address available upon request
        **State the term remaining**            _____

        **List the contract number of**         _____
        **any government contract**

2.650.  **Title of contract**                  AGREEMENT                                                      State the name and mailing address
                                                                                                              for all other parties with whom the
        **State what the contract or**          COACH, PLAYER OR STAFF AGREEMENT                              debtor has an executory contract or
        **lease is for**                                                                                      unexpired lease

        **Nature of debtor's interest**         CONTRACT PARTY                                                PALMER, KELVIN
                                                                                                              Address available upon request
        **State the term remaining**            _____

        **List the contract number of**         _____
        **any government contract**

2.651.  **Title of contract**                  AGREEMENT                                                      State the name and mailing address
                                                                                                              for all other parties with whom the
        **State what the contract or**          COACH, PLAYER OR STAFF AGREEMENT                              debtor has an executory contract or
        **lease is for**                                                                                      unexpired lease

        **Nature of debtor's interest**         CONTRACT PARTY                                                PALMORE, WALTER
                                                                                                              Address available upon request
        **State the term remaining**            _____

        **List the contract number of**         _____
        **any government contract**

2.652.  **Title of contract**                  VENDOR AGREEMENT                                               State the name and mailing address
                                                                                                              for all other parties with whom the
        **State what the contract or**          PALO ALTO HARDWARE MAINTENANCE                                debtor has an executory contract or
        **lease is for**                                                                                      unexpired lease

        **Nature of debtor's interest**         CONTRACT PARTY                                                PALO ALTO NETWORKS
                                                                                                              3000 TANNERY WAY
        **State the term remaining**            _____       SANTA CLARA CA 95054

        **List the contract number of**         _____
        **any government contract**

2.653.  **Title of contract**                  VENDOR AGREEMENT                                               State the name and mailing address
                                                                                                              for all other parties with whom the
        **State what the contract or**          PALO ALTO PRIMSA LICENSES FOR VPN                             debtor has an executory contract or
        **lease is for**                                                                                      unexpired lease

        **Nature of debtor's interest**         CONTRACT PARTY                                                PALO ALTO NETWORKS
                                                                                                              3000 TANNERY WAY
        **State the term remaining**            _____       SANTA CLARA CA 95057

        **List the contract number of**         _____
        **any government contract**

2.654. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---

**State what the contract or lease is for**  PALO ALTO PRISMA CLOUD FIREWALL LOGGING

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

PALO ALTO NETWORKS
3000 TANNERY WAY
SANTA CLARA CA 95056

---

2.655. **Title of contract**  VENDOR AGREEMENT

**State what the contract or lease is for**  SD WAN BANDWITH (REMOTE CONNECTIONS BETWEEN OFFICES)

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PALO ALTO NETWORKS
3000 TANNERY WAY
SANTA CLARA CA 95055

---

2.656. **Title of contract**  AGREEMENT

**State what the contract or lease is for**  COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PARHAM, DONALD
Address available upon request

---

2.657. **Title of contract**  VENDOR AGREEMENT

**State what the contract or lease is for**  FIELD SEAT RENTAL FURNITURE & INSTALL/DELIVERY

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PARTY PERFECT RENTALS LLC
312 SQUANKUM YELLOWBROOK RD
FARMINGDALE NJ 07727

---

2.658. **Title of contract**  AGREEMENT

**State what the contract or lease is for**  COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PATRICK, JACQUES
Address available upon request

2.659.   **Title of contract**            AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
         **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT               debtor has an executory contract or
         **lease is for**                                                                 unexpired lease

         **Nature of debtor's interest**  CONTRACT PARTY                                 PAUL, GIONNI
                                                                                          Address available upon request
         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.660.   **Title of contract**            AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
         **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT               debtor has an executory contract or
         **lease is for**                                                                 unexpired lease

         **Nature of debtor's interest**  CONTRACT PARTY                                 PAYNE, FREDTAVIOUS
                                                                                          Address available upon request
         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.661.   **Title of contract**            AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
         **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT               debtor has an executory contract or
         **lease is for**                                                                 unexpired lease

         **Nature of debtor's interest**  CONTRACT PARTY                                 PAYNE, JACOB
                                                                                          Address available upon request
         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.662.   **Title of contract**            PAYMENT PROCESSING AGREEMENT                   State the name and mailing address
                                                                                          for all other parties with whom the
         **State what the contract or**   MERCHANT ACCOUNT                               debtor has an executory contract or
         **lease is for**                                                                 unexpired lease

         **Nature of debtor's interest**  CONTRACT PARTY                                 PAYPAL INC
                                                                                          2211 NORTH FIRST ST
         **State the term remaining**     _____                 SAN JOSE CA 95131

         **List the contract number of**  _____
         **any government contract**

2.663.   **Title of contract**            AGREEMENT                                      State the name and mailing address
                                                                                          for all other parties with whom the
         **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT               debtor has an executory contract or
         **lease is for**                                                                 unexpired lease

         **Nature of debtor's interest**  CONTRACT PARTY                                 PEARSON, COLBY
                                                                                          Address available upon request
         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.664.  **Title of contract**  AGREEMENT

**State what the contract or lease is for**  COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

PEREZ, LUIS
Address available upon request

---

2.665.  **Title of contract**  AGREEMENT

**State what the contract or lease is for**  COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

PERKINS, KENT
Address available upon request

---

2.666.  **Title of contract**  AGREEMENT

**State what the contract or lease is for**  COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

PERRY, KENNETH
Address available upon request

---

2.667.  **Title of contract**  AGREEMENT

**State what the contract or lease is for**  COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

PETERS, BRIAN
Address available upon request

---

2.668.  **Title of contract**  VENDOR AGREEMENT

**State what the contract or lease is for**  ADVERTISING AND PROMOTION

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

PEWTER REPORT INC
PO BOX 1784
LUTZ FL 33548

2.669.  **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               PHILLIPS, CAMERON
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.670.  **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               PHILLIPS, DASHAUN
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.671.  **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               PIERSON-EL, DE'MORNAY
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.672.  **Title of contract**              VENDOR AGREEMENT                             State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     CREATIVE SERVICES                            debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               PILOT INC
                                                                                        ONE DESIGN CENTER PLACE
        **State the term remaining**       _____            BOSTON MA 02210

        **List the contract number of**    _____
        **any government contract**

2.673.  **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                        for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
        **lease is for**                                                                unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                               PINKINS, ERIC
                                                                                        Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

**2.674.**    **Title of contract**      AGREEMENT

**State what the contract or lease is for**    STORAGE FACILITY

**Nature of debtor's interest**    CONTRACT PARTY

**State the term remaining**    _____

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

PLANT CITY
JACK HOLLAND DIRECTOR OF PARKS & RECREATION
302 W. REYNOLDS STREET
PLANT CITY FL 33563

---

**2.675.**    **Title of contract**      AGREEMENT

**State what the contract or lease is for**    COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**    CONTRACT PARTY

**State the term remaining**    _____

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

PLUMMER, TERRANCE
Address available upon request

---

**2.676.**    **Title of contract**      VENDOR AGREEMENT

**State what the contract or lease is for**    FAN WI-FI AT HOUSTON STADIUM

**Nature of debtor's interest**    CONTRACT PARTY

**State the term remaining**    _____

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

PMY ETS USA INC
722 CEDAR PT BLVD UNIT 187
CEDAR POINT NC 28584

---

**2.677.**    **Title of contract**      AGREEMENT

**State what the contract or lease is for**    COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**    CONTRACT PARTY

**State the term remaining**    _____

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

POINDEXTER, JUSTIN
Address available upon request

---

**2.678.**    **Title of contract**      XFL PARTNERSHIP AGREEMENT

**State what the contract or lease is for**    SERVICES

**Nature of debtor's interest**    CONTRACT PARTY

**State the term remaining**    _____

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

POINTSBET USA INC.
1331 17TH STREET
SUITE 900
DENVER CO 80202

---

2.679.  **Title of contract**                VENDOR AGREEMENT

        **State what the contract or**        MUSIC CONSULTANT
        **lease is for**

        **Nature of debtor's interest**      CONTRACT PARTY

        **State the term remaining**

        **List the contract number of**
        **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POLLACK MEDIA GROUP
11740 SAN VICENTE BLVD
STE 109-610
LOS ANGELES CA 90049

2.680.  **Title of contract**                AGREEMENT

        **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT
        **lease is for**

        **Nature of debtor's interest**      CONTRACT PARTY

        **State the term remaining**

        **List the contract number of**
        **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PONCHILLIA, DALTON
Address available upon request

2.681.  **Title of contract**                AGREEMENT

        **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT
        **lease is for**

        **Nature of debtor's interest**      CONTRACT PARTY

        **State the term remaining**

        **List the contract number of**
        **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PONDER, JERMAINE
Address available upon request

2.682.  **Title of contract**                AGREEMENT

        **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT
        **lease is for**

        **Nature of debtor's interest**      CONTRACT PARTY

        **State the term remaining**

        **List the contract number of**
        **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POOLE, TERRY
Address available upon request

2.683.  **Title of contract**                AGREEMENT

        **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT
        **lease is for**

        **Nature of debtor's interest**      CONTRACT PARTY

        **State the term remaining**

        **List the contract number of**
        **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POWELL, JAKE
Address available upon request

2.684.   **Title of contract**                AGREEMENT                                              State the name and mailing address
                                                                                                     for all other parties with whom the
         **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT                       debtor has an executory contract or
         **lease is for**                                                                            unexpired lease

         **Nature of debtor's interest**      CONTRACT PARTY                                         POWELL, JOE
                                                                                                     Address available upon request
         **State the term remaining**         _____

         **List the contract number of**      _____
         **any government contract**

2.685.   **Title of contract**                XFL SPONSORSHIP AGREEMENT                              State the name and mailing address
                                                                                                     for all other parties with whom the
         **State what the contract or**       SERVICES                                               debtor has an executory contract or
         **lease is for**                                                                            unexpired lease

         **Nature of debtor's interest**      CONTRACT PARTY                                         PRECIOUS VODKA
                                                                                                     1202 S. SOUTHERN STREET
         **State the term remaining**         _____                SEATTLE WA 98108

         **List the contract number of**      _____
         **any government contract**

2.686.   **Title of contract**                VENDOR AGREEMENT                                       State the name and mailing address
                                                                                                     for all other parties with whom the
         **State what the contract or**       CONTENT SERIES PRODUCTION                              debtor has an executory contract or
         **lease is for**                                                                            unexpired lease

         **Nature of debtor's interest**      CONTRACT PARTY                                         PREMIER LACROSSE LEAGUE
                                                                                                     RABIL CO
         **State the term remaining**         _____                222 NORTH PACIFIC COAST HWY
                                                                                                     STE 1310
         **List the contract number of**      _____                EL SEGUNDO CA 90245
         **any government contract**

2.687.   **Title of contract**                AGREEMENT                                              State the name and mailing address
                                                                                                     for all other parties with whom the
         **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT                       debtor has an executory contract or
         **lease is for**                                                                            unexpired lease

         **Nature of debtor's interest**      CONTRACT PARTY                                         PRESCOD, TERRONNE
                                                                                                     Address available upon request
         **State the term remaining**         _____

         **List the contract number of**      _____
         **any government contract**

2.688.   **Title of contract**                AGREEMENT                                              State the name and mailing address
                                                                                                     for all other parties with whom the
         **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT                       debtor has an executory contract or
         **lease is for**                                                                            unexpired lease

         **Nature of debtor's interest**      CONTRACT PARTY                                         PRESIDENT, GIMEL
                                                                                                     Address available upon request
         **State the term remaining**         _____

         **List the contract number of**      _____
         **any government contract**

2.689.    **Title of contract**                VENDOR AGREEMENT                          State the name and mailing address
                                                                                       for all other parties with whom the
          **State what the contract or**       MANAGED SERVICES PROVIDER                debtor has an executory contract or
          **lease is for**                                                              unexpired lease

          **Nature of debtor's interest**      CONTRACT PARTY                           PRESIDIO NETWORKED
                                                                                        PO BOX 677638
          **State the term remaining**         _____        DALLAS TX 75267-7638

          **List the contract number of**      _____
          **any government contract**

2.690.    **Title of contract**                VENDOR AGREEMENT                          State the name and mailing address
                                                                                       for all other parties with whom the
          **State what the contract or**       SERVICES                                 debtor has an executory contract or
          **lease is for**                                                              unexpired lease

          **Nature of debtor's interest**      CONTRACT PARTY                           PRESIDIO NETWORKED
                                                                                        SOLUTIONS GROUP LLC
          **State the term remaining**         _____        PO BOX 677638
                                                                                        DALLAS TX 75267
          **List the contract number of**      _____
          **any government contract**

2.691.    **Title of contract**                AGREEMENT                                State the name and mailing address
                                                                                       for all other parties with whom the
          **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT         debtor has an executory contract or
          **lease is for**                                                              unexpired lease

          **Nature of debtor's interest**      CONTRACT PARTY                           PRESSLEY, JHURELL
                                                                                        Address available upon request
          **State the term remaining**         _____

          **List the contract number of**      _____
          **any government contract**

2.692.    **Title of contract**                AGREEMENT                                State the name and mailing address
                                                                                       for all other parties with whom the
          **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT         debtor has an executory contract or
          **lease is for**                                                              unexpired lease

          **Nature of debtor's interest**      CONTRACT PARTY                           PRICE, CHARLES
                                                                                        Address available upon request
          **State the term remaining**         _____

          **List the contract number of**      _____
          **any government contract**

2.693.    **Title of contract**                AGREEMENT                                State the name and mailing address
                                                                                       for all other parties with whom the
          **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT         debtor has an executory contract or
          **lease is for**                                                              unexpired lease

          **Nature of debtor's interest**      CONTRACT PARTY                           PRICE, SEAN
                                                                                        Address available upon request
          **State the term remaining**         _____

          **List the contract number of**      _____
          **any government contract**

2.694.  | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for**     COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**     CONTRACT PARTY

PRIESTER, ROBERT
Address available upon request

**State the term remaining**     _____

**List the contract number of any government contract**     _____

2.695.  **Title of contract**     AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**     CONTRACT PARTY

PRINCE, DAMIAN
Address available upon request

**State the term remaining**     _____

**List the contract number of any government contract**     _____

2.696.  **Title of contract**     VENDOR AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     FOOTBALL SYSTEMS

**Nature of debtor's interest**     CONTRACT PARTY

PRO FOOTBALL FOCUS
1216 CENTRAL PKWY
CINCINNATI OH 45202

**State the term remaining**     _____

**List the contract number of any government contract**     _____

2.697.  **Title of contract**     AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**     CONTRACT PARTY

PROEHL, AUSTIN
Address available upon request

**State the term remaining**     _____

**List the contract number of any government contract**     _____

2.698.  **Title of contract**     VENDOR AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     GAMEDAY CONSULTING

**Nature of debtor's interest**     CONTRACT PARTY

PROFESSIONAL SPORTS
PARTNERS LLC
3336 RICHMOND AVE
STE 300
HOUSTON TX 77098

**State the term remaining**     _____

**List the contract number of any government contract**     _____

| 2.699. | Title of contract | XFL SPONSORSHIP AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | PROGRESSIVE INSURANCE |
| | State the term remaining | | 6300 WILSON MILLS ROAD MAYFIELD VILLAGE OH 44143 |
| | List the contract number of any government contract | | |

| 2.700. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RADIO AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | PTS MARKETING GROUP |
| | State the term remaining | | 1600 N KRAEMER BLVD ANAHEIM CA 92806 |
| | List the contract number of any government contract | | |

| 2.701. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | PUMPHREY, DONNEL |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.702. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | PUNI, DERRICK |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.703. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | GAMEDAY OPERATIONS | |
| | Nature of debtor's interest | CONTRACT PARTY | PYROTECNICO FX LLC |
| | State the term remaining | | PO BOX 645830 PITTSBURGH PA 15264-5830 |
| | List the contract number of any government contract | | |

| 2.704. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SPECIAL EFFECTS - SMOKE AND CYRO | |
| | Nature of debtor's interest | CONTRACT PARTY | PYROTECNICO FX LLC PO BOX 645830 PITTSBURGH PA 15264-5830 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.705. | Title of contract | LEASE AGREEMENT BETWEEN QUADRANT SAINT PAUL OWNER LP, AS LANDLORD, AND ALPHA ENTERTAINMENT LLC, D/B/A THE XFL, AS TENANT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY -750 NORTH ST. PAUL STREET, SUITE 1400, DALLAS, TX 75201 | QUADRANT SAINT PAUL OWNER LP ATTN PROPERTY MANAGER 750 N. ST. PAUL STREET SUITE 250 DALLAS TX 75201 |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 9/20/2022 | |
| | List the contract number of any government contract | | |

| 2.706. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | QUALLS, ELIJAH Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.707. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SECURITY TOOLS | |
| | Nature of debtor's interest | CONTRACT PARTY | QUALYS 919 E HILLSDALE BLVD 4TH FLOOR FOSTER CITY CA 94404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.708. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | QUEIRO, KYLE Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.709. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEDIA SUPPORT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RAINE ADVISORS LLC |
| | **State the term remaining** | | 65 EAST 55TH ST 24TH FL |
| | | | NEW YORK NY 10022 |
| | **List the contract number of any government contract** | | |

| 2.710. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RAMIREZ, SANTOS |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| 2.711. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STORAGE FACILITY | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RANGERS BASEBALL |
| | **State the term remaining** | | RANGERS BASEBALL / GLOBE LIFE PARK |
| | **List the contract number of any government contract** | | GLOBE LIFE PARK |
| | | | 1000 BALLPARK WAY |
| | | | ARLINGTON TX 76011 |

| 2.712. | **Title of contract** | LEASE AGREEMENT AND FIRST AMENDMENT TO LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DALLAS/ARLINGTON, HOME CLUBHOUSE, VISITING CLUBHOUSE AND CLUB SPACE, GLOBE LIFE PARK, LOCATED AT 1000 BALLPARK WAY, ARLINGTON, TX 76011 | RANGERS BASEBALL LLC |
| | **Nature of debtor's interest** | CONTRACT PARTY | 1000 BALL PARK WAY |
| | **State the term remaining** | 4/30/2024 | STE 400 |
| | | | ARLINGTON TX 76011 |
| | **List the contract number of any government contract** | | |

| 2.713. | **Title of contract** | VENUE USE AGREEMENT BETWEEN RANGERS BASEBALL LLC AND ALPHAENTERTAINMENTLLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DALLAS/ARLINGTON, HOME CLUBHOUSE, VISITING CLUBHOUSE AND CLUB SPACE, GLOBE LIFE PARK, LOCATED AT 1000 BALLPARK WAY, ARLINGTON, TX 76011 | RANGERS BASEBALL LLC |
| | **Nature of debtor's interest** | CONTRACT PARTY | 1000 BALL PARK WAY |
| | **State the term remaining** | 6/30/2022 | STE 400 |
| | | | ARLINGTON TX 76011 |
| | **List the contract number of any government contract** | | |

2.714.    **Title of contract**              XFL LICENSING AGREEMENT              State the name and mailing address
                                                                              for all other parties with whom the
          **State what the contract or**    SERVICES                          debtor has an executory contract or
          **lease is for**                                                    unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                    RANK & RALLY
                                                                              1111 S. FIGUEROA STREET
          **State the term remaining**      _____       SUITE 3100
                                                                              LOS ANGELES CA 90015
          **List the contract number of**   _____
          **any government contract**

2.715.    **Title of contract**              AGREEMENT                         State the name and mailing address
                                                                              for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT  debtor has an executory contract or
          **lease is for**                                                    unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                    RASKIN, GRADY
                                                                              Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

2.716.    **Title of contract**              AGREEMENT                         State the name and mailing address
                                                                              for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT  debtor has an executory contract or
          **lease is for**                                                    unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                    RAUSA, TYLER
                                                                              Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

2.717.    **Title of contract**              AGREEMENT                         State the name and mailing address
                                                                              for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT  debtor has an executory contract or
          **lease is for**                                                    unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                    REAGAN, BRUNO
                                                                              Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

2.718.    **Title of contract**              VENDOR AGREEMENT                  State the name and mailing address
                                                                              for all other parties with whom the
          **State what the contract or**    MEDICAL ADVISORY SERVICES         debtor has an executory contract or
          **lease is for**                                                    unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                    REARDON MD*DR CLAUDIA
                                                                              2402 VAN HISE AVE
          **State the term remaining**      _____       MADISON WI 53726

          **List the contract number of**   _____
          **any government contract**

2.719.   **Title of contract**              AGREEMENT                                State the name and mailing address
                                                                                    for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT        debtor has an executory contract or
          **lease is for**                                                          unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                          REDDING, TODARIO
                                                                                    Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

2.720.   **Title of contract**              AGREEMENT                                State the name and mailing address
                                                                                    for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT        debtor has an executory contract or
          **lease is for**                                                          unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                          REED, CEDRIC
                                                                                    Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

2.721.   **Title of contract**              AGREEMENT                                State the name and mailing address
                                                                                    for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT        debtor has an executory contract or
          **lease is for**                                                          unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                          REED, TROVON
                                                                                    Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

2.722.   **Title of contract**              AGREEMENT                                State the name and mailing address
                                                                                    for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT        debtor has an executory contract or
          **lease is for**                                                          unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                          REHKOW, AUSTIN
                                                                                    Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

2.723.   **Title of contract**              AGREEMENT                                State the name and mailing address
                                                                                    for all other parties with whom the
          **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT        debtor has an executory contract or
          **lease is for**                                                          unexpired lease

          **Nature of debtor's interest**   CONTRACT PARTY                          REILLY, BRANDON
                                                                                    Address available upon request
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

2.724.   **Title of contract**              AGREEMENT                              State the name and mailing address
                                                                                  for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT      debtor has an executory contract or
         **lease is for**                                                         unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                        REYNOLDS, KEENAN
                                                                                  Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.725.   **Title of contract**              AGREEMENT                              State the name and mailing address
                                                                                  for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT      debtor has an executory contract or
         **lease is for**                                                         unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                        RHANEY, DEMETRIUS
                                                                                  Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.726.   **Title of contract**              AGREEMENT                              State the name and mailing address
                                                                                  for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT      debtor has an executory contract or
         **lease is for**                                                         unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                        RICE, MESSIAH
                                                                                  Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.727.   **Title of contract**              AGREEMENT                              State the name and mailing address
                                                                                  for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT      debtor has an executory contract or
         **lease is for**                                                         unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                        RICHARDSON, BOBBY
                                                                                  Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.728.   **Title of contract**              AGREEMENT                              State the name and mailing address
                                                                                  for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT      debtor has an executory contract or
         **lease is for**                                                         unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                        RICHARDSON, CYRIL
                                                                                  Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.729. | **Title of contract** | LEASE AGREEMENT NO. 3728676 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   EQUIPMENT LEASE - RICOH IMC4500 CONFIGURABLE PTO MODEL LOCATED AT 1001 MCKINNEY ST, HOUSTON, TX 70022

**Nature of debtor's interest**   CONTRACT PARTY

**State the term remaining**   8/29/2021

**List the contract number of any government contract**

RICOH USA INC
300 EAGLEVIEW BLVD
SUITE 200
EXTON PA 19341

---

2.730. **Title of contract**   LEASE AGREEMENT NO. 3719895

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   EQUIPMENT LEASE - RICOH IMC4500 CONFIGURABLE PTO MODEL LOCATED AT 1266 E MAIN ST, STAMFORD, CT, 06902-3546

**Nature of debtor's interest**   CONTRACT PARTY

**State the term remaining**   6/10/2023

**List the contract number of any government contract**

RICOH USA INC
70 VALLEY STREET PARKWAY
MALVERN PA 19355

---

2.731. **Title of contract**   LEASE AGREEMENT NO.3731702

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   EQUIPMENT LEASE - RICOH IMC4500 CONFIGURABLE PTO MODEL LOCATED AT 1850 M ST NW, WASHINGTON, DC, 20036-5803

**Nature of debtor's interest**   CONTRACT PARTY

**State the term remaining**   9/28/2021

**List the contract number of any government contract**

RICOH USA INC
300 EAGLEVIEW BLVD
SUITE 200
EXTON PA 19341

---

2.732. **Title of contract**   LEASE AGREEMENT NO. 3730531

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   EQUIPMENT LEASE - RICOH IMC4500 CONFIGURABLE PTO MODEL LOCATED AT 30 MONTGOMERY ST, JERSEY CITY, NJ, 07302-3829

**Nature of debtor's interest**   CONTRACT PARTY

**State the term remaining**   9/16/2021

**List the contract number of any government contract**

RICOH USA INC
300 EAGLEVIEW BLVD
SUITE 200
EXTON PA 19341

---

2.733. **Title of contract**   LEASE AGREEMENT NO. 3732536

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   EQUIPMENT LEASE - RICOH IMC4500 CONFIGURABLE PTO MODEL LOCATED AT 345 N MAPLE DR, BEVERLY HILLS, CA, 90210-3869

**Nature of debtor's interest**   CONTRACT PARTY

**State the term remaining**   10/8/2021

**List the contract number of any government contract**

RICOH USA INC
300 EAGLEVIEW BLVD
SUITE 200
EXTON PA 19341

2.734.  | **Title of contract** | LEASE AGREEMENT NO. 3712924 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

**State what the contract or lease is for**    EQUIPMENT LEASE - RICOH PROC5210S CONFIGURABLE PTO MODEL LOCATED AT 1266 E MAIN ST, STAMFORD, CT, 06902-3546

**Nature of debtor's interest**    CONTRACT PARTY

RICOH USA INC
70 VALLEY STREET PARKWAY
MALVERN PA 19355

**State the term remaining**    4/2/2023

**List the contract number of any government contract**    _____

---

2.735.  **Title of contract**    LEASE AGREEMENT NO. 3680005    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    EQUIPMENT LEASE - RICOH RICOH PTO C5200S - NO LOCATION SPECIFIED

**Nature of debtor's interest**    CONTRACT PARTY

RICOH USA INC
70 VALLEY STREET PARKWAY
MALVERN PA 19355

**State the term remaining**    5/30/2022

**List the contract number of any government contract**    _____

---

2.736.  **Title of contract**    VENDOR AGREEMENT    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    TRANSPORTATION SERVICES

**Nature of debtor's interest**    CONTRACT PARTY

RIDECENTRIC INC
1717 MAIN ST
STE 5630
DALLAS TX 75201

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

2.737.  **Title of contract**    AGREEMENT    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**    CONTRACT PARTY

RILEY, MICHAEL
Address available upon request

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

2.738.  **Title of contract**    VENDOR AGREEMENT    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    UCAAS PHONE SERVICE

**Nature of debtor's interest**    CONTRACT PARTY

RINGCENTRAL INC
PO BOX 734232
DALLAS TX 75373-4232

**State the term remaining**    _____

**List the contract number of any government contract**    _____

2.739.   **Title of contract**             AGREEMENT                              State the name and mailing address
                                                                                 for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT       debtor has an executory contract or
         **lease is for**                                                        unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                         RIVERS, DAVID
                                                                                 Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.740.   **Title of contract**             AGREEMENT                              State the name and mailing address
                                                                                 for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT       debtor has an executory contract or
         **lease is for**                                                        unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                         RIVERS, GERALD
                                                                                 Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.741.   **Title of contract**             AGREEMENT                              State the name and mailing address
                                                                                 for all other parties with whom the
         **State what the contract or**    STORAGE FACILITY                       debtor has an executory contract or
         **lease is for**                                                        unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                         ROADRUNNER
                                                                                 M3 COMMERCIAL MOVING &
         **State the term remaining**      _____        LOGISTICS
                                                                                 12425 CHIMNEY ROCK ROAD
         **List the contract number of**   _____        HOUSTON TX 77035
         **any government contract**

2.742.   **Title of contract**             AGREEMENT                              State the name and mailing address
                                                                                 for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT       debtor has an executory contract or
         **lease is for**                                                        unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                         ROBACK, BROGAN
                                                                                 Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.743.   **Title of contract**             VENDOR AGREEMENT                       State the name and mailing address
                                                                                 for all other parties with whom the
         **State what the contract or**    LEAGUE/TEAM/STADIUM SECURITY SEATTLE   debtor has an executory contract or
         **lease is for**                                                        unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                         ROBERT AGNEW AND
                                                                                 ASSOCIATES LLC
         **State the term remaining**      _____        PO BOX 2433
                                                                                 WOODINVILLE WA 98072
         **List the contract number of**   _____
         **any government contract**

2.744. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT

Nature of debtor's interest | CONTRACT PARTY

State the term remaining | _____

List the contract number of any government contract | _____

ROBERTS, OWEN
Address available upon request

2.745. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT

Nature of debtor's interest | CONTRACT PARTY

State the term remaining | _____

List the contract number of any government contract | _____

ROBERTSON, KOREY
Address available upon request

2.746. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT

Nature of debtor's interest | CONTRACT PARTY

State the term remaining | _____

List the contract number of any government contract | _____

ROBINSON, GELEN
Address available upon request

2.747. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT

Nature of debtor's interest | CONTRACT PARTY

State the term remaining | _____

List the contract number of any government contract | _____

ROBINSON, JAELIN
Address available upon request

2.748. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT

Nature of debtor's interest | CONTRACT PARTY

State the term remaining | _____

List the contract number of any government contract | _____

ROBINSON, KENNETH
Address available upon request

2.749.   **Title of contract**                 AGREEMENT                                    State the name and mailing address
                                                                                           for all other parties with whom the
         **State what the contract or**         COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                                  unexpired lease

         **Nature of debtor's interest**        CONTRACT PARTY                               RODGERS, NA'TY
                                                                                           Address available upon request
         **State the term remaining**           _____

         **List the contract number of**        _____
         **any government contract**

2.750.   **Title of contract**                 AGREEMENT                                    State the name and mailing address
                                                                                           for all other parties with whom the
         **State what the contract or**         COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                                  unexpired lease

         **Nature of debtor's interest**        CONTRACT PARTY                               RODRIGUEZ, EVAN
                                                                                           Address available upon request
         **State the term remaining**           _____

         **List the contract number of**        _____
         **any government contract**

2.751.   **Title of contract**                 AGREEMENT                                    State the name and mailing address
                                                                                           for all other parties with whom the
         **State what the contract or**         COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                                  unexpired lease

         **Nature of debtor's interest**        CONTRACT PARTY                               ROEMER, TYLER
                                                                                           Address available upon request
         **State the term remaining**           _____

         **List the contract number of**        _____
         **any government contract**

2.752.   **Title of contract**                 VENDOR AGREEMENT                             State the name and mailing address
                                                                                           for all other parties with whom the
         **State what the contract or**         PHOTOGRAPHER                                 debtor has an executory contract or
         **lease is for**                                                                  unexpired lease

         **Nature of debtor's interest**        CONTRACT PARTY                               ROGERS, DAVID
                                                                                           Address available upon request
         **State the term remaining**           _____

         **List the contract number of**        _____
         **any government contract**

2.753.   **Title of contract**                 AGREEMENT                                    State the name and mailing address
                                                                                           for all other parties with whom the
         **State what the contract or**         COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                                  unexpired lease

         **Nature of debtor's interest**        CONTRACT PARTY                               ROGERS, ELI
                                                                                           Address available upon request
         **State the term remaining**           _____

         **List the contract number of**        _____
         **any government contract**

2.754.  **Title of contract**              VENDOR AGREEMENT                                   State the name and mailing address
                                                                                            for all other parties with whom the
        **State what the contract or**     GAMEDAY PRESENTATION (DIRECTOR, PRODUCER,         debtor has an executory contract or
        **lease is for**                   FIELD STAGE MANAGERS) & CONTENT DEVELOPERS,       unexpired lease
                                           PLUS INTERACTIVE SQUAD HIRE AND MANAGEMENT
                                                                                            ROOFTOP2 PRODUCTIONS INC
        **Nature of debtor's interest**    CONTRACT PARTY                                    488 MADISON AVE 16TH FL
                                                                                            NEW YORK NY 10022
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.755.  **Title of contract**              AGREEMENT                                         State the name and mailing address
                                                                                            for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
        **lease is for**                                                                     unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                                    ROSE, LARRY
                                                                                            Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.756.  **Title of contract**              VENDOR AGREEMENT                                   State the name and mailing address
                                                                                            for all other parties with whom the
        **State what the contract or**     CONTENT PRODUCER                                  debtor has an executory contract or
        **lease is for**                                                                     unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                                    ROSS GREENBURG PRODUCTION
                                                                                            411 THEODORE FREMD AVE STE
        **State the term remaining**       _____          215
                                                                                            RYE NY 10580
        **List the contract number of**    _____
        **any government contract**

2.757.  **Title of contract**              AGREEMENT                                         State the name and mailing address
                                                                                            for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
        **lease is for**                                                                     unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                                    ROSS, RASHAD
                                                                                            Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

2.758.  **Title of contract**              AGREEMENT                                         State the name and mailing address
                                                                                            for all other parties with whom the
        **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT                  debtor has an executory contract or
        **lease is for**                                                                     unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                                    ROTIMI, OLUBUNMI
                                                                                            Address available upon request
        **State the term remaining**       _____

        **List the contract number of**    _____
        **any government contract**

| 2.759. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ROUSE, NYDAIR<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.760. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PHOTOGRAPHER | |
| | Nature of debtor's interest | CONTRACT PARTY | ROVAK, SCOTT<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.761. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ROWELL, JALEN<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.762. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | RUDNICK, STEPHANIE<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.763. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | RUSSELL, ALONZO<br>Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.764. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | RUSSOLINO, TAYLOR |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.765. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | RYCHLESKI, RAYMOND |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.766. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT PRODUCER | |
| | Nature of debtor's interest | CONTRACT PARTY | SACHIN PRODUCTIONS LLC |
| | State the term remaining | | SANAA HARRIS |
| | List the contract number of any government contract | | 333 LAFAYETTE AVE #10I BROOKLYN NY 11238 |

| 2.767. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SAINT-AMOUR, ANREE |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.768. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT PRODUCER | |
| | Nature of debtor's interest | CONTRACT PARTY | SALERNO PRODUCTIONS LLC |
| | State the term remaining | | DAVID SALERNO |
| | List the contract number of any government contract | | 28 CLIFFWOOD RD CHESTER NJ 07930 |

| 2.769. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PRODUCER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SALERNO PRODUCTIONS LLC DAVID SALERNO 28 CLIFFWOOD RD CHESTER NJ 07930 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.770. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SANDERS, MARVIN Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.771. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SANDERS, TREVON Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.772. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SANTIAGO, JONATHON Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.773. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SAUNDERS, JALEN Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

2.774.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                               SAUNDERS, ROBERT
                                                                                         Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.775.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                               SAXTON, WILLIAM
                                                                                         Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.776.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                               SAYLES, CASEY
                                                                                         Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.777.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                               SCALES, TEGRAY
                                                                                         Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.778.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                               SCELFO, CHRISTOPHER
                                                                                         Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

| | | |
|---|---|---|
| 2.779. | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SCHELER, JOHN
Address available upon request

| | | |
|---|---|---|
| 2.780. | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SCHLACHTER, JORDAN
Address available upon request

| | | |
|---|---|---|
| 2.781. | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SCHMIDT, COLTON
Address available upon request

| | | |
|---|---|---|
| 2.782. | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SCHUM, JACOB
Address available upon request

| | | |
|---|---|---|
| 2.783. | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SCHWAB, TY
Address available upon request

2.784.  **Title of contract**          VENDOR AGREEMENT                        State the name and mailing address
                                                                               for all other parties with whom the
        **State what the contract or**  PHOTOGRAPHER                           debtor has an executory contract or
        **lease is for**                                                       unexpired lease

        **Nature of debtor's interest** CONTRACT PARTY                         SCOTT AUDETTE INC
                                                                               7011 WALT WILLIAMS RD
        **State the term remaining**    _____       LAKELAND FL 33809

        **List the contract number of** _____
        **any government contract**

2.785.  **Title of contract**          VENDOR AGREEMENT                        State the name and mailing address
                                                                               for all other parties with whom the
        **State what the contract or**  PHOTOGRAPHER                           debtor has an executory contract or
        **lease is for**                                                       unexpired lease

        **Nature of debtor's interest** CONTRACT PARTY                         SCOTT KANE PHOTOGRAPHY
                                                                               604 THOMAS ST
        **State the term remaining**    _____       EDWARDSVILLE IL 62025

        **List the contract number of** _____
        **any government contract**

2.786.  **Title of contract**          STADIUM RENTAL AGREEMENT               State the name and mailing address
                                                                               for all other parties with whom the
        **State what the contract or**  MEMORIAL STADIUM, 401 5TH AVENUE NORTH, debtor has an executory contract or
        **lease is for**                SEATTLE, WA 98109                      unexpired lease

        **Nature of debtor's interest** CONTRACT PARTY                         SEATTLE SCHOOL DISTRICT NO. 1
                                                                               REAL ESTATE SUPERVISOR
        **State the term remaining**    4/30/2020 AND 4/30/2021                PO BOX 34165
                                                                               MS 23-365
        **List the contract number of** _____       SEATTLE WA 98124-1165
        **any government contract**

2.787.  **Title of contract**          AGREEMENT                              State the name and mailing address
                                                                               for all other parties with whom the
        **State what the contract or**  COACH, PLAYER OR STAFF AGREEMENT       debtor has an executory contract or
        **lease is for**                                                       unexpired lease

        **Nature of debtor's interest** CONTRACT PARTY                         SEISAY, MOHAMMED
                                                                               Address available upon request
        **State the term remaining**    _____

        **List the contract number of** _____
        **any government contract**

2.788.  **Title of contract**          AGREEMENT                              State the name and mailing address
                                                                               for all other parties with whom the
        **State what the contract or**  COACH, PLAYER OR STAFF AGREEMENT       debtor has an executory contract or
        **lease is for**                                                       unexpired lease

        **Nature of debtor's interest** CONTRACT PARTY                         SHAKIR, MAURQUICE
                                                                               Address available upon request
        **State the term remaining**    _____

        **List the contract number of** _____
        **any government contract**

2.789.   **Title of contract**              VENDOR AGREEMENT                          State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**     EMERGENCY COMMUNICATIONS                 debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                           SHARE 911
                                                                                      14 MECHANIC ST
         **State the term remaining**       _____       RAMSEY NJ 07446

         **List the contract number of**    _____
         **any government contract**

2.790.   **Title of contract**              AGREEMENT                                State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT         debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                           SHARP, HUNTER
                                                                                      Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.791.   **Title of contract**              VENDOR AGREEMENT                          State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**     STATS VISUALIZATION                      debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                           SHARPHAT INC
                                                                                      333 SLVAN AVE
         **State the term remaining**       _____       STE 324
                                                                                      ENGLEWOOD CLIFFS NJ 07632
         **List the contract number of**    _____
         **any government contract**

2.792.   **Title of contract**              VENDOR AGREEMENT                          State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**     PHOTOGRAPHER                             debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                           SHAWN HUBBARD LLC
                                                                                      19 BIRCKHEAD ST
         **State the term remaining**       _____       BALTIMORE MD 21230

         **List the contract number of**    _____
         **any government contract**

2.793.   **Title of contract**              AGREEMENT                                State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**     COACH, PLAYER OR STAFF AGREEMENT         debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**    CONTRACT PARTY                           SHEPHERD, JACOREY
                                                                                      Address available upon request
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

| 2.794. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | HOTEL | |
| | Nature of debtor's interest | CONTRACT PARTY | SHERATON MAHWAH HOTEL |
| | State the term remaining | | 1 INTERNATIONAL BLVD |
| | List the contract number of any government contract | | MAHWAH NJ 07495 |

| 2.795. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | HOTEL | |
| | Nature of debtor's interest | CONTRACT PARTY | SHERATON TAMPA BRANDON |
| | State the term remaining | | 10221 PRINCESS PALM AVE |
| | List the contract number of any government contract | | TAMPA FL 33610 |

| 2.796. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SICILIANO, NICHOLAS |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.797. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SILBERMAN, IAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.798. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | WORKDAY & FINANCE SYSTEM INTEGRATION | |
| | Nature of debtor's interest | CONTRACT PARTY | SILVER LINING RESTORATIONS GROUP LLC |
| | State the term remaining | | 1321 VALWOOD PKWY STE 420 |
| | List the contract number of any government contract | | CARROLLTON TX 75006 |

2.799.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                              unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                               SILVERS, BRANDON
                                                                                        Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.800.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                              unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                               SIMMONS, DAVID
                                                                                        Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.801.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                              unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                               SIRAGUSA, NICOLAS
                                                                                        Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.802.   **Title of contract**              VENDOR AGREEMENT                             State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**    COLLABORATION                                debtor has an executory contract or
         **lease is for**                                                              unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                               SLACK TECHNOLOGIES INC
                                                                                        PO BOX 207795
         **State the term remaining**      _____     DALLAS TX 75320-7795

         **List the contract number of**   _____
         **any government contract**

2.803.   **Title of contract**              AGREEMENT                                    State the name and mailing address
                                                                                      for all other parties with whom the
         **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT             debtor has an executory contract or
         **lease is for**                                                              unexpired lease

         **Nature of debtor's interest**   CONTRACT PARTY                               SMITH, AUSTIN
                                                                                        Address available upon request
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.804.   **Title of contract**                AGREEMENT

         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT
         **lease is for**

         **Nature of debtor's interest**     CONTRACT PARTY

         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SMITH, DERRON
Address available upon request

2.805.   **Title of contract**                AGREEMENT

         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT
         **lease is for**

         **Nature of debtor's interest**     CONTRACT PARTY

         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SMITH, DEVEON
Address available upon request

2.806.   **Title of contract**                AGREEMENT

         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT
         **lease is for**

         **Nature of debtor's interest**     CONTRACT PARTY

         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SMITH, JACQUIES
Address available upon request

2.807.   **Title of contract**                AGREEMENT

         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT
         **lease is for**

         **Nature of debtor's interest**     CONTRACT PARTY

         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SMITH, OTIS
Address available upon request

2.808.   **Title of contract**                AGREEMENT

         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT
         **lease is for**

         **Nature of debtor's interest**     CONTRACT PARTY

         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SMITH, SAIVION
Address available upon request

2.809.   **Title of contract**                 AGREEMENT                                        State the name and mailing address
                                                                                               for all other parties with whom the
         **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT                 debtor has an executory contract or
         **lease is for**                                                                       unexpired lease

         **Nature of debtor's interest**       CONTRACT PARTY                                   SMITH, STEVEN
                                                                                               Address available upon request
         **State the term remaining**          _____

         **List the contract number of**       _____
         **any government contract**

2.810.   **Title of contract**                 AGREEMENT                                        State the name and mailing address
                                                                                               for all other parties with whom the
         **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT                 debtor has an executory contract or
         **lease is for**                                                                       unexpired lease

         **Nature of debtor's interest**       CONTRACT PARTY                                   SMITH, WILLIAM
                                                                                               Address available upon request
         **State the term remaining**          _____

         **List the contract number of**       _____
         **any government contract**

2.811.   **Title of contract**                 AGREEMENT                                        State the name and mailing address
                                                                                               for all other parties with whom the
         **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT                 debtor has an executory contract or
         **lease is for**                                                                       unexpired lease

         **Nature of debtor's interest**       CONTRACT PARTY                                   SOROH, ANDREW
                                                                                               Address available upon request
         **State the term remaining**          _____

         **List the contract number of**       _____
         **any government contract**

2.812.   **Title of contract**                 AGREEMENT                                        State the name and mailing address
                                                                                               for all other parties with whom the
         **State what the contract or**        COACH, PLAYER OR STAFF AGREEMENT                 debtor has an executory contract or
         **lease is for**                                                                       unexpired lease

         **Nature of debtor's interest**       CONTRACT PARTY                                   SOULEK, KELLEN
                                                                                               Address available upon request
         **State the term remaining**          _____

         **List the contract number of**       _____
         **any government contract**

2.813.   **Title of contract**                 VENDOR AGREEMENT                                 State the name and mailing address
                                                                                               for all other parties with whom the
         **State what the contract or**        MANAGED SERVICES PROVIDER                        debtor has an executory contract or
         **lease is for**                                                                       unexpired lease

         **Nature of debtor's interest**       CONTRACT PARTY                                   SOUNDVIEW IT SOLUTIONS LLC
                                                                                               PO BOX 3043
         **State the term remaining**          _____          FAIRFIELD CT 06824

         **List the contract number of**       _____
         **any government contract**

2.814.   **Title of contract**              VENDOR AGREEMENT                          State the name and mailing address
                                                                                    for all other parties with whom the
        **State what the contract or**      MEDIA SUPPORT                            debtor has an executory contract or
        **lease is for**                                                            unexpired lease

        **Nature of debtor's interest**     CONTRACT PARTY                           SPERO MEDIA
                                                                                    295 MADISON AVE STE 1705
        **State the term remaining**        _____                 NEW YORK NY 10017

        **List the contract number of**     _____
        **any government contract**

2.815.   **Title of contract**              VENDOR AGREEMENT                          State the name and mailing address
                                                                                    for all other parties with whom the
        **State what the contract or**      RADIO AGREEMENT                          debtor has an executory contract or
        **lease is for**                                                            unexpired lease

        **Nature of debtor's interest**     CONTRACT PARTY                           SPORTSTALK 790
                                                                                    2000 WEST LOOP SOUTH
        **State the term remaining**        _____                 STE 300
                                                                                    HOUSTON TX 77027
        **List the contract number of**     _____
        **any government contract**

2.816.   **Title of contract**              VENDOR AGREEMENT                          State the name and mailing address
                                                                                    for all other parties with whom the
        **State what the contract or**      HOTEL                                    debtor has an executory contract or
        **lease is for**                                                            unexpired lease

        **Nature of debtor's interest**     CONTRACT PARTY                           SPRINGHILL SUITES
                                                                                    3099 RAIDER TRL SOUTH
        **State the term remaining**        _____                 BRIDGETON MO 63044

        **List the contract number of**     _____
        **any government contract**

2.817.   **Title of contract**              AGREEMENT                                State the name and mailing address
                                                                                    for all other parties with whom the
        **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT         debtor has an executory contract or
        **lease is for**                                                            unexpired lease

        **Nature of debtor's interest**     CONTRACT PARTY                           SPRINGS, ARRION
                                                                                    Address available upon request
        **State the term remaining**        _____

        **List the contract number of**     _____
        **any government contract**

2.818.   **Title of contract**              AGREEMENT                                State the name and mailing address
                                                                                    for all other parties with whom the
        **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT         debtor has an executory contract or
        **lease is for**                                                            unexpired lease

        **Nature of debtor's interest**     CONTRACT PARTY                           SPRINKLE, TRACY
                                                                                    Address available upon request
        **State the term remaining**        _____

        **List the contract number of**     _____
        **any government contract**

2.819.   **Title of contract**                AGREEMENT                                                    State the name and mailing address
                                                                                                          for all other parties with whom the
         **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT                             debtor has an executory contract or
         **lease is for**                                                                                 unexpired lease

         **Nature of debtor's interest**      CONTRACT PARTY                                               SPRUCE, NELSON
                                                                                                           Address available upon request
         **State the term remaining**         _____

         **List the contract number of**      _____
         **any government contract**

2.820.   **Title of contract**                AGREEMENT                                                    State the name and mailing address
                                                                                                          for all other parties with whom the
         **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT                             debtor has an executory contract or
         **lease is for**                                                                                 unexpired lease

         **Nature of debtor's interest**      CONTRACT PARTY                                               SPURRIER, SCOTT
                                                                                                           Address available upon request
         **State the term remaining**         _____

         **List the contract number of**      _____
         **any government contract**

2.821.   **Title of contract**                VENDOR AGREEMENT                                             State the name and mailing address
                                                                                                          for all other parties with whom the
         **State what the contract or**       GAMEDAY STAFF PARKING ONLY (PREPAID)                         debtor has an executory contract or
         **lease is for**                                                                                 unexpired lease

         **Nature of debtor's interest**      CONTRACT PARTY                                               ST LOUIS PARKING CO
                                                                                                           1617 S 3RD ST
         **State the term remaining**         _____    ST. LOUIS MO 63104

         **List the contract number of**      _____
         **any government contract**

2.822.   **Title of contract**                VENDOR AGREEMENT                                             State the name and mailing address
                                                                                                          for all other parties with whom the
         **State what the contract or**       DIGITAL/PRINT MARKETING                                      debtor has an executory contract or
         **lease is for**                                                                                 unexpired lease

         **Nature of debtor's interest**      CONTRACT PARTY                                               ST LOUIS POST DISPATCH LLC
                                                                                                           PO BOX 4690
         **State the term remaining**         _____    CAROL STREAM IL 60197-4690

         **List the contract number of**      _____
         **any government contract**

2.823.   **Title of contract**                AMERICA'S CENTER DOME AT AMERICA'S CENTER XFL    State the name and mailing address
                                              LICENSE AGREEMENT                                            for all other parties with whom the
                                                                                                          debtor has an executory contract or
         **State what the contract or**       701 CONVENTION PLAZA, ST. LOUIS, MO 63101                    unexpired lease
         **lease is for**

         **Nature of debtor's interest**      CONTRACT PARTY                                               ST. LOUIS CONVENTION AND
                                                                                                           VISITORS COMMISSION
         **State the term remaining**         8/31/2022                                                    ATTENTION: KATHLEEN
                                                                                                           RATCLIFFE, PRESIDENT
         **List the contract number of**      _____    70 I CONVENTION PLAZA
         **any government contract**                                                                      SUITE 300
                                                                                                           ST. LOUIS MO 63101

**2.824.** **Title of contract**        VENDOR AGREEMENT                              State the name and mailing address
                                                                              for all other parties with whom the
         **State what the contract or**  RENTAL EQUIPMENT - FIELD SUITE         debtor has an executory contract or
         **lease is for**                                                     unexpired lease

         **Nature of debtor's interest** CONTRACT PARTY                         STAGES PLUS LLC
                                                                              6848 STAPOINT CT
         **State the term remaining**    _____      WINTER PARK FL 32792

         **List the contract number of** _____
         **any government contract**

**2.825.** **Title of contract**        AGREEMENT                              State the name and mailing address
                                                                              for all other parties with whom the
         **State what the contract or**  COACH, PLAYER OR STAFF AGREEMENT       debtor has an executory contract or
         **lease is for**                                                     unexpired lease

         **Nature of debtor's interest** CONTRACT PARTY                         STALLINGS, JERVONTIUS
                                                                              Address available upon request
         **State the term remaining**    _____

         **List the contract number of** _____
         **any government contract**

**2.826.** **Title of contract**        VENDOR AGREEMENT                        State the name and mailing address
                                                                              for all other parties with whom the
         **State what the contract or**  PR LLC FOR PUBLICITY                   debtor has an executory contract or
         **lease is for**                                                     unexpired lease

         **Nature of debtor's interest** CONTRACT PARTY                         STEINLIGHT MEDIA LLC
                                                                              SAMMY STEINLIGHT
         **State the term remaining**    _____      38 STONY HILL DR
                                                                              MORGANVILLE NJ 07751
         **List the contract number of** _____
         **any government contract**

**2.827.** **Title of contract**        AGREEMENT                              State the name and mailing address
                                                                              for all other parties with whom the
         **State what the contract or**  COACH, PLAYER OR STAFF AGREEMENT       debtor has an executory contract or
         **lease is for**                                                     unexpired lease

         **Nature of debtor's interest** CONTRACT PARTY                         STELTER, ANDREW
                                                                              Address available upon request
         **State the term remaining**    _____

         **List the contract number of** _____
         **any government contract**

**2.828.** **Title of contract**        VENDOR AGREEMENT                        State the name and mailing address
                                                                              for all other parties with whom the
         **State what the contract or**  BACKGROUND CHECKS                      debtor has an executory contract or
         **lease is for**                                                     unexpired lease

         **Nature of debtor's interest** CONTRACT PARTY                         STERLING TALENT SOLUTIONS
                                                                              STERLING INFOSYSTEMS INC
         **State the term remaining**    _____      PO BOX 35626
                                                                              NEWARK NJ 07193-5626
         **List the contract number of** _____
         **any government contract**

2.829.  | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
|---|---|---|
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | STEVENS, MICHAEL |
| **State the term remaining** | _____ | Address available upon request |
| **List the contract number of any government contract** | _____ | |

2.830.  | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
|---|---|---|
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | STOCKTON, JUSTIN |
| **State the term remaining** | _____ | Address available upon request |
| **List the contract number of any government contract** | _____ | |

2.831.  | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
|---|---|---|
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | STOOPS, ROBERT |
| **State the term remaining** | _____ | Address available upon request |
| **List the contract number of any government contract** | _____ | |

2.832.  | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
|---|---|---|
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | STRACHAN, CONNOR |
| **State the term remaining** | _____ | Address available upon request |
| **List the contract number of any government contract** | _____ | |

2.833.  | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
|---|---|---|
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | STRIBLING, CHANNING |
| **State the term remaining** | _____ | Address available upon request |
| **List the contract number of any government contract** | _____ | |

| 2.834. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | STUBBS, ANTHONY |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.835. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SUAN, WESLEY |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.836. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SUMMERS, JAMAR |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.837. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | GOLF CARTS | |
| | Nature of debtor's interest | CONTRACT PARTY | SUNBELT RENTALS INC |
| | State the term remaining | | PO BOX 409211 |
| | List the contract number of any government contract | | ATLANTA GA 30384-9211 |

| 2.838. | Title of contract | LICENSE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | 134 HOPPER AVENUE, WALDWICK, NEW JERSEY | |
| | Nature of debtor's interest | CONTRACT PARTY | SUPERDOME NORTH JERSEY LLC |
| | State the term remaining | NOT SIGNED | 134 HOPPER AVENUE |
| | List the contract number of any government contract | | WALDWICK NJ 07463 |

| 2.839. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SUTHERLAND, JAKE |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.840. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SUTTON, WESLEY |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.841. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SUTTON, WILLIAM |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.842. | Title of contract | XFL SPONSORSHIP AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | SWIRE COCA-COLA |
| | State the term remaining | | 1150 124TH AVE NE |
| | List the contract number of any government contract | | BELLEVUE WA 98005 |

| 2.843. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SYKES, NAPOLEON |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.844. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SYLVE, BRADLEY |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.845. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PHOTOGRAPHER | |
| | Nature of debtor's interest | CONTRACT PARTY | SZPAKOWSKI, DAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.846. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | TA'AMU, JORDAN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.847. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SOCIAL AGGREGATION TOOL | |
| | Nature of debtor's interest | CONTRACT PARTY | TAGBOARD INC |
| | State the term remaining | | 8383 158TH AVE NE STE 110 |
| | List the contract number of any government contract | | REDMOND WA 98052 |

| 2.848. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | HOTEL | |
| | Nature of debtor's interest | CONTRACT PARTY | TAMPA AIRPORT MARRIOTT |
| | State the term remaining | | CCMH TAMPA AP LLC |
| | List the contract number of any government contract | | 4200 GEORGE J BEAN PKWY |
| | | | TAMPA FL 33607 |

2.849.  **Title of contract**          VENDOR AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**          ADVERTISING AND PROMOTION

       **Nature of debtor's interest**          CONTRACT PARTY          TAMPA BAY BUSINESS JOURNAL
4890 W KENNEDY BLVD #850
TAMPA FL 33609

       **State the term remaining**          _____

       **List the contract number of any government contract**          _____

2.850.  **Title of contract**          VENUE USE AGREEMENT                 **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**          RAYMOND JAMES STADIUM, 4201 N. DALE MABRY HIGHWAY, TAMPA, FL 33607

       **Nature of debtor's interest**          CONTRACT PARTY          TAMPA SPORTS AUTHORITY
ATTN: PRESIDENT/CEO
       **State the term remaining**          6/30/2022          4201 N. DALE MABRY HWY.
TAMPA FL 33607

       **List the contract number of any government contract**          _____

2.851.  **Title of contract**          VENDOR AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**          PHOTOGRAPHER

       **Nature of debtor's interest**          CONTRACT PARTY          TAPIA PHOTO LLC
RIC TAPIA
PO BOX 17056
       **State the term remaining**          _____          RENO NV 89511

       **List the contract number of any government contract**          _____

2.852.  **Title of contract**          AGREEMENT                           **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**          COACH, PLAYER OR STAFF AGREEMENT

       **Nature of debtor's interest**          CONTRACT PARTY          TARPLEY, AUBREY
Address available upon request

       **State the term remaining**          _____

       **List the contract number of any government contract**          _____

2.853.  **Title of contract**          AGREEMENT                           **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**          COACH, PLAYER OR STAFF AGREEMENT

       **Nature of debtor's interest**          CONTRACT PARTY          TASINI, PASONI
Address available upon request

       **State the term remaining**          _____

       **List the contract number of any government contract**          _____

2.854.  **Title of contract**            AGREEMENT                                           State the name and mailing address
                                                                                              for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT                     debtor has an executory contract or
        **lease is for**                                                                      unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                                       TATUM, ROMAN
                                                                                              Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

2.855.  **Title of contract**            AGREEMENT                                           State the name and mailing address
                                                                                              for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT                     debtor has an executory contract or
        **lease is for**                                                                      unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                                       TAVECCHIO, GIORGIO
                                                                                              Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

2.856.  **Title of contract**            VENDOR AGREEMENT                                     State the name and mailing address
                                                                                              for all other parties with whom the
        **State what the contract or**   GAMEDAY ENTERTAINMENT                                debtor has an executory contract or
        **lease is for**                                                                      unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                                       TAYLOR ENTERTAINMENT INC
                                                                                              7141 WALKER ST
        **State the term remaining**     _____                 LA PALMA CA 90623

        **List the contract number of**  _____
        **any government contract**

2.857.  **Title of contract**            AGREEMENT                                           State the name and mailing address
                                                                                              for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT                     debtor has an executory contract or
        **lease is for**                                                                      unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                                       TAYLOR, COLTON
                                                                                              Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

2.858.  **Title of contract**            AGREEMENT                                           State the name and mailing address
                                                                                              for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT                     debtor has an executory contract or
        **lease is for**                                                                      unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                                       TAYLOR, DEVIN
                                                                                              Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

2.859.  **Title of contract**            VENDOR AGREEMENT                        State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**   VIDEO TRANSFORMATION SOFTWARE           debtor has an executory contract or
        **lease is for**                                                        unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                         TELESTREAM INC
                                                                                848 GOLD FLAT RD
        **State the term remaining**     _____       NEVADA CITY CA 95959

        **List the contract number of**  _____
        **any government contract**


2.860.  **Title of contract**            AGREEMENT                              State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT        debtor has an executory contract or
        **lease is for**                                                        unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                         TEMPLE, NICHOLAS
                                                                                Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**


2.861.  **Title of contract**            AGREEMENT                              State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT        debtor has an executory contract or
        **lease is for**                                                        unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                         TEUHEMA, TRISTAN
                                                                                Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**


2.862.  **Title of contract**            AGREEMENT                              State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT        debtor has an executory contract or
        **lease is for**                                                        unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                         TEXADA, RANTHONY
                                                                                Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**


2.863.  **Title of contract**            VENDOR AGREEMENT                        State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**   CONTENT PRODUCER                        debtor has an executory contract or
        **lease is for**                                                        unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                         THE ASSOCIATED PRESS
                                                                                PO BOX 414212
        **State the term remaining**     _____       BOSTON MA 02241-4212

        **List the contract number of**  _____
        **any government contract**

2.864.    **Title of contract**            XFL GLOBAL (LEAGUE-WIDE) SPONSORSHIP          **State the name and mailing address**
                                          AGREEMENT                                    **for all other parties with whom the**
                                                                                       **debtor has an executory contract or**
         **State what the contract or**    SERVICES                                     **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**   CONTRACT PARTY                               THE GATORADE COMPANY
                                                                                       THOMAS PROCHASKA
         **State the term remaining**      _____            555 WEST MONROE ST 102
                                                                                       CHICAGO IL 60661
         **List the contract number of**   _____
         **any government contract**


2.865.    **Title of contract**            PRINCE GEORGE'S SPORTS & LEARNING COMPLEX,    **State the name and mailing address**
                                          SPECIAL EVENTS AGREEMENT                      **for all other parties with whom the**
                                                                                       **debtor has an executory contract or**
         **State what the contract or**    PRINCE GEORGE'S SPORTS & LEARNING COMPLEX,   **unexpired lease**
         **lease is for**                  8001 SHERIFF ROAD, LANDOVER, MARYLAND 20785

         **Nature of debtor's interest**   CONTRACT PARTY                               THE MARYLAND-NATIONAL
                                                                                       CAPITAL PARK AND PLANNING
         **State the term remaining**      4/23/2020                                    COMMISSION
                                                                                       ASUNTHA CHIANG-SMITH,
         **List the contract number of**   _____            EXECUTIVE DIRECTOR
         **any government contract**                                                    6611 KENILWORTH AVENUE
                                                                                       SUITE 402
                                                                                       RIVERDALE MD 20737


2.866.    **Title of contract**            XFL LICENSING AGREEMENT                      **State the name and mailing address**
                                                                                       **for all other parties with whom the**
         **State what the contract or**    SERVICES                                     **debtor has an executory contract or**
         **lease is for**                                                               **unexpired lease**

         **Nature of debtor's interest**   CONTRACT PARTY                               THE NORMAL BRAND
                                                                                       396A N. EUCLID AVENUE
         **State the term remaining**      _____            ST. LOUIS MO 63108

         **List the contract number of**   _____
         **any government contract**


2.867.    **Title of contract**            VENDOR AGREEMENT                             **State the name and mailing address**
                                                                                       **for all other parties with whom the**
         **State what the contract or**    EMAIL MARKETING                              **debtor has an executory contract or**
         **lease is for**                                                               **unexpired lease**

         **Nature of debtor's interest**   CONTRACT PARTY                               THE ROCKET SCIENCE GROUP
                                                                                       LLC
         **State the term remaining**      _____            675 PONCE DE LEON AVE NE STE
                                                                                       5000
         **List the contract number of**   _____            ATLANTA GA 30308
         **any government contract**


2.868.    **Title of contract**            XFL LICENSING AGREEMENT                      **State the name and mailing address**
                                                                                       **for all other parties with whom the**
         **State what the contract or**    SERVICES                                     **debtor has an executory contract or**
         **lease is for**                                                               **unexpired lease**

         **Nature of debtor's interest**   CONTRACT PARTY                               THE TOPPS COMPANY
                                                                                       ONE WHITEHALL STREET
         **State the term remaining**      _____            NEW YORK NY 10004

         **List the contract number of**   _____
         **any government contract**

2.869.   **Title of contract**                VENDOR AGREEMENT                    State the name and mailing address
                                                                                 for all other parties with whom the
         **State what the contract or**      HOTEL                              debtor has an executory contract or
         **lease is for**                                                        unexpired lease

         **Nature of debtor's interest**     CONTRACT PARTY                      THE WHITEHALL HOTEL
                                                                                 1700 SMITH ST
         **State the term remaining**        _____    HOUSTON TX 77002

         **List the contract number of**     _____
         **any government contract**

2.870.   **Title of contract**                AGREEMENT                          State the name and mailing address
                                                                                 for all other parties with whom the
         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT    debtor has an executory contract or
         **lease is for**                                                        unexpired lease

         **Nature of debtor's interest**     CONTRACT PARTY                      THEREZIE, ROBENSON
                                                                                 Address available upon request
         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

2.871.   **Title of contract**                VENDOR AGREEMENT                    State the name and mailing address
                                                                                 for all other parties with whom the
         **State what the contract or**      GAMEDAY VIDEO TRANSMISSION, INTERNET AND DATA   debtor has an executory contract or
         **lease is for**                    TO STAMFORD SERVICES                unexpired lease

         **Nature of debtor's interest**     CONTRACT PARTY                      THESWITCH
                                                                                 60 HUDSON ST
         **State the term remaining**        _____    STE 201
                                                                                 NEW YORK NY 10013
         **List the contract number of**     _____
         **any government contract**

2.872.   **Title of contract**                AGREEMENT                          State the name and mailing address
                                                                                 for all other parties with whom the
         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT    debtor has an executory contract or
         **lease is for**                                                        unexpired lease

         **Nature of debtor's interest**     CONTRACT PARTY                      THOMAS, MATTHEW
                                                                                 Address available upon request
         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

2.873.   **Title of contract**                AGREEMENT                          State the name and mailing address
                                                                                 for all other parties with whom the
         **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT    debtor has an executory contract or
         **lease is for**                                                        unexpired lease

         **Nature of debtor's interest**     CONTRACT PARTY                      THOMAS, SHAMARKO
                                                                                 Address available upon request
         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

2.874.  **Title of contract**           AGREEMENT                                 State the name and mailing address
                                                                                  for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT          debtor has an executory contract or
        **lease is for**                                                          unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                           THOMPKINS, DEANDRE
                                                                                  Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

2.875.  **Title of contract**           AGREEMENT                                 State the name and mailing address
                                                                                  for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT          debtor has an executory contract or
        **lease is for**                                                          unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                           THOMPSON, COLIN
                                                                                  Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

2.876.  **Title of contract**           AGREEMENT                                 State the name and mailing address
                                                                                  for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT          debtor has an executory contract or
        **lease is for**                                                          unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                           THOMPSON, JORDAN
                                                                                  Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

2.877.  **Title of contract**           AGREEMENT                                 State the name and mailing address
                                                                                  for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT          debtor has an executory contract or
        **lease is for**                                                          unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                           THOMPSON, TRENTON
                                                                                  Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

2.878.  **Title of contract**           AGREEMENT                                 State the name and mailing address
                                                                                  for all other parties with whom the
        **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT          debtor has an executory contract or
        **lease is for**                                                          unexpired lease

        **Nature of debtor's interest**  CONTRACT PARTY                           THOMPSON, TYRELL
                                                                                  Address available upon request
        **State the term remaining**     _____

        **List the contract number of**  _____
        **any government contract**

2.879.   **Title of contract**            AGREEMENT                            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**   COACH, PLAYER OR STAFF AGREEMENT

         **Nature of debtor's interest**   CONTRACT PARTY                     THORNTON, JOSH
                                                                              Address available upon request
         **State the term remaining**      _____

         **List the contract number of any government contract**   _____

2.880.   **Title of contract**            AGREEMENT                            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**   COACH, PLAYER OR STAFF AGREEMENT

         **Nature of debtor's interest**   CONTRACT PARTY                     THRONEBURG, DEREK
                                                                              Address available upon request
         **State the term remaining**      _____

         **List the contract number of any government contract**   _____

2.881.   **Title of contract**            AGREEMENT                            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**   COACH, PLAYER OR STAFF AGREEMENT

         **Nature of debtor's interest**   CONTRACT PARTY                     THURMAN, JAMEER
                                                                              Address available upon request
         **State the term remaining**      _____

         **List the contract number of any government contract**   _____

2.882.   **Title of contract**            VENDOR AGREEMENT                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**   TICKET SALES

         **Nature of debtor's interest**   CONTRACT PARTY                     TICKETMASTER LLC
                                                                              CLAY LUTER EVP SPORTS
         **State the term remaining**      _____   STADIUM
                                                                              OUTDOOR AND COLLEGE SPORTS
         **List the contract number of any government contract**   _____   250 NORTH ORANGE AVE
                                                                              STE 1300
                                                                              ORLANDO FL 32801

2.883.   **Title of contract**            AGREEMENT                            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**   COACH, PLAYER OR STAFF AGREEMENT

         **Nature of debtor's interest**   CONTRACT PARTY                     TILLER, AARON
                                                                              Address available upon request
         **State the term remaining**      _____

         **List the contract number of any government contract**   _____

2.884. | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** — COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

TILLER, ANDREW
Address available upon request

**List the contract number of any government contract** — _____

2.885. | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** — COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

TILLERY, LENARD
Address available upon request

**List the contract number of any government contract** — _____

2.886. | **Title of contract** | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** — PHOTOGRAPHER

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

TOBIAS, JESSICA
Address available upon request

**List the contract number of any government contract** — _____

2.887. | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** — COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

TOCHO, JACK
Address available upon request

**List the contract number of any government contract** — _____

2.888. | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** — COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

TOLLIVER, JALEN
Address available upon request

**List the contract number of any government contract** — _____

2.889.  **Title of contract**                AGREEMENT                                          State the name and mailing address
                                                                                               for all other parties with whom the
        **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
        **lease is for**                                                                        unexpired lease

        **Nature of debtor's interest**      CONTRACT PARTY                                     TOOMER, KOREY
                                                                                               Address available upon request
        **State the term remaining**         _____

        **List the contract number of**      _____
        **any government contract**

2.890.  **Title of contract**                AGREEMENT                                          State the name and mailing address
                                                                                               for all other parties with whom the
        **State what the contract or**       COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
        **lease is for**                                                                        unexpired lease

        **Nature of debtor's interest**      CONTRACT PARTY                                     TOTH, JONATHON
                                                                                               Address available upon request
        **State the term remaining**         _____

        **List the contract number of**      _____
        **any government contract**

2.891.  **Title of contract**                APPLICATION FOR PERMIT                             State the name and mailing address
                                                                                               for all other parties with whom the
        **State what the contract or**       TORNE VALLEY SPORTS COMPLEX- 2020 TURF FIELD       debtor has an executory contract or
        **lease is for**                                                                        unexpired lease

        **Nature of debtor's interest**      LESSEE                                             TOWN OF RAMAPO
                                                                                               PARKS & RECREATION
        **State the term remaining**         4/11/2020                                          DEPARTMENT
                                                                                               3 PALISADES CREDIT UNION PARK
        **List the contract number of**      _____               DR.
        **any government contract**                                                             POMONA NY 10970

2.892.  **Title of contract**                APPLICATION FOR PERMIT                             State the name and mailing address
                                                                                               for all other parties with whom the
        **State what the contract or**       TORNE VALLEY SPORTS COMPLEX- 2020 TURF FIELD       debtor has an executory contract or
        **lease is for**                                                                        unexpired lease

        **Nature of debtor's interest**      LESSEE                                             TOWN OF RAMAPO
                                                                                               PARKS & RECREATION
        **State the term remaining**         4/11/2020                                          DEPARTMENT
                                                                                               3 PALISADES CREDIT UNION PARK
        **List the contract number of**      _____               DR.
        **any government contract**                                                             POMONA NY 10970

2.893.  **Title of contract**                VENDOR AGREEMENT                                   State the name and mailing address
                                                                                               for all other parties with whom the
        **State what the contract or**       TRANSPORTATION SERVICES                            debtor has an executory contract or
        **lease is for**                                                                        unexpired lease

        **Nature of debtor's interest**      CONTRACT PARTY                                     TRANSPORTATION CHARTER SVC
                                                                                               1931 NORTH BATAVIA ST
        **State the term remaining**         _____               ORANGE CA 92865

        **List the contract number of**      _____
        **any government contract**

2.894. | **Title of contract** | INSURANCE POLICY | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for** CRIME POLICY 107104592

**Nature of debtor's interest** INSURED

**State the term remaining** 6/1/2020

**List the contract number of any government contract** _____

TRAVELERS
ONE TOWER SQUARE
HARTFORD CT 06183

---

2.895. **Title of contract** AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** _____

**List the contract number of any government contract** _____

TRESTMAN, MARC
Address available upon request

---

2.896. **Title of contract** AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** _____

**List the contract number of any government contract** _____

TRETOLA, SEBASTIAN
Address available upon request

---

2.897. **Title of contract** INSURANCE POLICY

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** WORKERS' COMPENSATION POLICY WCA 7503224 12

**Nature of debtor's interest** INSURED

**State the term remaining** 6/1/2020

**List the contract number of any government contract** _____

TRI STATE INSURANCE COMPANY
OF MINNESOTA
1250 EAST DIEHL RD
STE 200
NAPERVILLE IL 60563-9305

---

2.898. **Title of contract** AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** _____

**List the contract number of any government contract** _____

TRIPUCKA, SHANE
Address available upon request

2.899.   **Title of contract**              AGREEMENT                                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**    COACH, PLAYER OR STAFF AGREEMENT

         **Nature of debtor's interest**    CONTRACT PARTY                                     TRUESDELL, NICHOLAS
                                                                                               Address available upon request
         **State the term remaining**       _____

         **List the contract number of any government contract**    _____

2.900.   **Title of contract**              XFL PARTNERSHIP AGREEMENT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**    SERVICES

         **Nature of debtor's interest**    CONTRACT PARTY                                     TSG INTERACTIVE US SERVICES LIMITED
         **State the term remaining**       _____                   1855 GRIFFIN ROAD
                                                                                               SUITE C450; DCOTA OFFICE CENTER
         **List the contract number of any government contract**    _____    DANIA BEACH FL 33004

2.901.   **Title of contract**              AGREEMENT                                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**    COACH, PLAYER OR STAFF AGREEMENT

         **Nature of debtor's interest**    CONTRACT PARTY                                     TUCKER, MARQUEZ
                                                                                               Address available upon request
         **State the term remaining**       _____

         **List the contract number of any government contract**    _____

2.902.   **Title of contract**              AGREEMENT                                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**    COACH, PLAYER OR STAFF AGREEMENT

         **Nature of debtor's interest**    CONTRACT PARTY                                     TULEY-TILLMAN, LATONYA
                                                                                               Address available upon request
         **State the term remaining**       _____

         **List the contract number of any government contract**    _____

2.903.   **Title of contract**              AGREEMENT                                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**    COACH, PLAYER OR STAFF AGREEMENT

         **Nature of debtor's interest**    CONTRACT PARTY                                     TUPOU, TANIELA
                                                                                               Address available upon request
         **State the term remaining**       _____

         **List the contract number of any government contract**    _____

| | | |
|---|---|---|
| 2.904. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UHATAFE, SALESI |
| | **State the term remaining** | | Address available upon request |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.905. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SECONDARY VIDEO BOARD | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ULTIMATE OUTDOOR ENTERTAINMENT |
| | **State the term remaining** | | 9600 GREAT HILLS TRL STE 150W |
| | **List the contract number of any government contract** | | AUSTIN TX 78759 |

| | | |
|---|---|---|
| 2.906. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CONSULTING (REFEREES) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNDER THE HOOD |
| | **State the term remaining** | | 21 WATERWAY AVE STE 425 |
| | **List the contract number of any government contract** | | THE WOODLANDS TX 77380 |

| | | |
|---|---|---|
| 2.907. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHARTER AIR | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED AIRLINES INC |
| | **State the term remaining** | | CHARTER DEPT |
| | **List the contract number of any government contract** | | 233 S WACKER DR CHICAGO IL 60606 |

| | | |
|---|---|---|
| 2.908. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | UNIVERSITY OF HOUSTON | |
| | **Nature of debtor's interest** | LESSEE | UNIVERSITY OF HOUSTON |
| | **State the term remaining** | 4/30/2023 | 3874 HOLMAN STREET SUITE C |
| | **List the contract number of any government contract** | | HOUSTON TX 77004 |

| 2.909. | Title of contract | VENUE USE AGREEMENT BETWEEN UNIVERSITY OF HOUSTON FOR THE BENEFIT OF ITS TDECU STADIUM AND ALPHA ENTERTAINMENT LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | TDECU STADIUM USE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | UNIVERSITY OF HOUSTON ATTENTION: DAVID TAGLIARINO 3204 CULLEN BOULEVARD SUITE 2002 HOUSTON TX 77204 |
| | State the term remaining | 6/30/2024 | |
| | List the contract number of any government contract | | |

| 2.910. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | VAAS, PETER Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.911. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | VAHE, PATRICK Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.912. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | VAKAMEILALO, KALANI Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.913. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | VANDERKAMP, ELIZABETH Address available upon request |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.914. | Title of contract | XFL PRODUCTION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | VEGAS SPORTS INFORMATION NETWORK, INC |
| | State the term remaining | | 3033 SIMPSON STREET EVANSTON IL 60201 |
| | List the contract number of any government contract | | |

| 2.915. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VELO CLOUD HARDWARE RENTAL | |
| | Nature of debtor's interest | CONTRACT PARTY | VELOCLOUD NETWORKS |
| | State the term remaining | | 3401 HILLVIEW AVE PALO ALTO CA 94304 |
| | List the contract number of any government contract | | |

| 2.916. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VELO CLOUD SD-WAN SERVICE | |
| | Nature of debtor's interest | CONTRACT PARTY | VELOCLOUD NETWORKS |
| | State the term remaining | | 3401 HILLVIEW AVE PALO ALTO CA 94304 |
| | List the contract number of any government contract | | |

| 2.917. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | VICTOR, DARIUS |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.918. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT PRODUCER | |
| | Nature of debtor's interest | CONTRACT PARTY | VIDIOTS POST LLC |
| | State the term remaining | | DONNA BRUCALE 200 VARICK ST STE 501 NEW YORK NY 10014 |
| | List the contract number of any government contract | | |

| 2.919. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | VINKLAREK, RONNIE |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.920. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT PRODUCER | |
| | Nature of debtor's interest | CONTRACT PARTY | VIRIDITY ENTERTAINMENT SVC |
| | State the term remaining | | 1 BLUE HILL PLZ #1509 |
| | List the contract number of any government contract | | PEARL RIVER NY 10965 |

| 2.921. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PHOTOGRAPHER | |
| | Nature of debtor's interest | CONTRACT PARTY | VISHAWANAT*DILIP |
| | State the term remaining | | ST LOUIS BUSINESS JOURNAL |
| | | | OLD POST OFFICE |
| | List the contract number of any government contract | | 815 OLIVE ST STE 100 |
| | | | ST. LOUIS MO 63101 |

| 2.922. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | VOGEL, JUSTIN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.923. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | HOTEL | |
| | Nature of debtor's interest | CONTRACT PARTY | W SEATTLE |
| | State the term remaining | | 1112 4TH AVE |
| | List the contract number of any government contract | | SEATTLE WA 98101 |

2.924.

| Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| Nature of debtor's interest | CONTRACT PARTY | WACHA, LUCAS |
| State the term remaining | | Address available upon request |
| List the contract number of any government contract | | |

2.925.

| Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| Nature of debtor's interest | CONTRACT PARTY | WADE, D'MONTRE |
| State the term remaining | | Address available upon request |
| List the contract number of any government contract | | |

2.926.

| Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| Nature of debtor's interest | CONTRACT PARTY | WALDEN, DAVID |
| State the term remaining | | Address available upon request |
| List the contract number of any government contract | | |

2.927.

| Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| State what the contract or lease is for | CONTENT SERIES PRODUCTION | |
| Nature of debtor's interest | CONTRACT PARTY | WALK SWIFTLY PRODUCTIONS |
| State the term remaining | | BONNIE BERNSTEIN |
| List the contract number of any government contract | | 61 W 62ND ST STE 9G<br>NEW YORK NY 10023 |

2.928.

| Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| Nature of debtor's interest | CONTRACT PARTY | WALKER, CAVON |
| State the term remaining | | Address available upon request |
| List the contract number of any government contract | | |

2.929.  | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for**     COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**     CONTRACT PARTY

WALKER, RICHARD
Address available upon request

**State the term remaining**     _____

**List the contract number of any government contract**     _____

---

2.930.  **Title of contract**     AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**     CONTRACT PARTY

WALLACE, BRIAN
Address available upon request

**State the term remaining**     _____

**List the contract number of any government contract**     _____

---

2.931.  **Title of contract**     AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**     CONTRACT PARTY

WALLACE, DWAYNE
Address available upon request

**State the term remaining**     _____

**List the contract number of any government contract**     _____

---

2.932.  **Title of contract**     AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**     CONTRACT PARTY

WALTER, AUSTIN
Address available upon request

**State the term remaining**     _____

**List the contract number of any government contract**     _____

---

2.933.  **Title of contract**     AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest**     CONTRACT PARTY

WARD, CHANNING
Address available upon request

**State the term remaining**     _____

**List the contract number of any government contract**     _____

2.934. | **Title of contract** | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** HALF PAGE AD, WITH BONUS HALF PAGE AD (BOTH RAN: (3/6, 3/13)

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** _____

**List the contract number of any government contract** _____

WASHINGTON BUSINESS JOURNAL
16770 COLLECTIONS CTR DR
CHICAGO IL 60693

---

2.935. **Title of contract** AGREEMENT

**State what the contract or lease is for** COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** _____

**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WASHINGTON, LADIMIAN
Address available upon request

---

2.936. **Title of contract** VENDOR AGREEMENT

**State what the contract or lease is for** CONTENT PRODUCER

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** _____

**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WATERLINE LLC
ERIC BROWN
232 ELIZABETH ST UNIT 1E
NEW YORK NY 10012

---

2.937. **Title of contract** AGREEMENT

**State what the contract or lease is for** COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** _____

**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WATERS, HERBERT
Address available upon request

---

2.938. **Title of contract** AGREEMENT

**State what the contract or lease is for** COACH, PLAYER OR STAFF AGREEMENT

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** _____

**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WATSON, TRE
Address available upon request

| 2.939. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | WEATHERSBY, TOBY |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.940. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | WEISS, BRANT |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.941. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EQUIPMENT LEASE | |
| | Nature of debtor's interest | CONTRACT PARTY | WELLS FARGO RICOH |
| | State the term remaining | | PO BOX 41564 |
| | List the contract number of any government contract | | PHILADELPHIA PA 19101-1564 |

| 2.942. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | WESLEY, DEONDRE |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.943. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONSULTING SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | WEST RIDGE ASSOCIATES LLC |
| | State the term remaining | | 15468 ALBRIGHT ST |
| | List the contract number of any government contract | | PACIFIC PALISADES CA 90272 |

**2.944.**   **Title of contract**              VENDOR AGREEMENT                    State the name and mailing address
                                                                                for all other parties with whom the
             **State what the contract or**    RADIO ADVERTISING                  debtor has an executory contract or
             **lease is for**                                                     unexpired lease

             **Nature of debtor's interest**   CONTRACT PARTY                     WFAN RADIO
                                                                                  345 HUDSON ST
             **State the term remaining**       _____          10TH FLOOR
                                                                                  NEW YORK NY 10014
             **List the contract number of**    _____
             **any government contract**

**2.945.**   **Title of contract**              AGREEMENT                          State the name and mailing address
                                                                                for all other parties with whom the
             **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT    debtor has an executory contract or
             **lease is for**                                                     unexpired lease

             **Nature of debtor's interest**   CONTRACT PARTY                     WHALEY, DOUGLASS
                                                                                  Address available upon request
             **State the term remaining**       _____

             **List the contract number of**    _____
             **any government contract**

**2.946.**   **Title of contract**              AGREEMENT                          State the name and mailing address
                                                                                for all other parties with whom the
             **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT    debtor has an executory contract or
             **lease is for**                                                     unexpired lease

             **Nature of debtor's interest**   CONTRACT PARTY                     WHITE, MARQUEZ
                                                                                  Address available upon request
             **State the term remaining**       _____

             **List the contract number of**    _____
             **any government contract**

**2.947.**   **Title of contract**              AGREEMENT                          State the name and mailing address
                                                                                for all other parties with whom the
             **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT    debtor has an executory contract or
             **lease is for**                                                     unexpired lease

             **Nature of debtor's interest**   CONTRACT PARTY                     WHITE, RYAN
                                                                                  Address available upon request
             **State the term remaining**       _____

             **List the contract number of**    _____
             **any government contract**

**2.948.**   **Title of contract**              AGREEMENT                          State the name and mailing address
                                                                                for all other parties with whom the
             **State what the contract or**    COACH, PLAYER OR STAFF AGREEMENT    debtor has an executory contract or
             **lease is for**                                                     unexpired lease

             **Nature of debtor's interest**   CONTRACT PARTY                     WHITE, TEDERAL
                                                                                  Address available upon request
             **State the term remaining**       _____

             **List the contract number of**    _____
             **any government contract**

2.949. **Title of contract**                    AGREEMENT                                                    State the name and mailing address
                                                                                                              for all other parties with whom the
       **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT                              debtor has an executory contract or
       **lease is for**                                                                                       unexpired lease

       **Nature of debtor's interest**          CONTRACT PARTY                                                WHITFIELD, LEVONTE
                                                                                                              Address available upon request
       **State the term remaining**             _____

       **List the contract number of**          _____
       **any government contract**

2.950. **Title of contract**                    AGREEMENT                                                    State the name and mailing address
                                                                                                              for all other parties with whom the
       **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT                              debtor has an executory contract or
       **lease is for**                                                                                       unexpired lease

       **Nature of debtor's interest**          CONTRACT PARTY                                                WHITLEY, CARL
                                                                                                              Address available upon request
       **State the term remaining**             _____

       **List the contract number of**          _____
       **any government contract**

2.951. **Title of contract**                    AGREEMENT                                                    State the name and mailing address
                                                                                                              for all other parties with whom the
       **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT                              debtor has an executory contract or
       **lease is for**                                                                                       unexpired lease

       **Nature of debtor's interest**          CONTRACT PARTY                                                WHITLOCK, NIKITA
                                                                                                              Address available upon request
       **State the term remaining**             _____

       **List the contract number of**          _____
       **any government contract**

2.952. **Title of contract**                    AGREEMENT                                                    State the name and mailing address
                                                                                                              for all other parties with whom the
       **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT                              debtor has an executory contract or
       **lease is for**                                                                                       unexpired lease

       **Nature of debtor's interest**          CONTRACT PARTY                                                WICK, BRUCE
                                                                                                              Address available upon request
       **State the term remaining**             _____

       **List the contract number of**          _____
       **any government contract**

2.953. **Title of contract**                    AGREEMENT                                                    State the name and mailing address
                                                                                                              for all other parties with whom the
       **State what the contract or**           COACH, PLAYER OR STAFF AGREEMENT                              debtor has an executory contract or
       **lease is for**                                                                                       unexpired lease

       **Nature of debtor's interest**          CONTRACT PARTY                                                WICKER, JOSEPH
                                                                                                              Address available upon request
       **State the term remaining**             _____

       **List the contract number of**          _____
       **any government contract**

2.954.   **Title of contract**            VENDOR AGREEMENT                          State the name and mailing address
                                                                                   for all other parties with whom the
         **State what the contract or**   LIVE VIDEO CLIPPING                       debtor has an executory contract or
         **lease is for**                                                          unexpired lease

         **Nature of debtor's interest**  CONTRACT PARTY                            WILDMOKA
                                                                                   535 ROUTE DES LUCIOLES
         **State the term remaining**     _____         AQUEDUCS BAT 1
                                                                                   SOPHIA ANTIPOLIS 06560
         **List the contract number of**  _____         FRANCE
         **any government contract**


2.955.   **Title of contract**            AGREEMENT                                State the name and mailing address
                                                                                   for all other parties with whom the
         **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT          debtor has an executory contract or
         **lease is for**                                                          unexpired lease

         **Nature of debtor's interest**  CONTRACT PARTY                            WILDS, BRANDON
                                                                                   Address available upon request
         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**


2.956.   **Title of contract**            AGREEMENT                                State the name and mailing address
                                                                                   for all other parties with whom the
         **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT          debtor has an executory contract or
         **lease is for**                                                          unexpired lease

         **Nature of debtor's interest**  CONTRACT PARTY                            WILEY, LADARIUS
                                                                                   Address available upon request
         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**


2.957.   **Title of contract**            VENDOR AGREEMENT                          State the name and mailing address
                                                                                   for all other parties with whom the
         **State what the contract or**   CONSULTANT SERVICES AMENDMENT             debtor has an executory contract or
         **lease is for**                                                          unexpired lease

         **Nature of debtor's interest**  CONTRACT PARTY                            WILLIAM MORRIS ENDEAVOR
                                                                                   9601 WILSHIRE BLVD
         **State the term remaining**     _____         3RD FLOOR
                                                                                   BEVERLY HILLS CA 90210
         **List the contract number of**  _____
         **any government contract**


2.958.   **Title of contract**            AGREEMENT                                State the name and mailing address
                                                                                   for all other parties with whom the
         **State what the contract or**   COACH, PLAYER OR STAFF AGREEMENT          debtor has an executory contract or
         **lease is for**                                                          unexpired lease

         **Nature of debtor's interest**  CONTRACT PARTY                            WILLIAMS, ANDRE
                                                                                   Address available upon request
         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.959. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PHOTOGRAPHER |
| **Nature of debtor's interest** | CONTRACT PARTY | WILLIAMS, CHRIS
Address available upon request
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.960. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY | WILLIAMS, DAN
Address available upon request
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.961. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY | WILLIAMS, DEVONTE
Address available upon request
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.962. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY | WILLIAMS, ISAIAH
Address available upon request
| **State the term remaining** | |
| **List the contract number of any government contract** | |

2.963. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | COACH, PLAYER OR STAFF AGREEMENT |
| **Nature of debtor's interest** | CONTRACT PARTY | WILLIAMS, JERRY
Address available upon request
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**2.964.**    **Title of contract**      AGREEMENT

     **State what the contract or lease is for**      COACH, PLAYER OR STAFF AGREEMENT

     **Nature of debtor's interest**      CONTRACT PARTY

     **State the term remaining**

     **List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILLIAMS, KASEN
Address available upon request

---

**2.965.**    **Title of contract**      AGREEMENT

     **State what the contract or lease is for**      COACH, PLAYER OR STAFF AGREEMENT

     **Nature of debtor's interest**      CONTRACT PARTY

     **State the term remaining**

     **List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILLIAMS, MARQUEZ
Address available upon request

---

**2.966.**    **Title of contract**      AGREEMENT

     **State what the contract or lease is for**      COACH, PLAYER OR STAFF AGREEMENT

     **Nature of debtor's interest**      CONTRACT PARTY

     **State the term remaining**

     **List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILLIAMS, MARQUISE
Address available upon request

---

**2.967.**    **Title of contract**      AGREEMENT

     **State what the contract or lease is for**      COACH, PLAYER OR STAFF AGREEMENT

     **Nature of debtor's interest**      CONTRACT PARTY

     **State the term remaining**

     **List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILLIAMS, STEVEN
Address available upon request

---

**2.968.**    **Title of contract**      AGREEMENT

     **State what the contract or lease is for**      COACH, PLAYER OR STAFF AGREEMENT

     **Nature of debtor's interest**      CONTRACT PARTY

     **State the term remaining**

     **List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILLIAMS, TREY
Address available upon request

2.969.  **Title of contract**               AGREEMENT                                          State the name and mailing address
                                                                                               for all other parties with whom the
        **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
        **lease is for**                                                                       unexpired lease

        **Nature of debtor's interest**     CONTRACT PARTY                                     WILSON, MICHAEL
                                                                                               Address available upon request
        **State the term remaining**        _____

        **List the contract number of**     _____
        **any government contract**

2.970.  **Title of contract**               AGREEMENT                                          State the name and mailing address
                                                                                               for all other parties with whom the
        **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
        **lease is for**                                                                       unexpired lease

        **Nature of debtor's interest**     CONTRACT PARTY                                     WILSON, STEVEN
        **State the term remaining**        _____           Address available upon request

        **List the contract number of**     _____
        **any government contract**

2.971.  **Title of contract**               AGREEMENT                                          State the name and mailing address
                                                                                               for all other parties with whom the
        **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
        **lease is for**                                                                       unexpired lease

        **Nature of debtor's interest**     CONTRACT PARTY                                     WILSON, TIMOTHY
        **State the term remaining**        _____           Address available upon request

        **List the contract number of**     _____
        **any government contract**

2.972.  **Title of contract**               XFL LICENSING AGREEMENT                            State the name and mailing address
                                                                                               for all other parties with whom the
        **State what the contract or**      SERVICES                                           debtor has an executory contract or
        **lease is for**                                                                       unexpired lease

        **Nature of debtor's interest**     CONTRACT PARTY                                     WINCRAFT, INC.
                                                                                               960 EAST MARK STREET
        **State the term remaining**        _____           P.O. BOX 888
        **List the contract number of**     _____           WINONA MN 55987
        **any government contract**

2.973.  **Title of contract**               AGREEMENT                                          State the name and mailing address
                                                                                               for all other parties with whom the
        **State what the contract or**      COACH, PLAYER OR STAFF AGREEMENT                   debtor has an executory contract or
        **lease is for**                                                                       unexpired lease

        **Nature of debtor's interest**     CONTRACT PARTY                                     WOODS, CHRISTOPHER
        **State the term remaining**        _____           Address available upon request

        **List the contract number of**     _____
        **any government contract**

2.974. **Title of contract**            VENDOR AGREEMENT                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    HRIS SYSTEM

**Nature of debtor's interest**    CONTRACT PARTY                                  WORKDAY INC
                                                                                    PO BOX 396106
**State the term remaining**    _____                    SAN FRANCISCO CA 94139-6106

**List the contract number of any government contract**    _____

2.975. **Title of contract**            VENDOR AGREEMENT                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SHARED SERVICES

**Nature of debtor's interest**    CONTRACT PARTY                                  WORLD WRESTLING
                                                                                    ENTERTAINMENT INC
**State the term remaining**    _____                    1241 EAST MAIN ST
                                                                                    STAMFORD CT 06902
**List the contract number of any government contract**    _____

2.976. **Title of contract**            SECOND AMENDED AND RESTATED OPERATING        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
                                        AGREEMENT DATED MAY 2, 2019

**State what the contract or lease is for**    OPERATING AGREEMENT

**Nature of debtor's interest**    CONTRACT PARTY                                  WORLD WRESTLING
                                                                                    ENTERTAINMENT, INC.
**State the term remaining**    _____                    1241 EAST MAIN ST
                                                                                    STAMFORD CT 06902
**List the contract number of any government contract**    _____

2.977. **Title of contract**            CONSULTING AND SUPPORT SERVICES AGREEMENT    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SERVICES AGREEMENT

**Nature of debtor's interest**    CONTRACT PARTY                                  WORLD WRESTLING
                                                                                    ENTERTAINMENT, INC.,
**State the term remaining**    ON 30 - DAY WRITTEN NOTICE                          1241 EAST MAIN ST
                                                                                    STAMFORD CT 06902
**List the contract number of any government contract**    _____

2.978. **Title of contract**            CONSULTING AND SUPPORT SERVICES AGREEMENT    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    SERVICES AGREEMENT

**Nature of debtor's interest**    CONTRACT PARTY                                  WORLD WRESTLING
                                                                                    ENTERTAINMENT, INC.,
**State the term remaining**    ON 30 - DAY WRITTEN NOTICE                          1241 EAST MAIN ST
                                                                                    STAMFORD CT 06902
**List the contract number of any government contract**    _____

| 2.979. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | WRIGHT, CHARLES |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.980. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | WRIGHT, GABE |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.981. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | WRIGHT, PHILIP |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.982. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AVID MANAGEMENT FEES | |
| | Nature of debtor's interest | CONTRACT PARTY | WWE MEDIA SVCS |
| | State the term remaining | | 1241 EAST MAIN ST |
| | List the contract number of any government contract | | STAMFORD CT 06902 |

| 2.983. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | WEBSITE | |
| | Nature of debtor's interest | CONTRACT PARTY | WXOS FM |
| | State the term remaining | | HUBBARD BROADCASTING INC |
| | List the contract number of any government contract | | PO BOX 959270 |
| | | | ST.LOUIS MO 63195 |

| 2.984. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | GAMEDAY PRODUCER, VIDEO PRODUCTION | |
| | Nature of debtor's interest | CONTRACT PARTY | XCITE INTERACTIVE INC |
| | State the term remaining | | 3620 WEST 10TH ST STE B-330 GREELEY CO 80634 |
| | List the contract number of any government contract | | |

| 2.985. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | GAMEDAY PRODUCTION/ PRESENTATION | |
| | Nature of debtor's interest | CONTRACT PARTY | XCITE INTERACTIVE INC |
| | State the term remaining | | 3620 WEST 10TH ST STE B-330 GREELEY CO 80634 |
| | List the contract number of any government contract | | |

| 2.986. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | YANCEY, DEANGELO |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.987. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | YARBROUGH, JOHN |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.988. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONTENT PRODUCER | |
| | Nature of debtor's interest | CONTRACT PARTY | YASINSKAS, PATRICK |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

2.989.  **Title of contract**          AGREEMENT                        State the name and mailing address
                                                                        for all other parties with whom the
        **State what the contract or** COACH, PLAYER OR STAFF AGREEMENT debtor has an executory contract or
        **lease is for**                                                unexpired lease

        **Nature of debtor's interest** CONTRACT PARTY                  YATES, RYKEEM
                                                                        Address available upon request
        **State the term remaining**    _____

        **List the contract number of** _____
        **any government contract**

2.990.  **Title of contract**          VENDOR AGREEMENT                 State the name and mailing address
                                                                        for all other parties with whom the
        **State what the contract or**  XFL APP DEVELOPER               debtor has an executory contract or
        **lease is for**                                                unexpired lease

        **Nature of debtor's interest** CONTRACT PARTY                  YINZCAM
                                                                        6024 BROAD ST
        **State the term remaining**    _____     PITTSBURGH PA 15206

        **List the contract number of** _____
        **any government contract**

2.991.  **Title of contract**          AGREEMENT                        State the name and mailing address
                                                                        for all other parties with whom the
        **State what the contract or**  COACH, PLAYER OR STAFF AGREEMENT debtor has an executory contract or
        **lease is for**                                                unexpired lease

        **Nature of debtor's interest** CONTRACT PARTY                  YOUNG, AVERY
                                                                        Address available upon request
        **State the term remaining**    _____

        **List the contract number of** _____
        **any government contract**

2.992.  **Title of contract**          AGREEMENT                        State the name and mailing address
                                                                        for all other parties with whom the
        **State what the contract or**  COACH, PLAYER OR STAFF AGREEMENT debtor has an executory contract or
        **lease is for**                                                unexpired lease

        **Nature of debtor's interest** CONTRACT PARTY                  YOUNG, MARQUIS
                                                                        Address available upon request
        **State the term remaining**    _____

        **List the contract number of** _____
        **any government contract**

2.993.  **Title of contract**          VENDOR AGREEMENT                 State the name and mailing address
                                                                        for all other parties with whom the
        **State what the contract or**  CREATIVE SERVICES               debtor has an executory contract or
        **lease is for**                                                unexpired lease

        **Nature of debtor's interest** CONTRACT PARTY                  Z 21 CREATIVE LLC
                                                                        DARREN MORGAN
        **State the term remaining**    _____     7385 BALCARRICK CT
                                                                        WINDSOR CO 80550
        **List the contract number of** _____
        **any government contract**

| 2.994. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--|--|--|--|
| | State what the contract or lease is for | STORAGE FACILITY | |
| | Nature of debtor's interest | CONTRACT PARTY | ZAHARONI PARTNERS |
| | State the term remaining | | 9333 MELVIN AVE. |
| | List the contract number of any government contract | | NORTHRIDGE CA 91324 |

| 2.995. | Title of contract | COMMERCIAL LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--|--|--|--|
| | State what the contract or lease is for | 9333 MELVIN AVE., NORTHRIDGE, CA 91324 | |
| | Nature of debtor's interest | CONTRACT PARTY | ZAHARONI PARTNERS, INC. |
| | State the term remaining | 3/16/2021 | 5400 W. ROSECRANS AVENUE SUITE 105 |
| | List the contract number of any government contract | | HAWTHORNE CA 90250 |

| 2.996. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--|--|--|--|
| | State what the contract or lease is for | SUPPORT TICKETING SYSTEM | |
| | Nature of debtor's interest | CONTRACT PARTY | ZENDESK |
| | State the term remaining | | 1019 MARKET ST |
| | List the contract number of any government contract | | SAN FRANCISCO CA 94103 |

| 2.997. | Title of contract | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--|--|--|--|
| | State what the contract or lease is for | ZOOM | |
| | Nature of debtor's interest | CONTRACT PARTY | ZOOM VIDEO COMMUNICATIONS INC |
| | State the term remaining | | PO BOX 398843 |
| | List the contract number of any government contract | | SAN FRANCISCO CA 94139-8843 |

| 2.998. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--|--|--|--|
| | State what the contract or lease is for | COACH, PLAYER OR STAFF AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ZORN, JAMES |
| | State the term remaining | | Address available upon request |
| | List the contract number of any government contract | | |

| 2.999. | **Title of contract** | VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TALENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ZWICK, ALYSE |
| | | | Address available upon request |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

[1]GREAT AMERICAN INSURANCE

[2]GREAT DIVIDE INSURANCE COMPANY

[3]ILLINOIS NATIONAL INSURANCE COMPANY

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the
   debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list
   each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1. MCMAHON, VINCENT | 1241 EAST MAIN ST STAMFORD CT 06902 | JPMORGAN CHASE BANK | ☐ D ☑ E/F ☐ G |
| 2.2. MCMAHON, VINCENT | 1241 EAST MAIN ST STAMFORD CT 06902 | LUCK, OLIVER | ☐ D ☑ E/F ☐ G |

**Debtor name:** Alpha Entertainment LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 20-10940

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/1/2020
               MM/DD/YYYY

x    */s/ Jeffrey N. Pollack*
     _____
     Signature of individual signing on behalf of debtor

     Jeffrey N. Pollack
     Printed name

     President & Chief Operating Officer
     Position or relationship to debtor