# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

```
------------------------------------------------------ x
                                                       :
In re                                                  :   Chapter 11
                                                       :
ALPHA ENTERTAINMENT LLC,                               :   Case No. 20-10940 (LSS)
                                                       :
        Debtor.¹                                       :
                                                       :
------------------------------------------------------ x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 3rd day of June, 2020, DRC, acting under my supervision, caused a true and accurate copy of the "Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale" (Docket No. 202), to be served via electronic mail upon the parties as set forth on Exhibit 1; and via US First Class Mail delivery upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 6th day of June, 2020, Brooklyn, NY.

By /s/ Edward A. Calderon
   Edward A. Calderon

Sworn before me this
6th day of June, 2020

/s/ John Burlacu
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

¹ The last four digits of the Debtor's federal tax identification number, is 7778. The debtor's mailing address is 1266 East Main St., Stamford, CT 06902

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000078P001-1439S-030<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI;JOHN C GENTILE<br>222 DELAWARE AVE.,STE 801<br>WILMINGTON DE 19801<br>KCAPUZZI@BENESCHLAW.COM | 000078P001-1439S-030<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI;JOHN C GENTILE<br>222 DELAWARE AVE.,STE 801<br>WILMINGTON DE 19801<br>JGENTILE@BENESCHLAW.COM | 000079P001-1439S-030<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>WILLIAM E SCHONBERG<br>200 PUBLIC SQUARE STE 2300<br>CLEVELAND OH 44114<br>WSCHONBERG@BENESCHLAW.COM | 000081P001-1439S-030<br>BUCHANAN INGERSOLL & ROONEY PC<br>MARY CALOWAY,ESQ<br>919 NORTH MARKET ST.,STE 990<br>WILMINGTON DE 19801<br>MARY.CALOWAY@BIPC.COM |
| 000082P001-1439S-030<br>BUCHANAN INGERSOLL & ROONEY PC<br>TYLER DISCHINGER,ESQ<br>UNION TRUST BLDG<br>501 GRANT ST.,STE 200<br>PITTSBURGH PA 15219<br>TYLER.DISCHINGER@BIPC.COM | 000069P001-1439S-030<br>BURR & FORMAN LLP<br>J CORY FALGOWSKI, ESQ<br>1201 N MARKET ST.,STE 1407<br>WILMINGTON DE 19801<br>JFALGOWSKI@BURR.COM | 000070P001-1439S-030<br>BURR & FORMAN LLP<br>EMILY C TAUBE<br>222 SECOND AVE. SOUTH,STE 2000<br>NASHVILLE TN 37201<br>ETAUBE@BURR.COM | 000014P001-1439S-030<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US |
| 000008P001-1439S-030<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A FRAMPTON<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>FASNOTIFY@STATE.DE.US | 000004P001-1439S-030<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000061P001-1439S-030<br>EARP COHN PC<br>RICHARD M SCHLAIFER,ESQ<br>20 BRACE RD STE 400<br>CHERRY HILL NJ 08034<br>RSCHLAIFER@EARPCOHN.COM | 000060P001-1439S-030<br>ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>MICHAEL I GOTTFRIED, ESQ<br>10345 W OLYMPIC BLVD<br>LOS ANGELES CA 90064<br>MGOTTFRIED@ELKINSKALT.COM |
| 000077P001-1439S-030<br>ENDEAVOR<br>ISABELLE MERCIER-DALPHOND<br>200 FIFTH AVE<br>NEW YORK NY 10010<br>IMERCIER@ENDEAVORCO.COM | 000084P001-1439S-030<br>GOLDSTEIN & MCCLINTOCK LLLP<br>YANKUN GUO,ESQ<br>111 W WASHINGTON ST.,STE 1221<br>CHICAGO IL 60602<br>YANKUNG@GOLDMCLAW.COM | 000085P001-1439S-030<br>GOLDSTEIN & MCCLINTOCK LLLP<br>MARIA APRILE SAWCZUK,ESQ<br>501 SILVERSIDE RD.,STE 65<br>WILMINGTON DE 19809<br>MARIAS@GOLDMCLAW.COM | 000072P001-1439S-030<br>GREENBERG TRAURIG LLP<br>SHARI L HEYEN<br>1000 LOUISIANA STE 1700<br>HOUSTON TX 77002<br>HEYENS@GTLAW.COM |
| 000073P001-1439S-030<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801<br>MELOROD@GTLAW.COM | 000074P001-1439S-030<br>GREENBERG TRAURIG LLP<br>DAVID B KURZWEIL<br>3333 PIEDMONT RD.,NE STE 2500<br>ATLANTA GA 30305<br>KURZWEILD@GTLAW.COM | 000075P001-1439S-030<br>JENNER & BLOCK LLP<br>ROBERT D GORDON;MARC B HANKIN;CARL N WEDOFF<br>919 THIRD AVE<br>NEW YORK NY 10022<br>RGORDON@JENNER.COM | 000075P001-1439S-030<br>JENNER & BLOCK LLP<br>ROBERT D GORDON;MARC B HANKIN;CARL N WEDOFF<br>919 THIRD AVE<br>NEW YORK NY 10022<br>MHANKIN@JENNER.COM |
| 000075P001-1439S-030<br>JENNER & BLOCK LLP<br>ROBERT D GORDON;MARC B HANKIN;CARL N WEDOFF<br>919 THIRD AVE<br>NEW YORK NY 10022<br>CWEDOFF@JENNER.COM | 000076P001-1439S-030<br>JENNER & BLOCK LLP<br>TODD C TORAL<br>633 WEST 5TH ST., STE 3600<br>LOS ANGELES CA 90071-2054<br>TTORAL@JENNER.COM | 000025P003-1439S-030<br>K&L GATES, LLP<br>JOHN A. BICKS<br>599 LEXINGTON AVE<br>NEW YORK NY 10022<br>JOHN.BICKS@KLGATES.COM | 000026P001-1439S-030<br>K&L GATES, LLP<br>JAMES A. WRIGHT III<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>JAMES.WRIGHT@KLGATES.COM |

| | | | |
|---|---|---|---|
| 000027P001-1439S-030<br>K&L GATES, LLP<br>AARON S. ROTHMAN<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>AARON.ROTHMAN@KLGATES.COM | 000062P001-1439S-030<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM | 002642S001-1439A-030<br>LOU FUSZ SOCCER CLUB<br>KANZLER LAW FIRM<br>CHRISTOPHER L KANZLER ESQ<br>1 RAMS WAY<br>ST LOUIS MO 63045<br>CHRIS@KANZLERLAW.COM | 002642P001-1439A-030<br>LOU FUSZ SOCCER CLUB<br>MR PETER FUSZ PRESIDENT<br>1 RAMS WAY<br>ST. LOUIS MO 63045<br>PETE.FUSZ@FUSZ.COM |
| 000087P001-1439S-030<br>MANATT PHELPS & PHILLIPS LLP<br>CARL L GRUMER<br>2049 CENTURY PARK EAST STE 1700<br>LOS ANGELES CA 90067<br>CGRUMER@MANATT.COM | 000058P001-1439S-030<br>MCCARTER & ENGLISH LLP<br>MATTHEW J RIFINO, ESQ<br>RENAISSANCE CENTRE<br>405 N KING ST.,8TH FLOOR<br>WILMINGTON DE 19801<br>MRIFINO@MCCARTER.COM | 000059P001-1439S-030<br>MCCARTER & ENGLISH LLP<br>SHEILA E CALELLO,ESQ<br>100 MULBERRY ST<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>SCALELLO@MCCARTER.COM | 000056P001-1439S-030<br>NC SPORTS LLC<br>JONATHAN R HURST<br>ONE CHAGRIN HIGHLANDS<br>2000 AUBURN DRIVE STE 315<br>BEACHWOOD OH 44122<br>JONATHAN@NCSPORTS.US |
| 000056P001-1439S-030<br>NC SPORTS LLC<br>JONATHAN R HURST<br>ONE CHAGRIN HIGHLANDS<br>2000 AUBURN DRIVE STE 315<br>BEACHWOOD OH 44122<br>NEIL@NCSPORTS.US | 000083P001-1439S-030<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>JASON B BINFORD, ASST ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548- MC 008<br>AUSTIN TX 78711-2548<br>JASON.BINFORD@OAG.TEXAS.GOV | 000063P001-1439S-030<br>RUBIN LLC<br>PAUL A RUBIN;HANH HUYNH<br>345 SEVENTH AVE.,,21ST FLOOR<br>NEW YORK NY 10001<br>PRUBIN@RUBINLAWLLC.COM | 000063P001-1439S-030<br>RUBIN LLC<br>PAUL A RUBIN;HANH HUYNH<br>345 SEVENTH AVE.,,21ST FLOOR<br>NEW YORK NY 10001<br>HHUYNH@RUBINLAWLLC.COM |
| 000086P001-1439S-030<br>SCHLANGER SILVER LLP<br>JULIA A COOK<br>109 NORTH POST OAK LANE STE 300<br>HOUSTON TX 77024<br>JCOOK@SCHLANGERSILVER.COM | 000016P001-1439S-030<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV | 000017P001-1439S-030<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000071P001-1439S-030<br>STARK & STARK PC<br>JOSEPH H LEMKIN,ESQ<br>P O BOX 5315<br>PRINCETON NJ 08543<br>JLEMKIN@STARK-STARK.COM |
| 004391P001-1439A-030<br>THE GATORADE COMPANY<br>THOMAS PROCHASKA<br>555 WEST MONROE ST 102<br>CHICAGO IL 60661<br>TOM.PROCHASKA@PEPSICO.COM | 004391S001-1439A-030<br>THE GATORADE COMPANY<br>C/O FRANK GECKER<br>ATTN: JEREMY C. KLEINMAN<br>1327 West Washington Blvd.<br>Suite 5 G-H<br>CHICAGO IL 60607<br>jkleinman@fgllp.com | 000005P001-1439S-030<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000057P001-1439S-030<br>WHITEFORD TAYLOR & PRESTON LLC<br>SCOTT M HARE, ESQ<br>200 FIRST AVE., FLOOR 3<br>PITTSBURGH PA 15222<br>SHARE@WTPLAW.COM |

Records Printed : 44

# EXHIBIT 2

| | | | |
|---|---|---|---|
| 004460P001-1439A-030<br>1266 EAST MAIN LLC<br>BARINGS LLC<br>ONE FINANCIAL PLZ STE 1700<br>HARTFORD CT 06103 | 002621P001-1439A-030<br>30 MONTGOMERY PARTNERS LLC<br>AMERICAN REALTY ADVISORS<br>STANLEY L IEZMAN<br>515 SOUTH FLOWER ST<br>49TH FLOOR<br>LOS ANGELES CA 90071 | 000064P001-1439A-030<br>47 BRAND LLC<br>JOE KEANE<br>15 SOUTHWEST PARK<br>WESTWOOD MA 02090 | 002645P001-1439A-030<br>ADMIRALTY INSURANCE CO<br>1000 HOWARD BLVD STE 300<br>PO BOX 5430<br>MT LAUREL NJ 08054 |
| 002712P001-1439A-030<br>ADP PAYROLL WIRES<br>1 ADP BLVD<br>ROSELAND NJ 07068 | 002652P001-1439A-030<br>ALIVE RISK<br>10150 YORK RD<br>5TH FL<br>HUNT VALLEY MD 21030 | 002652S001-1439A-030<br>ALIVE RISK<br>LLOYDS OF LONDON<br>1 LIME ST LONDON<br>GREATER LONDON EC3M 7HA<br>UNITED KINGDOM | 004461P001-1439A-030<br>AMAZON WEB SVC<br>410 TERRY AVE NORTH<br>SEATTLE WA 98109-5210 |
| 004462P001-1439A-030<br>AMERICAN BROADCASTING<br>COMPANIES INC<br>77 WEST 66TH ST<br>NEW YORK NY 10023 | 004463P001-1439A-030<br>AMERICAN EXPRESS MERCHANT SVC<br>200 VESEY ST<br>NEW YORK NY 10285 | 004464P001-1439A-030<br>ANHEUSER BUSCH<br>2420 W 26TH AVE STE 275D<br>DENVER CO 80211 | 004465P001-1439A-030<br>ANHEUSER BUSCH, LLC<br>ONE BUSCH PL<br>ST. LOUIS MO 63118 |
| 000013P001-1439S-030<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 004466P001-1439A-030<br>AT AND T MOBILITY<br>208 S AKARD ST<br>DALLAS TX 75202 | 000068P001-1439S-030<br>BANKRUPTCY ADMINISTRATION<br>CHRISTINE R ETHERIDGE<br>WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>A RICOH USA PROGRAM<br>P O BOX 13708<br>MACON GA 31208-3708 | 002786P001-1439A-030<br>BARRETT SF<br>OPTIMISM LLC<br>250 SUTTER ST STE 200<br>SAN FRANCISCO CA 94108 |
| 000078P001-1439S-030<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI;JOHN C GENTILE<br>222 DELAWARE AVE.,STE 801<br>WILMINGTON DE 19801 | 000079P001-1439S-030<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>WILLIAM E SCHONBERG<br>200 PUBLIC SQUARE STE 2300<br>CLEVELAND OH 44114 | 000030P002-1439S-030<br>BEXEL NEP INTEGRATED SOLUTIONS<br>DEAN NACCARATO<br>2 BETA DR<br>PITTSBURGH PA 15238 | 000081P001-1439S-030<br>BUCHANAN INGERSOLL & ROONEY PC<br>MARY CALOWAY,ESQ<br>919 NORTH MARKET ST.,STE 990<br>WILMINGTON DE 19801 |
| 000082P001-1439S-030<br>BUCHANAN INGERSOLL & ROONEY PC<br>TYLER DISCHINGER,ESQ<br>UNION TRUST BLDG<br>501 GRANT ST.,STE 200<br>PITTSBURGH PA 15219 | 000069P001-1439S-030<br>BURR & FORMAN LLP<br>J CORY FALGOWSKI, ESQ<br>1201 N MARKET ST.,STE 1407<br>WILMINGTON DE 19801 | 000070P001-1439S-030<br>BURR & FORMAN LLP<br>EMILY C TAUBE<br>222 SECOND AVE. SOUTH,STE 2000<br>NASHVILLE TN 37201 | 002830P001-1439A-030<br>CANTO INC<br>625 MARKET ST STE 600<br>SAN FRANCISCO CA 94105 |
| 002643P001-1439A-030<br>CITY OF PLANT CITY<br>BILL MCDANIEL CITY MANAGER<br>302 WEST REYNOLDS ST<br>PLANT CITY FL 33566 | 002643S001-1439A-030<br>CITY OF PLANT CITY<br>KENNETH W BUCHMAN ESQUIRE CITY ATTORNEY<br>302 WEST REYNOLDS ST<br>PLANT CITY FL 33566 | 004467P001-1439A-030<br>CONNECT<br>2323 ROSS AVE STE 1700<br>DALLAS TX 75201 | 000043P002-1439S-030<br>CP COMMUNICATIONS<br>JERRY GEPNER<br>9965 18TH ST N<br>ST.PETERSBURG FL 33716 |

| | | | |
|---|---|---|---|
| 004468P001-1439A-030<br>CROSSROADS DEVELOPERS ASSOCIATES LLC<br>1 INTERNATIONAL BLVD 11TH FL<br>MAHWAH NJ 07495 | 004469P001-1439A-030<br>DA INTERNATIONAL<br>1904 OCCIDENTAL AVE SOUTH<br>SEATTLE WA 98134 | 000053P002-1439S-030<br>DC STADIUM LLC<br>CHRIS DEUBERT<br>100 POTOMAC AVE SW<br>WASHINGTON DC 20024 | 000001P001-1439A-030<br>DE LAGE LANDEN FINANCIAL SVCS INC<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 |
| 000014P001-1439S-030<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 | 000008P001-1439S-030<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A FRAMPTON<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 004470P001-1439A-030<br>DELAWARE NORTH<br>250 DELAWARE AVE<br>BUFFALO NY 14202 | 000004P001-1439S-030<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 |
| 000006P001-1439S-030<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1439S-030<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 004471P001-1439A-030<br>DRAFTKINGS INC<br>222 BERKELEY ST 5TH FL<br>BOSTON MA 02116 | 004475P001-1439A-030<br>E-Z STORAGE TAKOMA PARK<br>1352 HOLTON LN<br>TAKOMA PARK MD 20912 |
| 000061P001-1439S-030<br>EARP COHN PC<br>RICHARD M SCHLAIFER,ESQ<br>20 BRACE RD STE 400<br>CHERRY HILL NJ 08034 | 004472P001-1439A-030<br>EL RINCONSITO<br>2606 70TH AVE E STE 104<br>FIFE WA 98424 | 002961P002-1439A-030<br>ELEVATE SPORTS VENTURES LLC<br>ELEVATE SPORTS PARTNERS<br>4949 MARIE P DEBARTOLO WAY<br>SANTA CLARA CA 95054 | 000060P001-1439S-030<br>ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>MICHAEL I GOTTFRIED, ESQ<br>10345 W OLYMPIC BLVD<br>LOS ANGELES CA 90064 |
| 000077P001-1439S-030<br>ENDEAVOR<br>ISABELLE MERCIER-DALPHOND<br>200 FIFTH AVE<br>NEW YORK NY 10010 | 004473P001-1439A-030<br>ESPN, INC<br>ESPN PLZ<br>BRISTOL CT 06010 | 002654P001-1439A-030<br>EVANSTON INSURANCE CO<br>10 PARKWAY NORTH BLVD<br>STE 100<br>DEERFIELD IL 60015 | 002654S001-1439A-030<br>EVANSTON INSURANCE CO<br>MARKEL SVC INC<br>MARKEL MIDWEST REGION<br>TEN PKWY NORTH<br>DEERFIELD IL 60015 |
| 002654S002-1439A-030<br>EVANSTON INSURANCE CO<br>NATIONAL CASUALTY CO<br>ONE NATIONWIDE PLZ<br>COLUMBUS OH 43215 | 002654S003-1439A-030<br>EVANSTON INSURANCE CO<br>RT SPECIALTY LLC<br>12404 PARK CENTRAL DR<br>STE 380<br>DALLAS TX 75251 | 004474P001-1439A-030<br>EVOLUTION MEDIA (CAA)<br>405 LEXINGTON AVE 20TH FL<br>NEW YORK NY 10174 | 004476P001-1439A-030<br>FAIRLY GROUP<br>1800 S WASHINGTON ST STE 400<br>AMARILLO TX 79102 |
| 004477P001-1439A-030<br>FANATICS<br>8100 NATIONS WAY<br>JACKSONVILLE FL 32256 | 004482P001-1439A-030<br>FANDUEL INC<br>BETFAIR INTERACTIVE US LLC<br>123 TOWN SQUARE PL #195<br>JERSEY CITY NJ 07310 | 004478P001-1439A-030<br>FANTASY SPORT SHARK, LLC<br>1187 COAST VLG RD 10M<br>MONTECITO CA 93108 | 004479P001-1439A-030<br>FIDELITY<br>245 SUMMER ST<br>BOSTON MA 02210 |

| | | | |
|---|---|---|---|
| 004480P001-1439A-030<br>FOX BROADCASTING COMPANY, LLC<br>10201 WEST PICO BLVD<br>BLDG 100<br>LOS ANGELES CA 90035 | 004481P001-1439A-030<br>FOX SPORTS 1, LLC<br>10201 WEST PICO BLVD<br>BLDG 100<br>LOS ANGELES CA 90035 | 000009P001-1439S-030<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A 340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000084P001-1439S-030<br>GOLDSTEIN & MCCLINTOCK LLLP<br>YANKUN GUO,ESQ<br>111 W WASHINGTON ST.,STE 1221<br>CHICAGO IL 60602 |
| 000085P001-1439S-030<br>GOLDSTEIN & MCCLINTOCK LLLP<br>MARIA APRILE SAWCZUK,ESQ<br>501 SILVERSIDE RD.,STE 65<br>WILMINGTON DE 19809 | 002651P001-1439A-030<br>GREAT AMERICAN INSURANCE<br>301 E FOURTH ST<br>CINCINNATI OH 45202 | 002651S001-1439A-030<br>GREAT AMERICAN INSURANCE<br>GREAT DIVIDE INSURANCE CO<br>11201 DOUGLAS AVE<br>URBANDALE IA 50322 | 002651S002-1439A-030<br>GREAT AMERICAN INSURANCE<br>LLOYDS OF LONDON<br>1 LIME ST LONDON<br>GREATER LONDON  EC3M 7HA<br>UNITED KINGDOM |
| 002651S003-1439A-030<br>GREAT AMERICAN INSURANCE<br>RT SPECIALTY LLC<br>12404 PARK CENTRAL DR<br>STE 380<br>DALLAS TX 75251 | 000072P001-1439S-030<br>GREENBERG TRAURIG LLP<br>SHARI L HEYEN<br>1000 LOUISIANA STE 1700<br>HOUSTON TX 77002 | 000073P001-1439S-030<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801 | 000074P001-1439S-030<br>GREENBERG TRAURIG LLP<br>DAVID B KURZWEIL<br>3333 PIEDMONT RD.,NE STE 2500<br>ATLANTA GA 30305 |
| 004483P001-1439A-030<br>HALF LION<br>1723 W VLY HIGHWAY E 101<br>SUMMER WA 98390 | 002653P001-1439A-030<br>ILLINOIS NATIONAL INSURANCE CO<br>300 SOUTH RIVERSIDE PLZ<br>STE 2100<br>CHICAGO IL 60606-6613 | 002653S001-1439A-030<br>ILLINOIS NATIONAL INSURANCE CO<br>AIG<br>70 PINE ST<br>180 MAIDEN LN<br>NEW YORK NY 10038 | 002653S002-1439A-030<br>ILLINOIS NATIONAL INSURANCE CO<br>EVANSTON INSURANCE CO<br>10 PARKWAY NORTH BLVD<br>STE 100<br>DEERFIELD IL 60015 |
| 002653S003-1439A-030<br>ILLINOIS NATIONAL INSURANCE CO<br>RT SPECIALTY LLC<br>12404 PARK CENTRAL DR<br>STE 380<br>DALLAS TX 75251 | 000001P001-1439S-030<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1439S-030<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000075P001-1439S-030<br>JENNER & BLOCK LLP<br>ROBERT D GORDON;MARC B HANKIN;CARL N WEDOFF<br>919 THIRD AVE<br>NEW YORK NY 10022 |
| 000076P001-1439S-030<br>JENNER & BLOCK LLP<br>TODD C TORAL<br>633 WEST 5TH ST., STE 3600<br>LOS ANGELES CA 90071-2054 | 000067P001-1439S-030<br>JONATHAN HAYES<br>ADDRESS INTENTIONALLY OMITTED | 004484P001-1439A-030<br>JP MORGAN CHASE NA<br>8181 COMMUNICATIONS PKWY<br>PLANO TX 75024 | 000025P003-1439S-030<br>K&L GATES, LLP<br>JOHN A. BICKS<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 |
| 000026P001-1439S-030<br>K&L GATES, LLP<br>JAMES A. WRIGHT III<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | 000027P001-1439S-030<br>K&L GATES, LLP<br>AARON S. ROTHMAN<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | 002650P001-1439A-030<br>LIBERTY INSURANCE UNDERWRITERS INC<br>175 BERKELEY ST<br>BOSTON MA 02116 | 002650S001-1439A-030<br>LIBERTY INSURANCE UNDERWRITERS INC<br>RT SPECIALTY LLC<br>12404 PARK CENTRAL DR<br>STE 380<br>DALLAS TX 75251 |

| | | | |
|---|---|---|---|
| 000062P001-1439S-030<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064 | 002642P001-1439A-030<br>LOU FUSZ SOCCER CLUB<br>MR PETER FUSZ PRESIDENT<br>1 RAMS WAY<br>ST. LOUIS MO 63045 | 002642S001-1439A-030<br>LOU FUSZ SOCCER CLUB<br>KANZLER LAW FIRM<br>CHRISTOPHER L KANZLER ESQ<br>1 RAMS WAY<br>ST LOUIS MO 63045 | 003174P001-1439A-030<br>MACHETE GROUP INC<br>2626 PERSA ST<br>HOUSTON TX 77098 |
| 004485P001-1439A-030<br>MAINGATE<br>7900 ROCKVILLE RD<br>INDIANAPOLIS IN 46214 | 000087P001-1439S-030<br>MANATT PHELPS & PHILLIPS LLP<br>CARL L GRUMER<br>2049 CENTURY PARK EAST STE 1700<br>LOS ANGELES CA 90067 | 000058P001-1439S-030<br>MCCARTER & ENGLISH LLP<br>MATTHEW J RIFINO, ESQ<br>RENAISSANCE CENTRE<br>405 N KING ST.,8TH FLOOR<br>WILMINGTON DE 19801 | 000059P001-1439S-030<br>MCCARTER & ENGLISH LLP<br>SHEILA E CALELLO,ESQ<br>100 MULBERRY ST<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102 |
| 000010P001-1439S-030<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 | 000080P001-1439S-030<br>MISSOURI DEPT OF REVENUE<br>STEVEN A GINTHER, SPECIAL ASST ATTORNEY GENERAL<br>BANKRUPTCY UNIT<br>P O BOX 475<br>JEFFERSON CITY MO 65105-0475 | 004486P001-1439A-030<br>MONKEY KNIFE FIGHT<br>PO BOX 8401<br>SAN JOSE CA 95155 | 002649P001-1439A-030<br>NATIONAL CASUALTY CO<br>ONE NATIONWIDE PLZ<br>COLUMBUS OH 43215 |
| 002649S001-1439A-030<br>NATIONAL CASUALTY CO<br>GREAT AMERICAN INSURANCE<br>TOWER 301 E FOURTH ST<br>CINCINNATI OH 45202 | 002649S002-1439A-030<br>NATIONAL CASUALTY CO<br>K AND K INSURANCE GROUP INC<br>1712 MAGNAVOX WAY<br>FORT WAYNE IN 46804 | 002648P001-1439A-030<br>NATIONAL UNION FIRE INSURANCE CO<br>OF PITTSBURGH<br>70 PINE ST<br>NEW YORK NY 10270 | 002648S001-1439A-030<br>NATIONAL UNION FIRE INSURANCE CO<br>OF PITTSBURGH<br>FAIRLY CONSULTING GROUP LLC<br>1800 S WASHINGTON ST<br>STE 400<br>AMARILLO TX 79102 |
| 002648S002-1439A-030<br>NATIONAL UNION FIRE INSURANCE CO<br>OF PITTSBURG<br>175 WATER ST<br>NEW YORK NY 10038-4969 | 000056P001-1439S-030<br>NC SPORTS LLC<br>JONATHAN R HURST<br>ONE CHAGRIN HIGHLANDS<br>2000 AUBURN DRIVE STE 315<br>BEACHWOOD OH 44122 | 003227P001-1439A-030<br>NORMAL BRAND LLC<br>396 N EUCLID AVENUE<br>ST. LOUIS MO 63108 | 000083P001-1439S-030<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>JASON B BINFORD, ASST ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548- MC 008<br>AUSTIN TX 78711-2548 |
| 000003P002-1439S-030<br>OFFICE OF THE US TRUSTEE<br>RICHARD SCHEPACARTER<br>844 KING ST STE 2207<br>LOCKBOX 35<br>WILMINGTON DE 19801 | 002656P001-1439A-030<br>ONIX CORP<br>18519 DETROIT AVE<br>LAKEWOOD OH 44107 | 004487P001-1439A-030<br>PAYPAL INC<br>2211 NORTH FIRST ST<br>SAN JOSE CA 95131 | 004489P001-1439A-030<br>POINTSBET USA INC<br>1331 17TH ST STE 900<br>DENVER CO 80202 |
| 004488P001-1439A-030<br>PRECIOUS VODKA<br>1202 S SOUTHERN ST<br>SEATTLE WA 98108 | 004491P001-1439A-030<br>PRESIDIO<br>200 GLASTONBURY BLVD STE 100<br>GLASTONBURY CT 06033 | 004492P001-1439A-030<br>PRESIDIO NETWORKED<br>200 GLASTONBURY BLVD STE 100<br>GLASTONBURY CT 06033 | 004490P001-1439A-030<br>PROGRESSIVE INSURANCE<br>6300 WILSON MILLS RD<br>MAYFIELD VILLAGE OH 44143 |

| | | | |
|---|---|---|---|
| 002628P001-1439A-030<br>RANGERS BASEBALL LLC<br>1000 BALL PK WAY<br>STE 400<br>ARLINGTON TX 76011 | 004493P001-1439A-030<br>RANK AND RALLY<br>1111 S FIGUEROA ST STE 3100<br>LOS ANGELES CA 90015 | 004494P001-1439A-030<br>RINGCENTRAL INC<br>20 DAVIS DR<br>BELMONT CA 94002 | 000063P001-1439A-030<br>RUBIN LLC<br>PAUL A RUBIN;HANH HUYNH<br>345 SEVENTH AVE.,,21ST FLOOR<br>NEW YORK NY 10001 |
| 000086P001-1439S-030<br>SCHLANGER SILVER LLP<br>JULIA A COOK<br>109 NORTH POST OAK LANE STE 300<br>HOUSTON TX 77024 | 000015P001-1439S-030<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000016P001-1439S-030<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549 | 000017P001-1439S-030<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103 |
| 004495P001-1439A-030<br>SHI INTERNATIONAL<br>290 DAVIDSON AVE<br>SOMERSET NJ 08873 | 004496P001-1439A-030<br>SLACK<br>500 HOWARD ST<br>SAN FRANCISCO CA 94105 | 000012P001-1439S-030<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000071P001-1439S-030<br>STARK & STARK PC<br>JOSEPH H LEMKIN,ESQ<br>P O BOX 5315<br>PRINCETON NJ 08543 |
| 004497P001-1439A-030<br>THE ACTION NETWORK<br>275 MADISON AVE STE 512<br>NEW YORK NY 10016 | 004391P001-1439A-030<br>THE GATORADE COMPANY<br>THOMAS PROCHASKA<br>555 WEST MONROE ST 102<br>CHICAGO IL 60661 | 004391S001-1439A-030<br>THE GATORADE COMPANY<br>C/O FRANK GECKER<br>ATTN: JEREMY C. KLEINMAN<br>1327 West Washington Blvd.<br>Suite 5 G-H<br>CHICAGO IL 60607 | 004391S002-1439A-030<br>THE GATORADE COMPANY<br>ATTN GATORADE COUNSEL<br>555 WEST MONROE ST 11-12<br>CHICAGO IL 60661 |
| 004498P001-1439A-030<br>THE TOPPS CO<br>1 WHITEHALL ST<br>NEW YORK NY 10004 | 000066P001-1439S-030<br>TICKET MASTER<br>RICHARD PATTI<br>9348 CIVIC CENTER DRIVE<br>BEVERLY HILLS CA 90210 | 002655P001-1439A-030<br>TRAVELERS<br>ONE TOWER SQUARE<br>HARTFORD CT 06183 | 002647P001-1439A-030<br>TRI STATE INSURANCE CO OF MINNESOTA<br>1250 EAST DIEHL RD<br>STE 200<br>NAPERVILLE IL 60563-9305 |
| 002647S001-1439A-030<br>TRI STATE INSURANCE CO OF MINNESOTA<br>BERKLEY ENTERTAINMENT<br>ENTERTAINMENT AND SPORTS DIVISION<br>600 E LAS COLINAS BLVD STE 1400<br>IRVING TX 75039 | 002647S002-1439A-030<br>TRI STATE INSURANCE CO OF MINNESOTA<br>FAIRLY CONSULTING GROUP LLC<br>1800 S WASHINGTON ST<br>STE 400<br>AMARILLO TX 79102 | 002647S003-1439A-030<br>TRI STATE INSURANCE CO OF MINNESOTA<br>TAMPA SPORTS AUTHORITY CITY OF TAMPA<br>COUNTY OF HILLSBOROUGH AND<br>RJS STADIUM A COMMERCIAL CONDOMINIUM<br>4201 N DALE MABRY WAY<br>TAMPA FL 33607 | 004499P001-1439A-030<br>TSG INTERACTIVE US SVC LIMITED<br>DCOTA OFFICE CENTER<br>1855 GRIFFIN RD STE C450<br>DANIA BEACH FL 33004 |
| 000005P001-1439S-030<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801 | 000011P001-1439S-030<br>US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | 004500P001-1439A-030<br>VEGAS SPORTS INFORMATION NETWORK, INC<br>3033 SIMPSON ST<br>EVANSTON IL 60201 | 000057P001-1439S-030<br>WHITEFORD TAYLOR & PRESTON LLC<br>SCOTT M HARE, ESQ<br>200 FIRST AVE., FLOOR 3<br>PITTSBURGH PA 15222 |

| | | | |
|---|---|---|---|
| 004502P001-1439A-030<br>WINCRAFT, INC<br>960 EAST MARK ST<br>PO BOX 888<br>WINONA MN 55987 | 004501P001-1439A-030<br>WORKDAY INC<br>6230 STONERIDGE MALL RD<br>PLEASANTON CA 94588 | 003555P001-1439A-030<br>WORLD WRESTLING ENTERTAINMENT INC<br>1241 EAST MAIN ST<br>STAMFORD CT 06902 | 004390P002-1439A-030<br>WWE MEDIA SVCS<br>1241 EAST MAIN ST<br>STAMFORD CT 06902 |
| 000065P001-1439S-030<br>XOS TECHNOLOGIES INC<br>KRISTIN DESROCHERS<br>181 BALLARDVALE ST.,STE 101B<br>WILMINGTON MA 01887 | 004503P001-1439A-030<br>ZAHARONI PARTNERS<br>9333 MELVIN AVE<br>NORTHRIDGE CA 91324 | 004504P001-1439A-030<br>ZOOM VIDEO COMMUNICATIONS, INC<br>55 ALMADEN BLVD 6TH FL<br>SAN JOSE CA 95113 | |

Records Printed :   147