| | |
|---|---|
| In re | Chapter 11 |
| ALPHA ENTERTAINMENT LLC, | Case No. 20-10940 (LSS) |
| Debtor.[1] | |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   )  ss:
COUNTY OF KINGS    )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 5th day of June, 2020, DRC, acting under my supervision, caused a true and accurate copy of the "Notice of Filing of Declaration of Disinterestedness By Ordinary Course Professional Quarles & Brady, LLP" (Docket No. 204), to be served via electronic mail upon the parties as set forth on Exhibit 1; and via US First Class Mail delivery upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 6th day of June, 2020, Brooklyn, NY.

By: Edward A. Calderon
    Edward A. Calderon

Sworn before me this
6th day of June, 2020

/s/ John Burlacu
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The last four digits of the Debtor's federal tax identification number, is 7778. The debtor's mailing address is 1266 East Main St., Stamford, CT 06902

ALPHA00031

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000072P001-1439S-031<br>GREENBERG TRAURIG LLP<br>SHARI L HEYEN<br>1000 LOUISIANA STE 1700<br>HOUSTON TX 77002<br>HEYENS@GTLAW.COM | 000073P001-1439S-031<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801<br>MELOROD@GTLAW.COM | 000074P001-1439S-031<br>GREENBERG TRAURIG LLP<br>DAVID B KURZWEIL<br>3333 PIEDMONT RD.,NE STE 2500<br>ATLANTA GA 30305<br>KURZWEILD@GTLAW.COM | 000025P003-1439S-031<br>K&L GATES, LLP<br>JOHN A. BICKS<br>599 LEXINGTON AVE<br>NEW YORK NY 10022<br>JOHN.BICKS@KLGATES.COM |
| 000026P001-1439S-031<br>K&L GATES, LLP<br>JAMES A. WRIGHT III<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>JAMES.WRIGHT@KLGATES.COM | 000027P001-1439S-031<br>K&L GATES, LLP<br>AARON S. ROTHMAN<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>AARON.ROTHMAN@KLGATES.COM | | |

Records Printed : 6

# EXHIBIT 2

000003P002-1439S-031  
OFFICE OF THE US TRUSTEE  
RICHARD SCHEPACARTER  
844 KING ST STE 2207  
LOCKBOX 35  
WILMINGTON DE 19801

Records Printed : 1