IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
                                        :
In re                                   :   Chapter 11
                                        :
ALPHA ENTERTAINMENT LLC,                :   Case No. 20-10940 (LSS)
                                        :
       Debtor.[1]                       :
                                        :   Hearing Date: July 13, 2020 at 10:00 a.m. (ET)
                                        :   Objection Deadline: July 2, 2020 at 4:00 p.m. (ET)
------------------------------------------------------x
```

## NOTICE OF MOTION

**ANY PARTY RECEIVING THE MOTION ATTACHED TO THIS NOTICE SHOULD LOCATE ITS NAME AND ITS REJECTED CONTRACT IDENTIFIED ON EXHIBIT 1 TO THE PROPOSED ORDER**

TO:  (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO THE DEBTOR'S PREPETITION LENDER; (IV) THE COUNTERPARTIES (VIA OVERNIGHT DELIVERY AND/OR EMAIL); AND (V) ANY PARTY THAT HAS REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that Alpha Entertainment LLC (the "***Debtor***") has filed the attached *Debtor's Fifteenth Motion for Entry of an Order Authorizing the Debtor to Reject Certain Unexpired Leases and Executory Contracts, Effective as of the Applicable Rejection Effective Date* (the "***Motion***").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **July 2, 2020 at 4:00 p.m. (ET)** (the "***Objection Deadline***") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the undersigned counsel to the Debtor so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **JULY 13, 2020 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

---

[1] The last four digits of the Debtor's federal tax identification number are 7778. The Debtor's mailing address is 1266 East Main St., Stamford, CT 06902.

26645044.1

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: June 18, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>Michael R. Nestor (No. 3526) (mnestor@ycst.com)<br>Matthew B. Lunn (No. 4119) (mlunn@ycst.com)<br>Kenneth J. Enos (No. 4544) (kenos@ycst.com)<br>Shane M. Reil (No. 6195) (sreil@ycst.com)<br>Matthew P. Milana (No. 6681) (mmilana@ycst.com)<br>1000 N. King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtor and Debtor in Possession* |

26645044.1