# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ALPHA ENTERTAINMENT LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 20-10940 (LSS)<br><br>Re: Docket No. 86 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Potter Anderson & Corroon LLP hereby appears as Delaware counsel[2] on behalf of ESPN, Inc. ("ESPN"), pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). ESPN hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> Christopher M. Samis (No. 4909)
> D. Ryan Slaugh (No. 6325)
> **POTTER ANDERSON & CORROON LLP**
> 1313 N. Market Street, 6th Floor
> Wilmington, Delaware 19801
> Telephone: (302) 984-6000
> Facsimile: (302) 658-1192
> Email: csamis@potteranderson.com
>         rslaugh@potteranderson.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the

---

[1] The last four digits of the Debtor's federal tax identification number are 7778. The Debtor's mailing address is 1266 East Main St., Stamford, CT 06902.

[2] Jenner & Block LLP will serve as lead counsel to ESPN, Inc., pursuant to their *Notice of Appearance and Demand for Notices and Papers* [Docket No. 86].

IMPAC 6783650v.3

Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights of ESPN to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which ESPN, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: July 2, 2020  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. Samis*  
Christopher M. Samis (No. 4909)  
D. Ryan Slaugh (No. 5807)  
**POTTER ANDERSON & CORROON LLP**  
1313 N. Market Street, 6th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 984-6000  
Facsimile: (302) 658-1192  
Email: csamis@potteranderson.com  
       rslaugh@potteranderson.com