UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                    : Chapter 11
:
ALPHA ENTERTAINMENT LLC,                 : Case No. 20-10940 (LSS)
:
Debtor.[1]                               :
---------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 1st day of October, 2020, DRC, under my supervision, caused a true and accurate copy of the following documents:

   a) Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtor for the Period of May 8, 2020 through August 21, 2020 (Docket No. 440);

   b) Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code, Authorizing the Debtor to Enter Into a Transition Services Agreement with Alpha Opco, LLC (Docket No. 441);

   c) Order Approving First Interim Fee Requests of Certain of the Debtor's Professionals (Docket No. 442); and

   d) Order Scheduling Omnibus Hearing Dates (Docket No. 444),

to be served via electronic mail upon the parties as set forth on Exhibit 1; and via US First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The last four digits of the Debtor's federal tax identification number, is 7778. The Debtor's mailing address is 1266 East Main St., Stamford, CT 06902

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 2nd day of October, 2020, Brooklyn, NY.

By *Edward A Calderon*
Edward A. Calderon

Sworn before me this
2nd day of October, 2020

*Sung Jae Kim*
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000090P001-1439S-086<br>ATTORNEY GENERAL'S OFFICE<br>E STUART PHILLIPS;<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTION DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>BK-SPHILLIPS@OAG.TEXAS.GOV | 000090P001-1439S-086<br>ATTORNEY GENERAL'S OFFICE<br>E STUART PHILLIPS;<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTION DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>SHERRI.SIMPSON@OAG.TEXAS.GOV | 000078P001-1439S-086<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI;JOHN C GENTILE<br>222 DELAWARE AVE.,STE 801<br>WILMINGTON DE 19801<br>KCAPUZZI@BENESCHLAW.COM | 000078P001-1439S-086<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI;JOHN C GENTILE<br>222 DELAWARE AVE.,STE 801<br>WILMINGTON DE 19801<br>JGENTILE@BENESCHLAW.COM |
| 000079P001-1439S-086<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>WILLIAM E SCHONBERG<br>200 PUBLIC SQUARE STE 2300<br>CLEVELAND OH 44114<br>WSCHONBERG@BENESCHLAW.COM | 000081P001-1439S-086<br>BUCHANAN INGERSOLL & ROONEY PC<br>MARY CALOWAY,ESQ<br>919 NORTH MARKET ST.,STE 990<br>WILMINGTON DE 19801<br>MARY.CALOWAY@BIPC.COM | 000082P001-1439S-086<br>BUCHANAN INGERSOLL & ROONEY PC<br>TYLER DISCHINGER,ESQ<br>UNION TRUST BLDG<br>501 GRANT ST.,STE 200<br>PITTSBURGH PA 15219<br>TYLER.DISCHINGER@BIPC.COM | 000069P001-1439S-086<br>BURR & FORMAN LLP<br>J CORY FALGOWSKI,ESQ<br>1201 N MARKET ST.,STE 1407<br>WILMINGTON DE 19801<br>JFALGOWSKI@BURR.COM |
| 000070P001-1439S-086<br>BURR & FORMAN LLP<br>EMILY C TAUBE<br>222 SECOND AVE. SOUTH,STE 2000<br>NASHVILLE TN 37201<br>ETAUBE@BURR.COM | 000014P001-1439S-086<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1439S-086<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A FRAMPTON<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>FASNOTIFY@STATE.DE.US | 000004P001-1439S-086<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
| 000061P001-1439S-086<br>EARP COHN PC<br>RICHARD M SCHLAIFER,ESQ<br>20 BRACE RD STE 400<br>CHERRY HILL NJ 08034<br>RSCHLAIFER@EARPCOHN.COM | 000060P001-1439S-086<br>ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>MICHAEL I GOTTFRIED, ESQ<br>10345 W OLYMPIC BLVD<br>LOS ANGELES CA 90064<br>MGOTTFRIED@ELKINSKALT.COM | 000077P001-1439S-086<br>ENDEAVOR<br>ISABELLE MERCIER-DALPHOND<br>200 FIFTH AVE<br>NEW YORK NY 10010<br>IMERCIER@ENDEAVORCO.COM | 000084P001-1439S-086<br>GOLDSTEIN & MCCLINTOCK LLLP<br>YANKUN GUO,ESQ<br>111 W WASHINGTON ST.,STE 1221<br>CHICAGO IL 60602<br>YANKUNG@GOLDMCLAW.COM |
| 000085P001-1439S-086<br>GOLDSTEIN & MCCLINTOCK LLLP<br>MARIA APRILE SAWCZUK,ESQ<br>501 SILVERSIDE RD.,STE 65<br>WILMINGTON DE 19809<br>MARIAS@GOLDMCLAW.COM | 000072P001-1439S-086<br>GREENBERG TRAURIG LLP<br>SHARI L HEYEN<br>1000 LOUISIANA STE 1700<br>HOUSTON TX 77002<br>HEYENS@GTLAW.COM | 000073P001-1439S-086<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801<br>MELOROD@GTLAW.COM | 000074P001-1439S-086<br>GREENBERG TRAURIG LLP<br>DAVID B KURZWEIL<br>3333 PIEDMONT RD.,NE STE 2500<br>ATLANTA GA 30305<br>KURZWEILD@GTLAW.COM |
| 000075P001-1439S-086<br>JENNER & BLOCK LLP<br>ROBERT D GORDON;MARC B HANKIN;CARL N WEDOFF<br>919 THIRD AVE<br>NEW YORK NY 10022<br>RGORDON@JENNER.COM | 000075P001-1439S-086<br>JENNER & BLOCK LLP<br>ROBERT D GORDON;MARC B HANKIN;CARL N WEDOFF<br>919 THIRD AVE<br>NEW YORK NY 10022<br>MHANKIN@JENNER.COM | 000075P001-1439S-086<br>JENNER & BLOCK LLP<br>ROBERT D GORDON;MARC B HANKIN;CARL N WEDOFF<br>919 THIRD AVE<br>NEW YORK NY 10022<br>CWEDOFF@JENNER.COM | 000076P001-1439S-086<br>JENNER & BLOCK LLP<br>TODD C TORAL<br>633 WEST 5TH ST., STE 3600<br>LOS ANGELES CA 90071-2054<br>TTORAL@JENNER.COM |

| | | | |
|---|---|---|---|
| 000025P003-1439S-086<br>K&L GATES, LLP<br>JOHN A. BICKS<br>599 LEXINGTON AVE<br>NEW YORK NY 10022<br>JOHN.BICKS@KLGATES.COM | 000026P001-1439S-086<br>K&L GATES, LLP<br>JAMES A. WRIGHT III<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>JAMES.WRIGHT@KLGATES.COM | 000027P001-1439S-086<br>K&L GATES, LLP<br>AARON S. ROTHMAN<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>AARON.ROTHMAN@KLGATES.COM | 000062P001-1439S-086<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| 000087P001-1439S-086<br>MANATT PHELPS & PHILLIPS LLP<br>CARL L GRUMER<br>2049 CENTURY PARK EAST STE 1700<br>LOS ANGELES CA 90067<br>CGRUMER@MANATT.COM | 000058P001-1439S-086<br>MCCARTER & ENGLISH LLP<br>MATTHEW J RIFINO, ESQ<br>RENAISSANCE CENTRE<br>405 N KING ST.,8TH FLOOR<br>WILMINGTON DE 19801<br>MRIFINO@MCCARTER.COM | 000059P001-1439S-086<br>MCCARTER & ENGLISH LLP<br>SHEILA E CALELLO,ESQ<br>100 MULBERRY ST<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>SCALELLO@MCCARTER.COM | 000056P001-1439S-086<br>NC SPORTS LLC<br>JONATHAN R HURST<br>ONE CHAGRIN HIGHLANDS<br>2000 AUBURN DRIVE STE 315<br>BEACHWOOD OH 44122<br>JONATHAN@NCSPORTS.US |
| 000056P001-1439S-086<br>NC SPORTS LLC<br>JONATHAN R HURST<br>ONE CHAGRIN HIGHLANDS<br>2000 AUBURN DRIVE STE 315<br>BEACHWOOD OH 44122<br>NEIL@NCSPORTS.US | 000083P001-1439S-086<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>JASON B BINFORD, ASST ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548- MC 008<br>AUSTIN TX 78711-2548<br>JASON.BINFORD@OAG.TEXAS.GOV | 000089P001-1439S-086<br>POTTER ANDERSON & CORROON LLP<br>CHRISTOPHER M SAMIS;D RYAN SLAUGH<br>1313 N MARKET ST.,6TH FLOOR<br>WILMINGTON DE 19801<br>CSAMIS@POTTERANDERSON.COM | 000089P001-1439S-086<br>POTTER ANDERSON & CORROON LLP<br>CHRISTOPHER M SAMIS;D RYAN SLAUGH<br>1313 N MARKET ST.,6TH FLOOR<br>WILMINGTON DE 19801<br>RSLAUGH@POTTERANDERSON.COM |
| 000063P001-1439S-086<br>RUBIN LLC<br>PAUL A RUBIN;HANH HUYNH<br>345 SEVENTH AVE.,,21ST FLOOR<br>NEW YORK NY 10001<br>PRUBIN@RUBINLAWLLC.COM | 000063P001-1439S-086<br>RUBIN LLC<br>PAUL A RUBIN;HANH HUYNH<br>345 SEVENTH AVE.,,21ST FLOOR<br>NEW YORK NY 10001<br>HHUYNH@RUBINLAWLLC.COM | 000086P001-1439S-086<br>SCHLANGER SILVER LLP<br>JULIA A COOK<br>109 NORTH POST OAK LANE STE 300<br>HOUSTON TX 77024<br>JCOOK@SCHLANGERSILVER.COM | 000016P001-1439S-086<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV |
| 000017P001-1439S-086<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000071P001-1439S-086<br>STARK & STARK PC<br>JOSEPH H LEMKIN,ESQ<br>P O BOX 5315<br>PRINCETON NJ 08543<br>JLEMKIN@STARK-STARK.COM | 000005P001-1439S-086<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000057P001-1439S-086<br>WHITEFORD TAYLOR & PRESTON LLC<br>SCOTT M HARE, ESQ<br>200 FIRST AVE., FLOOR 3<br>PITTSBURGH PA 15222<br>SHARE@WTPLAW.COM |

Records Printed : 44

# EXHIBIT 2

# Alpha Entertainment LLC
# Exhibit Page

| | | | |
|---|---|---|---|
| 000064P001-1439S-086<br>47 BRAND LLC<br>JOE KEANE<br>15 SOUTHWEST PARK<br>WESTWOOD MA 02090 | 000013P001-1439S-086<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000068P001-1439S-086<br>BANKRUPTCY ADMINISTRATION<br>CHRISTINE R ETHERIDGE<br>WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>A RICOH USA PROGRAM<br>P O BOX 13708<br>MACON GA 31208-3708 | 000030P002-1439S-086<br>BEXEL NEP INTEGRATED SOLUTIONS<br>DEAN NACCARATO<br>2 BETA DR<br>PITTSBURGH PA 15238 |
| 000043P002-1439S-086<br>CP COMMUNICATIONS<br>JERRY GEPNER<br>9965 18TH ST N<br>ST.PETERSBURG FL 33716 | 000053P002-1439S-086<br>DC STADIUM LLC<br>CHRIS DEUBERT<br>100 POTOMAC AVE SW<br>WASHINGTON DC 20024 | 000006P001-1439S-086<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1439S-086<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 |
| 000009P001-1439S-086<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A 340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000001P001-1439S-086<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1439S-086<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000067P001-1439S-086<br>JONATHAN HAYES<br>ADDRESS INTENTIONALLY OMITTED |
| 000010P001-1439S-086<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FLOOR AUSTIN BUILDING<br>LANSING MI 48922 | 000080P001-1439S-086<br>MISSOURI DEPT OF REVENUE<br>STEVEN A GINTHER, SPECIAL ASST ATTORNEY GENERAL<br>BANKRUPTCY UNIT<br>P O BOX 475<br>JEFFERSON CITY MO 65105-0475 | 000003P002-1439S-086<br>OFFICE OF THE US TRUSTEE<br>RICHARD SCHEPACARTER<br>844 KING ST STE 2207<br>LOCKBOX 35<br>WILMINGTON DE 19801 | 000088P001-1439S-086<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES<br>DEB SECREST<br>PA - DEPT OF LABOR AND INDUSTRY<br>651 BOAS ST., RM 925<br>HARRISBURG PA 17121 |
| 000015P001-1439S-086<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000012P001-1439S-086<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000066P001-1439S-086<br>TICKET MASTER<br>RICHARD PATTI<br>9348 CIVIC CENTER DRIVE<br>BEVERLY HILLS CA 90210 | 000011P001-1439S-086<br>US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 |
| 000065P001-1439S-086<br>XOS TECHNOLOGIES INC<br>KRISTIN DESROCHERS<br>181 BALLARDVALE ST.,STE 101B<br>WILMINGTON MA 01887 | | | |

Records Printed : 21