## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
| **ALPHA ENTERTAINMENT LLC,** | : | **Case No. 20-10940 (LSS)** |
|  | : |  |
| Debtor.[1] | : |  |
|  | : |  |

---------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON NOVEMBER 4, 2020 AT 10:00 A.M. (ET)

**THIS HEARING WILL BE HELD TELEPHONICALLY AND BY VIDEO. ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878 NO LATER THAN NOVEMBER 4, 2020 AT 8:30 A.M. (ET) TO SIGN UP. ADDITIONALLY, ANYONE WISHING TO APPEAR BY ZOOM IS INVITED TO USE THE LINK BELOW. ALL PARTIES THAT WILL BE ARGUING OR TESTIFYING MUST APPEAR BY ZOOM AND COURTCALL. PARTICIPANTS ON COURTCALL SHOULD DIAL INTO THE CALL NOT LATER THAN 10 MINUTES PRIOR TO THE START OF THE SCHEDULED HEARING TO INSURE A PROPER CONNECTION.**

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

**Topic: Alpha Entertainment 20-10940 (LSS)
Time: November 4, 2020 at 10:00 AM Eastern Time (US and Canada)**

**Join ZoomGov Meeting**
https://debuscourts.zoomgov.com/j/1617564837

**Meeting ID: 161 756 4837
Password: 174600**

**Join by SIP**
1617564837@sip.zoomgov.com

---

[1] The last four digits of the Debtor's federal tax identification number, is 7778. The Debtor's mailing address is 600 Steamboat Road, Suite 105, Greenwich, CT 06830.

## ADJOURNED/RESOLVED MATTERS

1.      Debtor's Ninth Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Petition Date [D.I. 20; 4/13/20]

Related Pleadings:

      a)      Omnibus Notice of Hearing [D.I. 40; 4/16/20]

      b)      Notice of Partial Withdrawal [D.I. 93; 5/11/20]

      c)      Certification of Counsel [D.I. 219; 6/12/20]

      d)      Order Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Petition Date [D.I. 222; 6/12/20]

Objection Deadline:      April 27, 2020 at 4:00 p.m. (ET) [Extended for Mark and Matthew Kwok, Ming Event Services to May 6, 2020 at 4:00 p.m. (ET), and for the Committee to May 21, 2020 at 1:00 p.m. (ET)]

Objections/Informal Responses:

      e)      Response and Objection of YinzCam, Inc. [D.I. 70; 4/27/20]

Status:      With respect to the response listed as item (e), this matter is continued to the next hearing scheduled for December 11, 2020 at 10:00 a.m. (ET).  An order has been entered by the Court with respect to the remaining relief requested in the Motion, as such no hearing is necessary at this time.

2.      Debtor's Nineteenth Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases, Effective as of the Rejection Effective Date [D.I. 433; 9/30/20]

Related Pleadings:

      a)      Certificate of No Objection [D.I. 469; 10/15/20]

      b)      Order Authorizing the Debtor to Reject Certain Executory Contracts and Unexpired Leases, Effective as of the Rejection Effective Date [D.I. 476; 10/20/20]

Objection Deadline:      October 14, 2020 at 4:00 p.m. (ET)

Objections/Informal Responses:      None.

Status:      An order has been entered by the Court.  No hearing is necessary.

3.    Motion for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Further Extending the Exclusive Periods within Which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 455; 10/6/20]

Related Pleadings:

    a)    Certificate of No Objection [D.I. 477; 10/21/20]

    b)    Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Further Extending the Exclusive Periods within Which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 481; 10/23/20]

Objection Deadline:           October 20, 2020 at 4:00 p.m. (ET)

Objections/Informal Responses:        None.

Status:           An order has been entered by the Court.  No hearing is necessary.

4.    Debtor's Motion for an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 456; 10/6/20]

Related Pleadings:

    a)    Certificate of No Objection [D.I. 478; 10/21/20]

    b)    Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 482; 10/23/20]

Objection Deadline:           October 20, 2020 at 4:00 p.m. (ET)

Objections/Informal Responses:        None.

Status:           An order has been entered by the Court.  No hearing is necessary.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

5.    Debtor's Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving Settlement and Stipulation By and Between the Debtor and the Chapter 7 Trustee for the Bankruptcy Estate of Miami Air International, Inc. [D.I. 466; 10/14/20]

Related Pleadings:

    a)    Certificate of No Objection [D.I. 493; 10/30/20]

b) Proposed Order

Objection Deadline: October 28, 2020 at 4:00 p.m. (ET)

Objections/Informal Responses: None.

Status: A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

## **MATTER GOING FORWARD**

6. Debtor's Motion for an Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of the Ballot and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 458; 10/7/20]

Related Pleadings:

a) Chapter 11 Plan of Alpha Entertainment LLC [D.I. 434; 9/30/20]

b) Disclosure Statement for the Chapter 11 Plan of Alpha Entertainment LLC [D.I. 435; 9/30/20]

c) Notice of Hearing to Consider Approval of Disclosure Statement [D.I. 436; 9/30/20]

d) Notice of Filing of Liquidation Analysis [D.I. 479; 10/22/20]

Motion Objection Deadline: October 21, 2020 at 4:00 p.m. (ET)

Disclosure Statement Objection Deadline: October 28, 2020 at 4:00 p.m. (ET)

Objections/Informal Responses:

e) Informal Response from Counsel to Oliver Luck

Status: The informal response listed as item (e) has been resolved, in part, through certain changes made to the proposed form of order filed with the motion. The Debtor anticipates filing revised versions of the Plan and Disclosure Statement prior to the hearing, and submitting a revised form of proposed order under certification of counsel. This matter will go forward as uncontested.

Dated: November 2, 2020          YOUNG CONAWAY STARGATT & TAYLOR, LLP
       Wilmington, Delaware

*/s/ Shane M. Reil*
Michael R. Nestor (No. 3526) (mnestor@ycst.com)
Matthew B. Lunn (No. 4119) (mlunn@ycst.com)
Kenneth J. Enos (No. 4544) (kenos@ycst.com)
Shane M. Reil (No. 6195) (sreil@ycst.com)
Matthew P. Milana (No. 6681) (mmilana@ycst.com)
1000 N. King Street
Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtor and Debtor in Possession*