IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
: 
In re : Chapter 11
: 
ALPHA ENTERTAINMENT LLC, : Case No. 20-10940 (LSS)
: 
Debtor.[1] :
: Ref. Docket Nos. 496, 497 & 530
---------------------------------------------------------x

**DECLARATION OF JOHN BURLACU OF DONLIN, RECANO & COMPANY, INC. REGARDING THE SOLICITATION AND TABULATION OF VOTES CAST ON THE 1ST AMENDED CHAPTER 11 PLAN OF ALPHA ENTERTAINMENT LLC**

STATE OF NEW YORK )
) ss:
COUNTY OF KINGS )

I, John Burlacu, declare, under penalty of perjury to the best of my knowledge, information, and belief:[2]

1. I am a Senior Director at Donlin, Recano & Company, Inc. ("DRC"), located at 6201 15th Avenue, Brooklyn, New York 11219. I am over the age of 18 years and competent to testify.

2. I submit this Declaration with respect to the solicitation of votes and the tabulation of votes cast on the *1st Amended Chapter 11 Plan of Alpha Entertainment LLC* [Docket No. 496] (as may be amended, supplemented, or otherwise modified, the "Plan"). Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge, information supplied to me by the Debtor or its advisors, including DRC, and my review of

---

[1] The last four digits of the Debtor's federal tax identification number are 7778. The Debtor's mailing address is 600 Steamboat Road, Suite 105, Greenwich, CT 06830.

[2] Capitalized terms used but not otherwise defined herein will have the meanings set forth in the Plan.

relevant documents. If I were called to testify, I could and would testify competently as to the facts set forth herein on that basis.

3. In accordance with the *Order Approving the Employment and Retention of Donlin, Recano & Company, Inc. as Administrative Advisor for the Debtor, Effective as of the Petition Date* [Docket No. 113], DRC was authorized to assist the Debtor in connection with, *inter alia*, soliciting, receiving, and tabulating Ballots accepting or rejecting the Plan.

**I.     Service and Transmittal of Solicitation Packages and Related Information.**

4. On November 4, 2020, the Court entered an order (the "<u>Disclosure Statement Order</u>") approving the *Disclosure Statement for the 1ˢᵗ Amended Chapter 11 Plan of Alpha Entertainment LLC* [Docket No. 497] (the "<u>Disclosure Statement</u>") and establishing, among other things, certain solicitation and voting tabulation procedures (the "<u>Solicitation Procedures</u>").

5. DRC worked with the Debtor and its advisors to solicit votes to accept or reject the Plan and to tabulate the ballots of creditors voting to accept or reject the Plan in accordance with the Solicitation Procedures. Except as otherwise noted, I could and would testify to the following based upon my personal knowledge.

6. Pursuant to the Plan and Solicitation Procedures, only holders of Claims in Class 3 (the "<u>Voting Class</u>") as of November 4, 2020 (the "<u>Voting Record Date</u>"), as set forth below, were entitled to vote to accept or reject the Plan. No other Classes were entitled to vote on the Plan.

| **Class** | **Type of Claim** |
|---|---|
| Class 3 | General Unsecured Claims |

7. On or around November 10, 2020, DRC posted links on the Debtor's restructuring

website maintained by DRC at https://www.donlinrecano.com/Clients/alpha/Index to provide parties with access to, among other documents, copies of the Plan and the Disclosure Statement.

8. In accordance with the Disclosure Statement Order, on November 10, 2020, DRC caused Solicitation Packages to be distributed to holders of Claims in the Voting Class as of the Voting Record Date. Proof of service of the Solicitation Packages and non-voting packages are set forth in the *Affidavit of Donlin, Recano and Company, Inc. Regarding Service of Solicitation Packages with Respect to the 1st Amended Chapter 11 Plan of Alpha Entertainment LLC* [Docket No. 530].

## II. General Tabulation Process.

9. As specified in the Disclosure Statement Order, November 4, 2020 was established as the Voting Record Date for determining the holders of Claims in the Voting Class entitled to vote to accept or reject the Plan.

10. Pursuant to the Disclosure Statement Order, DRC relied on the following information to identify and solicit holders of Claims in the Voting Class: (a) the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs filed with the Court; (b) the official claims register maintained by DRC as of November 4, 2020; (c) claims information pertaining to the Debtor's chapter 11 case, as reflected in DRC's internal database to which this information was loaded; and (d) other information and instructions provided by the Debtor and/or its advisors. Using this information, and with guidance from the Debtor and its advisors, DRC created a voting database reflecting the name, address, voting amount, and classification of Claims in the Voting Class. Using this voting database and the form of Ballot approved under the Disclosure Statement Order, DRC generated Ballots for holders of Claims entitled to vote to accept or reject the Plan.

11. Ballots returned by online submission, regular mail, hand delivery, or overnight delivery were received by personnel of DRC at its office in Brooklyn, New York. Ballots received by DRC were processed in accordance with the Disclosure Statement Order. Upon receiving Ballots, DRC took the following actions:

   a. The envelopes containing the Ballots were opened, and the contents were removed and stamped with the date and time received. Each Ballot was then scanned into DRC's system and sequentially numbered (the "Sequence Number");

   b. DRC then entered into a computer database all pertinent information from each of the Ballots, including among other things, the date and time the Ballot was received, the Sequence Number, the voting dollar amount, and whether the creditor submitting the Ballot voted to accept or reject the Plan.

12. In order for a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the Disclosure Statement Order and executed by the relevant holder, or such holder's authorized representative, and must have been actually received by DRC by 5:00 p.m. (Eastern Time) on December 4, 2020 (the "Voting Deadline"). All Ballots were to be delivered to DRC as follows: (a) if by hand delivery, or overnight courier, to Donlin, Recano & Company, Inc., Re: Alpha Entertainment LLC, 6201 15th Avenue, Brooklyn, New York 11219; (b) if by First Class mail, to Donlin, Recano & Company, Inc., Re: Alpha Entertainment LLC, P.O. Box 199043 Blythebourne Station, Brooklyn, NY 11219; or (c) if by using the online vote portal, by visiting www.donlinrecano.com/clients/alpha/vote and entering the Unique E-Ballot Identification number provided on the ballot.

13. All validly executed Ballots cast by holders of Claims in the Voting Class received by DRC on or before the Voting Deadline were tabulated as outlined in the Disclosure Statement Order.

14. DRC is in possession of the Ballots received by it, and copies of the same are

available for review during DRC's normal business hours at 6201 15th Avenue, Brooklyn, New York 11219.

### III. The Voting Results.

15. The results of the aforesaid tabulation of properly executed Ballots received on or before the Voting Deadline are set forth below and in the report annexed hereto as **Exhibit A** (the "Final Tabulation Results").

| CLASS | TOTAL BALLOTS RECEIVED | | | |
|---|---|---|---|---|
| | Accept | | Reject | |
| | AMOUNT (% of Amount Voted) | NUMBER (% of Number Voted) | AMOUNT (% of Amount Voted) | NUMBER (% of Number Voted) |
| Class 3 – General Unsecured Claims | $17,460,202.73 (97.21%) | 138 (89.03%) | $501,161.93 (2.79%) | 17 (10.97%) |

16. In accordance with the Disclosure Statement Order, any unsigned Ballot or Ballot without an original signature was excluded from the Final Tabulation Results. A complete list of all defective Ballots with explanatory defective codes is set forth on **Exhibit B**.

17. A report of any parties in the Voting Class that checked the opt-out box on their Ballot is attached hereto as **Exhibit C**. For the avoidance of doubt, this Declaration does not certify the validity or enforceability of any opt-out elections received and reported on **Exhibit C** attached hereto, but rather this Declaration is providing such information for reporting and information purposes only.

I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge, information and belief.

Dated: December 8, 2020

Brooklyn, New York

*/s/ John Burlacu*
John Burlacu, Senior Director
Donlin, Recano & Company, Inc.

EXHIBIT A

# ALPHA ENTERTAINMENT LLC
## Tabulation Report as of 12/4/2020

| Class | Ballot ID | Acct No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Defect Codes | Opt Out | Exempt | IRS Not Notified | IRS Notified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 000349 | 2705 | ACHIEVE AV INC | 5,412.10 | | REJECT | 0 | 1 | 0.00 | 5,412.10 | 11/18/20 | | Opt-Out | | | |
| 3 | 000107 | 2714 | ADVANCED ENTERTAINMENT TECHNOLOGIES | 31,585.00 | | ACCEPT | 1 | 0 | 31,585.00 | 0.00 | 12/4/20 | | Opt-Out | | | |
| 3 | 000097 | 4651 | AIG PROPERTY CASUALTY INC | 1.00 | | ABSTAIN | 0 | 0 | 0.00 | 0.00 | 11/30/20 | | Opt-Out | | | |
| 3 | 000188 | 2731 | ALLIANCE SOLUTIONS GROUP MCINTYRE | 1,141.44 | | ACCEPT | 1 | 0 | 1,141.44 | 0.00 | 11/27/20 | | | | Yes | |
| 3 | 000351 | 2737 | ALPE INTERNATIONAL LLC | 6,690.50 | | REJECT | 0 | 1 | 0.00 | 6,690.50 | 12/4/20 | | Opt-Out | | | |
| 3 | 000020 | 2740 | ALPHAGRAPHICS | 739.13 | | ACCEPT | 1 | 0 | 739.13 | 0.00 | 11/25/20 | | Opt-Out | | | |
| 3 | 000088 | 4452 | AMERICAN EXPRESS TRAVEL RELATED SVCS | 19.95 | | ACCEPT | 1 | 0 | 19.95 | 0.00 | 11/30/20 | | Opt-Out | | | |
| 3 | 000131 | 4569 | AMERICAN PROCESS LETTERING INC | 58,035.40 | | ACCEPT | 1 | 0 | 58,035.40 | 0.00 | 11/30/20 | | Opt-Out | | | |
| 3 | 000472 | 998 | VINCENT AMEY | 7,916.67 | | ACCEPT | 1 | 0 | 7,916.67 | 0.00 | 12/4/20 | | | | | |
| 3 | 000140 | 2722 | AMI GRAPHICS INC | 269.90 | | ACCEPT | 1 | 0 | 269.90 | 0.00 | 11/30/20 | | | Exempt | | |
| 3 | 000355 | 2760 | ARLINGTON ORTHOPEDIC ASSOCIATES PA | 50,382.92 | | ACCEPT | 1 | 0 | 50,382.92 | 0.00 | 11/23/20 | | Opt-Out | | Yes | |
| 3 | 000480 | 2762 | ARTEMIS EVENTS INC | 12,469.10 | | REJECT | 0 | 1 | 0.00 | 12,469.10 | 12/4/20 | | Opt-Out | | | |
| 3 | 000236 | 2778 | AVERY WORLDWIDE INC 70006 | 33,107.51 | | ACCEPT | 1 | 0 | 33,107.51 | 0.00 | 12/2/20 | | | | | |
| 3 | 000301 | 4270 | CODY BERRY | 1,275.00 | | ACCEPT | 1 | 0 | 1,275.00 | 0.00 | 12/1/20 | | | | Yes | |
| 3 | 000358 | 2784 | BEST EXECUTIVE SECURITY TEAM | 11,375.00 | | REJECT | 0 | 1 | 0.00 | 11,375.00 | 12/4/20 | | | | | |
| 3 | 000359 | 2792 | BHC OFFICE SOLUTIONS INC | 37,480.67 | | ACCEPT | 1 | 0 | 37,480.67 | 0.00 | 11/24/20 | | | Exempt | | |
| 3 | 000360 | 2794 | BIG GAME SPORTS INC | 284,638.99 | | REJECT | 0 | 1 | 0.00 | 284,638.99 | 11/24/20 | | | Exempt | | |
| 3 | 000361 | 2800 | BMP PARTNERS INC | 22,247.30 | | ACCEPT | 1 | 0 | 22,247.30 | 0.00 | 11/30/20 | | | Exempt | | |
| 3 | 000162 | 4137 | AMANDA K BOWEN | 2,428.19 | | ACCEPT | 1 | 0 | 2,428.19 | 0.00 | 12/3/20 | | | | | |
| 3 | 000471 | 896 | SHANE BOWMAN | 7,280.00 | | ACCEPT | 1 | 0 | 7,280.00 | 0.00 | 12/1/20 | | | | | |
| 3 | 000238 | 2836 | CASEY BROCHHAGEN | 140.00 | | ACCEPT | 1 | 0 | 140.00 | 0.00 | 11/30/20 | | Opt-Out | | | |
| 3 | 000023 | 2820 | BUCKLEY PETERSEN GLOBAL INC | 14,759.71 | | REJECT | 0 | 1 | 0.00 | 14,759.71 | 11/30/20 | | | Exempt | | |
| 3 | 000242 | 2845 | CHAMPIONSHIP CATERING LLC | 92,653.76 | | ACCEPT | 1 | 0 | 92,653.76 | 0.00 | 11/25/20 | | | | | |
| 3 | 000557 | 4568 | CODE 4 MEDIA GROUP INC | 44,270.21 | | ACCEPT | 1 | 0 | 44,270.21 | 0.00 | 12/3/20 | | Opt-Out | | | |
| 3 | 000244 | 2868 | CONCIERGE LIVE LLC | 1,026.00 | | ACCEPT | 1 | 0 | 1,026.00 | 0.00 | 12/3/20 | | Opt-Out | | | |
| 3 | 000100 | 4660 | CP COMMUNICATIONS LLC | 593,393.50 | | ACCEPT | 1 | 0 | 593,393.50 | 0.00 | 11/24/20 | | | | | |
| 3 | 000549 | 4453 | CREDITORS ADJUSTMENT BUREAU/GAINS | 48,000.00 | | ACCEPT | 1 | 0 | 48,000.00 | 0.00 | 12/3/20 | | | | | |
| 3 | 000365 | 2904 | CUSTOM OUTFITTERS LLC | 31,720.28 | | ACCEPT | 1 | 0 | 31,720.28 | 0.00 | 11/30/20 | | | Exempt | | |
| 3 | 000420 | 4309 | RYAN DARWENT | 150.00 | | ACCEPT | 1 | 0 | 150.00 | 0.00 | 11/24/20 | | | | Yes | |
| 3 | 000145 | 2916 | DC DEPT OF PARKS AND RECREATION | 4,560.00 | | ACCEPT | 1 | 0 | 4,560.00 | 0.00 | 12/3/20 | | Opt-Out | | | |
| 3 | 000367 | 2919 | DCVOX LLC | 900.00 | | ACCEPT | 1 | 0 | 900.00 | 0.00 | 11/23/20 | | | Exempt | | |
| 3 | 000168 | 4321 | AL DRAGO | 2,400.00 | | ACCEPT | 1 | 0 | 2,400.00 | 0.00 | 12/4/20 | | | | | |
| 3 | 000251 | 2950 | DVISH PHOTOGRAPHY | 3,786.00 | | ACCEPT | 1 | 0 | 3,786.00 | 0.00 | 12/3/20 | | | | Yes | |
| 3 | 000369 | 2952 | EH TEASLEY AND CO INC | 476.84 | | ACCEPT | 1 | 0 | 476.84 | 0.00 | 11/20/20 | | | | | |
| 3 | 000370 | 2962 | ELLMAN PHOTOGRAPHY | 541.25 | | ACCEPT | 1 | 0 | 541.25 | 0.00 | 11/24/20 | | Opt-Out | | Yes | |
| 3 | 000080 | 4412 | ENGINE THE AGENCY LLC | 14,400.00 | | ACCEPT | 1 | 0 | 14,400.00 | 0.00 | 11/30/20 | | | | | |
| 3 | 000456 | 2967 | ENRG FOODS LLC | 3,390.00 | | ACCEPT | 1 | 0 | 3,390.00 | 0.00 | 12/4/20 | | | | | |
| 3 | 000460 | 3711 | OLUTAYO FABULUJE | 35,000.00 | | REJECT | 0 | 1 | 0.00 | 35,000.00 | 11/18/20 | | | | | |
| 3 | 000494 | 2986 | FAN INTERACTIVE MARKETING LLC | 12,500.00 | | ACCEPT | 1 | 0 | 12,500.00 | 0.00 | 11/30/20 | | | Exempt | | |
| 3 | 000425 | 4404 | FITNESSMITH | 6,878.20 | | ABSTAIN | 0 | 0 | 0.00 | 0.00 | 11/23/20 | | | Exempt | | |
| 3 | 000436 | 4521 | RAYMOND A FLORES JR | 700.00 | | ACCEPT | 1 | 0 | 700.00 | 0.00 | 11/24/20 | | | Exempt | | |
| 3 | 000146 | 3001 | FOCUSED CONSULTING LLC | 7,000.00 | | ABSTAIN | 0 | 0 | 0.00 | 0.00 | 11/19/20 | | | | | |
| 3 | 000129 | 4456 | MALI FRIEDMAN | 80,154.00 | | ACCEPT | 1 | 0 | 80,154.00 | 0.00 | 12/2/20 | | Opt-Out | | | |
| 3 | 000259 | 3011 | FRIENDS OF THE RIVERWALK INC | 5,000.00 | | ACCEPT | 1 | 0 | 5,000.00 | 0.00 | 12/1/20 | | | Exempt | | |
| 3 | 000413 | 4262 | KATHY FRITZ | 5,422.50 | | ACCEPT | 1 | 0 | 5,422.50 | 0.00 | 11/27/20 | | | Exempt | | |
| 3 | 000336 | 28 | ALEXANDER FUNCHES | 8,000.00 | | ACCEPT | 1 | 0 | 8,000.00 | 0.00 | 11/21/20 | | | | | |
| 3 | 000411 | 4258 | ARTHUR GARCIA | 5,426.60 | | ACCEPT | 1 | 0 | 5,426.60 | 0.00 | 12/1/20 | | Opt-Out | | | |
| 3 | 000260 | 3019 | GATEWAY PYROTECHNIC PROD LLC | 2,800.00 | | REJECT | 0 | 1 | 0.00 | 2,800.00 | 11/27/20 | | | | | |
| 3 | 000139 | 795 | QUENTIN GAUSE | 27,280.00 | | ACCEPT | 1 | 0 | 27,280.00 | 0.00 | 11/19/20 | | | | | |
| 3 | 000261 | 3020 | GAZIO PRODUCTIONS LLC | 4,276.48 | | ACCEPT | 1 | 0 | 4,276.48 | 0.00 | 11/27/20 | | | Exempt | | |
| 3 | 000535 | 4150 | KIPPY GIANCANTERI | 200.00 | | ACCEPT | 1 | 0 | 200.00 | 0.00 | 11/23/20 | | | | Yes | |
| 3 | 000496 | 3022 | GIGGLES ENTERTAINMENT | 1,650.00 | | ACCEPT | 1 | 0 | 1,650.00 | 0.00 | 11/24/20 | | | Exempt | | |
| 3 | 000138 | 608 | KEVIN GILBRIDE | 583,333.33 | | ACCEPT | 1 | 0 | 583,333.33 | 0.00 | 11/27/20 | | | | | |
| 3 | 000262 | 3029 | GO TO TEAM INC | 56,154.62 | | REJECT | 0 | 1 | 0.00 | 56,154.62 | 11/24/20 | | | Exempt | | |
| 3 | 000498 | 3037 | GRAND FOOD AND BEVERAGE | 5,298.20 | | ACCEPT | 1 | 0 | 5,298.20 | 0.00 | 12/3/20 | | Opt-Out | | | |

# ALPHA ENTERTAINMENT LLC
## Tabulation Report as of 12/4/2020

| Class | Ballot ID | Acct No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Defect Codes | Opt Out | Exempt | IRS Not Notified | IRS Notified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 000376 | 3046 | GSA EMS GROUP LLC | 1,350.00 | | ACCEPT | 1 | 0 | 1,350.00 | 0.00 | 11/30/20 | | | | Yes | |
| 3 | 000470 | 860 | RYAN GUSTAFSON | 311,350.00 | | ACCEPT | 1 | 0 | 311,350.00 | 0.00 | 12/1/20 | | | | | |
| 3 | 000174 | 4639 | HANCOCK REIT 1850M LLC | 239,197.27 | | ACCEPT | 1 | 0 | 239,197.27 | 0.00 | 12/3/20 | | | | | |
| 3 | 000012 | 371 | FREDERICK HARNER | 411,423.46 | | ACCEPT | 1 | 0 | 411,423.46 | 0.00 | 12/3/20 | | Opt-Out | | | |
| 3 | 000222 | 394 | JAY HAYES | 602.60 | | ACCEPT | 1 | 0 | 602.60 | 0.00 | 12/3/20 | | | Exempt | | |
| 3 | 000181 | 534 | JONATHAN HAYES | 633,333.33 | | ACCEPT | 1 | 0 | 633,333.33 | 0.00 | 12/1/20 | | | | | |
| 3 | 000412 | 4260 | ERIC HEINTZ | 23,400.00 | | ACCEPT | 1 | 0 | 23,400.00 | 0.00 | 12/3/20 | | | | Yes | |
| 3 | 000082 | 4421 | HOLLIE BERTRAM PHOTOGRAPHY LLC | 2,105.73 | | ACCEPT | 1 | 0 | 2,105.73 | 0.00 | 11/25/20 | | | | | |
| 3 | 000554 | 4524 | HONEY BUCKET | 533.00 | | ACCEPT | 1 | 0 | 533.00 | 0.00 | 12/2/20 | | | | | |
| 3 | 000091 | 4572 | HOTEL MAHWAH LLC D/B/A SHERATON | 119,991.48 | | ACCEPT | 1 | 0 | 119,991.48 | 0.00 | 12/2/20 | | | Exempt | | |
| 3 | 000225 | 623 | KURT HUNZEKER | 62,500.00 | | ACCEPT | 1 | 0 | 62,500.00 | 0.00 | 12/3/20 | | | | | |
| 3 | 000402 | 3457 | HYLAND EFFECT LLC | 67,329.50 | | ACCEPT | 1 | 0 | 67,329.50 | 0.00 | 12/1/20 | | | | | |
| 3 | 000344 | 692 | MARTIN IFEDI | 14,560.00 | | ACCEPT | 1 | 0 | 14,560.00 | 0.00 | 11/30/20 | | | | | |
| 3 | 000192 | 3090 | IGLASS NETWORKS | 2,000.00 | | ACCEPT | 1 | 0 | 2,000.00 | 0.00 | 11/30/20 | | | | | |
| 3 | 000206 | 4402 | IMMERSION MEDIA INC | 5,000.00 | | ACCEPT | 1 | 0 | 5,000.00 | 0.00 | 11/25/20 | | | | | |
| 3 | 000214 | 4582 | INFOSTRUCTURE SOLUTIONS INC | 2,000.00 | | ACCEPT | 1 | 0 | 2,000.00 | 0.00 | 11/30/20 | | | | | |
| 3 | 000035 | 3103 | INFRONT X LLC | 678,533.92 | | ACCEPT | 1 | 0 | 678,533.92 | 0.00 | 12/4/20 | | Opt-Out | | | |
| 3 | 000504 | 3105 | INSIDESOURCE | 19,519.20 | | ACCEPT | 1 | 0 | 19,519.20 | 0.00 | 12/4/20 | | Opt-Out | | | |
| 3 | 000085 | 4430 | TYREE ROMELLO JACKSON | 64,735.00 | | ACCEPT | 1 | 0 | 64,735.00 | 0.00 | 11/18/20 | | Opt-Out | | | |
| 3 | 000268 | 3118 | JED TRANSPORTATION | 8,525.00 | | ACCEPT | 1 | 0 | 8,525.00 | 0.00 | 12/3/20 | | | | Yes | |
| 3 | 000170 | 4451 | JOHN L KLING IV | 8,320.00 | | ACCEPT | 1 | 0 | 8,320.00 | 0.00 | 12/1/20 | | | | | |
| 3 | 000448 | 4645 | ANTHONY JOHNSON | 15,461.00 | | ACCEPT | 1 | 0 | 15,461.00 | 0.00 | 11/25/20 | | | | | |
| 3 | 000468 | 572 | JUNC III JONES | 540,000.00 | | ABSTAIN | 0 | 0 | 0.00 | 0.00 | 11/24/20 | | | | Yes | |
| 3 | 000182 | 927 | TAIWAN JONES | 15,461.00 | | ACCEPT | 1 | 0 | 15,461.00 | 0.00 | 11/25/20 | | | | | |
| 3 | 000372 | 2975 | ERIK JORGENSEN | 1,500.00 | | ACCEPT | 1 | 0 | 1,500.00 | 0.00 | 12/1/20 | | | | | |
| 3 | 000466 | 409 | HEATHER BROOKS KARATZ | 173,850.00 | | ACCEPT | 1 | 0 | 173,850.00 | 0.00 | 12/3/20 | | Opt-Out | | | |
| 3 | 000072 | 4314 | MAGDALENA KARPOWICZ | 650.00 | | ACCEPT | 1 | 0 | 650.00 | 0.00 | 12/1/20 | | Opt-Out | | | |
| 3 | 000132 | 4571 | KCI CONSTRUCTION SVCS LLC | 36,495.00 | | ACCEPT | 1 | 0 | 36,495.00 | 0.00 | 11/30/20 | | | | | |
| 3 | 000302 | 4271 | JOHN D KNIGHT | 2,025.00 | | ACCEPT | 1 | 0 | 2,025.00 | 0.00 | 12/1/20 | | | | | |
| 3 | 000342 | 663 | LUTHER KNOTT | 23,072.00 | | ACCEPT | 1 | 0 | 23,072.00 | 0.00 | 12/3/20 | | | | | |
| 3 | 000533 | 4141 | KELVIN KUO | 800.00 | | REJECT | 0 | 1 | 0.00 | 800.00 | 12/4/20 | | Opt-Out | | | |
| 3 | 000551 | 4508 | CHARLIE LANGELLA | 9,000.00 | | ACCEPT | 1 | 0 | 9,000.00 | 0.00 | 11/20/20 | | | Exempt | Yes | |
| 3 | 000136 | 262 | DARNELL JAMAR LESLIE | 7,280.00 | | ACCEPT | 1 | 0 | 7,280.00 | 0.00 | 11/22/20 | | | | | |
| 3 | 000064 | 4145 | KONSTANTINE LYMPEROPOULOS | 500.00 | | ACCEPT | 1 | 0 | 500.00 | 0.00 | 11/27/20 | | | Exempt | | |
| 3 | 000273 | 3172 | M AND M GOLF CARS LLC | 1,362.07 | | ACCEPT | 1 | 0 | 1,362.07 | 0.00 | 12/4/20 | | | | Yes | |
| 3 | 000543 | 4386 | MACHETE GROUP INC | 154,974.07 | | ABSTAIN | 0 | 0 | 0.00 | 0.00 | 12/3/20 | | Opt-Out | | | |
| 3 | 000432 | 4450 | STANSLY MAPONGA | 7,280.00 | | ACCEPT | 1 | 0 | 7,280.00 | 0.00 | 12/1/20 | | | | | |
| 3 | 000381 | 3180 | MARC SEROTA PHOTOGRAPHY LLC | 1,800.00 | | REJECT | 0 | 1 | 0.00 | 1,800.00 | 11/30/20 | | | | | |
| 3 | 000443 | 4617 | MARC TRESTMAN | 750,000.00 | | ACCEPT | 1 | 0 | 750,000.00 | 0.00 | 12/2/20 | | | | | |
| 3 | 000382 | 3187 | MAVICH BRANDING GROUP | 17,768.19 | | REJECT | 0 | 1 | 0.00 | 17,768.19 | 11/18/20 | | | | | |
| 3 | 000334 | 4650 | WILLIE L MAYS III | 15,461.00 | | ACCEPT | 1 | 0 | 15,461.00 | 0.00 | 11/18/20 | | | | | |
| 3 | 000105 | 703 | MATTHEW MCGLOIN | 62,000.00 | | ACCEPT | 1 | 0 | 62,000.00 | 0.00 | 12/3/20 | | | | | |
| 3 | 000384 | 3202 | MICHAEL STARGHILL PHOTOGRAPHY | 942.48 | | REJECT | 0 | 1 | 0.00 | 942.48 | 11/30/20 | | | Exempt | | |
| 3 | 000009 | 275 | DAVID MICHAEL | 245,489.00 | | ACCEPT | 1 | 0 | 245,489.00 | 0.00 | 12/3/20 | | Opt-Out | | | |
| 3 | 000039 | 3203 | MICHELLE FARSI PHOTOGRAPHY | 400.00 | | ACCEPT | 1 | 0 | 400.00 | 0.00 | 11/23/20 | | | Exempt | | |
| 3 | 000007 | 189 | CHIRAG MITHANI | 11,035.00 | | ACCEPT | 1 | 0 | 11,035.00 | 0.00 | 11/24/20 | | | Exempt | | |
| 3 | 000233 | 1020 | WINSTON MOSS | 1,083,333.33 | | ACCEPT | 1 | 0 | 1,083,333.33 | 0.00 | 12/1/20 | | | | Yes | |
| 3 | 000338 | 404 | HAL MUMME | 28,104.96 | | ACCEPT | 1 | 0 | 28,104.96 | 0.00 | 11/27/20 | | | | Yes | |
| 3 | 000216 | 4618 | NEP SUPERSHOOTERS LP | 3,774,570.00 | | ACCEPT | 1 | 0 | 3,774,570.00 | 0.00 | 12/3/20 | | Opt-Out | | | |
| 3 | 000275 | 3237 | NP EVENT MARKETING GROUP LLC | 16,000.00 | | ACCEPT | 1 | 0 | 16,000.00 | 0.00 | 12/1/20 | | | Exempt | | |
| 3 | 000042 | 3256 | OUTSOURCED AD OPS LLC | 16,500.00 | | ACCEPT | 1 | 0 | 16,500.00 | 0.00 | 11/30/20 | | | | | |
| 3 | 000518 | 3260 | PACIFIC COAST MEDICAL SVCS | 7,500.00 | | REJECT | 0 | 1 | 0.00 | 7,500.00 | 11/23/20 | | | Exempt | | |
| 3 | 000329 | 4586 | SCOTT PARKER | 360.00 | | ACCEPT | 1 | 0 | 360.00 | 0.00 | 11/30/20 | | | | | |
| 3 | 000125 | 4147 | NICOLE PEREZ | 400.00 | | ACCEPT | 1 | 0 | 400.00 | 0.00 | 12/1/20 | | | | | |
| 3 | 000213 | 4530 | PFFA ACQUISITION LLC | 100,000.00 | | ACCEPT | 1 | 0 | 100,000.00 | 0.00 | 12/4/20 | | Opt-Out | | | |

# ALPHA ENTERTAINMENT LLC
## Tabulation Report as of 12/4/2020

| Class | Ballot ID | Acct No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Defect Codes | Opt Out | Exempt | IRS Not Notified | IRS Notified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 000325 | 4570 | PIROS SIGNS INC | 16,396.40 | | ACCEPT | 1 | 0 | 16,396.40 | 0.00 | 12/4/20 | | | | | |
| 3 | 000197 | 3276 | PMY ETS USA INC | 50,000.00 | | ACCEPT | 1 | 0 | 50,000.00 | 0.00 | 11/25/20 | | | | | |
| 3 | 000224 | 575 | JUSTIN POINDEXTER | 694.60 | | ACCEPT | 1 | 0 | 694.60 | 0.00 | 12/1/20 | | | | | |
| 3 | 000514 | 3232 | POSTERGIANT INC | 29,750.00 | | REJECT | 0 | 1 | 0.00 | 29,750.00 | 12/3/20 | | Opt-Out | | | |
| 3 | 000555 | 4531 | MATTHEW R POWEL | 2,473.63 | | ACCEPT | 1 | 0 | 2,473.63 | 0.00 | 11/29/20 | | | | | |
| 3 | 000520 | 3283 | PRINTWEST INC | 2,237.29 | | ACCEPT | 1 | 0 | 2,237.29 | 0.00 | 11/23/20 | | Opt-Out | Exempt | | |
| 3 | 000045 | 3284 | PRITCHARD INDUSTRIES INC | 9,284.59 | | ACCEPT | 1 | 0 | 9,284.59 | 0.00 | 11/30/20 | | | | Yes | |
| 3 | 000388 | 3288 | PROFESSIONAL SPORTS PARTNERS LLC | 9,656.00 | | ACCEPT | 1 | 0 | 9,656.00 | 0.00 | 12/2/20 | | Opt-Out | | | |
| 3 | 000452 | 4681 | RANGERS BASEBALL EXPRESS LLC | 1,783,957.60 | | ACCEPT | 1 | 0 | 1,783,957.60 | 0.00 | 12/2/20 | | Opt-Out | | | |
| 3 | 000348 | 2628 | RANGERS BASEBALL LLC | 6,954.00 | | ACCEPT | 1 | 0 | 6,954.00 | 0.00 | 12/3/20 | | Opt-Out | | | |
| 3 | 000337 | 396 | GRADY RASKIN | 189,583.00 | | ACCEPT | 1 | 0 | 189,583.00 | 0.00 | 12/1/20 | | | | | |
| 3 | 000542 | 4384 | ROBERT AGNEW AND ASSOCIATES LLC | 11,969.84 | | REJECT | 0 | 1 | 0.00 | 11,969.84 | 12/4/20 | | | | | |
| 3 | 000299 | 4138 | SCOTT ROVAK | 3,200.00 | | ACCEPT | 1 | 0 | 3,200.00 | 0.00 | 11/24/20 | | | Exempt | | |
| 3 | 000015 | 912 | STEPHANIE RUDNICK | 234,916.00 | | ACCEPT | 1 | 0 | 234,916.00 | 0.00 | 11/22/20 | | Opt-Out | | | |
| 3 | 000048 | 3339 | SALERNO PRODUCTIONS LLC | 18,190.01 | | ACCEPT | 1 | 0 | 18,190.01 | 0.00 | 11/27/20 | | | | Yes | |
| 3 | 000327 | 4581 | JALEN SAUNDERS | 14,000.00 | | ACCEPT | 1 | 0 | 14,000.00 | 0.00 | 12/3/20 | | Opt-Out | | | |
| 3 | 000050 | 3356 | SECURITY CONTROL INTEGRATORS | 303.10 | | ACCEPT | 1 | 0 | 303.10 | 0.00 | 11/24/20 | | | Exempt | | |
| 3 | 000223 | 413 | IAN SILBERMAN | 1.00 | | ACCEPT | 1 | 0 | 1.00 | 0.00 | 11/30/20 | | Opt-Out | | | |
| 3 | 000199 | 3334 | SM ATHLETICS INC | 6,837.84 | | ACCEPT | 1 | 0 | 6,837.84 | 0.00 | 12/4/20 | | Opt-Out | | | |
| 3 | 000284 | 3381 | SOMETHING INKED LLC | 920,336.78 | | ACCEPT | 1 | 0 | 920,336.78 | 0.00 | 12/4/20 | | | | | |
| 3 | 000053 | 3382 | SOUNDVIEW IT SOLUTIONS LLC | 6,600.00 | | ACCEPT | 1 | 0 | 6,600.00 | 0.00 | 11/24/20 | | | | | |
| 3 | 000235 | 2671 | ST LOUIS CONVENTION AND VISTORS | 1,000,000.00 | | ACCEPT | 1 | 0 | 1,000,000.00 | 0.00 | 12/4/20 | | Opt-Out | Exempt | | |
| 3 | 000442 | 4578 | ST PAUL PLACE OWNER LLC | 217,480.63 | | ACCEPT | 1 | 0 | 217,480.63 | 0.00 | 12/4/20 | | | | | |
| 3 | 000073 | 4360 | DAN SZPAKOWSKI | 800.00 | | ACCEPT | 1 | 0 | 800.00 | 0.00 | 11/17/20 | | | | | |
| 3 | 000333 | 4644 | TAMPA SPORTS AUTHORITY | 390,000.00 | | ACCEPT | 1 | 0 | 390,000.00 | 0.00 | 12/3/20 | | | | | |
| 3 | 000527 | 3437 | TAPIAPHOTO LLC | 1,331.40 | | REJECT | 0 | 1 | 0.00 | 1,331.40 | 12/4/20 | | Opt-Out | | | |
| 3 | 000401 | 3452 | THE DANNA BOOK INC | 2,450.00 | | ACCEPT | 1 | 0 | 2,450.00 | 0.00 | 11/30/20 | | | | | |
| 3 | 000428 | 4417 | THOMAS REPROGRAPHICS INC | 6,125.40 | | ACCEPT | 1 | 0 | 6,125.40 | 0.00 | 11/23/20 | | | | | |
| 3 | 000010 | 290 | DEREK THRONEBURG | 440,100.00 | | ACCEPT | 1 | 0 | 440,100.00 | 0.00 | 12/4/20 | | Opt-Out | | | |
| 3 | 000079 | 4407 | TM DETWILER LLC | 800.00 | | ACCEPT | 1 | 0 | 800.00 | 0.00 | 11/30/20 | | | Exempt | | |
| 3 | 000528 | 3478 | TRANSPORTATION CHARTER SVC | 24,455.00 | | ACCEPT | 1 | 0 | 24,455.00 | 0.00 | 11/30/20 | | Opt-Out | | | |
| 3 | 000202 | 3481 | TRI C CLUB SUPPLY INC | 1,993.92 | | ACCEPT | 1 | 0 | 1,993.92 | 0.00 | 12/2/20 | | | | | |
| 3 | 000345 | 897 | SHANE TRIPUCKA | 7,280.00 | | ACCEPT | 1 | 0 | 7,280.00 | 0.00 | 11/30/20 | | | | | |
| 3 | 000005 | 2685 | TWO UP AGENCY LTD | 17,400.00 | | ACCEPT | 1 | 0 | 17,400.00 | 0.00 | 12/4/20 | | Opt-Out | | | |
| 3 | 000121 | 3502 | UNITED SVCS OF AMERICA INC | 8,847.98 | | ACCEPT | 1 | 0 | 8,847.98 | 0.00 | 12/1/20 | | | Exempt | | |
| 3 | 000011 | 340 | ELIZABETH VANDERKAMP | 41,450.00 | | ACCEPT | 1 | 0 | 41,450.00 | 0.00 | 11/21/20 | | Opt-Out | | | |
| 3 | 000175 | 4640 | VINCENT K MCMAHON | 4.00 | | ACCEPT | 1 | 0 | 4.00 | 0.00 | 12/3/20 | | Opt-Out | | | |
| 3 | 000103 | 269 | DAVID WALDEN | 198,141.42 | | ACCEPT | 1 | 0 | 198,141.42 | 0.00 | 12/3/20 | | | | | |
| 3 | 000465 | 329 | DWAYNE WALLACE | 42,461.00 | | ACCEPT | 1 | 0 | 42,461.00 | 0.00 | 11/30/20 | | | Exempt | | |
| 3 | 000441 | 4541 | BROOKE WATSON | 1,000.00 | | ACCEPT | 1 | 0 | 1,000.00 | 0.00 | 11/30/20 | | | | | |
| 3 | 000087 | 4447 | WELLNESS FIRST THEARPEUTIC MASSAGE | 650.00 | | ACCEPT | 1 | 0 | 650.00 | 0.00 | 11/25/20 | | Opt-Out | | | |
| 3 | 000416 | 4294 | MICHAEL WELSCH | 600.00 | | ACCEPT | 1 | 0 | 600.00 | 0.00 | 11/30/20 | | | Exempt | | |
| 3 | 000203 | 3538 | WESTCOM WIRELESS INC | 3,730.25 | | ACCEPT | 1 | 0 | 3,730.25 | 0.00 | 11/23/20 | | | | | |
| 3 | 000205 | 4401 | DOUGLASS WHALEY | 166,600.00 | | ACCEPT | 1 | 0 | 166,600.00 | 0.00 | 11/30/20 | | | | | |
| 3 | 000306 | 4408 | WHPT/WXGL/WSUN/WWRM/WDUV/WPOI | 22,521.08 | | ACCEPT | 1 | 0 | 22,521.08 | 0.00 | 11/24/20 | | | | | |
| 3 | 000294 | 3591 | ANTWIONE WILLIAMS | 80,000.00 | | ACCEPT | 1 | 0 | 80,000.00 | 0.00 | 11/24/20 | | Opt-Out | | | |
| 3 | 000164 | 4144 | CHRIS WILLIAMS | 3,000.00 | | ACCEPT | 1 | 0 | 3,000.00 | 0.00 | 12/3/20 | | Opt-Out | | | |

| | | | ALPHA ENTERTAINMENT LLC | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tabulation Report as of 12/4/2020 | | | | | | | | | | | | |
| Class | Ballot ID | Acct No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | Defect Codes | Opt Out | Exempt | IRS Not Notified | IRS Notified |
| 3 | 000407 | 3561 | XRAY MOBILE TEXAS INC | 4,500.00 | | ACCEPT | 1 | 0 | 4,500.00 | 0.00 | 12/3/20 | | | | | |
| 3 | 000343 | 685 | MARQUIS YOUNG | 10,000.00 | | ACCEPT | 1 | 0 | 10,000.00 | 0.00 | 11/27/20 | | | Exempt | | |
| 3 | 000467 | 450 | JAMES ZORN | 583,333.33 | | ACCEPT | 1 | 0 | 583,333.33 | 0.00 | 11/27/20 | | | Exempt | | |
| | | | Totals for Class 3 | | | | | | | | | | | | |
| | | | Aggregate Class 3 Claim Amount Voted to Accept: | 17,460,202.73 | 97.21% | | | | | | | | | | |
| | | | Aggregate Class 3 Claim Amount Voted to Reject: | 501,161.93 | 2.79% | | | | | | | | | | |
| | | | Aggregate Class 3 Claim Amount Voted: | 17,961,364.66 | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | Aggregate Class 3 Claim Quantity Voted to Accept: | 138 | 89.03% | | | | | | | | | | |
| | | | Aggregate Class 3 Claim Quantity Voted to Reject: | 17 | 10.97% | | | | | | | | | | |
| | | | Aggregate Class 3 Claim Quantity Voted: | 155 | | | | | | | | | | | |

EXHIBIT B

## ALPHA ENTERTAINMENT LLC
## Defective Ballots as of 12/4/2020

**Key to Defect Codes:**

A- No signature indicated on ballot
B- Non-original signature indicated on ballot
C- Ballot received via facsimile, email, or other electronic transmission
D- Ballot has been superseded by a subsequently filed Ballot
E- Ballot/voting data is illegible
F- Voting entity does not hold a claim in Plan Class set forth on Ballot
G- Ballot received after the Voting Deadline
H- Ballot revoked by written request
I- Ballot revoked by Court order
J- Ballot indicates neither acceptance nor rejection, or both acceptance and rejection
K- Only signature page returned
L- Multiple Intra-class ballots
N- Ballot submitted on behalf of claims in a non-voting class
O- Ballot submitted on behalf of claims under objection
P- Ballot submitted on behalf of director, officer or other insider
Z- Other Defect

| Class | Ballot ID | Acct No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Vote | ACC | RJC | Accept Amt | Reject Amt | Date | Codes | Opt Out | Exempt | IRS Not Notified | IRS Notified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 000133 | 4611 | ANSTADT COMMUNICATIONS | 980.00 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 11/30/20 | A | | | | |
| 3 | 000091 | 4572 | HOTEL MAHWAH LLC D/B/A SHERATON MAHWAH | 119,991.48 | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 11/30/20 | D | | | | |

EXHIBIT C

## ALPHA ENTERTAINMENT LLC
## Opt-Out Report as of 12/4/2020

| Class | Ballot ID | Acct No. | Creditor Name | Vote Date | Opt Out |
|---|---|---|---|---|---|
| 3 | 000349 | 2705 | ACHIEVE AV INC | 11/18/20 | Opt-Out |
| 3 | 000107 | 2714 | ADVANCED ENTERTAINMENT TECHNOLOGIES INC | 12/4/20 | Opt-Out |
| 3 | 000097 | 4651 | AIG PROPERTY CASUALTY INC | 11/30/20 | Opt-Out |
| 3 | 000351 | 2737 | ALPE INTERNATIONAL LLC | 12/4/20 | Opt-Out |
| 3 | 000020 | 2740 | ALPHAGRAPHICS | 11/25/20 | Opt-Out |
| 3 | 000088 | 4452 | AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC | 11/30/20 | Opt-Out |
| 3 | 000131 | 4569 | AMERICAN PROCESS LETTERING INC | 11/30/20 | Opt-Out |
| 3 | 000355 | 2760 | ARLINGTON ORTHOPEDIC ASSOCIATES PA | 11/23/20 | Opt-Out |
| 3 | 000480 | 2762 | ARTEMIS EVENTS INC | 12/4/20 | Opt-Out |
| 3 | 000238 | 2836 | CASEY BROCHHAGEN | 11/30/20 | Opt-Out |
| 3 | 000557 | 4568 | CODE 4 MEDIA GROUP INC | 12/3/20 | Opt-Out |
| 3 | 000244 | 2868 | CONCIERGE LIVE LLC | 12/3/20 | Opt-Out |
| 3 | 000145 | 2916 | DC DEPT OF PARKS AND RECREATION | 12/3/20 | Opt-Out |
| 3 | 000370 | 2962 | ELLMAN PHOTOGRAPHY | 11/24/20 | Opt-Out |
| 3 | 000129 | 4456 | MALI FRIEDMAN | 12/2/20 | Opt-Out |
| 3 | 000411 | 4258 | ARTHUR GARCIA | 12/1/20 | Opt-Out |
| 3 | 000498 | 3037 | GRAND FOOD AND BEVERAGE | 12/3/20 | Opt-Out |
| 3 | 000012 | 371 | FREDERICK HARNER | 12/3/20 | Opt-Out |
| 3 | 000035 | 3103 | INFRONT X LLC | 12/4/20 | Opt-Out |
| 3 | 000504 | 3105 | INSIDESOURCE | 12/4/20 | Opt-Out |
| 3 | 000085 | 4430 | TYREE ROMELLO JACKSON | 11/18/20 | Opt-Out |
| 3 | 000466 | 409 | HEATHER BROOKS KARATZ | 12/3/20 | Opt-Out |
| 3 | 000072 | 4314 | MAGDALENA KARPOWICZ | 12/1/20 | Opt-Out |
| 3 | 000533 | 4141 | KELVIN KUO | 12/4/20 | Opt-Out |
| 3 | 000543 | 4386 | MACHETE GROUP INC | 12/3/20 | Opt-Out |
| 3 | 000009 | 275 | DAVID MICHAEL | 12/3/20 | Opt-Out |
| 3 | 000216 | 4618 | NEP SUPERSHOOTERS LP | 12/3/20 | Opt-Out |
| 3 | 000213 | 4530 | PFFA ACQUISITION LLC | 12/4/20 | Opt-Out |
| 3 | 000514 | 3232 | POSTERGIANT INC | 12/3/20 | Opt-Out |
| 3 | 000520 | 3283 | PRINTWEST INC | 11/23/20 | Opt-Out |
| 3 | 000388 | 3288 | PROFESSIONAL SPORTS PARTNERS LLC | 12/2/20 | Opt-Out |
| 3 | 000452 | 4681 | RANGERS BASEBALL EXPRESS LLC | 12/2/20 | Opt-Out |
| 3 | 000348 | 2628 | RANGERS BASEBALL LLC | 12/3/20 | Opt-Out |
| 3 | 000015 | 912 | STEPHANIE RUDNICK | 11/22/20 | Opt-Out |
| 3 | 000327 | 4581 | JALEN SAUNDERS | 12/3/20 | Opt-Out |
| 3 | 000223 | 413 | IAN SILBERMAN | 11/30/20 | Opt-Out |
| 3 | 000199 | 3334 | SM ATHLETICS INC | 12/4/20 | Opt-Out |
| 3 | 000235 | 2671 | ST LOUIS CONVENTION AND VISTORS COMMISSION | 12/4/20 | Opt-Out |
| 3 | 000527 | 3437 | TAPIAPHOTO LLC | 11/30/20 | Opt-Out |
| 3 | 000010 | 290 | DEREK THRONEBURG | 12/4/20 | Opt-Out |
| 3 | 000528 | 3478 | TRANSPORTATION CHARTER SVC | 11/30/20 | Opt-Out |
| 3 | 000005 | 2685 | TWO UP AGENCY LTD | 12/4/20 | Opt-Out |
| 3 | 000011 | 340 | ELIZABETH VANDERKAMP | 11/21/20 | Opt-Out |
| 3 | 000175 | 4640 | VINCENT K MCMAHON | 12/3/20 | Opt-Out |
| 3 | 000103 | 269 | DAVID WALDEN | 12/3/20 | Opt-Out |
| 3 | 000087 | 4447 | WELLNESS FIRST THEARPEUTIC MASSAGE | 11/25/20 | Opt-Out |
| 3 | 000294 | 3591 | ANTWIONE WILLIAMS | 11/24/20 | Opt-Out |
| 3 | 000164 | 4144 | CHRIS WILLIAMS | 12/3/20 | Opt-Out |