# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
:
In re : Chapter 11
:
ALPHA ENTERTAINMENT LLC, : Case No. 20-10940 (LSS)
:
Debtor.[1] :
: Ref. Docket No. 592
:
----------------------------------------------------------x

## NOTICE OF BALLOTS RETURNED AS UNDELIVERABLE

In accordance with the *2nd Amended Chapter 11 Plan of Alpha Entertainment LLC* (together with all exhibits thereto, and as may be amended, modified or supplemented, the "*Plan*")[2], attached as Exhibit A to the order entered on December 11, 2020 [Docket No. 592] (the "*Confirmation Order*"), Peter Hurwitz, as Plan Administrator for the above-captioned Debtor (the "*Plan Administrator*"), hereby provides notice of the following Holders of Claims in Class 3 whose Ballots were returned to the Debtor or its agent as undeliverable.

| Name | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| HAWK GRAPHICS INC | JOHN BATTAGLINO | 1248 SUSSEX TPKE | RANDOLPH | NJ | 07869 |
| SPORTS CHEMICAL GROUP | | PO BOX 326 1623 MILITARY RD | NIAGARA FALLS | NY | 14304 |
| UNITED RENTALS INC | SIANA JOHNSON | 6125 LAKEVIEW RD STE 300 | CHARLOTTE | NC | 28269 |
| THEODORE COTTRELL | | 4580 REGENCY TRACESW | ATLANTA | GA | 30331 |
| 255 S KING STREET TENANT LLC | | 255 S KING ST | SEATTLE | WA | 98101 |

---

[1] The last four digits of the Debtor's federal tax identification number are 7778. The Debtor's mailing address is c/o Peter Hurwitz, Plan Administrator, 40 Half Moon Lane, Irvington, NY 10533.

[2] Capitalized terms used but not otherwise defined herein, shall have the meaning ascribed to such terms in the Plan.

| | | | | | |
|---|---|---|---|---|---|
| ATHLETIC SUPPLY | | 13919 209TH AVE NE | WOODINVILLE | WA | 98077 |
| EDLEN ELECTRICAL EXHIBITION SVC OF WA INC | | 5931 4TH AVE SOUTH STE 200 | LAS VEGAS | NV | 98108 |

As further set forth in the Plan, the above-listed Holders of Claims in Class 3 whose Ballots were returned to the Debtor or its agent as undeliverable, shall not be deemed to participate in the releases set forth in Section 11.11(b) of the Plan.

Dated: January 7, 2021  
Wilmington, Delaware

**GREENBERG TRAURIG, LLP**

By: /s/ *Dennis A. Meloro*  
Dennis A. Meloro (DE Bar No. 4435)  
The Nemours Building  
1007 North Orange Street, Suite 1200  
Wilmington, Delaware 19801  
Telephone: (302) 661-7000  
Facsimile: (302) 661-7360  
Email: melorod@gtlaw.com

*Counsel for the Plan Administrator*

ACTIVE 54573183v1