# EXHIBIT 1
## Postpetition Invoices



# INVOICE

**Workday, Inc.**
6110 Stoneridge Mall Road
Pleasanton, CA 94588
United States of America
Federal Tax ID: 20-2480422
Tel: +1 (925) 951-9522

| | |
|---|---|
| **Invoice Number:** | WD-172017 |
| Invoice Date: | May 15, 2020 |
| Due Date: | June 14, 2020 |
| Terms: | Net 30 |
| PO Number: | |
| **Amount Due:** | **USD 252,499.98** |

Bill To:
**Alpha Entertainment LLC**
1266 East Main St
Stamford, CT 06902
United States of America

Ship To:
**Alpha Entertainment LLC**
1266 East Main St
Stamford, CT 06902
United States of America

Memo: Order Form 152878 payment 3 of 3

| Item Description | Invoice Line Memo | Amount |
|---|---|---|
| Workday Enterprise Cloud Application Subscription Fee | | 250,000.00 |
| | Net Amount | 250,000.00 |
| | Tax: | 2,499.98 |
| | **Total** | **USD 252,499.98** |

**Please Remit Payments To:**

Via Electronic Funds Transfer (preferred):
Bank: Wells Fargo Bank, Palo Alto, CA
ABA # (Wire): 121 000 248
ACH# (ACH): 321 270 742
Account #: 765-5094592
Account Name: Workday, Inc.
Federal Tax ID: 20-2480422

Via Mail:
WORKDAY, INC.
P.O. Box 396106
San Francisco, CA 94139-6106

Please direct all remittance details and inquiries to accounts.receivable@workday.com



# INVOICE

**Workday, Inc.**
6110 Stoneridge Mall Road
Pleasanton, CA 94588
United States of America
Federal Tax ID: 20-2480422
Tel: +1 (925) 951-9522

| | |
|---|---|
| **Invoice Number:** | WD-175474 |
| Invoice Date: | June 16, 2020 |
| Due Date: | July 16, 2020 |
| Terms: | Net 30 |
| PO Number: | |
| **Amount Due:** | **USD 6,060.00** |

Bill To:
**Alpha Entertainment LLC**
1266 East Main St
Stamford, CT 06902
United States of America

Ship To:
**Alpha Entertainment LLC**
1266 East Main St
Stamford, CT 06902
United States of America

Memo: Order Form 196462 - Tenant - xfl2

| Item Description | Invoice Line Memo | From Date | To Date | Amount |
|---|---|---|---|---|
| Deployment Tenant | | 06/16/2020 | 09/15/2020 | 6,000.00 |
| | Net Amount | | | 6,000.00 |
| | Tax: | | | 60.00 |
| | **Total** | | | **USD 6,060.00** |

**Please Remit Payments To:**

Via Electronic Funds Transfer (preferred):
Bank: Wells Fargo Bank, Palo Alto, CA
ABA # (Wire): 121 000 248
ACH# (ACH): 321 270 742
Account #: 765-5094592
Account Name: Workday, Inc.
Federal Tax ID: 20-2480422

Via Mail:
WORKDAY, INC.
P.O. Box 396106
San Francisco, CA 94139-6106

Please direct all remittance details and inquiries to accounts.receivable@workday.com



**Workday, Inc.**
6110 Stoneridge Mall Road
Pleasanton, CA 94588
United States of America
Federal Tax ID: 20-2480422
Tel: +1 (925) 951-9522

# INVOICE

| | |
|---|---|
| **Invoice Number:** | WD-178194 |
| Invoice Date: | July 29, 2020 |
| Due Date: | August 28, 2020 |
| Terms: | Net 30 |
| PO Number: | |
| **Amount Due:** | **USD 14,810.64** |

Bill To:
**Alpha Entertainment LLC**
1266 East Main St
Stamford, CT 06902
United States of America

Ship To:
**Alpha Entertainment LLC**
1266 East Main St
Stamford, CT 06902
United States of America

Memo: Order Form 192958 payment 2 of 2

| Item Description | Invoice Line Memo | Amount |
|---|---|---:|
| Workday Enterprise Cloud Application Subscription Fee | | 14,664.00 |
| | Net Amount | 14,664.00 |
| | Tax: | 146.64 |
| | **Total** | **USD 14,810.64** |

**Please Remit Payments To:**

Via Electronic Funds Transfer (preferred):
Bank: Wells Fargo Bank, Palo Alto, CA
ABA # (Wire): 121 000 248
ACH# (ACH): 321 270 742
Account #: 765-5094592
Account Name: Workday, Inc.
Federal Tax ID: 20-2480422

Via Mail:
WORKDAY, INC.
P.O. Box 396106
San Francisco, CA 94139-6106

Please direct all remittance details and inquiries to accounts.receivable@workday.com