**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALPHA ENTERTAINMENT LLC, | ) | Case No. 20-10940 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 21st day of January 2021, I caused a copy of the following documents to be served upon the attached service list in the manner indicated:

**MOTION TO ALLOW ADMINISTRATIVE CLAIM OF WORKDAY, INC.**

**[PROPOSED] ORDER ALLOWING THE ADMINISTRATIVE CLAIM OF WORKDAY, INC.**

    */s/ Timothy P. Cairns*
    Timothy P. Cairns

Alpha Entertainment LLC
Case No. 20-10940
Email Service List
08—Emails

**Via Email**
(Counsel For Debtor)
Michael R. Nestor, Esquire
Matthew B. Lunn, Esquire
Kenneth J. Enos, Esquire
Shane M. Reil, Esquire
Matthew P. Milana, Esquire
Young Conaway Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801
Email: bankfilings@ycst.com; mnestor@ycst.com; mlunn@ycst.com
kenos@ycst.com; sreil@ycst.com; mmilana@ycst.com

**Via Email**
(United States Trustee)
Richard Schepacarter
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Email: richard.schepacarter@usdoj.gov

**Via Email**
(Plan Administrator)
Shari L. Heyen
Greenberg Traurig LLP
1000 Louisiana Street
Suite 1700
Houston, TX 77002
Email: heyens@gtlaw.com