# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
ALPHA ENTERTAINMENT LLC,                                :   Case No. 20-10940 (LSS)
                                                        :
                Debtor.¹                                :
                                                        :
------------------------------------------------------- x
```

## AFFIDAVIT OF SERVICE

```
STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )
```

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("<u>DRC</u>"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 18th day of October, 2021, DRC, under my supervision, caused a true and accurate copy of the following:

   i. "Notice of Agenda of Matters Scheduled for Telephonic Hearing on October 18, 2021 at 10:00 a.m." (Docket No. 701);

   ii. "Order Sustaining Plan Administrator's Fourth (Substantive) Omnibus Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1" (Docket No. 704);

   iii. "Order Sustaining Plan Administrator's Third (Non-Substantive) Omnibus Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1" (Docket No. 705); and

   iv. "Amended Notice of Agenda of Matters Scheduled for Telephonic Hearing on October 18, 2021 at 10:00 a.m." (Docket No. 706),

   to be served via electronic mail upon the parties as set forth on <u>Exhibit 1</u>; and via US First Class Mail upon the parties as set forth on <u>Exhibit 2</u>, attached hereto.

---

¹ The last four digits of the Debtor's federal tax identification number are 7778. The Debtor's mailing address is c/o Peter Hurwitz, Plan Administrator, 40 Half Moon Lane, Irvington, NY 10533.

4. On the 18th day of October, 2021, DRC, acting under my supervision, caused a true and accurate copy of the "Order Sustaining Plan Administrator's Fourth (Substantive) Omnibus Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1" (Docket No. 704), to be served via electronic mail upon the parties as set forth on Exhibit 3; and via US First Class Mail upon the parties as set forth on Exhibit 4, attached hereto.

5. On the 18th day of October, 2021, DRC, acting under my supervision, caused a true and accurate copy of the "Order Sustaining Plan Administrator's Third (Non-Substantive) Omnibus Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1" (Docket No. 705), to be served via electronic mail upon the parties as set forth on Exhibit 5; and via US First Class Mail upon the parties as set forth on Exhibit 6, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 19th day of October, 2021, Brooklyn, NY.


By _____
Sung Jae Kim


Sworn before me this
19th day of October, 2021


_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

**EXHIBIT 1**

000090P001-1439S-128
ATTORNEY GENERAL'S OFFICE
E STUART PHILLIPS;
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTION DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
BK-SPHILLIPS@OAG.TEXAS.GOV

000090P001-1439S-128
ATTORNEY GENERAL'S OFFICE
E STUART PHILLIPS;
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTION DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
SHERRI.SIMPSON@OAG.TEXAS.GOV

000078P001-1439S-128
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
KEVIN M CAPUZZI;JOHN C GENTILE
222 DELAWARE AVE.,STE 801
WILMINGTON DE 19801
KCAPUZZI@BENESCHLAW.COM

000078P001-1439S-128
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
KEVIN M CAPUZZI;JOHN C GENTILE
222 DELAWARE AVE.,STE 801
WILMINGTON DE 19801
JGENTILE@BENESCHLAW.COM

000079P001-1439S-128
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
WILLIAM E SCHONBERG
200 PUBLIC SQUARE STE 2300
CLEVELAND OH 44114
WSCHONBERG@BENESCHLAW.COM

000082P001-1439S-128
BUCHANAN INGERSOLL & ROONEY PC
TYLER DISCHINGER,ESQ
UNION TRUST BLDG
501 GRANT ST.,STE 200
PITTSBURGH PA 15219
TYLER.DISCHINGER@BIPC.COM

000069P001-1439S-128
BURR & FORMAN LLP
J CORY FALGOWSKI, ESQ
1201 N MARKET ST.,STE 1407
WILMINGTON DE 19801
JFALGOWSKI@BURR.COM

000070P001-1439S-128
BURR & FORMAN LLP
EMILY C TAUBE
222 SECOND AVE. SOUTH,STE 2000
NASHVILLE TN 37201
ETAUBE@BURR.COM

000061P001-1439S-128
EARP COHN PC
RICHARD M SCHLAIFER,ESQ
20 BRACE RD STE 400
CHERRY HILL NJ 08034
RSCHLAIFER@EARPCOHN.COM

000060P001-1439S-128
ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
MICHAEL I GOTTFRIED, ESQ
10345 W OLYMPIC BLVD
LOS ANGELES CA 90064
MGOTTFRIED@ELKINSKALT.COM

000077P001-1439S-128
ENDEAVOR
ISABELLE MERCIER-DALPHOND
200 FIFTH AVE
NEW YORK NY 10010
IMERCIER@ENDEAVORCO.COM

000084P001-1439S-128
GOLDSTEIN & MCCLINTOCK LLLP
YANKUN GUO,ESQ
111 W WASHINGTON ST.,STE 1221
CHICAGO IL 60602
YANKUNG@GOLDMCLAW.COM

000085P001-1439S-128
GOLDSTEIN & MCCLINTOCK LLLP
MARIA APRILE SAWCZUK,ESQ
501 SILVERSIDE RD.,STE 65
WILMINGTON DE 19809
MARIAS@GOLDMCLAW.COM

000072P001-1439S-128
GREENBERG TRAURIG LLP
SHARI L HEYEN
1000 LOUISIANA STE 1700
HOUSTON TX 77002
HEYENS@GTLAW.COM

000073P001-1439S-128
GREENBERG TRAURIG LLP
DENNIS A MELORO
THE NEMOURS BLDG
1007 NORTH ORANGE ST.,STE 1200
WILMINGTON DE 19801
MELOROD@GTLAW.COM

000074P001-1439S-128
GREENBERG TRAURIG LLP
DAVID B KURZWEIL
3333 PIEDMONT RD.,NE STE 2500
ATLANTA GA 30305
KURZWEILD@GTLAW.COM

000075P001-1439S-128
JENNER & BLOCK LLP
ROBERT D GORDON;MARC B HANKIN;CARL N WEDOFF
919 THIRD AVE
NEW YORK NY 10022
RGORDON@JENNER.COM

000075P001-1439S-128
JENNER & BLOCK LLP
ROBERT D GORDON;MARC B HANKIN;CARL N WEDOFF
919 THIRD AVE
NEW YORK NY 10022
MHANKIN@JENNER.COM

000075P001-1439S-128
JENNER & BLOCK LLP
ROBERT D GORDON;MARC B HANKIN;CARL N WEDOFF
919 THIRD AVE
NEW YORK NY 10022
CWEDOFF@JENNER.COM

000076P001-1439S-128
JENNER & BLOCK LLP
TODD C TORAL
633 WEST 5TH ST., STE 3600
LOS ANGELES CA 90071-2054
TTORAL@JENNER.COM

000087P001-1439S-128
MANATT PHELPS & PHILLIPS LLP
CARL L GRUMER
2049 CENTURY PARK EAST STE 1700
LOS ANGELES CA 90067
CGRUMER@MANATT.COM

000058P001-1439S-128
MCCARTER & ENGLISH LLP
MATTHEW J RIFINO, ESQ
RENAISSANCE CENTRE
405 N KING ST.,8TH FLOOR
WILMINGTON DE 19801
MRIFINO@MCCARTER.COM

000059P001-1439S-128
MCCARTER & ENGLISH LLP
SHEILA E CALELLO,ESQ
100 MULBERRY ST
FOUR GATEWAY CENTER
NEWARK NJ 07102
SCALELLO@MCCARTER.COM

000083P001-1439S-128
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
JASON B BINFORD, ASST ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548- MC 008
AUSTIN TX 78711-2548
JASON.BINFORD@OAG.TEXAS.GOV

000092P001-1439S-128
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
OWEN M SONIK
1235 NORTH LOOP WEST STE 600
HOUSTON TX 77008
OSONIK@PBFCM.COM

000089P001-1439S-128
POTTER ANDERSON & CORROON LLP
CHRISTOPHER M SAMIS;D RYAN SLAUGH
1313 N MARKET ST.,6TH FLOOR
WILMINGTON DE 19801
CSAMIS@POTTERANDERSON.COM

000089P001-1439S-128
POTTER ANDERSON & CORROON LLP
CHRISTOPHER M SAMIS;D RYAN SLAUGH
1313 N MARKET ST.,6TH FLOOR
WILMINGTON DE 19801
RSLAUGH@POTTERANDERSON.COM

000063P001-1439S-128
RUBIN LLC
PAUL A RUBIN;HANH HUYNH
345 SEVENTH AVE.,21ST FLOOR
NEW YORK NY 10001
PRUBIN@RUBINLAWLLC.COM

000063P001-1439S-128
RUBIN LLC
PAUL A RUBIN;HANH HUYNH
345 SEVENTH AVE.,,21ST FLOOR
NEW YORK NY 10001
HHUYNH@RUBINLAWLLC.COM

000086P001-1439S-128
SCHLANGER SILVER LLP
JULIA A COOK
109 NORTH POST OAK LANE STE 300
HOUSTON TX 77024
JCOOK@SCHLANGERSILVER.COM

000093P001-1439S-128
SHIPMAN AND GOODWIN LLP
ERIC S. GOLDSTEIN
ONE CONSTITUTION PLAZA
HARTFORD CT 06103-1919
EGOLDSTEIN@GOODWIN.COM

000071P001-1439S-128
STARK & STARK PC
JOSEPH H LEMKIN,ESQ
P O BOX 5315
PRINCETON NJ 08543
JLEMKIN@STARK-STARK.COM

000057P001-1439S-128
WHITEFORD TAYLOR & PRESTON LLC
SCOTT M HARE, ESQ
200 FIRST AVE., FLOOR 3
PITTSBURGH PA 15222
SHARE@WTPLAW.COM

**EXHIBIT 2**

# Alpha Entertainment LLC
## Exhibit Pages

000064P001-1439S-128
47 BRAND LLC
JOE KEANE
15 SOUTHWEST PARK
WESTWOOD MA 02090

000013P001-1439S-128
ARIZONA ATTORNEY GENERALS OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000068P001-1439S-128
BANKRUPTCY ADMINISTRATION
CHRISTINE R ETHERIDGE
WELLS FARGO VENDOR FINANCIAL SERVICES LLC
A RICOH USA PROGRAM
P O BOX 13708
MACON GA 31208-3708

000030P002-1439S-128
BEXEL NEP INTEGRATED SOLUTIONS
DEAN NACCARATO
2 BETA DR
PITTSBURGH PA 15238

000081P002-1439S-128
BUCHANAN INGERSOLL & ROONEY PC
MARY CALOWAY,ESQ
500 DELAWARE AVE.,STE 720
WILMINGTON DE 19801

000043P002-1439S-128
CP COMMUNICATIONS
JERRY GEPNER
9965 18TH ST N
ST.PETERSBURG FL 33716

000053P002-1439S-128
DC STADIUM LLC
CHRIS DEUBERT
100 POTOMAC AVE SW
WASHINGTON DC 20024

000014P001-1439S-128
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801

000008P001-1439S-128
DELAWARE DIVISION OF REVENUE
ZILLAH A FRAMPTON
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801

000004P001-1439S-128
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903

000006P001-1439S-128
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1439S-128
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000009P001-1439S-128
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A 340
PO BOX 2952
SACRAMENTO CA 95812-2952

000001P001-1439S-128
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1439S-128
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000067P001-1439S-128
JONATHAN HAYES
ADDRESS INTENTIONALLY OMITTED

000025P003-1439S-128
K&L GATES, LLP
JOHN A. BICKS
599 LEXINGTON AVE
NEW YORK NY 10022

000026P001-1439S-128
K&L GATES, LLP
JAMES A. WRIGHT III
599 LEXINGTON AVENUE
NEW YORK NY 10022

000027P001-1439S-128
K&L GATES, LLP
AARON S. ROTHMAN
599 LEXINGTON AVENUE
NEW YORK NY 10022

000062P001-1439S-128
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN P DILLMAN
P O BOX 3064
HOUSTON TX 77253-3064

000010P001-1439S-128
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

000080P001-1439S-128
MISSOURI DEPT OF REVENUE
STEVEN A GINTHER, SPECIAL ASST ATTORNEY GENERAL
BANKRUPTCY UNIT
P O BOX 475
JEFFERSON CITY MO 65105-0475

000056P001-1439S-128
NC SPORTS LLC
JONATHAN R HURST
ONE CHAGRIN HIGHLANDS
2000 AUBURN DRIVE STE 315
BEACHWOOD OH 44122

000003P002-1439S-128
OFFICE OF THE US TRUSTEE
RICHARD SCHEPACARTER
844 KING ST STE 2207
LOCKBOX 35
WILMINGTON DE 19801

000088P001-1439S-128
OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES
DEB SECREST
PA - DEPT OF LABOR AND INDUSTRY
651 BOAS ST., RM 925
HARRISBURG PA 17121

000015P001-1439S-128
SECURITIES AND EXCHANGE COMMISSION
NY REG OFFICE BANKRUPTCY DEPT
BROOKFIELD PL
200 VESEY ST STE 400
NEW YORK NY 10281-1022

000016P001-1439S-128
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549

000017P001-1439S-128
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC BANKRUPTCY DEPT
ONE PENN CENTER
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103

000012P001-1439S-128
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

000066P001-1439S-128
TICKET MASTER
RICHARD PATTI
9348 CIVIC CENTER DRIVE
BEVERLY HILLS CA 90210

000005P001-1439S-128
US ATTORNEY FOR DELAWARE
CHARLES OBERLY ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801

000011P001-1439S-128
US EPA REG 3
OFFICE OF REG COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103

000065P001-1439S-128
XOS TECHNOLOGIES INC
KRISTIN DESROCHERS
181 BALLARDVALE ST.,STE 101B
WILMINGTON MA 01887

Records Printed : **33**

**EXHIBIT 3**

004785P001-1439A-128A
JOSHUA BANKS
108 RUBIN CT
CARY NC 27511
BANKSJOSH613@GMAIL.COM

000418P001-1439A-128A
ISAIAH BATTLE
ADDRESS INTENTIONALLY OMITTED
IBATTLE79@YAHOO.COM

000638P001-1439A-128A
LATARIUS BRADY
ADDRESS INTENTIONALLY OMITTED
LATARIUS.B@GMAIL.COM

000090P001-1439A-128A
BENIQUEZ BROWN
ADDRESS INTENTIONALLY OMITTED
BENIQUEZ4242@GMAIL.COM

000584P001-1439A-128A
KAELIN BURNETT
ADDRESS INTENTIONALLY OMITTED
KAEB90706@YAHOO.COM

003578P001-1439A-128A
WILLIAM CAMPBELL
ADDRESS INTENTIONALLY OMITTED
BIGWILLDET@ICLOUD.COM

000144P001-1439A-128A
BRYCE CANADY
ADDRESS INTENTIONALLY OMITTED
BRYCE.CANADY@YAHOO.COM

004792P002-1439A-128A
SIMMIE O COBBS
2 E 8TH ST
CHICAGO IL 60605
SIMMIE1COBBS@GMAIL.COM

004780P002-1439A-128A
LAWRENCE COOK
30 POLARIS
HERSHEY PA 17033
TIMCOOKJAG41@GMAIL.COM

004769P002-1439A-128A
WINSTON ROBERT CRAIG
2827 KINGS MILL RD
GREENSBORO NC 27407
WINSTONCRAIG10@GMAIL.COM

004717P002-1439A-128A
TRESTON DECOUD
5250 BROWNWAY ST APT 713
HOUSTON TX 77056
TRESTON612@ICLOUD.COM

000013P001-1439A-128A
AHMAD DIXON
ADDRESS INTENTIONALLY OMITTED
AHMADDIXON959@GMAIL.COM

000420P001-1439A-128A
ISAME FACIANE
ADDRESS INTENTIONALLY OMITTED
LFACIANEIII@GMAIL.COM

001009P001-1439A-128A
WILLIAM FIELDS
ADDRESS INTENTIONALLY OMITTED
BWILL09@HOTMAIL.COM

000642P001-1439A-128A
MARCELL FRAZIER
ADDRESS INTENTIONALLY OMITTED
FRAZIERMARCELL@YAHOO.COM

000795P001-1439A-128A
QUENTIN GAUSE
ADDRESS INTENTIONALLY OMITTED
QGAUSE@IRONVISUALS.COM

000930P001-1439A-128A
TANNER GENTRY
ADDRESS INTENTIONALLY OMITTED
GENTRYTANNER@YMAIL.COM

004676P002-1439A-128A
GREG GILMORE
4004 LIFESTYLE RD
FAYETTEVILLE NC 28312
GGILMORE99LSU@GMAIL.COM

004626P001-1439A-128A
GODWIN IGWEBUIKE
7432 BASIL WESTERN RD
CANAL WINCHESTER OH 43110
godwin.igwebuike2017@gmail.com

000015P001-1439A-128A
AJENE HARRIS
ADDRESS INTENTIONALLY OMITTED
AJENEHAR@USC.EDU

004678P002-1439A-128A
WILLIE HILL
5570 CONNIE JEAN RD APT 23
JACKSONVILLE FL 32222
WILLHILLFAMILY33@ICLOUD.COM

004791P002-1439A-128A
DJUAN HINES
8823 OAKLEAF FOREST DR
HOUSTON TX 77088
DJUANHINES@GMAIL.COM

004696P002-1439A-128A
MARQUESTON HUFF
6421 COUNTRY HILLS DR
TEXARKANA AR 71854
MARQUESTONDHUFF@GMAIL.COM

004430P002-1439A-128A
TYREE ROMELLO JACKSON
YUDKIN LAW GROUP
MARC YUDKIN
20 CHEYENNE DR
MONTVILLE NJ 07045
MYUDKIN@YUDKINLAWGROUP.COM

000751P001-1439A-128A
NICHOLAS JAMES
ADDRESS INTENTIONALLY OMITTED
JAMESNICK393@GMAIL.COM

004451P001-1439A-128A
JOHN L KLING IV
JOHN KLING
69 CONSTANCE LN
CHEEKTOWAGA NY 14227
Kling70ot@gmail.com

004759P002-1439A-128A
ANTHONY JOHNSON
ANTHONY TERILL JOHNSON
324 MALLARD POINTE DR
WOODBINE GA 31569
ANTHONYJOHNSONSR95@GMAIL.COM

004443P002-1439A-128A
BENJAMIN C JOHNSON
18341 178TH STREET
TONGANOXIE KS 66086
B862J304@GMAIL.COM

0004678001-1439A-128A
JAWUAN JOHNSON
ADDRESS INTENTIONALLY OMITTED
JAWUAN.JOHNSON03@GMAIL.COM

000927P001-1439A-128A
TAIWAN JONES
ADDRESS INTENTIONALLY OMITTED
JONESTAI@MSU.EDU

000408P001-1439A-128A
HAROLD JONES-QUARTEY
ADDRESS INTENTIONALLY OMITTED
JONESQUARTEYH@YAHOO.COM

004688P002-1439A-128A
TEJAN KOROMA
CODY L TOWNS
4835 LYNDON B JOHNSON FWY
SUITE 750
DALLAS TX 75244
CTOWNS@TOWNSLAWFIRM.COM

000972P001-1439A-128A
TOMASI LAULILE
ADDRESS INTENTIONALLY OMITTED
TOMASI.LAULILE@YAHOO.COM

004716P002-1439A-128A
PRAISE MARTIN-OGUIKE
18325 KINGSLAND BLVD 917
HOUSTON TX 77094
PRAISEMARTIN2@GMAIL.COM

004650P002-1439A-128A
WILLIE L MAYS III
3931 HUNTERS LAKE CIR W
JACKSONVILLE FL 32210
WILLIELMAYS@YAHOO.COM

004713P002-1439A-128A
JOEY MBU
301 GREGG ST
HOUSTON TX 77020
JOEY_MBU@YAHOO.COM

000305P002-1439A-128A
DEXTER MCCOIL SR
ADDRESS INTENTIONALLY OMITTED
DEXTER.MCCOIL23@GMAIL.COM

000703P001-1439A-128A
MATTHEW MCGLOIN
ADDRESS INTENTIONALLY OMITTED
MJMQB11@GMAIL.COM

000061P001-1439A-128A
ANTHONY MORRIS
ADDRESS INTENTIONALLY OMITTED
ANTHONY77MORRIS@GMAIL.COM

000191P001-1439A-128A
CHRISTIAN MORRIS
ADDRESS INTENTIONALLY OMITTED
MORRISCHRISTIAND@GMAIL.COM

004755P002-1439A-128A
ROBERT E MYERS J
2110 HEROMSA ST
NASHVILLE TN 37129
ROBERT.MYERS89@YAHOO.COM

000286P001-1439A-128A
DEJUAN NEAL
ADDRESS INTENTIONALLY OMITTED
DEJUANNEAL6@GMAIL.COM

004731P002-1439A-128A
DEATRICK NICHOLS
DEATRICK NICHOLS II
4480 LUMBERDALE RD
KISSIMMEE FL 34746-3310
DEATRICK@MAIL.USF.EDU

004675P002-1439A-128A
AYODEJI OLATOYE
DEJI O OLATOYE
8372 SOMERSET WAY
DUBLIN OH 43016
DEJI.OLATOYE23@GMAIL.COM

000212P001-1439A-128A
COLBY PEARSON
ADDRESS INTENTIONALLY OMITTED
COLBYP04@GMAIL.COM

000921P002-1439A-128A
TERRANCE PLUMMER
ADDRESS INTENTIONALLY OMITTED
GUNNAMAN41@GMAIL.COM

004723P002-1439A-128A
JERMAINE PONDER
673 CHILI AVE
ROCHESTER NY 14611
JTP107@FRANCIS.EDU

000513P001-1439A-128A
JOE POWELL
ADDRESS INTENTIONALLY OMITTED
JOEPOWELL1813@GMAIL.COM

000387P001-1439A-128A
GIMEL PRESIDENT
ADDRESS INTENTIONALLY OMITTED
PRESIDEN.GIMEL@ATT.NET

000841P001-1439A-128A
ROBERT PRIESTER
ADDRESS INTENTIONALLY OMITTED
NUKE.PRIESTER4@YAHOO.COM

004729P001-1439A-128A
CEDRIC REED
2300 RICHMOND AVE APT 254
HOUSTON TX 77098
CEDREED42@GMAIL.COM

000961P001-1439A-128A
TROVON REED
ADDRESS INTENTIONALLY OMITTED
TROVONR@YAOO.COM

000746P002-1439A-128A
NATY RODGERS
ADDRESS INTENTIONALLY OMITTED
NTR51UH@GMAIL.COM

004733P002-1439A-128A
EVAN RODRIGUEZ
451 NEW YORK AVE
ELIZABETH NJ 07202
ERODBIZ@GAMIL.COM

000636P001-1439A-128A
LARRY ROSE
ADDRESS INTENTIONALLY OMITTED
LARRY.ROSEIII@YAHOO.COM

000806P001-1439A-128A
RASHAD ROSS
ADDRESS INTENTIONALLY OMITTED
SHADY5SHAD@YAHOO.COM

004728P002-1439A-128A
TREVON SANDERS
4976 WESCOTT BLVD APT 1312
SUMMERVILLE SC 29485
TREVONSANDERS63@GMAIL.COM

004724P002-1439A-128A
JONATHON ORTIZ SANTIAGO
6711 OAK GROVE PKWY N
APT 2403
BROOKLYN PARK MN 55445
JONATHONORTIZSANTIAGO@GMAIL.COM

004581P002-1439A-128A
JALEN SAUNDERS
2114 PINE HEIGHTS DR NE
ATLANTA GA 30324
JALEN7SAUNDERS@GMAIL.COM

004719P002-1439A-128A
WILLIAM BRANDON SILVERS
24832 WOLF BAY TER
ORANGE BEACH AL 36561
BRANDONSILVERS35@GMAIL.COM

001016P001-1439A-128A
WILLIAM SMITH
ADDRESS INTENTIONALLY OMITTED
WILLIAMLAMONTI3@GMAIL.COM

000732P001-1439A-128A
MICHAEL STEVENS
ADDRESS INTENTIONALLY OMITTED
LOCKDOWNM2@GMAIL.COM

004795P002-1439A-128A
WILLIAM E SUTTON III
8307 E PORTOBELLO AVE
MESA AZ 85212
WILLSUTTON90@YAHOO.COM

000106P001-1439A-128A
BRADLEY SYLVE
ADDRESS INTENTIONALLY OMITTED
BSYLVE@CRIMSON.UA.EDU

000750P001-1439A-128A
NICHOLAS TEMPLE
ADDRESS INTENTIONALLY OMITTED
TEMPLENL13@GMAIL.COM

000283P001-1439A-128A
DEANDRE THOMPKINS
ADDRESS INTENTIONALLY OMITTED
DEANDRE.THOMPKINS@GMAIL.COM

000047P001-1439A-128A
ANDREW TILLER
ADDRESS INTENTIONALLY OMITTED
AJTILLER13@GMAIL.COM

000650P001-1439A-128A
LENARD TILLERY
ADDRESS INTENTIONALLY OMITTED
LENARDT3@GMAIL.COM

004736P002-1439A-128A
LATONYA LOGAN TULEY-TILLMAN
1112 E DIVISION AVE
PEORIA HEIGHTS IL 61616
LOGANTT72@GMAIL.COM

000329S001-1439A-128A
DWAYNE WALLACE
ADDRESS INTENTIONALLY OMITTED
BWALLACEW@GMAIL.COM

000329P001-1439A-128A
DWAYNE WALLACE
ADDRESS INTENTIONALLY OMITTED
DWAWALLACEW@GMAIL.COM

004677P002-1439A-128A
MARQUEZ WHITE
233 SPYGLASS RD
DOTHAN AL 36305
MARQUEZWHITE45@YAHOO.COM

000657P001-1439A-128A
LEVONTE WHITFIELD
ADDRESS INTENTIONALLY OMITTED
LEVONTEJR@ME.COM

000684P001-1439A-128A
MARQUEZ WILLIAMS
ADDRESS INTENTIONALLY OMITTED
MARQUEZWILLIAMS1994@GMAIL.COM

004718P002-1439A-128A
TREY WILLIAMS
11743 NORTHPOINTE BLVD APT 1633
TOMBALL TX 77377
TREYALEX3@GMAIL.COM

004775P002-1439A-128A
TIMOTHY WILSON
1481 MELROSE AVE
SHARON HILL PA 19079
LADDERMASTER3@GMAIL.COM

000083P001-1439A-128A
AVERY YOUNG
ADDRESS INTENTIONALLY OMITTED
AVERYYOUNG75@GMAIL.COM

004444P002-1439A-128A
MARQUIS YOUNG
1104 CASTLE GDN DR APT 316
ARLINGTON TX 76013
MARQUISY8@GMAIL.COM

**EXHIBIT 4**

# Alpha Entertainment LLC
## Exhibit Pages

004785P001-1439A-128A
JOSHUA BANKS
108 RUBIN CT
CARY NC 27511

000418P001-1439A-128A
ISAIAH BATTLE
ADDRESS INTENTIONALLY OMITTED

000638P001-1439A-128A
LATARIUS BRADY
ADDRESS INTENTIONALLY OMITTED

000090P001-1439A-128A
BENIQUEZ BROWN
ADDRESS INTENTIONALLY OMITTED

000584P001-1439A-128A
KAELIN BURNETT
ADDRESS INTENTIONALLY OMITTED

003578P001-1439A-128A
WILLIAM CAMPBELL
ADDRESS INTENTIONALLY OMITTED

000144P001-1439A-128A
BRYCE CANADY
ADDRESS INTENTIONALLY OMITTED

004792P002-1439A-128A
SIMMIE O COBBS
2 E 8TH ST
CHICAGO IL 60605

004780P002-1439A-128A
LAWRENCE COOK
30 POLARIS
HERSHEY PA 17033

004769P002-1439A-128A
WINSTON ROBERT CRAIG
2827 KINGS MILL RD
GREENSBORO NC 27407

004717P002-1439A-128A
TRESTON DECOUD
5250 BROWNWAY ST APT 713
HOUSTON TX 77056

000013P001-1439A-128A
AHMAD DIXON
ADDRESS INTENTIONALLY OMITTED

000420P001-1439A-128A
ISAME FACIANE
ADDRESS INTENTIONALLY OMITTED

001009P001-1439A-128A
WILLIAM FIELDS
ADDRESS INTENTIONALLY OMITTED

000642P001-1439A-128A
MARCELL FRAZIER
ADDRESS INTENTIONALLY OMITTED

000795P001-1439A-128A
QUENTIN GAUSE
ADDRESS INTENTIONALLY OMITTED

000930P001-1439A-128A
TANNER GENTRY
ADDRESS INTENTIONALLY OMITTED

004676P002-1439A-128A
GREG GILMORE
4004 LIFESTYLE RD
FAYETTEVILLE NC 28312

004626P001-1439A-128A
GODWIN IGWEBUIKE
7432 BASIL WESTERN RD
CANAL WINCHESTER OH 43110

000767P001-1439A-128A
OBUMNEKE GWACHAM
ADDRESS INTENTIONALLY OMITTED

000015P001-1439A-128A
AJENE HARRIS
ADDRESS INTENTIONALLY OMITTED

004678P002-1439A-128A
WILLIE HILL
5570 CONNIE JEAN RD APT 23
JACKSONVILLE FL 32222

004791P002-1439A-128A
DJUAN HINES
8823 OAKLEAF FOREST DR
HOUSTON TX 77088

004696P002-1439A-128A
MARQUESTON HUFF
6421 COUNTRY HILLS DR
TEXARKANA AR 71854

004430P002-1439A-128A
TYREE ROMELLO JACKSON
YUDKIN LAW GROUP
MARC YUDKIN
20 CHEYENNE DR
MONTVILLE NJ 07045

000751P001-1439A-128A
NICHOLAS JAMES
ADDRESS INTENTIONALLY OMITTED

004451P001-1439A-128A
JOHN L KLING IV
JOHN KLING
69 CONSTANCE LN
CHEEKTOWAGA NY 14227

004759P002-1439A-128A
ANTHONY JOHNSON
ANTHONY TERILL JOHNSON
324 MALLARD POINTE DR
WOODBINE GA 31569

004443P002-1439A-128A
BENJAMIN C JOHNSON
18341 178TH STREET
TONGANOXIE KS 66086

000467P001-1439A-128A
JAWUAN JOHNSON
ADDRESS INTENTIONALLY OMITTED

000467S001-1439A-128A
JAWUAN JOHNSON
ADDRESS INTENTIONALLY OMITTED

000927P001-1439A-128A
TAIWAN JONES
ADDRESS INTENTIONALLY OMITTED

000408P001-1439A-128A
HAROLD JONES-QUARTEY
ADDRESS INTENTIONALLY OMITTED

004688P002-1439A-128A
TEJAN KOROMA
CODY L TOWNS
4835 LYNDON B JOHNSON FWY
SUITE 750
DALLAS TX 75244

000972P001-1439A-128A
TOMASI LAULILE
ADDRESS INTENTIONALLY OMITTED

004716P002-1439A-128A
PRAISE MARTIN-OGUIKE
18325 KINGSLAND BLVD 917
HOUSTON TX 77094

000532P001-1439A-128A
JOHNNY MAXEY
ADDRESS INTENTIONALLY OMITTED

004650P002-1439A-128A
WILLIE L MAYS III
3931 HUNTERS LAKE CIR W
JACKSONVILLE FL 32210

004713P002-1439A-128A
JOEY MBU
301 GREGG ST
HOUSTON TX 77020

000305P002-1439A-128A
DEXTER MCCOIL SR
ADDRESS INTENTIONALLY OMITTED

000703P001-1439A-128A
MATTHEW MCGLOIN
ADDRESS INTENTIONALLY OMITTED

000061P001-1439A-128A
ANTHONY MORRIS
ADDRESS INTENTIONALLY OMITTED

000191P001-1439A-128A
CHRISTIAN MORRIS
ADDRESS INTENTIONALLY OMITTED

004755P002-1439A-128A
ROBERT E MYERS J
2110 HEROMSA ST
NASHVILLE TN 37129

000286P001-1439A-128A
DEJUAN NEAL
ADDRESS INTENTIONALLY OMITTED

004731P002-1439A-128A
DEATRICK NICHOLS
DEATRICK NICHOLS II
4480 LUMBERDALE RD
KISSIMMEE FL 34746-3310

004675P002-1439A-128A
AYODEJI OLATOYE
DEJI O OLATOYE
8372 SOMERSET WAY
DUBLIN OH 43016

000212P001-1439A-128A
COLBY PEARSON
ADDRESS INTENTIONALLY OMITTED

000921P002-1439A-128A
TERRANCE PLUMMER
ADDRESS INTENTIONALLY OMITTED

004723P002-1439A-128A
JERMAINE PONDER
673 CHILI AVE
ROCHESTER NY 14611

000513P001-1439A-128A
JOE POWELL
ADDRESS INTENTIONALLY OMITTED

000387P001-1439A-128A
GIMEL PRESIDENT
ADDRESS INTENTIONALLY OMITTED

000884P001-1439A-128A
SEAN PRICE
ADDRESS INTENTIONALLY OMITTED

000841P001-1439A-128A
ROBERT PRIESTER
ADDRESS INTENTIONALLY OMITTED

004729P001-1439A-128A
CEDRIC REED
2300 RICHMOND AVE APT 254
HOUSTON TX 77098

000961P001-1439A-128A
TROVON REED
ADDRESS INTENTIONALLY OMITTED

000746P002-1439A-128A
NATY RODGERS
ADDRESS INTENTIONALLY OMITTED

004733P002-1439A-128A
EVAN RODRIGUEZ
451 NEW YORK AVE
ELIZABETH NJ 07202

000636P001-1439A-128A
LARRY ROSE
ADDRESS INTENTIONALLY OMITTED

000806P001-1439A-128A
RASHAD ROSS
ADDRESS INTENTIONALLY OMITTED

004728P002-1439A-128A
TREVON SANDERS
4976 WESCOTT BLVD APT 1312
SUMMERVILLE SC 29485

004724P002-1439A-128A
JONATHON ORTIZ SANTIAGO
6711 OAK GROVE PKWY N
APT 2403
BROOKLYN PARK MN 55445

004581P002-1439A-128A
JALEN SAUNDERS
2114 PINE HEIGHTS DR NE
ATLANTA GA 30324

004719P002-1439A-128A
WILLIAM BRANDON SILVERS
24832 WOLF BAY TER
ORANGE BEACH AL 36561

000436P001-1439A-128A
JACQUIES SMITH
ADDRESS INTENTIONALLY OMITTED

001016P001-1439A-128A
WILLIAM SMITH
ADDRESS INTENTIONALLY OMITTED

000732P001-1439A-128A
MICHAEL STEVENS
ADDRESS INTENTIONALLY OMITTED

000577P001-1439A-128A
JUSTIN STOCKTON
ADDRESS INTENTIONALLY OMITTED

004795P002-1439A-128A
WILLIAM E SUTTON III
8307 E PORTOBELLO AVE
MESA AZ 85212

000106P001-1439A-128A
BRADLEY SYLVE
ADDRESS INTENTIONALLY OMITTED

000750P001-1439A-128A
NICHOLAS TEMPLE
ADDRESS INTENTIONALLY OMITTED

000283P001-1439A-128A
DEANDRE THOMPKINS
ADDRESS INTENTIONALLY OMITTED

000047P001-1439A-128A
ANDREW TILLER
ADDRESS INTENTIONALLY OMITTED

000650P001-1439A-128A
LENARD TILLERY
ADDRESS INTENTIONALLY OMITTED

004736P002-1439A-128A
LATONYA LOGAN TULEY-TILLMAN
1112 E DIVISION AVE
PEORIA HEIGHTS IL 61616

000329P001-1439A-128A
DWAYNE WALLACE
ADDRESS INTENTIONALLY OMITTED

000329S001-1439A-128A
DWAYNE WALLACE
ADDRESS INTENTIONALLY OMITTED

004677P002-1439A-128A
MARQUEZ WHITE
233 SPYGLASS RD
DOTHAN AL 36305

000657P001-1439A-128A
LEVONTE WHITFIELD
ADDRESS INTENTIONALLY OMITTED

000684P001-1439A-128A
MARQUEZ WILLIAMS
ADDRESS INTENTIONALLY OMITTED

004718P002-1439A-128A
TREY WILLIAMS
11743 NORTHPOINTE BLVD APT 1633
TOMBALL TX 77377

004775P002-1439A-128A
TIMOTHY WILSON
1481 MELROSE AVE
SHARON HILL PA 19079

000083P001-1439A-128A
AVERY YOUNG
ADDRESS INTENTIONALLY OMITTED

004444P002-1439A-128A
MARQUIS YOUNG
1104 CASTLE GDN DR APT 316
ARLINGTON TX 76013

**EXHIBIT 5**

# Alpha Entertainment LLC
# Electronic Mail
# Exhibit Pages

000547P001-1439A-128B
MICAH ABERNATHY
ADDRESS INTENTIONALLY OMITTED
ABERNATHY.MICAH415@GMAIL.COM

000772P001-1439A-128B
OLUWATENIOLAFUNMI ADEWUSI
ADDRESS INTENTIONALLY OMITTED
TENADEWUSI@GMAIL.COM

000908P001-1439A-128B
SIUPELI ANAU
ADDRESS INTENTIONALLY OMITTED
SIUPELI.ANAU@GMAIL.COM

004323P002-1439A-128B
APM MUSIC
ADAM TAYLOR
6255 W SUNSET BLVD STE 900
HOLLYWOOD CA 90028-7458
MJOHNSON@APMMUSIC.COM

004788P002-1439A-128B
IZAAH BURKS
33 LINWOOD AVE
COLUMBUS OH 43205
IZAAHBURKS@GMAIL.COM

002839P002-1439A-128B
CATCHLIGHT LLC
EUGENE BRESLER
20 JAY ST UNIT 305
BROOKLYN NY 11201
GENE@CATCHLIGHTDIGITAL.COM

004706P002-1439A-128B
CHOURA VENUE SVC
TAMMY WEIR
4101 E WILLOW STREET
LONG BEACH CA 90815
TAMMY@GRANDFANDB.COM

002907P002-1439A-128B
DA INTERNATIONAL GROUP
DAVE VAILLANCOURT
1902 OCCIDENTAL AVE SO
SEATTLE WA 98134
DAVE@DAINTLGROUP.COM

000807P002-1439A-128B
RAY DAVISON
RAYMOND DAVISON
ADDRESS INTENTIONALLY OMITTED
RAYRAYDAVISON@GMAILCOM

000605P002-1439A-128B
KENNETH FARROW
ADDRESS INTENTIONALLY OMITTED
KENNETHMFARROW@GMAIL.COM

000476P002-1439A-128B
JAZMOND FERGUSON
ADDRESS INTENTIONALLY OMITTED
CANTGUARDJAZZ@GMAIL.COM

004262P001-1439A-128B
KATHY FRITZ
ADDRESS INTENTIONALLY OMITTED
KFRITZ58@YAHOO.COM

003644P001-1439A-128B
JAMELL GARCIA-WILLIAMS
ADDRESS INTENTIONALLY OMITTED
JAMELLGW@GMAIL.COM

000462P002-1439A-128B
JAQUAN GARDNER
ADDRESS INTENTIONALLY OMITTED
AYGARDNER32@GMAIL.COM

000795P001-1439A-128B
QUENTIN GAUSE
ADDRESS INTENTIONALLY OMITTED
QGAUSE@IRONVISUALS.COM

003020P002-1439A-128B
GAZIO PRODUCTIONS LLC
ALEXANDRE C GAZIO
3919 W CASS ST
TAMPA FL 33609
ALEX@GAZIOPRODUCTIONS.COM

000608P002-1439A-128B
KEVIN GILBRIDE
ADDRESS INTENTIONALLY OMITTED
RIKEVIN51@GMAIL.COM

000608S001-1439A-128B
KEVIN GILBRIDE
PAUL SHEEHY PRO STAR SPORTS AGENCY
ADDRESS INTENTIONALLY OMITTED
paul@prostaronline.com

004779P001-1439A-128B
GOOGLE LLC
WHITE AND WILLIAMS LLP
AMY E VULPIO
1650 MARKET ST FL 18
PHILADELPHIA PA 19103
vulpioa@whiteandwilliams.com

000014P001-1439A-128B
AJ HENDY
ADDRESS INTENTIONALLY OMITTED
JEREMIAH.HEND@YAHOO.COM

004753P002-1439A-128B
REGGIE HOWARD
2813 GERARD ST
CINCINNATI OH 45219
REGGIEHOWARD11@GMAIL.COM

004797P001-1439A-128B
INOVA LABORATORIES
DIRECTOR ADMIN REF LAB
2832 JUNIPER ST
FAIRFAX VA 22031
beth.deaton@inova.org

004711P002-1439A-128B
ADEDOYIN JIBOWU
DOYIN JIBOWU
2815 OSLER DR APT 6102
GRAND PRAIRIE TX 75051
DOYINJI@YAHOO.COM

004645P002-1439A-128B
ANTHONY JOHNSON
945 CARMADELLE ST
MARRERO LA 70072
ACESHEMARX@ICLOUD.COM

004646P002-1439A-128B
BRYCE DLANIE JONES
BRYCE JONES
18024 DURRANGO CT
CHARLOTTE NC 28278
JONES.BRYCE94@GMAIL.COM

002975P001-1439A-128B
ERIK JORGENSEN
DJ EJ ENTERPRISES
PO BOX 721104
DALLAS TX 75372
DJEJENTERPRISES@GMAIL.COM

003145P002-1439A-128B
LAMF SPORTS LLC
KANANI DATAN
9255 SUNSET BLVD
STE 515
WEST HOLLYWOOD CA 90069
KANANI@LAMF.LA

004508P003-1439A-128B
CHARLIE LANGELLA
A/K/A CHARLIE LANGELLA PHOTO
349 VISTA DE LA CUMBRE
SANTA BARBARA CA 93105
CHARLIE@CHARLIELANGELLA.COM

004798P001-1439A-128B
MA- DEPT OF UNEMPLOYMENT ASSISTANCE
LEGAL DEPARTMENT
19 STANIFORD ST FIRST FLOOR
BOSTON MA 02114
john.cronin@detma.org

004682P002-1439A-128B
JAY MENDOZA
POLINA POLONSKY
PO BOX 481161
LOS ANGELES CA 90048
POLINAESQ@GMAIL.COM

003209P001-1439A-128B
MONOCLE PHOTOGRAPHY
1201 6TH AVE SW
PUYALLUP WA 98371
SNGUYEN@GMAIL.COM

004691P002-1439A-128B
KEITH MUMPHERY
726 MARKET ST
PHILADELPHIA PA 19106
KEITH.MUMPHERY@YAHOO.COM

000286P001-1439A-128B
DEJUAN NEAL
ADDRESS INTENTIONALLY OMITTED
DEJUANNEAL6@GMAIL.COM

003229P003-1439A-128B
NORTH JERSEY MEDIA GROUP
AKA GANNETT CO INC
LEGAL DEPT
7950 JONES BRANCH DR
MCLEAN VA 22107
KHENNESSEY@GANNETT.COM

003229S001-1439A-128B
NORTH JERSEY MEDIA GROUP
AKA GANNETT CO INC
RENEE  SWATERS
651 N BOONEVILLE
SPRINGFIELD MO 65802
LOCAL@CCC.GANNETT.COM

004699P001-1439A-128B
ONSTAGE SYSTEMS
8721 FORNEY RD
DALLAS TX 75227
accountspayable@onstagesystems.com

003261P001-1439A-128B
PARK CLEANERS
BARRY BARONE
124 PARK AVE
RUTHERFORD NJ 07070
PARK.CLEANERS@YAHOO.COM

004722P002-1439A-128B
DASHAUN PHILLIPS
1803 MASTERS DR
DESOTO TX 75115
PHILLIPSDASHAUN4@ICLOUD.COM

003280P002-1439A-128B
PREMIER OFFICE INSTALLATION LLC
PAUL MAYO
15 OLD GATE LN
MILFORD CT 06460
PREMIEROFFICEINSTALLATION@GMAIL.COM

004714P002-1439A-128B
KYLE C QUEIRO
26B TRIUMPH CT
EAST RUTHERFORD NJ 07073
KQUEIRO@GMAIL.COM

004694P002-1439A-128B
QUENCH USA INC
ERIK KENNEDY
630 ALLENDALE RD
KING OF PRUSSIA PA 19406
BILLING@QUENCHONLINE.COM

000080P001-1439A-128B
AUSTIN REHKOW
ADDRESS INTENTIONALLY OMITTED
AREHKOW@YAHOO.COM

004734P002-1439A-128B
JAELIN ROBINSON
JAELIN D ROBINSON
1605 CREAGH KNOLL LN
DOWNINGTOWN PA 19335
JAE.ROBINSON@TEMPLE.EDU

001015P001-1439A-128B
WILLIAM SAXTON
ADDRESS INTENTIONALLY OMITTED
WESSAXTON13@GMAIL.COM

003378P002-1439A-128B
SMITTY OFFICIALS APPAREL LLC
JOSEPH DEROSA
4525 CLEVELAND AVE NW
CANTON OH 44709
ORDERS@SMITTYAPPAREL.COM

000045P001-1439A-128B
ANDREW SOROH
ADDRESS INTENTIONALLY OMITTED
ASOROH2014@FAU.EDU

004701P003-1439A-128B
STREET AND SMITHS SPORTS GROUP
AKA SPORTS BUSINESS JOURNAL
SZABO ASSOCIATES INC
SANDI G HENDERSON
3355 LENOX RD NE STE 945
ATLANTA GA 30326
BANKRUPTCY@SZABO.COM

001001P001-1439A-128B
WESLEY SUTTON
ADDRESS INTENTIONALLY OMITTED
WMSUTTON1@YAHOO.COM

004740P001-1439A-128B
TAMPA BAY VIPERS
8612 HILLSIDE AVE
LOS ANGELES CA 90068
tanner.mcevoy@yahoo.com

004789P002-1439A-128B
AARON TAYLOR
2792 WATERS RD
ATLANTA GA 30354
ATBSU1237@GMAIL.COM

003441P001-1439A-128B
TC GRAPHICS INC
893 ROUT 6
MAHOPAC NY 10541
TIM@TCGRAPHICS.COM

000750P001-1439A-128B
NICHOLAS TEMPLE
ADDRESS INTENTIONALLY OMITTED
TEMPLENL13@GMAIL.COM

000502P002-1439A-128B
JESSE THOMPSON
ADDRESS INTENTIONALLY OMITTED
JESSESKYTHOMPSON@YAHOO.COM

004630S001-1439A-128B
TN- TENNESSEE DEPT OF REVENUE
JORDAN HOLLIS
REVENUE COLLECTION SPECIALIST 2
500 DEADERICK STREET
NASHVILLE TN 37242
JORDAN.HOLLIS@TN.GOV

000423P001-1439A-128B
JACK TOCHO
ADDRESS INTENTIONALLY OMITTED
JZTOCHO@GMAIL.COM

004806P001-1439A-128B
TX- HARRIS COUNTY ET AL
LINEBARGER GOGGAN BLAIR AND SAMPSON
PO BOX 3064
HOUSTON TX 77253-3064
HOUSTON_BANKRUPTCY@PUBLICANS.COM

004307P001-1439A-128B
JAMIE VISHWANAT
ADDRESS INTENTIONALLY OMITTED
JVISHWANAT@GMAIL.COM

000310P002-1439A-128B
DMONTRE WADE
ADDRESS INTENTIONALLY OMITTED
DWADE3@MURRAYSTATE.EDU

000329S001-1439A-128B
DWAYNE WALLACE
ADDRESS INTENTIONALLY OMITTED
BWALLACEW@GMAIL.COM

000329P001-1439A-128B
DWAYNE WALLACE
ADDRESS INTENTIONALLY OMITTED
DWAWALLACEW@GMAIL.COM

004541P001-1439A-128B
BROOKE WATSON
2436 PHEASANT DR
LITTLE ELM TX 75068
BROOKEWATSON83@GMAIL.COM

004783P002-1439A-128B
TRE WATSON
TRE J WATSON
7627 SOUTHERN BROOK BEND 301
TAMPA FL 33635
TRE.WATSON33@GMAIL.COM

004318P002-1439A-128B
WILDMOKA
CRISTIAN LIVADIOTTI
535 ROUTE DES LUCIOLES
AQUEDUCS BAT 1
SOPHIA ANTIPOLIS  06560
FRANCE
CRISTIAN@WILDMOKA.COM

004544P002-1439A-128B
PATRICK YASINSKAS
ADDRESS INTENTIONALLY OMITTED
PATYAZ15@YAHOO.COM

000685P002-1439A-128B
MARQUIS YOUNG
ADDRESS INTENTIONALLY OMITTED
MARQUISY8@GMAIL.COM

**EXHIBIT 6**

# Alpha Entertainment LLC
## Exhibit Pages

004789P002-1439A-128B
AARON TAYLOR
2792 WATERS RD
ATLANTA GA 30354

004711P002-1439A-128B
ADEDOYIN JIBOWU
DOYIN JIBOWU
2815 OSLER DR APT 6102
GRAND PRAIRIE TX 75051

004807P002-1439A-128B
ADVANCE LOCAL MEDIA LLC DBA NJ ADVANCE MEDIA
KARINE MARTIROSYAN
WOODBRIDGE CORPORATE PLAZA
485 ROUTE 1 S BLDG E STE 300
ISELIN NJ 08830-3009

000014P001-1439A-128B
AJ HENDY
ADDRESS INTENTIONALLY OMITTED

000045P001-1439A-128B
ANDREW SOROH
ADDRESS INTENTIONALLY OMITTED

004645P002-1439A-128B
ANTHONY JOHNSON
945 CARMADELLE ST
MARRERO LA 70072

004323P002-1439A-128B
APM MUSIC
ADAM TAYLOR
6255 W SUNSET BLVD STE 900
HOLLYWOOD CA 90028-7458

000080P001-1439A-128B
AUSTIN REHKOW
ADDRESS INTENTIONALLY OMITTED

004541P001-1439A-128B
BROOKE WATSON
2436 PHEASANT DR
LITTLE ELM TX 75068

004646P002-1439A-128B
BRYCE DLANIE JONES
BRYCE JONES
18024 DURRANGO CT
CHARLOTTE NC 28278

002839P002-1439A-128B
CATCHLIGHT LLC
EUGENE BRESLER
20 JAY ST UNIT 305
BROOKLYN NY 11201

004508P003-1439A-128B
CHARLIE LANGELLA
A/K/A CHARLIE LANGELLA PHOTO
349 VISTA DE LA CUMBRE
SANTA BARBARA CA 93105

004706P002-1439A-128B
CHOURA VENUE SVC
TAMMY WEIR
4101 E WILLOW STREET
LONG BEACH CA 90815

002907P002-1439A-128B
DA INTERNATIONAL GROUP
DAVE VAILLANCOURT
1902 OCCIDENTAL AVE SO
SEATTLE WA 98134

002905S001-1439A-128B
DA INTERNATIONAL GROUP

004722P002-1439A-128B
DASHAUN PHILLIPS
1803 MASTERS DR
DESOTO TX 75115

000286P001-1439A-128B
DEJUAN NEAL
ADDRESS INTENTIONALLY OMITTED

000310P002-1439A-128B
DMONTRE WADE
ADDRESS INTENTIONALLY OMITTED

000329P001-1439A-128B
DWAYNE WALLACE
ADDRESS INTENTIONALLY OMITTED

000329S001-1439A-128B
DWAYNE WALLACE
ADDRESS INTENTIONALLY OMITTED

002975P001-1439A-128B
ERIK JORGENSEN
DJ EJ ENTERPRISES
PO BOX 721104
DALLAS TX 75372

003020P002-1439A-128B
GAZIO PRODUCTIONS LLC
ALEXANDRE C GAZIO
3919 W CASS ST
TAMPA FL 33609

004779P001-1439A-128B
GOOGLE LLC
WHITE AND WILLIAMS LLP
AMY E VULPIO
1650 MARKET ST FL 18
PHILADELPHIA PA 19103

004797P001-1439A-128B
INOVA LABORATORIES
DIRECTOR ADMIN REF LAB
2832 JUNIPER ST
FAIRFAX VA 22031

004788P002-1439A-128B
IZAAH BURKS
33 LINWOOD AVE
COLUMBUS OH 43205

000423P001-1439A-128B
JACK TOCHO
ADDRESS INTENTIONALLY OMITTED

004734P002-1439A-128B
JAELIN ROBINSON
JAELIN D ROBINSON
1605 CREAGH KNOLL LN
DOWNINGTOWN PA 19335

003644P001-1439A-128B
JAMELL GARCIA-WILLIAMS
ADDRESS INTENTIONALLY OMITTED

004307P001-1439A-128B
JAMIE VISHWANAT
ADDRESS INTENTIONALLY OMITTED

000462P002-1439A-128B
JAQUAN GARDNER
ADDRESS INTENTIONALLY OMITTED

004682P002-1439A-128B
JAY MENDOZA
POLINA POLONSKY
PO BOX 481161
LOS ANGELES CA 90048

000476P002-1439A-128B
JAZMOND FERGUSON
ADDRESS INTENTIONALLY OMITTED

000502P002-1439A-128B
JESSE THOMPSON
ADDRESS INTENTIONALLY OMITTED

000534P001-1439A-128B
JONATHAN HAYES
ADDRESS INTENTIONALLY OMITTED

004262P001-1439A-128B
KATHY FRITZ
ADDRESS INTENTIONALLY OMITTED

004691P002-1439A-128B
KEITH MUMPHERY
726 MARKET ST
PHILADELPHIA PA 19106

000605P002-1439A-128B
KENNETH FARROW
ADDRESS INTENTIONALLY OMITTED

000608P002-1439A-128B
KEVIN GILBRIDE
ADDRESS INTENTIONALLY OMITTED

000608S001-1439A-128B
KEVIN GILBRIDE
PAUL SHEEHY PRO STAR SPORTS AGENCY
ADDRESS INTENTIONALLY OMITTED

004714P002-1439A-128B
KYLE C QUEIRO
26B TRIUMPH CT
EAST RUTHERFORD NJ 07073

003145P002-1439A-128B
LAMF SPORTS LLC
KANANI DATAN
9255 SUNSET BLVD
STE 515
WEST HOLLYWOOD CA 90069

004798P001-1439A-128B
MA- DEPT OF UNEMPLOYMENT ASSISTANCE
LEGAL DEPARTMENT
19 STANIFORD ST FIRST FLOOR
BOSTON MA 02114

000685P002-1439A-128B
MARQUIS YOUNG
ADDRESS INTENTIONALLY OMITTED

000547P001-1439A-128B
MICAH ABERNATHY
ADDRESS INTENTIONALLY OMITTED

002170P002-1439A-128B
MO- DEPT OF REVENUE
REBECCA HENSON
PO BOX 475
JEFFERSON CITY MO 65105

003209P001-1439A-128B
MONOCLE PHOTOGRAPHY
1201 6TH AVE SW
PUYALLUP WA 98371

000750P001-1439A-128B
NICHOLAS TEMPLE
ADDRESS INTENTIONALLY OMITTED

003229P003-1439A-128B
NORTH JERSEY MEDIA GROUP
AKA GANNETT CO INC
LEGAL DEPT
7950 JONES BRANCH DR
MCLEAN VA 22107

003229S001-1439A-128B
NORTH JERSEY MEDIA GROUP
AKA GANNETT CO INC
RENEE  SWATERS
651 N BOONEVILLE
SPRINGFIELD MO 65802

000772P001-1439A-128B
OLUWATENIOLAFUNMI ADEWUSI
ADDRESS INTENTIONALLY OMITTED

004699P001-1439A-128B
ONSTAGE SYSTEMS
8721 FORNEY RD
DALLAS TX 75227

004784P001-1439A-128B
PA- DEPT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946

004784S001-1439A-128B
PA- DEPT OF REVENUE
HIROO SHARMA
4TH AND WALNUT ST
HARRISBURG PA 17128

003261P001-1439A-128B
PARK CLEANERS
BARRY BARONE
124 PARK AVE
RUTHERFORD NJ 07070

004544P002-1439A-128B
PATRICK YASINSKAS
ADDRESS INTENTIONALLY OMITTED

004544S001-1439A-128B
PATRICK YASINSKAS
ADDRESS INTENTIONALLY OMITTED

# Alpha Entertainment LLC
## Exhibit Pages

---

003280P002-1439A-128B
PREMIER OFFICE INSTALLATION LLC
PAUL MAYO
15 OLD GATE LN
MILFORD CT 06460

004694P002-1439A-128B
QUENCH USA INC
ERIK KENNEDY
630 ALLENDALE RD
KING OF PRUSSIA PA 19406

000795P001-1439A-128B
QUENTIN GAUSE
ADDRESS INTENTIONALLY OMITTED

003309P002-1439A-128B
RAMA EVENTS INC
DBA INSIGNIA SOUND AND PRODUCTION
LUIS RACINES
10917 BLACK SWAN CT
SEFFNER FL 33584

000807P002-1439A-128B
RAY DAVISON
RAYMOND DAVISON
ADDRESS INTENTIONALLY OMITTED

004753P002-1439A-128B
REGGIE HOWARD
2813 GERARD ST
CINCINNATI OH 45219

000908P001-1439A-128B
SIUPELI ANAU
ADDRESS INTENTIONALLY OMITTED

003378P002-1439A-128B
SMITTY OFFICIALS APPAREL LLC
JOSEPH DEROSA
4525 CLEVELAND AVE NW
CANTON OH 44709

004701P003-1439A-128B
STREET AND SMITHS SPORTS GROUP
AKA SPORTS BUSINESS JOURNAL
SZABO ASSOCIATES INC
SANDI G HENDERSON
3355 LENOX RD NE STE 945
ATLANTA GA 30326

004740P001-1439A-128B
TAMPA BAY VIPERS
8612 HILLSIDE AVE
LOS ANGELES CA 90068

003441P001-1439A-128B
TC GRAPHICS INC
893 ROUT 6
MAHOPAC NY 10541

004630P004-1439A-128B
TN- DEPT OF REVENUE
ATTORNEY GENERAL
PO BOX 20207
NASHVILLE TN 37202-0207

004630S001-1439A-128B
TN- TENNESSEE DEPT OF REVENUE
JORDAN HOLLIS
REVENUE COLLECTION SPECIALIST 2
500 DEADERICK STREET
NASHVILLE TN 37242

004783P002-1439A-128B
TRE WATSON
TRE J WATSON
7627 SOUTHERN BROOK BEND 301
TAMPA FL 33635

004806P001-1439A-128B
TX- HARRIS COUNTY ET AL
LINEBARGER GOGGAN BLAIR AND SAMPSON
PO BOX 3064
HOUSTON TX 77253-3064

001001P001-1439A-128B
WESLEY SUTTON
ADDRESS INTENTIONALLY OMITTED

004318P002-1439A-128B
WILDMOKA
CRISTIAN LIVADIOTTI
535 ROUTE DES LUCIOLES
AQUEDUCS BAT 1
SOPHIA ANTIPOLIS  06560
FRANCE

001015P001-1439A-128B
WILLIAM SAXTON
ADDRESS INTENTIONALLY OMITTED

**Records Printed :  74**