IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
: 
In re : Chapter 11
 : 
ALPHA ENTERTAINMENT LLC, : Case No. 20-10940 (LSS)
 : 
Debtor.[1] : 
 : 
---------------------------------------------------------x

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 20, 2021 AT 3:00 P.M.

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by December 20, 2021 at 9:00 a.m.**
>
> **Please use the following link to register for this hearing:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsf-qoqjMpHrbWqELZyTgwhOWbiu-Dwww
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

### CONTESTED MATTER GOING FORWARD:

1. Motion to Allow Administrative Claim of Workday, Inc. [Docket No. 634, Filed January 21, 2021]

    Response Deadline: November 11, 2021 at 4:00 p.m. (extended to November 16, 2021 for the Plan Administrator)

    Responses Received:

    A. Plan Administrator's Objection to Motion to Allow Administrative Claim of Workday, Inc. [Docket No. 712, Filed November 16, 2021]

---

[1] The last four digits of the Debtor's federal tax identification number are 7778. The Debtor's mailing address is c/o Peter Hurwitz, Plan Administrator, 40 Half Moon Lane, Irvington, NY 10533.

B. Response to Plan Administrator's Objection to Motion to Allow Administrative Claim of Workday, Inc. [Docket No. 715 , Filed December 2, 2021]

Related Documents:

A. Notice of Hearing [Docket No. 710, Filed October 27, 2021]

B. Notice of Service of Plan Administrator's First Request for Production of Documents to Workday, Inc. [Docket No. 714, Filed November 30, 2021]

C. Declaration of Chirag Mithani in Support of Plan Administrator's Objection to Motion to Allow Administrative Claim of Workday, Inc. [Docket No. 718, Filed December 15, 2021]

D. Plan Administrator's Notice to Offer Witness Testimony at the Hearing on December 20, 2021 and List of Exhibits [Docket No. 719, Filed December 15, 2021]

Status: This matter is going forward.

Dated: December 16, 2021

GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

Counsel for the Plan Administrator